# THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF KANSAS

FILED

MAY 1 0 2013

Clerk U.S. District Court
By_____ Deputy Clerk

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | CASE NO: 13-mj-5042-KGS |
| JONATHAN KEARN, | ) | |
| | ) | |
| Defendant. | ) | **FILED** |
| | ) | **UNDER SEAL** |

SEALED

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Cassidy D. Casner, being first duly sworn state:

### INTRODUCTION

1.      I am a Special Agent of the Department of Homeland Security, Immigration and Customs Enforcement currently assigned to the Homeland Security Investigations, Kansas City, Missouri, and have been so employed since August 5, 2007.  I was previously employed as an Immigration Enforcement Agent for the Department of Homeland Security.  Before becoming a federal agent, I was a Probation and Parole Officer with the State of Missouri Department of Corrections for three years.  I have had the opportunity to participate in investigations relating to the sexual exploitation of children.  I have also had the opportunity to observe and review examples of child pornography in various forms of media, and have received training and instruction in the field of investigation of child pornography.

1

## PRESENT INVESTIGATION

2.      On April 28, 2013, the Homeland Security Investigations (HSI) Cyber Crime

Center (C3), Child Exploitation Investigations Unit (CEIU) Victim Identification Program (VIP)

received a referral from the Queensland Police Service, Queensland, Australia, regarding the

distribution and production of child exploitation material and the identification of a potential

contact abuser.  An individual using the email address cheyenneandliberty@yahoo.com had

initiated contact with a Queensland Police Service Covert Internet Investigator (hereinafter

referred to as "investigator").

3.      On April 16, 2013, cheyenneandliberty@yahoo.com emailed the investigator

stating, "Dad of four, found you in imgsru. Be fun to talk, swap, or whatnot. :-) ~Jeff

ProudPapa <3".[1]  Cheyenneandliberty@yahoo.com sent one non-exploitive image of a girl on

playground equipment.

4.      On April 19, 2013, the investigator responded, asking where

cheyenneandliberty@yahoo.com lived and stated he resided in "Oztralia."  That same date,

cheyenneandliberty@yahoo.com wrote, "I'm from Kansas.  Get back to you soon ☺".

Cheyenneandliberty@yahoo.com then wrote, "Do you ever make it to the USA?"  The

investigator responded that he does travel.  Cheyenneandliberty@yahoo.com wrote, "I am brand

new to this thought process the beauty I see in the pictures on imgsru and all that. I wouldn't

mind getting to know you.  Are you by chance a photographer? I'm 38, single dad to four girls, 4

½, 10 yo twins, and 13.  Tell me a little about you and, if you have kids, yours."

---

1 The web site "www.imgsrc.ru" is a free Internet hosting website that allows individuals to
create an individual user account on the website and allows that user to use the website to upload
images and post comments to other "imgsrc.ru" user accounts photo albums.

5.       On April 22, 2013, the investigator responded stating he was not a professional photographer and that he had sexual contact with his girlfriend's two children. Cheyenneandliberty@yahoo.com responded, "Wow... ☺ I haven't gotten that far yet☺ but I'm starting out.  Maybe we could get out girls to become friends☺ ya never know."  Thirty minutes later, cheyenneandliberty@yahoo.com then sent an email with a dropbox URL that contained three videos.  Your affiant has not viewed the videos but can describe the images associated with two of the videos as one image is blurry.  One video named A14.avi, depicted a nude female estimated to be between the ages of 10-14 years in a shower.  Another video named A15.avi, depicted a female estimated to be between the ages of 10-14 years in the process of removing her pants, the genitalia not exposed.  He wrote, "It'd be cool to find someone like you to do a photo shoot of each of mine☺."  The investigator downloaded these images from the dropbox URL.

6.       On April 28, 2013, Cheyenneandliberty@yahoo.com then sent two emails each with the image of a young female child from the waist down lying down, wearing what appears to be a diaper, white in color with pink stripes, but no pants.  He sent a third email with the image of an adult hand pulling aside the diaper to display the genitalia of the female who appears to be under the age of six.  He then wrote on April 28, 2013, "☺ just took a couple ☺".  All three images appeared to be taken at the same instance because the female child was laying on top of a white sheet with a pink and yellow flower design.  Also depicted in one of the images was a green blanket with a green plaid design.  In this same image the child is wearing a primarily pink with gray and black dress with ruffles.  Exif data on the pictures indicate they were taken with an Apple iPhone 4S a few minutes prior to the time on his email.[2]

_____

2   EXIF stands for Exchangeable Image File and is a format for storing interchange information in digital photography image files. Cameras that use the EXIF annotation store information on

7.     On April 30, 2013, HSI C3 VIP sent legal process to Yahoo for the email address Cheyenneandliberty@yahoo.com. In response, Yahoo indicated that account was created on December 27, 2012 at 10:40:37 GMT from the IP address 99.18.221.137. The name associated with the account was Chey Cheychey. The log history ranged from December 27, 2012 through April 29, 2013, using both AT&T landline/residential and mobile phone service.

