# THE UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | CASE NO: 13-mj-5042-KGS |
| JONATHAN KEARN, ) | |
| ) | |
| Defendant. ) | **FILED** |
| _____ ) | **UNDER SEAL** |

## MOTION TO SEAL

Comes now the United States, by and through Christine E. Kenney, Assistant United States Attorney for the District of Kansas and moves the court for an order sealing the Complaint, Warrant, and Affidavit in support in this case and sealing the instant motion and ensuing order of the court, against everyone except attorneys and employees of the Office of the U.S. Attorney and the Department of Homeland Security, Immigration and Customs Enforcement, Homeland Security Investigations, until further order of the court.

In support of this motion, the United States declares that unless the Complaint, Warrant, affidavit, this motion and order are sealed, it will permanently jeopardize an ongoing criminal investigation.

WHEREFORE, the United States requests that the search warrant, affidavit and this motion and order in this case be sealed against everyone except attorneys

1

and employees of the Office of the U.S. Attorney and the Department of Homeland Security, Immigration and Customs Enforcement, Homeland Security Investigations, until further order of the court.

          Respectfully submitted,

          BARRY R. GRISSOM
          United States Attorney


          */s/ Christine E. Kenney*
          CHRISTINE E. KENNEY #13542
          Assistant United States Attorney
          444 S.E. Quincy, Room 290
          Topeka, KS  66683
          (785) 295-2850

Dated:   May 10, 2013