# THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) CASE NO: 13-mj-5042-KGS |
| JONATHAN KEARN, | ) |
| Defendant. | ) **FILED** |
| _____ | ) **UNDER SEAL** |

## ORDER

On motion of counsel for the government, good cause appearing therefore,

IT IS ORDERED that the Complaint, Warrant and Affidavit in support issued herein, together with the application to seal same and this order, be kept and retained under seal by the Clerk until further order of the court.

IT IS SO ORDERED.

s/K. Gary Sebelius
_____
HON. K. GARY SEBELIUS
UNITED STATES MAGISTRATE JUDGE

Dated: 5/10/2013