IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

UNITED STATES OF AMERICA,
          Plaintiff,

vs.                                  Case No. 13-mj-5042-KGS

JONATHAN KEARN,
          Defendant.

**MOTION TO UNSEAL**

The United States of America, by and through Barry R. Grissom, United States Attorney for the District of Kansas, and Gregory G. Hough, Assistant United States Attorney for said District, hereby moves the court for an order to unseal the Complaint in the above-captioned matter.

Wherefore, it is respectfully requested that the Complaint herein be unsealed.

Dated this 10th day of May 2012.

                                        Respectfully submitted,
                                        BARRY R. GRISSOM
                                        UNITED STATES ATTORNEY

                                        s/ Christine E. Kenney
                                        Christine E. Kenney, #13542
                                        Assistant United States Attorney
                                        444 S.E. Quincy, Suite 290
                                        Topeka, KS 66683
                                        (785) 295-2850
                                        christine.kenney@usdoj.gov