IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

UNITED STATES OF AMERICA,
          Plaintiff,

vs.                                    Case No. <u>13-mj-5042-KGS</u>

JONATHAN KEARN,
          Defendant.

## ORDER

Now on this ___13th___ day of May, 2013, comes the above-referenced matter upon the motion of the United States to unseal the complaint herein. The court, being duly advised in the matter, finds that said motion should be granted.

It is hereby ordered that the complaint in the above-captioned matter be unsealed.

IT IS SO ORDERED.

_____
K. GARY SEBELIUS
United States Magistrate Judge
District of Kansas