AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

_____District of Kansas_____

### APPEARANCE

| | |
|---|---|
| United States of America,           ) | |
|            Plaintiff,           ) | |
|      vs.                                  ) | CASE NUMBER: 13-mj-5042-KGS |
|                                                  ) | |
|                                                  ) | |
| Jonathan Kearn,                  ) | |
|            Defendant.        ) | |

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Jonathan Kearn, Defendant.

I certify that I am admitted to practice in this court.


| | | |
|---|---|---|
| May 13, 2013 | s/Melody Evans | 17612 |
| | Name | Bar Number |
| | Assistant Federal Public Defender | |
| | 424 South Kansas Avenue, Room 205 | |
| | Address | |
| | Topeka, Kansas | 66603-3439 |
| | City          State | Zip Code |
| | 785/232-9828 | 785/232-9886 |
| | Phone Number | Fax Number |
| | E-mail address: melody_evans@fd.org | |