<u>CLERK'S COURTROOM MINUTE SHEET - CRIMINAL - MAGISTRATE JUDGE</u>

UNITED STATES OF AMERICA

v.                                                            Case No:      13-mj-5042-KGS
                                                              Age:          38
JONATHAN KEARN                                                Education:    Graduated high school and Vo-Tech
                                                              AUSA:         Christine Kenney
                                                              Deft. Atty.:  Melody Evans, AFPD
                                                                __X__ Appointed       _____ Retained

| JUDGE: | Sebelius | DATE: | MAY 13, 2013 |
|---|---|---|---|
| DEPUTY CLERK: | Gilchrist | REPORTER: | Network @ 11:20 AM |
| LOCATION: | Topeka, Kansas | PRETRIAL/PROBATION: | COREY KIRK |

Length of Hearing:    Rule 5:    11 min.
                      Hearing Completed:   yes

<u>PROCEEDINGS</u>

| (x) | Rule 5 Hearing | ( ) | Initial Revocation Hearing | | ( ) | Bond Hearing |
|---|---|---|---|---|---|---|
| ( ) | ID/Removal Hearing | ( ) | Held | (x) Waived | ( ) | Bond Revocation Hearing |
| ( ) | Preliminary Hearing | ( ) | Held | ( ) Waived | ( ) | Discovery Conference |
| ( ) | Detention Hearing | ( ) | Held | ( ) Waived | ( ) | |
| ( ) | Arraignment | ( ) | Held | ( ) Waived | | |

( )   Interpreter:
(x)   Charges and penalties explained to defendant
(x)   Defendant sworn and examined re: financial ability to retain counsel
(x)   Counsel appointed                    ( )   At defendant's expense
(x)   Constitutional rights explained      (x)   Felony            ( )   Misdemeanor
( )   Defendant declined to waive indictment ( ) Will be presented by next Grand Jury
( )   Signed Waiver of Indictment
(x)   Advised of rights under              ( )   Rule 20           (x)   Rule 5
( )   Signed Consent to Transfer (Rule 20)
( )   Petition to Enter Plea Filed         ( )   Plea Agreement Attached
( )   Transfer under Rule 5 to:

( )   ARRAIGNMENT AND PLEA:                                          ( )   No. of Counts
      ( )   Waived Reading of   ( )   Indictment    ( )   Information  ( )   Read to Defendant
      ( )   Previous Plea       ( )   Guilty        ( )   Not Guilty   Counts:         Withdrawn
      ( )   Guilty                                                     Counts:         Accepted
      ( )   Not Guilty                                                 Counts:

( )   Bail Denied              ( )   Bail fixed at              ( )   Bail remain at
( )   $                        ( )   Unsecured                  ( )   Secured
( )   Release Order            ( )   Executed                   ( )   Continued in effect
(x)   Deft. remanded to temp custody ( ) Pending compliance with conditions of release
( )   Detention Ordered

Deft's next appearance:   Detention hearing and preliminary hearing, 5/16/13 at 10:30 AM before Magistrate Judge Sebelius

Miscellaneous: The court appoints the Federal Public Defender to represent the defendant. Government moves for pretrial detention and the court sets a detention hearing and preliminary hearing for 5/16/13 at 10:30 AM before Magistrate Judge Sebelius. The court finds that the period of delay resulting from the granting of the continuance for a detention hearing shall be excludable time pursuant to 18 U.S.C. § 3161(h)(7) in that the ends of justice outweigh the best interest of the defendant and the public in a speedy trial. Defendant is remanded to the temporary custody of the United States Marshal's Service pending further proceedings in this matter.