# THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF KANSAS

UNITED STATES OF AMERICA, )
                                       )
           Plaintiff, )
                                       )
vs. )
                                       )   CASE NO: 13-mj-5042-KGS
JONATHAN KEARN, )
                                       )
          Defendant. )   **FILED**
                                       )   **UNDER SEAL**

FILED MAY 13 2013
Clerk, U.S. District Court
By: _____ Deputy Clerk

[SEALED]

## WARRANT FOR ARREST

To: The Department of Homeland Security, Immigration and Customs Enforcement, Homeland Security Investigations and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest:

JONATHAN KEARN

and bring him forthwith to the nearest magistrate to answer a(n)

☐ Indictment    ☐ Information    **X Complaint**    ☐ Order of court    ☐ Violation Notice    ☐ Probation Violation Petition

charging him with **Production of Child Pornography**, and **Distribution of Child Pornography**, and **Possession of Child Pornography**, in violation of Title __18__ United States Code, Section(s) _2251(b), 2252(a)(2), and 2252(a)(4)(B)_.

K. Gary Sebelius
Name of Issuing Officer

*K. Gary Sebelius* (signature)
Signature of Issuing Officer

US Magistrate Judge
Title of Issuing Officer

May 10, 2013 at Topeka, KS
Date and Location
at 10:40 a.m.

(By) Deputy Clerk

*Cheryl Gilchrist* (signature)

Bail fixed at $ __Detain__
By:
K. Gary Sebelius
Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at Topeka, KS | | |
| DATE RECEIVED May 10, 2013 | NAME AND TITLE OF ARRESTING OFFICER Jason Burgess Special Agent | SIGNATURE OF ARRESTING OFFICER *Jason G. Burgess* |
| DATE OF ARREST May 10, 2013 | | |