CLERK'S COURTROOM MINUTE SHEET - CRIMINAL - MAGISTRATE JUDGE

UNITED STATES OF AMERICA

v.                                                          Case No:        13-mj-5042-KGS

JONATHAN KEARN                                              Age:
                                                            AUSA:          Christine Kenney
                                                            Deft. Atty.:   Melody Evans, AFPD
                                                              X   Appointed          Retained

| JUDGE: | Sebelius | DATE: MAY 16, 2013 |
|---|---|---|
| DEPUTY CLERK: | Gilchrist | REPORTER: Network @ 11:01 AM |
| Location: | Topeka, Kansas | PRETRIAL/PROBATION: COREY KIRK |

Length of Hearing:   Preliminary Hearing:   40 min.      Detention Hearing:   29 min.
                     Hearing Completed: yes

## PROCEEDINGS

| | | | | | | |
|---|---|---|---|---|---|---|
| ( ) | Initial Rule 5 Hearing | | ( ) | Initial Revocation Hearing | ( ) | Bond Hearing |
| ( ) | ID/Removal Hearing | | ( ) Held | ( ) Waived | ( ) | Bond Revocation Hearing |
| (x) | Preliminary Hearing | | (x) Held | ( ) Waived | ( ) | Upon Petition for Offender |
| (x) | Detention Hearing | | (x) Held | ( ) Waived | | Under Supervision |
| ( ) | Arraignment | | ( ) Held | ( ) Waived | | |

( )   Interpreter:
( )   Charges and penalties explained to defendant
( )   Defendant sworn and examined re: financial ability to retain counsel
( )   Counsel appointed                           ( )   At defendant's expense
( )   Constitutional rights explained             ( )   Felony         ( )   Misdemeanor
( )   Defendant declined to waive indictment      ( )   Will be presented by next Grand Jury
( )   Signed Waiver of Indictment
( )   Advised of rights under                     ( )   Rule 20        ( )   Rule 40
( )   Signed Consent to Transfer (Rule 20)
( )   Petition to Enter Plea Filed                ( )   Plea Agreement Attached
( )   Transfer under Rule 40 to:
( )   Defendant acknowledged receipt of petition for offender under supervision

( )   Bail Denied                  (x)   Bail fixed at O/R              ( )   Bail remain at
( )   $                            (x)   Unsecured                      ( )   Secured
(x)   Release Order                (x)   Executed in open court         ( )   Continued in effect
(x)   Deft. remanded to temp custody (x) Pending compliance with conditions of release
( )   Detention Ordered

Miscellaneous: The parties proceed with a preliminary hearing.   Government calls Homeland Security Agent Cassidy Casner to the stand and she is sworn.   The court, after hearing the testimony, finds that probable cause exists to believe defendant has committed the allegations as alleged in the Criminal Complaint, Counts 1-3.   The court, after hearing the proffers of the parties and arguments of counsel, finds that the government's motion for pretrial detention is DENIED.   The court releases defendant on an Order Setting Conditions of Pretrial Release with no financial bond requirement.    Defendant is remanded to the temporary custody of the U.S. Marshal Service pending compliance with conditions of release.

**Government Witnesses:**
Cassidy Casner