AO 199A  (Rev. 11/08) Order Setting Conditions of Release                                                    Page 1 of __3__ Pages

# UNITED STATES DISTRICT COURT
### for the
# District of Kansas

FILED IN OPEN COURT
5-16-2013
TIMOTHY M. O'BRIEN, CLERK
BY _____
DEPUTY CLERK

|  |  |
|---|---|
| United States of America | ) |
| v. | ) |
|  | ) Case No.  13-mj-5042-KGS |
| JONATHAN KEARN | ) |
| *Defendant* | ) |

## ORDER SETTING CONDITIONS OF RELEASE

IT IS ORDERED that the defendant's release is subject to these conditions:

(1) The defendant must not violate any federal, state or local law while on release.

(2) The defendant must cooperate in the collection of a DNA sample if the collection is authorized by 42 U.S.C. § 14135a.

(3) The defendant must immediately advise the court, defense counsel, and the U.S. attorney in writing before any change in address or telephone number.

(4) The defendant must appear in court as required and must surrender to serve any sentence imposed

The defendant must appear at *(if blank, to be notified)* _____
                                                                                        Place

_____ on _____
                                                         Date and Time

### Release on Personal Recognizance or Unsecured Bond

IT IS FURTHER ORDERED that the defendant be released on condition that:

( ✓ ) (5) The defendant promises to appear in court as required and surrender to serve any sentence imposed.

(   ) (6) The defendant executes an unsecured bond binding the defendant to pay to the United States the sum of
_____ dollars ($ _____ )
in the event of a failure to appear as required or surrender to serve any sentence imposed.

AO 199B  (Rev. 01/09) Additional Conditions of Release                                        Page     2     of     3     Pages

## ADDITIONAL CONDITIONS OF RELEASE

Upon finding that release by one of the above methods will not by itself reasonably assure the defendant's appearance and the safety of other persons or the community, IT IS FURTHER ORDERED that the defendant's release is subject to the conditions marked below:

( ✓ ) (7) The defendant is placed in the custody of:
  Person or organization   **Kathy Markham**
  Address *(only if above is an organization)*
  City and state                                                         Tel. No. *(only if above is an organization)*

who agrees (a) to supervise the defendant in accordance with all of the conditions of release, (b) to use every effort to assure the defendant's appearance at all scheduled court proceedings, and (c) to notify the court immediately if the defendant violates any condition of release or disappears.

Signed: *Kathy Markham*     5/16/13
        Custodian or Proxy     Date

( ✓ ) (8) The defendant must:

( ✓ ) (a) report to the supervising pretrial services officer as directed and follow all instructions of the pretrial services office and supervising officer.

(   ) (b) execute a bond or an agreement to forfeit upon failing to appear as required the following sum of money or designated property:

(   ) (c) post with the court the following proof of ownership of the designated property, or the following amount or percentage of the above-described sum

(   ) (d) execute a bail bond with solvent sureties in the amount of $ _____ .
( ✓ ) (e) maintain or actively seek employment.
(   ) (f) maintain or commence an education program.
(   ) (g) surrender any passport to: _____
( ✓ ) (h) obtain no passport.
( ✓ ) (i) abide by the following restrictions on personal association, place of abode, or travel:   No travel outside the District of Kansas without permission from Pretrial Services Office and reside with Kathy and Drew Markham in Topeka, Kansas.
( ✓ ) (j) avoid all contact, directly or indirectly, with any person who is or may become a victim or potential witness in the investigation or prosecution, including but not limited to:   defendant's youngest child (4 year old); abide by all restrictions/directrions by Kansas SRS Department.
( ✓ ) (k) undergo medical or psychiatric treatment or remain in an institution as follows:   if deemed adviseable by Pretrial Service Office.

(   ) (l) return to custody each (week) day at _____ o'clock after being released each (week) day at _____ o'clock for employment, schooling, or the following purpose(s): _____

(   ) (m) maintain residence at a halfway house or community corrections center, as the pretrial services office or supervising officer considers necessary.
( ✓ ) (n) refrain from possessing a firearm, destructive device, or other dangerous weapons.
( ✓ ) (o) refrain from  (   ) any  ( ✓ ) excessive use of alcohol.
(   ) (p) refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.
(   ) (q) submit to any testing required by the pretrial services office or the supervising officer to determine whether the defendant is using a prohibited substance. Any testing may be used with random frequency and include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing. The defendant must refrain from obstructing or attempting to obstruct or tamper, in any fashion, with the efficiency and accuracy of any prohibited substance testing or monitoring which is (are) required as a condition of release.
(   ) (r) participate in a program of inpatient or outpatient substance abuse therapy and counseling if the pretrial services office or supervising officer considers it advisable.
( ✓ ) (s) participate in one of the following location monitoring program components and abide by its requirements as the pretrial services officer or supervising officer instructs.
  ( ✓ )  (i) **Curfew.** You are restricted to your residence every day  (   ) from _____ to _____ , or  ( ✓ ) as directed by the pretrial services office or supervising officer; or
  (   )  (ii) **Home Detention.** You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities pre-approved by the pretrial services office or supervising officer; or
  (   )  (iii) **Home Incarceration.** You are restricted to 24-hour-a-day lock-down except for medical necessities and court appearances or other activities specifically approved by the court.
( ✓ ) (t) submit to the location monitoring indicated below and abide by all of the program requirements and instructions provided by the pretrial services officer or supervising officer related to the proper operation of the technology.
  ( ✓ ) The defendant must pay all or part of the cost of the program based upon your ability to pay as the pretrial services office or supervising officer determines.

