<u>CLERK'S COURTROOM MINUTE SHEET - CRIMINAL - MAGISTRATE JUDGE</u>

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA | | Case No: | 13-40057-JAR |
| v. | | Age: | 38 |
| | | Education: | Technical degree |
| JONATHAN KEARN | | AUSA: | Christine Kenney |
| | | Deft. Atty.: | Andy McGowan, AFPD, for Melody Evans, AFPD |
| | | __X__ Appointed  _____ Retained | |
| JUDGE: | Sebelius | DATE: | JUNE 6, 2013 |
| DEPUTY CLERK: | Gilchrist | REPORTER: | Network @ 10:41 AM |
| Location: | Topeka, Kansas | PRETRIAL/PROBATION: | N/A |

Length of Hearing:   Rule 5: 9 min.   Arraignment: 1 min.   Discovery Conference: 1 min.
                     Hearing Completed: Yes

PROCEEDINGS

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| (x) | Initial Rule 5 Hearing | | () | Initial Revocation Hearing | | () | Bond Hearing |
| () | ID/Removal Hearing | | () | Held () | Waived | () | Bond Revocation |
| () | Preliminary Hearing | | () | Held () | Waived | () | Upon Petition for Hearing |
| () | Detention Hearing | | () | Held () | Waived | | for Offender Under Supervision |
| (x) | Arraignment | | (x) | Held () | Waived | | |
| (x) | Discovery Conference | | (x) | Held | | | |

- ( ) Interpreter:
- (x) Charges and penalties explained to defendant
- ( ) Defendant sworn and examined re: financial ability to retain counsel
- ( ) Counsel appointed                    ( ) At defendant's expense
- (x) Constitutional rights explained     (x) Felony            ( ) Misdemeanor
- ( ) Defendant declined to waive indictment ( ) Will be presented by next Grand Jury
- ( ) Signed Waiver of Indictment
- ( ) Advised of rights under             ( ) Rule 20           ( ) Rule 40
- ( ) Signed Consent to Transfer (Rule 20)
- ( ) Petition to Enter Plea Filed        ( ) Plea Agreement Attached
- ( ) Transfer under Rule 40 to:
- ( ) Defendant acknowledged receipt of petition for offender under supervision
- (x) ARRAIGNMENT AND PLEA:                                    (2) No. of Counts
  - (x) Waived Reading of  (x) Indictment  ( ) Information  ( ) Read to Defendant
  - ( ) Previous Plea      ( ) Guilty      ( ) Not Guilty   Counts: Withdrawn
  - ( ) Guilty                                              Counts: Accepted
  - (x) Not Guilty                                          Count(s): 2 + forfeiture
- ( ) Bail Denied          ( ) Bail fixed at                ( ) Bail remain at
- ( ) $                    ( ) Unsecured                   ( ) Secured
- (x) Release Order        ( ) Executed                    (x) Continued in effect
- ( ) Deft. remanded to custody  ( ) Pending compliance with conditions of release
- ( ) Detention Ordered

The Pretrial Order 1 will be issued by Magistrate Judge Sebelius.
        Joint Speedy Trial Act motion: **21 DAYS AFTER ARRAIGNMENT**

Miscellaneous: Defendant stands silent and the court enters a "not guilty" plea on behalf of the defendant to the charges in the indictment. Defendant is continued on the current conditions of pretrial release.