AO 442 (Rev. 10/03) Warrant for Arrest

FILED

# United States District Court

JUN 6 2013

DISTRICT OF _____ Kansas Clerk, U.S. District Court
By: _____ Deputy Clerk

UNITED STATES OF AMERICA

V.

JONATHAN KEARN

## WARRANT FOR ARREST

CASE NUMBER:  13-40057-01-JAR

To: The United States Marshal
    and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ JONATHAN KEARN
                                              Name

and bring him or her forwith to the nearest magistrate judge to answer a(n)

[X] Indictment  [ ] Information  [ ] Complaint  [ ] Order of Court  [ ] Probation Violation Petition  [ ] Supervised Release Violation Petition  [ ] Violation Notice

charging him or her    (brief description of offense)

Ct. 1 - 18 USC 2251(b); Custodial person permit minor engage sexual explicit visual depiction

Ct. 2 - 18 USC 2252(a)(2); Receive, distribute visual depiction involving sexual exploit of minor

Ct. 3 - 18 USC 2256; Sexual exploitation/other abuse of children

in violation of _____ 18 _____ United States Code, Section(s) _____ 2251(b) _____

TIMOTHY M. O'BRIEN

Name of Issuing Officer

Clerk of Court

Title of Issuing Officer

M. Barnes, Deputy Clerk

Signature of Issuing Officer

May 29, 2013         at Topeka, Kansas

Date and Location

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant _____ Topeka , KS |

| DATE RECEIVED 5/30/13 | NAME AND TITLE OF ARRESTING OFFII | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 6/6/13 | Romel Sinclair DUSM | |