IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 13-40057-01-JAR |
| | ) | |
| JONATHAN KEARN, | ) | |
| Defendant. | ) | |
| | ) | |

## JOINT MOTION TO TOLL SPEEDY TRIAL

The plaintiff, United States of America, and the Accused, Jonathan Kearn, through undersigned counsel, move the Court to toll the Speedy Trial clock for an additional sixty (60) days.

**Procedural history:** Jonathan Kearn was charged by complaint on May 10, 2013. An indictment was subsequently filed on May 29, 2013, and the accused made an initial appearance on the indictment on June 6, 2013. Mr. Kearn is not in custody. No prior continuances have been requested.

**Meet and Confer:** The parties have met and conferred as ordered by the Court in Pretrial Order No. 1.

**Additional time is required:** As a result of that conference, the parties agree more time is required. Discovery is complete in this matter, and no pretrial motions will be filed, but the accused requires additional time to complete investigation to effectively prepare for trial. Given counsel's current caseload in Topeka and Kansas City, along with additional administrative duties, the additional time is needed to adequately complete the investigation necessary before trial.

After consulting with counsel, the defendant personally agrees with the request.

**Additional time is justified under the Speedy Trial Act:** This continuance is in the best interest of the accused, the Government, and the public, as everyone involved can fairly and fully litigate the issues.[1]

Failure to grant additional time would deny counsel for the defendant the reasonable time necessary for effective preparation[2] for trial. This is sufficient reason for the delay and tolling the Speedy Trial clock. This also conforms with the requirements of *United States v. Toombs*, 574 F.3d 1262 (10th Cir. 2009).

**Proposed Scheduling:** The parties propose the following schedule, and agree that it is a realistic and firm proposal for final disposition of this case,

Estimated trial time is **five (5) to seven (7) days**.

**WHEREFORE**, the parties ask this Court to grant this motion.

Respectfully submitted,

S/Melody Evans
_____
MELODY EVANS #17612
Assistant Federal Public Defender
    For the District of Kansas
424 South Kansas Avenue, Room 205
Topeka, Kansas 66603-3439
Phone: 785/232-9828
Fax: 785/232-9886
E-mail Address: melody_evans@fd.org
Attorney for Defendant

---

[1] 18 U.S.C. §3161(h)(7).

[2] 18 U.S.C. §3161(h)(7)(B)(iv) .

S/Christine E. Kenney
CHRISTINE E. KENNEY #13542
Assistant United States Attorney
444 SE Quincy, Suite 290
Topeka, Kansas   66683
Phone: 785/295-2850
Fax: 785/295-2853
E-Mail: Christine.Kenney@usdoj.gov


## CERTIFICATE OF SERVICE

I hereby certify that on June 25, 2013, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to the following:

Christine E. Kenneth
Assistant United States Attorney
Christine.Kenney@usdoj.gov


s/ Melody Evans