IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

UNITED STATES OF AMERICA,        )
                          Plaintiff,   )
                                       )
vs.                              )        Case No. 13-40057-01-JAR
                                       )
JONATHAN KEARN,                  )
                          Defendant.   )
_____)

## ORDER TO TOLL SPEEDY TRIAL

**NOW** on this 26th day of June, 2013, the above-entitled matter comes before the Court upon the *"Joint Motion to Toll Speedy Trial"* (Doc. 20). The Court has reviewed the motion and is fully advised of the premises.

The parties met and conferred as Ordered by the Court in Pretrial Order No. 1, and jointly agreed that more time was required to allow defense counsel additional time to complete investigation and prepare for trial.

Based on the detailed information set forth in the motion, the Court finds under 18 U.S.C. § 3161(h)(7)(B) that failure to grant a continuance would unreasonably deny the defendant the reasonable time necessary for trial preparation, taking into account the exercise of due diligence. The Court further finds that the ends of justice served by granting an extension of time outweigh the best interests of the public and defendant in a speedy trial. *United States v. Toombs*, 574 F.3d 1262 (10th Cir. 2009).

**IT IS THEREFORE ORDERED** that the *"Joint Motion to Toll Speedy Trial"* is hereby **sustained**. The trial is scheduled to begin August 6, 2013 at 9:00 a.m. Pretrial Order No. 2 will be issued setting forth other deadlines and hearing dates.

**IT IS FURTHER ORDERED** that the period of delay resulting from such continuance shall be excludable time as provided for by the Speedy Trial Act, 18 U.S.C. 3161(h)(7).

Dated: June 26, 2013

 S/ Julie A. Robinson
JULIE A. ROBINSON
UNITED STATES DISTRICT JUDGE