IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No.  13-40057-01-JAR |
| | ) |
| JONATHAN KEARN, | ) |
| | ) |
| Defendant. | ) |

## **PRETRIAL ORDER NO. 2**

Pretrial Order No. 1, which was filed on June 6, 2013 (doc. 18) and which summarizes the parties' disclosure and discovery obligations, is incorporated herein by reference and shall continue in effect unless specifically modified by the court.  Pretrial Order No. 1 requires, in pertinent part, that the government complete its disclosures at least 14 days before the deadline for defendant to file motions to suppress and other pretrial motions and notices.

The court orders as follows:

1. Discovery is complete.

2. The parties have indicated that no pretrial motions will be filed.

3. Any request for summaries of expert testimony of government witnesses by defendant shall be filed by **July 8, 2013**, and any government request for summaries of expert testimony of defense witnesses shall be filed by **July 15, 2013**.

4. The presiding U.S. District Judge will conduct a final pretrial conference on **July 26, 2013, at 1:00 p.m.**, in Courtroom 401 of the U.S. Courthouse in Topeka, Kansas. **At least 14 days before this conference begins**, counsel for the government and the defendant shall complete the process of conferring in good faith to narrow the issues for trial, and then file their stipulations of fact and law, final witness and exhibit lists, and motions in limine. Responses to motions in limine must be filed **at least 7 days before the final pretrial conference**. At the conference, counsel must be prepared to argue the motions in limine and to discuss any other remaining questions of law on which the parties desire pretrial rulings.

5. Trial of this case, which presently is expected to take approximately 5-7 days, is set for **August 6, 2013, at 9:00 a.m.** in Courtroom 401 of the U.S. Courthouse in Topeka, Kansas. This is a firm trial setting. Absent a showing of truly extraordinary circumstances, no continuances will be granted. If defendant decides to change his or her plea pursuant to Fed. R. Crim. P. 11(b), or if fewer trial days than noted above will be needed, counsel must *immediately* contact the courtroom deputy clerk for the presiding judge so the allocated trial time may be made available for another case.

6. All requests for special voir dire questions to be asked by the court, and all proposed jury instructions, must be filed **at least 7 days before trial**; there is no need to propose routine, standard instructions.

IT IS SO ORDERED.

Dated: June 26, 2013

 S/ Julie A. Robinson

JULIE A. ROBINSON

UNITED STATES DISTRICT JUDGE