IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>         Plaintiff, )<br>             )<br> vs.            )<br>             )<br>JONATHAN KEARN,     )<br>         Defendant. )<br>_____) | Case No. 13-40057-01-JAR |

## **MOTION TO RESCHEDULE PRETRIAL DEADLINES**

COMES NOW Jonathan Kearn, through undersigned counsel, to ask the Court to reschedule and consolidate pretrial deadlines. The Government does not oppose this request. In support of this request, Mr. Kearn informs the Court that:

1. This matter is slated for trial August 6, 2013, and a final pretrial conference is set July 26, 2013. Defense request for experts is due today, followed by the prosecution's request on July 15, 2013.

2. Despite due diligence and, in part, because of scheduling, some issues have not been fully investigated and researched, and some discovery has not yet been reviewed.

3. The parties propose a joint deadline of July 19 to disclose expert notification and summaries, exchange witness and exhibit lists, complete proposed stipulations, file limine motions, and propose jury instructions; any responses will be filed by July 23.

4. The status conference and trial date will not be delayed. Speedy trial time will not be tolled.

WHEREFORE, Mr Kearn asks that this motion be granted.

Respectfully submitted,

S/Melody Evans
MELODY EVANS #17612
Assistant Federal Public Defender
   For the District of Kansas
424 South Kansas Avenue, Room 205
Topeka, Kansas 66603-3439
Phone: 785/232-9828
Fax: 785/232-9886
E-mail Address: melody_evans@fd.org
ATTORNEY FOR DEFENDANT

## CERTIFICATE OF SERVICE

I hereby certify that on July 8, 2013, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to the following:

Christine E. Kenney
Assistant United States Attorney
Christine.Kenney@usdoj.gov

s/ Melody Evans