IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA,            )<br>                                Plaintiff,      )<br>                                               )<br>        vs.                                    )<br>                                               )<br>JONATHAN KEARN,                       )<br>                                Defendant.  )<br>_____) | Case No. 13-40057-01-JAR |

### O R D E R

**NOW** on this 9th day of July, 2013, the above-entitled matter comes before the Court upon the motion of counsel for the defendant to reschedule pretrial deadlines. The Court, after reviewing the motion and being fully advised in the premises, finds that there exists good cause for the motion, and that the motion should therefore be sustained.

**IT IS THEREFORE ORDERED** that the parties shall disclose expert notification and summaries, exchange witness and exhibit lists, complete proposed stipulations, file limine motions, and proposed jury instructions by July 19, 2013. Any responses shall be filed by July 23, 2013. The final pretrial conference and trial will remain as scheduled.

Dated: July 9, 2013

                                                                 S/ Julie A. Robinson
                                                                JULIE A. ROBINSON
                                                                UNITED STATES DISTRICT JUDGE