IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA,      )<br>                    Plaintiff,  )<br>                               )<br>vs.                            )<br>                               )<br>JONATHAN KEARN,                )<br>                    Defendant. )<br>_____) | Case No. 13-40057-01-JAR |

### *Second* JOINT MOTION TO TOLL SPEEDY TRIAL

The plaintiff, United States of America, and the Accused, Jonathan Kearn, through undersigned counsel, move the Court to toll the Speedy Trial clock for an additional sixty (60) days.

**Procedural history:** Jonathan Kearn was charged by complaint on May 10, 2013. An indictment was subsequently filed on May 29, 2013, and the accused made an initial appearance on the indictment on June 6, 2013. Mr. Kearn is not in custody. One prior continuance has been granted.

**Additional time is required:** The government has advised that discovery is still forthcoming in this case. The parties agree more time is required to provide the accused an opportunity to review and analyze the discovery. No reliable date for completion of discovery is known at this time. No pretrial motions are anticipated, but the accused requires additional time to complete review and analysis of the discovery to effectively prepare for trial.

After consulting with counsel, the defendant personally agrees with the request.

**Additional time is justified under the Speedy Trial Act:** This continuance is in the best interest of the accused, the Government, and the public, as everyone involved can fairly and fully litigate the issues.[1]

---

[1] 18 U.S.C. §3161(h)(7).

Failure to grant additional time would deny counsel for the defendant the reasonable time necessary for effective preparation[2] for trial. This is sufficient reason for the delay and tolling the Speedy Trial clock.  This also conforms with the requirements of *United States v. Toombs*, 574 F.3d 1262 (10th Cir. 2009).

**Proposed Scheduling:** The parties propose the following schedule, and agree that it is a realistic and firm proposal for final disposition of this case:

>Trial to be extended an additional **60 days.**

>Consolidated pretrial deadlines due **14 days prior.**

>Estimated trial time is **five (5) to seven (7) days**.

**WHEREFORE**, the parties ask this Court to grant this motion.

>Respectfully submitted,
>
>S/Melody Evans
>MELODY EVANS #17612
>Assistant Federal Public Defender
>   For the District of Kansas
>424 South Kansas Avenue, Room 205
>Topeka, Kansas 66603-3439
>Phone: 785/232-9828
>Fax: 785/232-9886
>E-mail Address: melody_evans@fd.org
>Attorney for Defendant

---

[2] 18 U.S.C. §3161(h)(7)(B)(iv) .

S/Christine E. Kenney
CHRISTINE E. KENNEY #13542
Assistant United States Attorney
444 SE Quincy, Suite 290
Topeka, Kansas   66683
Phone: 785/295-2850
Fax: 785/295-2853
E-Mail: Christine.Kenney@usdoj.gov

**CERTIFICATE OF SERVICE**

    I hereby certify that on July 11, 2013, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to the following:

Christine E. Kenney
Assistant United States Attorney
Christine.Kenney@usdoj.gov

s/ Melody Evans