IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>          Plaintiff, )<br>                              )<br>vs.                          )<br>                              )<br>JONATHAN KEARN,          )<br>          Defendant. )<br>_____) | Case No. 13-40057-01-JAR |

### ORDER TO TOLL SPEEDY TRIAL

**NOW** on this 16th day of July, 2013, the above-entitled matter comes before the Court upon the *"Joint Motion to Toll Speedy Trial"* (Doc. 20). The Court has reviewed the motion and is fully advised of the premises.

The government has advised that discovery is still forthcoming in this case. The parties agree more time is required to provide the accused an opportunity to review and analyze the discovery to effectively prepare for trial.

Based on the detailed information set forth in the motion, the Court finds under 18 U.S.C. § 3161(h)(7)(B) that failure to grant a continuance would unreasonably deny the defendant the reasonable time necessary for trial preparation, taking into account the exercise of due diligence. The Court further finds that the ends of justice served by granting an extension of time outweigh the best interests of the public and defendant in a speedy trial. *United States v. Toombs*, 574 F.3d 1262 (10th Cir. 2009).

**IT IS THEREFORE ORDERED** that the *"Joint Motion to Toll Speedy Trial"* is hereby **sustained**.

**IT IS FURTHER ORDERED** a pretrial conference is scheduled for October 7, 2013, at 1:30 p.m., and the trial is scheduled to begin October 21, 2013, at 9:00 a.m.

**IT IS FURTHER ORDERED** that the period of delay resulting from such continuance shall be excludable time as provided for by the Speedy Trial Act, 18 U.S.C. 3161(h)(7).

Dated: July 16, 2013

 S/ Julie A. Robinson
JULIE A. ROBINSON
UNITED STATES DISTRICT JUDGE