IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 13-40057-01-JAR |
| | ) | |
| JONATHAN KEARN, | ) | |
| Defendant. | ) | |
| _____ | ) | |

### *Third* JOINT MOTION TO TOLL SPEEDY TRIAL

The plaintiff, United States of America, and the Accused, Jonathan Kearn, through undersigned counsel, move the Court to toll the Speedy Trial clock for an additional thirty (30) days.

**Procedural history:** Jonathan Kearn was charged by complaint on May 10, 2013. An indictment was subsequently filed on May 29, 2013, and the accused made an initial appearance on the indictment on June 6, 2013. Mr. Kearn is not in custody. Two prior continuances have been granted.

**Additional time is required:** The defendant's expert in this matter has recently obtained access to the forensic evidence and requires additional time to review the evidence and prepare a report.

Additionally, counsel for the accused is currently preparing for trial in the matter of *United State vs. Hudson*, Case No. 13-20063-01-JWL, which is scheduled to begin on September 10, 2013, and is expected to last approximately two weeks. Due to extensive trial preparation in that case, counsel requires additional time to obtain the expert report and complete investigation.

After consulting with counsel, the defendant personally agrees with the request

**Additional time is justified under the Speedy Trial Act:** This continuance is in the best interest of the accused, the Government, and the public, as everyone involved can fairly and fully litigate the issues.[1]

Failure to grant additional time would deny counsel for the defendant the reasonable time necessary for effective preparation[2] for trial. This is sufficient reason for the delay and tolling the Speedy Trial clock. This also conforms with the requirements of *United States v. Toombs*, 574 F.3d 1262 (10th Cir. 2009).

**Proposed Scheduling:** The parties propose the following schedule, and agree that it is a realistic and firm proposal for final disposition of this case:

    Pretrial deadlines extended **30 days** from the current date of September 30, 2013.

    Estimated trial time is **five (5) to seven (7) days**.

**Counsel for the government would request that the trial not be rescheduled any time between December 9, 2013, and December 27, 2013, due to the unavailability of witnesses.**

**WHEREFORE**, the parties ask this Court to grant this motion.

---

[1] 18 U.S.C. §3161(h)(7).

[2] 18 U.S.C. §3161(h)(7)(B)(iv) .

Respectfully submitted,

S/Melody Evans
MELODY EVANS #17612
Assistant Federal Public Defender
   For the District of Kansas
117 SW 6th Avenue, Suite 200
Topeka, Kansas 66603-3840
Phone: 785/232-9828
Fax: 785/232-9886
E-mail Address: melody_evans@fd.org
Attorney for Defendant

S/Christine E. Kenney
CHRISTINE E. KENNEY #13542
Assistant United States Attorney
444 SE Quincy, Suite 290
Topeka, Kansas   66683
Phone: 785/295-2850
Fax: 785/295-2853
E-Mail: Christine.Kenney@usdoj.gov

**CERTIFICATE OF SERVICE**

     I hereby certify that on September 5, 2013, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to the following:

    Christine E. Kenney
    Assistant United States Attorney
    Christine.Kenney@usdoj.gov

                         s/ Melody Evans

-3-