IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA,            )<br>                              Plaintiff,  )<br>                                              )<br>     vs.                                        )<br>                                              )<br>JONATHAN KEARN,                      )<br>                              Defendant. )<br>_____) | Case No. 13-40057-01-JAR |

### MOTION TO RESCHEDULE PRETRIAL DEADLINES

COMES NOW Jonathan Kearn, through undersigned counsel, to ask the Court to reschedule the pretrial deadlines in this case. In support of this request, Mr. Kearn informs the Court that:

1.  The trial in this matter is scheduled to begin January 7, 2014.

2. The parties would request that the pretrial deadlines in this case be extended for approximately six (6) weeks, as the parties will be in a better position to file limine motions, and witness and exhibit lists, at that time.

3. The parties respectfully propose the following schedule:

**December 15, 2013** - Parties shall disclose expert notification and summaries, exchange witness and exhibit lists, completed proposed stipulations, and file limine motions.

**December 30, 2013** - Parties shall submit proposed jury instructions.

4. The government agrees with this request to reschedule the pretrial deadlines.

**WHEREFORE**, Mr. Kearn asks that this motion be granted.

Respectfully submitted,

S/Melody Brannon Evans
MELODY BRANNON EVANS #17612
Interim Federal Public Defender
   For the District of Kansas
117 SW 6th Avenue, Suite 200
Topeka, Kansas 66603-3840
Phone: 785/232-9828
Fax: 785/232-9886
E-mail Address: melody_evans@fd.org
ATTORNEY FOR DEFENDANT

**CERTIFICATE OF SERVICE**

     I hereby certify that on October 29, 2013, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to the following:

    Christine E. Kenney
    Assistant United States Attorney
    Christine.Kenney@usdoj.gov

                                         s/ Melody Brannon Evans