PS 42
(Rev 07/93)

# United States District Court

## District of Kansas

**United States of America**           )
                                        )
                    vs                  )
**Jonathan Kearn**                      )
                                        )   Case No. 13-40057-01-JAR
                                        )

### CONSENT TO MODIFY CONDITIONS OF RELEASE

I, Jonathan Kearn, have discussed with Diana M. Kerns, Pretrial Services Officer, modification of my release as follows:

1. **Suspend the condition requiring** the defendant to reside with Kathy and Drew Markham, Topeka, Kansas.

I consent to this modification of my release conditions and agree to abide by this modification.

_____  10-21-2013        _____  10-21-13
Signature of Defendant           Date          Pretrial Services/Probation Officer     Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

Melody Evans
Digitally signed by Melody Evans
DN: cn=Melody Evans, o=Federal Public Defender's Office, ou=District of Kansas, email=melody_evans@fd.org, c=US
Date: 2013.10.21 13:54:20 -05'00'

_____                    _____
Signature of Defense Counsel                  Date

_____                    10-24-2013
Signature of Assistant U.S. Attorney          Date

[x]  The above modification of conditions of release is ordered, to be effective on  10/29/2013

[ ]  The above modification of conditions of release is _not_ ordered.

    s/K. Gary Sebelius                        10/29/2013
Signature of Judicial Officer                 Date