IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

UNITED STATES OF AMERICA,      )
        Plaintiff, )
           )
vs.          )  Case No. 13-40057-01-JAR
           )
JONATHAN KEARN,    )
        Defendant. )
           )

**O R D E R**

**NOW** on this 30th day of October, 2013, the above-entitled matter comes before the Court upon the motion of counsel for the defendant to reschedule pretrial deadlines. The Court, after reviewing the motion and being fully advised in the premises, finds that there exists good cause for the motion, and that the motion should therefore be sustained.

**IT IS THEREFORE ORDERED** that the following schedule shall be set:

**December 16, 2013** - Parties shall disclose expert notification and summaries, exchange witness and exhibit lists, completed proposed stipulations, and file limine motions.

**December 30, 2013** - Parties shall submit proposed jury instructions.

The trial will remain as scheduled.

Dated: October 30, 2013

                 S/ Julie A. Robinson
                 JULIE A. ROBINSON
                 UNITED STATES DISTRICT JUDGE