## Clerk's Courtroom Motions/Miscellaneous Minute Sheet

UNITED STATES OF AMERICA

v.

JONATHAN KEARN

Case No:   13-40057-01-JAR

Location: Topeka, Kansas

AUSA: Chris Kenney
Deft. Atty.: Melody Evans

| **JUDGE:** | Robinson | **DATE:** | 12/16/2013 |
|---|---|---|---|
| **DEPUTY CLERK:** | Wiest | **TAPE/REPORTER:** | Harris |
| **INTERPRETER:** |  | **PRETRIAL/PROBATION:** |  |

STATUS CONFERENCE

Case comes before the Court for a status conference.  Counsel for defendant advises the Court that defendant is retaining counsel, Matthew Works.  Government advises the Court that it intends to have a witness from Australia and was prepared to make travel arrangements following this hearing.  Defendant will file Motion to Continue setting out deadlines for disclosures and trial setting.  Government objects to delay.  Court will set another status conference for either December 19 or 20, 2013.  Notice will follow.