IN THE UNITED STATES DISTRICT COURT

FOR THE
DISTRICT OF
KANSAS

(TOPEKA DOCKET)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff,  ) | |
| ) | |
| vs.      ) | No.   13-40057-JAR |
| ) | |
| JONATHAN KEARN        ) | |
| Defendant.  ) | |
| _____) | |

## ENTRY OF APPEARANCE

Now on this of _____, 2013, in the above-entitled matter comes Matthew B. Works and enters his appearance as counsel of record for the defendant and request the Clerk to forward all documents regarding the case to hem at the below address.

 s/Matthew b. Works_____
Matthew B. Works 11215
Attorney for the Defendant
1900 Medford
Topeka , Kansas 66604
Ph.785-234-0051

Certificate of Service

I certify that I ON THE _____ OF _____, 2013 through the Ecf System entered the above document and notified the plaintiffs counsel Christine Kenny that the counsel has entered his appearance on behalf of the defendant.

s/Matthew B. Works_
Matthew B. Works