IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA,      )<br>                           Plaintiff,   )<br>                                                )<br>     vs.                                         )<br>                                                )<br>                                                )<br>JONATHAN KEARN,                    )<br>                           Defendant.  )<br>_____ ) | Case No. 13-40057-01-JAR |

## NOTICE OF WITHDRAWAL

**COME NOW** Melody Brannon Evans, Interim Federal Public Defender for the District of Kansas, and notifies the Court that she is withdrawing as counsel for Jonathan Kearn. Mr. Kearn has retained Matthew Works to represent him.

Ms. Evans would request that the Court direct the Clerk's Office to remove her name from the electronic notification list related to this case.

Respectfully submitted,

S/Melody Brannon Evans
MELODY BRANNON EVANS #17612
Interim Federal Public Defender
    For the District of Kansas
117 SW 6th Avenue, Suite 200
Topeka, Kansas 66603-3840
Phone: 785/232-9828
Fax: 785/232-9886
E-mail Address: melody_evans@fd.org

## CERTIFICATE OF SERVICE

      I hereby certify that on December 19, 2013, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to the following:

    Christine E. Kenney
    Assistant United States Attorney
    Christine.Kenney@usdoj.gov


and a copy was forwarded by first-class mail to:

    Mr. Jonathan Kearn
    ███████████
    ███████████
    Topeka, KS ████


                                        s/ Melody Brannon Evans