**Clerk's Courtroom Motions/Miscellaneous Minute Sheet**

UNITED STATES OF AMERICA

v.

JONATHAN KEARN

Case No:   13-40057-01-JAR

Location: Topeka, Kansas

AUSA: Chris Kenney
Deft. Atty.:Matt Works

| JUDGE: | Robinson | DATE: | 12/20/2013 |
|---|---|---|---|
| DEPUTY CLERK: | Wiest | TAPE/REPORTER: | Harris |
| INTERPRETER: | | PRETRIAL/PROBATION: | |

STATUS CONFERENCE

Case comes before the Court for a settlement conference.  Defendant appears in person and by counsel, Matt Works.  Government withdraws its objection to a continuance but requests that a trial setting be firm due to Government's witness having to make travel arrangements from Australia.

The Court sets another status conference for January 27, 2014 at 1:30 p.m.  Court orders Defendant's counsel to file a Motion for Continuance.