In The United States District Court for the District of Kansas

United States of America

05-40057-JAR

Vs

Jonathan Kearn

Defendants Motion for Continuance

Comes now the Defendant by and through his Counsel Matthew Works and moves the Court for a Continuance of the jury trial scheduled for January 7.2014.

In support of the motion the Defendant proffers the following:

1. The defendant is presently not in custody and always appeared for the next hearing.

2. The defendants counsel has just entered his appearance.

3. The Government by Christine Kenney does not object to the continuance.

4. The continuance is in the best interests of both the Government and the Defendant.

5. There are not any speedy trial issues that are present to prohibit a continuance at the Defendants request.

6. The defendants counsel needs time to review the discovery.

Wherefore the Defendants Counsel respectfully requests a continuance on behalf to the defendant.

                                                    s/Matt Works____
                                                  Matthew B. Works
                                                  Attorney for the Defendant
                                                  1900 SW Medford
                                                  Topeka, Kansas 66603

I certify a copy of this document was sent via MCF to the US Attorneys Office 444 SE Quincy Topeka, Kansas 66603 on the 30 of December, 2013.

s/Matt  Works
Matthew B. Works