**Clerk's Courtroom Motions/Miscellaneous Minute Sheet**

UNITED STATES OF AMERICA

v.

JONATHAN KEARN

Case No:   13-40057-01-JAR

Location: Topeka, Kansas

AUSA: Chris Kenney
Deft. Atty.: Matt Works

| JUDGE: | Robinson | DATE: | 1/27/2014 |
|---|---|---|---|
| DEPUTY CLERK: | Wiest | TAPE/REPORTER: | Harris |
| INTERPRETER: | | PRETRIAL/PROBATION: | |

STATUS CONFERENCE

Case comes before the Court for a Status Conference.  The defendant appears in person and by and through counsel.  The Court sets the following deadlines:

Motions deadline: 3/31/2014
Response deadline: 4/14/2014
Motion Hearing is set on 4/28/2014 at 9:00 a.m.
Jury Trial is scheduled to begin on 6/19/2014 at 9:00 a.m. (Due to conflict, this date has been changed since initially setting it at the hearing for 6/16/2014.)
Estimated time of trial: 4-5 days