IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

UNITED STATES OF AMERICA,	)
           Plaintiff,	)
	)
vs.	)	Case No. 13-40057-01-JAR
	)
JONATHAN KEARN,	)
           Defendant	)
	)

## SCHEDULING ORDER

The Court held a Status Conference on January 27, 2014.

After being well and advised in the premises, the Court finds that defendant's counsel has just entered his appearance and needs time to review the discovery. The Government does not object to the continuance but requests a firm trial setting due to Government's witness having to make travel arrangements from Australia.

The Court therefore finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial. Any period shall be excluded in computing the time within which the trial of this action must commence. 18 USC §3161(h)(7).

WHEREFORE, the following deadlines are hereby established. All pretrial motions shall be submitted on or before March 31, 2014. Responses to all pretrial motions shall be submitted on or before April 14, 2014. A pretrial motions hearing is set for April 28, 2014 at 9:00 a.m. The jury trial is scheduled for June 19, 2014 at 9:00 a.m.

IT IS SO ORDERED.

1

Dated: January 28, 2014

                                      S/ Julie A. Robinson  
                                      JULIE A. ROBINSON  
                                      UNITED STATES DISTRICT JUDGE