In The United States District Court for the District of Kansas

United States of America

05-40057-JAR

Vs

Jonathan Kearn

Defendants Motion for Modification of Bond Conditions

Comes now the Defendant by and through his Counsel Matthew Works and moves the Court for a modification of Bond Conditions. In support of the motion the Defendant proffers the following:

1. The defendant is presently not having any visitation with his children.

2. The defendant's domestic counsel has obtained an agreed order to allow for supervised visitation with the three older children, whom are not victims alleged in this case.

3. The Government by Christine Kenney cannot agree to a modification of bond.

4. The visitation is with a supervising therapist and has been ordered by Judge Schmidt, whom presides over the juvenile case.

5. There are not any bond conditions that the defendant believes he would be in violation, but wants to secure the courts approval before the visitation begins.

Wherefore the Defendants Counsel respectfully requests the Court modify the bond to allow the visitation with the defendants older children, in accordance with Judge Schmidt's juvenile order.

S/Matt Works____
Matthew B. Works
Attorney for the Defendant
1900 SW Medford
Topeka, Kansas 66603

I certify a copy of this document was sent via MCF to the US Attorneys Office 444 SE Quincy Topeka, Kansas 66603 on the 19 of Feb., 2014.

S/Matt Works
Matthew B. Works