Michael E. Francis
434 SW Topeka Avenue
Topeka, Kansas 66603
Phone: 785/235-3415
Fax:    785/235-8089

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF KANSAS
### (TOPEKA DOCKET)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| Vs. ) | Case No. 13-40057-JAR |
| ) | |
| JONATHAN KEARN ) | |
| ) | |
| Defendant. ) | |

### WITHDRAWAL OF COUNSEL AND
### ENTRYOF APPEARANCE OF SUBSTITUTED COUNSEL

Comes now Michael E. Francis and enters his appearance on behalf of the Defendant, Jonathan Kearn, as substituted counsel for withdrawing counsel, Matthew B. Works.

Michael E. Francis, KS No. 8783
434 SW Topeka Avenue
Topeka, Kansas 66603
Phone: 785/235-3415
Fax:    785/235-8089
Email: mfrancis26@cox.net

Matthew B. Works, KS#11215
1900 Medford
Topeka, KS 66604
785-234-0051
Fax: 785-234-9752
Email: **worksmatthew@aol.com**

CERTIFICATE OF SERVICE

I, Michael E. Francis, do hereby certify that on April 9, 2014, I electronically filed the foregoing document with the clerk of the court by using the CM/ECF system which will send a notice of the electronic mailing to the following: Christine E. Kenney.

/s/Michael E. Francis
MICHAEL E. FRANCIS