Michael E. Francis
434 SW Topeka Avenue
Topeka, Kansas 66603
Phone: 785/235-3415
Fax:    785/235-8089

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
(TOPEKA DOCKET)

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>    )<br>           Plaintiff,        )<br>    )<br>Vs.        )<br>    )<br>JONATHAN KEARN        )<br>    )<br>           Defendant.        ) | Case No. 13-40057-JAR |

**WAIVER OF APPEARANCE AND
ACKNOWLEDGEMENT OF RIGHTS**

I, Jonathan Kearn, have been advised by my lawyer that I have a right to be present at the status conference scheduled for 9:00 a.m., April 14, 2014, in this case. I hereby choose to waive that right.

I have discussed the waiver of this right with my lawyer and am satisfied that I fully understand my right to personally appear. I choose to waive my right to appear, personally, and choose to appear through counsel only at this status conference.

With full knowledge of these rights, I hereby waive my right to appear at the status conference scheduled for 9:00 a.m., April 14, 2014.

Dated this 11th day of April, 2014.

*/s/ Jonathan Kearn*
Jonathan Kearn

Respectfully submitted,

/s/Michael E. Francis
Michael E. Francis, KS No. 8783
434 SW Topeka Avenue
Topeka, Kansas 66603
Phone: 785/235-3415
Fax:    785/235-8089
Email: mfrancis26@cox.net

## CERTIFICATE OF SERVICE

I, Michael E. Francis, do hereby certify that on April 11, 2014, I electronically filed the foregoing document with the clerk of the court by using the CM/ECF system which will send a notice of the electronic mailing to the following: Christine E. Kenney.

/s/Michael E. Francis
MICHAEL E. FRANCIS