**Clerk's Courtroom Motions/Miscellaneous Minute Sheet**

UNITED STATES OF AMERICA

v.

JOHNATHAN KEARN

Case No:   13-40057-01-JAR

Location: Topeka, Kansas

AUSA: Christine Kenney
Deft. Atty.:Micheal Francis

| **JUDGE:** | Robinson | **DATE:** | 4/14/2014 |
|---|---|---|---|
| **DEPUTY CLERK:** | Wiest | **TAPE/REPORTER:** | Harris |
| **INTERPRETER:** | | **PRETRIAL/PROBATION:** | |

STATUS CONFERENCE/MOTION HEARING

Case comes before the Court for a Motion to Continue Jury Trial (Doc. 52) and status conference.  The defendant waives appearance and appears through counsel.  The Court grants defendant's motion to continue.

The Court sets the following deadlines:

Motion Deadline: 6/23/2014
Response Deadline: 6/30/2014
Motion Hearing: 7/14/2014 at 9:00 a.m.
Jury Trial will be rescheduled to 8/26/2014 at 9:00 a.m.
Estimated time of trial: 5 days

The court finds that the period of delay resulting from the granting of the continuance for a jury trial shall be excludable time pursuant to 18 U.S.C. § 3161(h)(7) in that the ends of justice outweigh the best interest of the defendant and the public in a speedy trial.