**IN THE UNITED STATES DISTRICT COURT**
**FOR THE**
**DISTRICT OF KANSAS**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| **vs.** | ) **CRIMINAL ACTION** |
| | ) |
| **JONATHAN KERN** | ) **CASE NO.:  5:13CR40057-01** |

**ORDER FOR DISPOSAL OF SEIZED PROPERTY**

This matter comes before the Court requesting an order to dispose of property seized from the defendant.

These items include:

1- 20 Gauge Shotgun Shell

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that in accordance with the established procedures set forth in the U.S. Probation Office for the District of Kansas Search and Seizure Policy, Part 3 - Disposal of Evidence or Contraband, the aforementioned property is to be released to the appropriate federal, state, or local law enforcement agency for disposal, or otherwise appropriately disposed of by the U.S. Probation Office.

IT IS SO ORDERED.

Date this   24th   day of   April                        , 20 14  .


                                                    s/ Julie A. Robinson
                                                    Julie A. Robinson
                                                    United States District Court Judge
                                                    District of Kansas