Michael E. Francis
434 SW Topeka Avenue
Topeka, Kansas 66603
Phone: 785/235-3415
Fax:    785/235-8089

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
(TOPEKA DOCKET)

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>   Plaintiff,  )<br>  )<br>Vs.  )<br>  )<br>JONATHAN KEARN  )<br>  )<br>   Defendant.  ) | Case No. 13-CR-40057-DDC |

### DEFENDANT'S SECOND MOTION TO CONTINUE TRIAL

Comes now the Defendant, Jonathan Kearn, by and through his counsel, Michael E. Francis, and moves the Court to continue the trial of this matter, now set to commence August 25, 2014, and in support hereof, shows the Court:

**Procedural History:** Defendant was charged by Complaint on May 10, 2013, and was subsequently indicted on May 29, 2013. He made his initial appearance on the Indictment on June 6, 2013, and is not in custody.

On June 25, 2013, Defendant filed a Motion to Toll Speedy Trial and that motion was granted on June 26, 2013. A Joint Motion to extend

speedy trial was filed on July 11, 2013, which motion was granted on July 17, 2013. Defendant filed another Motion to Toll Speedy Trial on September 5, 2013, which motion was granted on September 13, 2013. Defendant filed a motion to continue trial on April 10, 2014, as the undersigned had been retained to represent the Defendant the day before.

**Additional Time Required:** The undersigned was retained by Defendant on April 9, 2014, and entered his appearance on April 10, 2014.

Former counsel delivered discovery he had received from the Government in late April and the amount of discovery is substantial.

Because of the amount of discovery material, counsel needs additional time to prepare for trial, taking into account his current schedule..

Defendant agrees with this request, after consultation with counsel.

**Additional Time is Justified Under the Speedy Trial Act:** It is in the best interest of the accused, the Government and the public to continue this case for trial in order that the issues may be fully and fairly addressed and litigated. Failure to grant such a continuance in a case would deny counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, it is respectfully submitted. See 18 U.S.C. §3161(h)(7)(B)(iv).

**Proposed Schedule:** Defendant proposes the following for final disposition of this case:

Trial to be extended and additional 60 days.

Consolidated pretrial deadlines due 14 days prior to trial.

Estimated trial time is five (5) to seven (7) days.

Respectfully submitted,

_____
Michael E. Francis, KS No. 8783
434 SW Topeka Avenue
Topeka, Kansas 66603
Phone: 785/235-3415
Fax:    785/235-8089
Email: mfrancis26@cox.net

CERTIFICATE OF SERVICE

I, Michael E. Francis, do hereby certify that on June 19, 2014, I electronically filed the foregoing document with the clerk of the court by using the CM/ECF system which will send a notice of the electronic mailing to the following: Christine E. Kenney.

/s/Michael E. Francis
MICHAEL E. FRANCIS