### CLERK'S COURTROOM MINUTE SHEET – CRIMINAL

UNITED STATES OF AMERICA

        Plaintiff,

v.                                                              Case No:  13-40057-01-DDC

JONATHAN KEARN

        Defendant.

**Attorney for Plaintiff: Christine E. Kenney**
**Attorney for Defendant: Michael E. Francis**

| JUDGE: | Daniel D. Crabtree | DATE: | 7/15/2014 |
|---|---|---|---|
| CLERK: | Megan Garrett | TAPE/REPORTER: | Sherry Harris |
| INTERPRETER: |  | PROBATION: |  |

### MOTION HEARING

Case comes before the Court on defendant's Second Motion to Continue Trial (Doc. 57).  The defendant appears personally and by and through counsel.  The Court grants the motion and sets the following schedule:

    **Motions filing deadline:  October 10, 2014.**
    **Response filing deadline:  October 17, 2014.**
    **Motion hearing:  November 17, 2014 at 1:30 p.m.**
    **Trial date:  December 9, 2014 at 9:00 a.m.**

Pursuant to the specific findings set forth in full on the record, the Court finds that the ends of justice served by allowing the defendant the additional time requested outweigh the best interest of the public and the defendant in a speedy trial and that the continuance shall be granted.

It is ordered by the Court that the period of delay resulting from the additional time granted pursuant to the court's order, July 15, 2014 until December 9, 2014, shall be deemed excludable time as provided for in 18 U.S.C. §3161(h)(7)(A), in that the ends of justice served by the granting of an extension outweigh the best interest of the public and the defendant in a speedy trial.

Defendant remains on bond.