Michael E. Francis
434 SW Topeka Avenue
Topeka, Kansas 66603
Phone: 785/235-3415
Fax:    785/235-8089

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
(TOPEKA DOCKET)

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>Vs. )<br>)<br>JONATHAN KEARN )<br>)<br>Defendant. ) | Case No. 13-CR-40057-DDC |

**DEFENDANT'S MOTION FOR ACCESS
TO CERTAIN SEIZED COMPUTERS
AND OTHER PROPERTY SEIZED**

Comes now the Defendant, Jonathan Kearn, by and through his counsel, Michael E. Francis, and moves the Court for its Order directing the Plaintiff to permit Defendant's expert to examine certain computers and other property in the custody of the Government and its agents.

1. In support hereof, Defendant shows the Court that on or about May 7, 2013, agents of the Government executed a search warrant on Defendant's home at 429 SW Taylor Street, Topeka, Kansas.

2. Among the property seized was a Dell laptop computer (serial number 1DDW9L1), two Apple I-Phones (black), a Toshiba Laptop (serial

number 89510986Q), an Emachines desktop computer, a Dell 4300 (serial number BLNC411), a Dell 2350 (serial numberB7Y1W21) and an ACER Aspire AX-1300 hard drive.

3. Defendant has retained Dreux Doty of Private Digital Investigators to review the discovery provided Defendant by the Government and he has conducted his review. However, he reports that in order to complete his investigation, he needs to be provided access to the computers and equipment listed in the immediately preceding paragraph.

4. It is proposed that such a review take place on the premises of the agency or agencies having physical custody of the equipment and that a representative of the agency be present during his review.

5. Additionally, in a photograph provided by the Government to Defendant, taken at the time the search warrant was executed, an ATT DSL modem is depicted. It is necessary for Mr. Doty to review the information contained within the modem as a part of his investigation. However, the Inventory Log provided by the Government does not reveal that any modem was seized by the Government and Defendant, after diligent search, cannot find that he is in possession of the modem.

6. It is requested that the Court order Plaintiff to search the property seized from Defendant to determine if it in fact seized the modem, and if so, to authorize Mr. Doty to inspect that equipment.

WHEREFORE, Defendant prays the Court allow the inspection and review of the computers and other equipment seized by the Government, for the reasons set forth, above.

Respectfully submitted,

_____
Michael E. Francis, KS No. 8783
434 SW Topeka Avenue
Topeka, Kansas 66603
Phone: 785/235-3415
Fax:    785/235-8089
Email: mfrancis26@cox.net

CERTIFICATE OF SERVICE

I, Michael E. Francis, do hereby certify that on October 9, 2014, I electronically filed the foregoing document with the clerk of the court by using the CM/ECF system which will send a notice of the electronic mailing to the following: Christine E. Kenney.

/s/Michael E. Francis
MICHAEL E. FRANCIS