IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) </br> ) </br> Plaintiff, ) </br> ) </br> v. ) </br> ) </br> JONATHAN KEARN, ) </br> ) </br> Defendant. ) </br> _____ ) | Case No. 13-40057-DDC |

**GOVERNMENT RESPONSE TO DEFENDANT'S
MOTION FOR ACCESS TO SEIZED PROPERTY**

The United States of America, by and through Barry R. Grissom, United States Attorney for the District of Kansas, and Christine E. Kenney, Assistant United States Attorney for said District, submits the following response to Defendant's Motion for Access to Certain Seized Computers and Other Property Seized (Doc. 60):

**Procedural History**

On May 10, 2013, a three count criminal complaint was filed against the defendant charging production, distribution, and possession of child pornography. The defendant was arrested and appeared on this complaint on May 13, 2013. The

1

Court appointed Melody Evans of the Federal Public Defender's Office to represent the defendant.

On May 29, 2013, the grand jury returned the Indictment in this case (Doc. 15), charging the same offenses of production, distribution, and possession of child pornography.  The defendant was arraigned on June 6, 2013.  This case was set for jury trial on July 26, 2013.  (Doc. 22.)

In late July, 2013, Ms. Evans arranged for a defense expert to review the seized electronic items.  The investigative agency arranged to have mirror images of the items available in a secure setting at the Heart of America Regional Computer Forensic Laboratory (RCFL) located in Kansas City, Missouri.  This review by the defense expert occurred, but the exact date of that review is not currently known to government counsel.

On July 11, 2013, defense counsel filed a second motion for extension time (Doc. 27), and the jury trial was rescheduled to October 21, 2013.  On September 5, 2013, defense counsel filed a third motion for extension of time, citing the fact that the defense expert had recently obtained access to the forensic evidence, and needed additional time for review.  (Doc. 32.)  The jury trial was rescheduled to January 7, 2014 to accommodate the scheduling conflicts of both parties and witnesses.

On December 18, 2014, Matthew Works entered his appearance on behalf of the defendant. (Doc. 40.) The following day, Ms. Evans filed her notice of withdrawal as counsel. (Doc. 41.) Discovery was transferred by Ms. Evans to Mr. Works. On December 31, 2014, defense counsel moved to continue the jury trial. (Doc. 44.) At the status conference held on January 27, 2014, the Court granted the motion and rescheduled the jury trial for June 19, 2014. (Doc. 46, 47.)

On April 10, 2014, Mr. Works filed a notice of withdrawal of counsel, and entry of substitute counsel, the current counsel of record. (Doc. 50.) On April 14, 2014, the jury trial was rescheduled to August 26, 2014. (Doc. 54.)

On June 19, 2014, the defendant filed a second motion to continue (Doc. 57), and the jury trial was rescheduled to December 9, 2014 (Doc. 59).

**Instant Motion**

On October 9, 2014, the defendant filed his motion to inspect certain property. Apparently, the defendant has hired a second expert to review the items seized back in May 2013. At no time prior to the filing of this motion was the government asked to provide access to the seized equipment.

As soon as practical after the filing of the instant motion, government counsel reached out to the investigators to a) obtain answers to the questions regarding equipment seized, and b) to determine how soon a second defense review of mirror images of the seized items could occur. Government counsel has

3

learned that investigators do not have possession of some of the items listed.  For example, the defendant requested access to the modem.  Investigators report that there is no record of seizing a modem, and it is not the agency's practice to do so.[1]  Further, any items that did not contain contraband would have been released by the agency.  In this case, some items were returned to the defendant's children who needed the items for school.

In addition, the available forensic examiner is willing to schedule a second defense review of the mirror images of the seized items.  However, due to that agent's prior commitments, the review cannot take place until late October.

To be clear, the government is willing to accommodate the defendant's request for a second expert review, but will strongly oppose any motion to continue the current jury trial date of December 9, 2014.  As the Court may recall, the government's witness list includes an investigator with the Queensland Police Service, and the current trial date, set three months ago, was selected with this witness's schedule in mind.  Moreover, current counsel has been involved with this case for six months.  That fact coupled with the number of prior continuances granted – without objection – would potentially implicate the Speedy Trial Act and *United States v. Toombs*, 574 F.3d 1262 (10th Cir. 2009).

---

[1] The case agent is unavailable until October 20, 2014, but will inspect the property to confirm the modem was not inadvertently seized and not catalogued.

**Conclusion**

The United States does not oppose the defendant's request for his expert to review mirror images of the electronic items still in the possession of the agency. The United States does oppose any further delay of the jury trial scheduled in this matter.

Respectfully submitted,

BARRY R. GRISSOM
United States Attorney

/s/ Christine E. Kenney
Christine E. Kenney, #13542
Assistant U.S. Attorney
444 SE Quincy, Room 290
Topeka, KS   66683
(785) 295-2850
christine.kenney@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 16th day of October, 2014, I electronically filed the foregoing response with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

s/ Christine E. Kenney
Christine E. Kenney, #13542
Assistant United States Attorney
444 S.E. Quincy, Suite 290
Topeka, KS 66683
(785) 295-2850
christine.kenney@usdoj.gov
