CLERK'S COURTROOM MINUTE SHEET – **CRIMINAL**

UNITED STATES OF AMERICA

             Plaintiff,

v.                                           Case No:  13-40057-01-DDC

JONATHAN KEARN (01)

             Defendant.

**Attorney for Plaintiff: Christine E. Kenney**
**Attorney for Defendant:  Michael E. Francis**

| JUDGE: | **Daniel D. Crabtree** | DATE: | **10/20/2014** |
|---|---|---|---|
| CLERK: | **Megan Garrett** | TAPE/REPORTER: | **Sherry Harris** |
| INTERPRETER: | | PROBATION: | |

# STATUS HEARING

Case comes before the court for a status conference.  Defendant appears by and through counsel.

Doc. 60 – Defendant's Motion for Access to Certain Seized Computers and Other Property Seized – the Court rules the motion as moot as set forth in full on the record.

**Defendant remains on release.**