# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>    Plaintiff,<br><br>vs.<br><br>**JONATHAN KEARN (01),**<br><br>    Defendant. | **Case No. 13-40057-01-DDC** |

## **ORDER**

The Court conducted a hearing in this action on October 20, 2014.  The defendant asked that this case be set for trial and, therefore, the Court therefore sets the following deadlines in this case:

**IT IS THEREFORE ORDERED BY THE COURT** that the parties shall file witness and exhibit lists no later than **November 26, 2014**.

**IT IS FURTHER ORDERED** that the government shall provide notice pursuant to Rule 404(b) no later than **November 26, 2014.**

**IT IS FURTHER ORDERED** that the parties shall make expert disclosures by **November 26, 2014.**

**IT IS FURTHER ORDERED** that motions in limine shall be filed by **December 1, 2014,** and responses thereto shall be filed by **December 4, 2014.**  The limine conference is hereby set for **December 5, 2014 at 2:30 p.m.**

**IT IS FURTHER ORDERED** that the parties shall submit proposed jury instructions by **December 4, 2014.**

**IT IS FURTHER ORDERED** that this case is set for trial to a jury on **Tuesday, December 9, 2014 at 9:00 a.m.** in Courtroom #401 Frank Carlson Federal Building, 444 S.E. Quincy, Topeka, Kansas 66683.

**IT IS SO ORDERED.**

**Dated this 12th day of November, 2014, in Topeka, Kansas.**

                                                                  **s/ Daniel D. Crabtree**
                                                                  **Daniel D. Crabtree**
                                                                  **United States District Judge**