CLERK'S COURTROOM MINUTE SHEET – **CRIMINAL**

UNITED STATES OF AMERICA

        Plaintiff,

v.          Case No: 13-40057-01-DDC

JONATHAN KEARN (01)

        Defendant.

**Attorney for Plaintiff: Christine E. Kenney**
**Attorney for Defendant: Michael E. Francis**

| JUDGE: | Daniel D. Crabtree | DATE: | 11/17/2014 |
|---|---|---|---|
| CLERK: | Megan Garrett | TAPE/REPORTER: | Sherry Harris |
| INTERPRETER: | | PROBATION: | |

# MOTION HEARING

Defendant appears by and through counsel.

There are no pending motions. The Court hears from counsel regarding the status of the case.

The parties request that the December 9, 2014 trial date be continued.

The Court sets the case for a status conference on December 15, 2014 at 9:00 a.m. when a new trial date will be set.

**Defendant remains on release.**