CLERK'S COURTROOM MINUTE SHEET – **CRIMINAL**

UNITED STATES OF AMERICA

        Plaintiff,

v.          Case No:  13-40057-01-DDC

JONATHAN KEARN (01)

        Defendant.

**Attorney for Plaintiff: Christine E. Kenney**
**Attorney for Defendant:  Michael E. Francis**

| JUDGE: | Daniel D. Crabtree | DATE: | 12/15/2014 |
|---|---|---|---|
| CLERK: | Megan Garrett | TAPE/REPORTER: | Sherry Harris |
| INTERPRETER: | | PROBATION: | |

# STATUS HEARING

The case comes before the Court for a status conference.  Defendant appears in person and through counsel.

**The Court sets the case for trial on January 27, 2015 at 9:00 a.m.**

Pursuant to the defendant's request to complete analysis of evidence necessary to try the case and the specific findings set forth in full on the record, the Court finds that the ends of justice served by allowing the defendant the additional time requested outweigh the best interest of the public and the defendant in a speedy trial and that the continuance shall be granted.

It is ordered by the Court that the period of delay resulting from the additional time granted pursuant to the Court's order, **December 15, 2014 until January 27, 2015**, shall be deemed excludable time as provided for in 18 U.S.C. § 3161(h)(7)(A), in that the ends of justice served by the granting of an extension outweigh the best interest of the public and the defendant in a speedy trial.

**Defendant remains on release.**