IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
(Topeka Docket)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 13-40057-DDC |
| v. ) | |
| ) | |
| JONATHAN KEARN, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

# AMENDED
## NOTICE OF GOVERNMENT'S EXPERT WITNESSES AND REQUEST FOR DEFENSE EXPERT WITNESS DISCLOSURE

The United States of America, by and through Barry R. Grissom, United States Attorney for the District of Kansas, and Christine E. Kenney, Assistant United States Attorney for said District, submits the following Amended Notice:

### Notice of Expert Witnesses

Pursuant to Federal Rules of Criminal Procedure 16(a)(1)(G), the government may call the following witnesses to testify as experts:

1. Craig Beebe is a special agent with the Department of Homeland Security, Homeland Security Investigations, and conducts forensic examinations

1

on computers and other electronic devices.  Special Agent Beebe may testify regarding the examination he conducted on the computer and electronic items seized from the defendant's residence.   Special Agent Beebe may testify to obtaining, securing, and imaging computer hard drives and peripherals, including smart phones, and the use of specialized software, including but not limited to Encase, to analyze software and hardware use and the recovery of deleted files, in general, and specifically as the process pertained to the defendant's property.  Special Agent Beebe may also testify to Exif Data, including an explanation of what it is, and how it is relevant to the evidence in the instant case.

      2. Patrick Ladd is a detective with the Topeka Kansas Police Department, and conducts forensic examinations on computers and other electronic devices.  Detective Ladd may testify to the examination of the defendant's property, including the defendant's iPhone, using specialized software including but not limited to Cellebrite to analyze software and hardware use and the recovery of deleted files, in general, and specifically as the process pertained to the defendant's property.

      3. Brian Jones was formerly employed by the Department of Homeland Security as a Senior Fingerprint Specialist in the Homeland Security Investigations Forensic Laboratory.   Special Agent Jones may testify to his examination of

known prints from the defendant and a photograph showing the hand of an adult, and his conclusion that the hand shown in the photograph was the defendant's.

### Common On-Line Child Exploitation Testimony.

In addition, the witnesses may testify to the use of common terms associated with on-line child exploitation activity, including but not limited to search terms and short hand frequently used by individuals engaged in and attempting to engage in such activity.

The government has previously produced the reports of the investigation, and will continue to make available to defense counsel the derivative evidence disks and other derivative evidence reports. The government incorporates these reports and supporting documentation into this notice.

Finally, the government previously incorporated the above witnesses' curriculum vitae into the initial notice (Doc. 62), and provided copies of the same to defense counsel subsequent to the filing of the initial notice. Due to the time lapse from the initial notice to the instant amended notice, the government will provide the witnesses' updated curriculum vitae to defense counsel, and further incorporates those updated curriculum vitae into this amended notice.

**Reciprocal Expert Disclosure**

Pursuant to Federal Rules of Criminal Procedure 16(b)(1)(C), the government renews its request for written notice of any expert witnesses the defendant plans to call at trial.

Respectfully submitted,

BARRY R. GRISSOM
United States Attorney

/s/ Christine E. Kenney
Christine E. Kenney, #13542
Assistant U.S. Attorney
444 SE Quincy, Room 290
Topeka, KS   66683
(785) 295-2850
christine.kenney@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on the 18th day of December, 2014, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

    s/ Christine E. Kenney
Christine E. Kenney, #13542
Assistant United States Attorney
444 S.E. Quincy, Suite 290
Topeka, KS 66683
(785) 295-2850
christine.kenney@usdoj.gov