IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JONATHAN KEARN (01),

    Defendant.

Case No. 13-40057-01-DDC

## PRETRIAL ORDER NO. 2

The Court conducted a hearing in this action on December 15, 2014. The defendant asked that this case be set for trial and, therefore, the Court therefore sets the following deadlines in this case:

**IT IS THEREFORE ORDERED BY THE COURT** that the parties shall file witness and exhibit lists no later than **January 15, 2015**.

**IT IS FURTHER ORDERED** that the government shall provide notice pursuant to Rule 404(b) no later than **January 15, 2015.**

**IT IS FURTHER ORDERED** that the parties shall make expert disclosures by **January 15, 2015.**

**IT IS FURTHER ORDERED** that motions in limine shall be filed by **January 19, 2015,** and responses thereto shall be filed by **January 22, 2015.** The limine conference is hereby set for **January 23, 2015 at 2:30 p.m.**

**IT IS FURTHER ORDERED** that the parties shall submit proposed jury instructions by **January 22, 2015.**

**IT IS FURTHER ORDERED** that this case is set for trial to a jury on **Tuesday, January 27, 2015 at 9:00 a.m.** in Courtroom #401 Frank Carlson Federal Building, 444 S.E. Quincy, Topeka, Kansas 66683.

**IT IS SO ORDERED.**

**Dated this 6th day of January, 2015, in Topeka, Kansas.**

s/ Daniel D. Crabtree
**Daniel D. Crabtree**
**United States District Judge**