8.     On May 1, 2013, HSI C3 VIP sent legal process to AT&T for the landline/residential IP addresses used to access the email account cheyenneandliberty@yahoo.com. On May 3, 2013, AT&T responded that three of the four IP addresses were subscribed to by KEARNE HEATING at 429 SW Taylor St, Topeka, KS 66603. The contact name on the account was listed as Jonathan KEARNE and the contact phone numbers as (785) 235-2665 and (785) 217-3141.

9.     On May 3, 2013, HSI Kansas City Special Agents received the aforementioned information and began open source research on Jonathan KEARN. Agents found that Jonathan E. KEARN, date of birth 1/19/75 (presently age 38), resided at 429 SW Taylor St., Topeka, Kansas, 66603. Agents also found KEARN was listed as the Registered Agent for Kearn-Wood Heating and Cooling LLC., which was also listed at 429 SW Taylor St., Topeka, Kansas. An ad in Craigslist dated 3/23/13 and in PANDA-Hi dated 1/22/13, listed heating and cooling services for Kearn-Wood Heating and Cooling, LLC. The listed phone number for Kearn-Wood Heating and Cooling, LLC. was 785-235-2665 and Jon KEARN's cell phone number was 785-217-3141.

10.    On May 3, 2013, HSI Kansas City Special Agents identified a Facebook account belonging to Jonathan KEARN (Jon KEARN) living in Topeka, Kansas. The Facebook account

---

the images such as the date and time the image was taken, camera model, camera settings, global positioning system (GPS), etc.

included multiple photos of four girls he listed as his daughters, two with the same names as found in the Yahoo email account. One image posted on the account depicts a female child between the ages of 4-6 wearing a long red dress in an outdoor setting. The investigator identified this photo as the same photo he was sent from cheyenneandliberty@yahoo.com on April 19, 2013. Another photo posted on KEARN's Facebook account depicts an adult wearing a cat costume from the "Cat in the Hat" book and movie standing on a porch of a residence. The home appears to be gray in color and the numbers 4 2 9 were displayed vertically on the trim around the door of the home. Two doors were displayed in the photo, a storm door with black rod iron and a wood door with a glass window that leads into the residence.

11.     On May 7, 2013, in the United States District Court District of Kansas the Honorable K. Gary Sebelius, United States Magistrate Judge signed a search warrant for 429 SW Taylor St., Topeka, KS.

12.     On May 7, 2013, at approximately 4:50 p.m., HSI Kansas City Special Agents and Investigators with the Topeka, Kansas Police Department executed the aforementioned search warrant at 429 SW Taylor St., Topeka, Kansas. Agents seized various items, including an IPhone 4S, several computers, digital media, a bed sheet matching the sheet described in Paragraph 6, a green blanket matching the blanket described in Paragraph 6, a diaper matching the diaper described in Paragraph 6, and a child's dress matching the dress described in Paragraph 6.

13.  On May 7 and 8, 2013, Detective Patrick Ladd of the Topeka Police Department performed an acquisition of digital media storage contained on the Apple IPhone 4S that was seized from KEARN's home on May 7, 2013. KEARN confirmed this was his phone. The IPhone was found Password locked. KEARN gave HSI Agents the password to access the

phone's content. The following images of child pornography/erotica were retrieved from the IPhone:

a.      An image entitled img1 depicted a female child between the ages of 3-5 holding up her pink dress, wearing no undergarments, revealing her genital area.

b.      An image entitled img2 depicted a female child between the ages of 4-6 standing fully nude on a chair.

c.      An image entitled img3 depicted a female child between the ages of 4-6 standing in a pose with her rear to the camera and turned from the waist holding a food item in her hands with her mouth opened widely.  The child is wearing a blue shirt and white pants that reveal an undergarment beneath.

d.      An image entitled img4 depicted a female child between the ages of 3-6 in a bent over position on what appears to be a bed with an adult hand pulling down her undergarments revealing a graphic display of her genital area.  The image has a caption in the lower corner of an icon described as a blue male sign with a smaller female sign hanging off the arrow of the male sign, with "Kiddielover Collection" written next to the icon.

e.      An image entitled img5 depicted two female children between the ages of 4-6 standing with their backs to the camera.  One female child is fully nude with her rear exposed. The other female child is wearing white underwear.

f.      An image entitled img6 depicted a female child between the ages of 7-10 posing against a wall with her breasts fully exposed and wearing underwear.

g.      An image entitled img7 depicted a female child between the ages of 5-8 siting on a floor with her knees up, exposing a graphic display of her genital area.  The child is wearing a

long dress or nightgown.

      h.      An image entitled img8 depicted a female child between the ages of 9-12 appearing to be sitting in a bathtub with her breasts fully exposed.

      i.      An image entitled img9 depicted a female child between the ages of 8-12 standing in a bedroom with her breasts fully exposed and wearing underwear. The child appears to have a candy sucker in her mouth. The background of the photo depicted two other children lying on a bed, one can be seen from the waist up with their breasts exposed, the other with only the legs and feet visible.