  ( ✓ )  (i) Location monitoring technology as directed by the pretrial services office or supervising officer;
  (   )  (ii) Radio Frequency (RF) monitoring;
  (   )  (iii) Passive Global Positioning Satellite (GPS) monitoring;
  (   )  (iv) Active Global Positioning Satellite (GPS) monitoring (including "hybrid" (Active/Passive) GPS);
  (   )  (v) Voice Recognition monitoring.
( ✓ ) (u) report as soon as possible, to the pretrial services office or supervising officer any contact with any law enforcement personnel, including, but not limited to, any arrest, questioning, or traffic stop.
( ✓ ) (v)   The defendant shall maintain and submit to the U.S. Probation or Pretrial Services Office a complete and current inventory of his computer equipment. He shall submit a monthly record of computer use and bills pertaining to computer access to the U.S. Probation & Pretrial Services Officer.

DISTRIBUTION:    COURT      DEFENDANT      PRETRIAL SERVICES      U.S. ATTORNEY      U.S. MARSHAL

AO 199B   Additional Conditions or Release                                Page 2A

(√)(w) The defendant may access on-line, "computer," or Internet services, except that the defendant shall not access any on-line, "computer," or Internet services, sites, or media that include or feature material that depicts "sexually explicit conduct" involving adults or "minor(s)," "child pornography," or "visual depictions" of "minor(s) engaged in "sexually explicit conduct," all as defined in 18 U.S.C. § 2256.

(√)(x) The defendant shall neither possess nor have under his control any material that depicts "sexually explicit conduct" involving adults or "minor(s)," "child pornography," or "visual depictions" of "minor(s)" engaged in "sexually explicit conduct" all as defined in 18 U.S.C. § 2256.

(√)(y) The defendant will not install new hardware or effect repairs on his/her computer system without receiving prior permission from the probation officer.

(√)(z) The defendant shall submit release of information allowing the U.S. Probation Officer authorization to verify utility and telephone access (services) and bills (both past and present) to his/her residence.

(√)(aa) The defendant shall provide a complete record of all passwords and user identifications (both past and present) to the U.S. Probation Officer and shall not make any changes without the prior approval of the U.S. Probation Officer.

(√)(bb) The defendant shall consent, at the direction of the U.S. Probation Officer, to having installed on his/her computer(s), any hardware or software systems to monitor his/her computer use, which may record activity on the computer, including the capture of keystrokes, application information, Internet use history, email correspondence, and chat conversations.  Monitoring will occur on a random and/or regular basis for the purpose of alerting the pretrial officer of activity that indicates defendant is engaging in impermissible communication and/or viewing or obtaining sexually explicit material.  The defendant further understands that a notice may be placed on the computer at the time of installation to warn others of the existence of the monitoring software placed on his/her computer.

(√)(cc) No UNSUPERVISED contact with any minors without direct supervision of a responsible adult.

(√)(dd) Comply with requirement/restriction to not possess any form of pornographic material.

AO 199C  (Rev. 09/08) Advice of Penalties                                                                                     Page ___3___ of ___3___ Pages

## ADVICE OF PENALTIES AND SANCTIONS

TO THE DEFENDANT:

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

Violating any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of your release, an order of detention, a forfeiture of any bond, and a prosecution for contempt of court and could result in imprisonment, a fine, or both.

While on release, if you commit a federal felony offense the punishment is an additional prison term of not more than ten years and for a federal misdemeanor offense the punishment is an additional prison term of not more than one year. This sentence will be consecutive (*i.e.*, in addition to) to any other sentence you receive.

It is a crime punishable by up to ten years in prison, and a $250,000 fine, or both, to: obstruct a criminal investigation; tamper with a witness, victim, or informant; retaliate or attempt to retaliate against a witness, victim, or informant; or intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court. The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

If, after release, you knowingly fail to appear as the conditions of release require, or to surrender to serve a sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:
(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more – you will be fined not more than $250,000 or imprisoned for not more than 10 years, or both;
(2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years – you will be fined not more than $250,000 or imprisoned for not more than five years, or both;
(3) any other felony – you will be fined not more than $250,000 or imprisoned not more than two years, or both;
(4) a misdemeanor – you will be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender will be consecutive to any other sentence you receive. In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

### Acknowledgment of the Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and surrender to serve any sentence imposed. I am aware of the penalties and sanctions set forth above.

_____   5/16/2013
*Defendant's Signature*

Topeka, KS
*City and State*

### Directions to the United States Marshal

( ✓ ) The defendant is ORDERED released after processing.
(   ) The United States marshal is ORDERED to keep the defendant in custody until notified by the clerk or judge that the defendant has posted bond and/or complied with all other conditions for release. If still in custody, the defendant must be produced before the appropriate judge at the time and place specified.

Date: 5/16/2013                           _____
                                          *Judicial Officer's Signature*

                                          K. Gary Sebelius, United States Magistrate Judge
                                          *Printed name and title*

DISTRIBUTION:    COURT    DEFENDANT    PRETRIAL SERVICE    U.S. ATTORNEY    U.S. MARSHAL