      j.      An image entitled img10 depicted a female child between the ages 10 – 14 of posed fully nude. The child is posed so that her legs are separated revealing her genital area.

      k.      An image entitled img11 depicted a female child between the ages of 5-8 posing on her stomach with her legs bent. The child is clothed in a dress that is sheer at the bottom revealing her buttock.

      l.      An image entitled img12 depicted a female child between the ages of 3-5 wearing a multi-colored jacket, a ruffled pink dress with gray, pink, and black stripes, and pink cowboy boots. The child's dress is pushed up revealing her undergarment. Your affiant recognizes the dress as the same dress as described in Paragraph 6 and that was seized as evidence on May 7, 2013. Your affiant also recognizes the pink cowboy boots as the boots that KEARN's youngest daughter, CK, put on herself during the execution of the search warrant on May 7, 2013.

      m.      An image entitled img13 depicted a female child between the ages of 3-5 bent over what appears to be a bench seat of a vehicle, the focus of the camera being on the child's rear and legs. A pink ruffle is visible under a multi-colored coat. The child is wearing underwear but the bottom of the child's buttocks is exposed. The child is wearing the same cowboy boots

as described in Paragraph 13, Subparagraph l.

n.      Images entitled img14, img15, and img16 depicted the same image as described in Paragraph 13, Subparagraph m.  The images varied in that the child slightly moved the position of her leg and/or the photographer slightly moved the camera.

o.      An image entitled img17 depicted a female child between the ages of 3-5 wearing a multi-colored jacket, a ruffled pink dress with gray, pink, and black stripes, and pink cowboy boots.  The child's dress is pushed up revealing her undergarment.  Your affiant recognizes the dress as the same dress as described in Paragraph 6 and that it was seized as evidence on May 7, 2013.  Your affiant also recognizes the pink cowboy boots as the boots that KEARN's youngest daughter, CK, put on herself during the execution of the search warrant on May 7, 2013.

p.      An image entitled img18 depicted a female child between the ages of 3-5 sitting on a toilet.  The child's genitalia are not exposed.  The child is wearing a ruffled pink dress with gray, pink, and black stripes and a sequined heart, and pink cowboy boots.  The child is also wearing multi-colored pants that are pushed down over her boots.  Your affiant recognizes the dress as the same dress as described in Paragraph 6 and that it was seized as evidence on May 7, 2013.  Your affiant also recognizes the pink cowboy boots as the boots that KEARN's youngest daughter, CK, put on herself during the execution of the search warrant on May 7, 2013.  Affiant believed the child in this image to be CK.

q.      An image entitled img19 depicted a female child between the ages of 3-5 standing next to a toilet holding up her dress, exposing her stomach, genital area, and thighs, appearing to have completed using the bathroom.  The child is wearing a pink ruffled dress with a female child between the ages of 3-5 wearing, a ruffled pink dress with gray, pink, and black stripes, multi-colored pants, and pink cowboy boots.  Your affiant recognizes the dress as the same dress

as described in Paragraph 6 and that it was seized as evidence on May 7, 2013.  Your affiant also recognizes the pink cowboy boots as the boots that KEARN's youngest daughter, CK, put on herself during the execution of the search warrant on May 7, 2013.

r.      An image entitled IMG_8192 depicted a photo of KEARN's youngest daughter, CK wearing a long red dress.  This image is the same photo found on KEARN's Facebook account and was a photo that was sent to the investigator as described in Paragraph 10.

s.      A video entitled video(1).mov depicted a female child between the ages of 3-5 lying on a bed wearing only an orange shirt and is nude from the waist down.  The bed sheet and blanket on the bed are the same as described in Paragraph 6.  The video is 21 seconds long.  At the 8 second mark the camera moves to the bare rear of the child and zooms in to graphically display the butt and genital area of the child.  The child then rolls over exposing her genital area from the front.  The video does not show the child's face but through the audio of the video your Affiant recognized the child's voice as CK, age 4, KEARN's youngest daughter, and recognizes the other voice as that of KEARN.

t.      A video entitled video(2).mov depicted a female child between the ages of 3-5 wearing only an orange shirt and is nude from the waist down.  The bed sheet and blanket on the bed are the same as described in Paragraph 6.  The video is 10 seconds long.  The video starts with the child lying on the bed with her legs spread exposing her genital area.  The video continues with the child jumping on the bed, keeping the focus of the camera being on the lower body of the child.  At the end of the video, a portion of the child's face is visible and your Affiant recognizes the child as KEARN's youngest child, CK, age 4.  Your affiant also recognizes the voice of the recorder as that of KEARN's.

**FURTHER AFFIANT SAYETH NOT.**

*/s/ Cassidy D. Casner*
Cassidy D. Casner, Special Agent
Homeland Security Investigations

Subscribed and sworn before
me this 10th day of May, 2013.

HONORABLE K. GARY SEBELIUS
UNITED STATES MAGISTRATE JUDGE

10