# ATTACHMENT A

# EXHIBIT SHEET
## *United States v. Kearn*

Case No: **13-40057-DDC**                                    Government Exhibits

| No. | Description | I.D. | Off. | Adm. | Deposition or Witness |
|---|---|---|---|---|---|
| 1 | Screen shots of E-mails between Defendant and Queensland Police Service Investigator (April 16, April 18, April 19 and April 28, 2013) | | | | |
| 2 | May 3, 2013 production from AT&T containing records and IP address for user name "foxysiepen@att.net," and customer name Kearne Heating | | | | |
| 3 | Rule 902 Certification for AT&T Custodian | | | | |
| 4 | October 11, 2013 production from AT&T containing records for IP addresses | | | | |
| 5 | Rule 902 Certification for AT&T Custodian | | | | |
| 6 | April 30, 2013 production from Yahoo! Inc., containing the Yahoo! User Profile and IP address for "cheyenneandliberty@yahoo.com" and login data | | | | |
| 7 | Rule 902 Certification for Yahoo! Custodian | | | | |
| 8 | Residential Search Warrant Executed May 7, 2013 | | | | |
| 9 | Search Warrant Photos | | | | |
| | Physical Evidence from Search of House | | | | |
| 10 | Blanket | | | | |
| 11 | Comforter | | | | |
| 12 | Dress | | | | |
| 13 | Pull-up | | | | |
| 14 | Acer Computer | | | | |
| 15 | Apple iPhone 4S | | | | |

1

| No. | Description | I.D. | Off. | Adm. | Deposition or Witness |
|---|---|---|---|---|---|
| 16 | Email Search and Seizure Warrant for Yahoo! Inc. returned June 2013 | | | | |
| 17 | CD of June 17, 2013 production pursuant to Search Warrant from Yahoo! Inc., containing the Yahoo! User Profile, IP address, Messenger friends list, a snapshot of e-mail contents, and the Address Book Contents for "cheyenneandliberty@yahoo.com" | | | | |
| 18 | Screen shots of Yahoo! Email Contents for April 16, April 18, April 19 and April 28, 2013 for "cheyenneandliberty@yahoo.com | | | | |
| 19 | Rule 902 Certification for Yahoo! Custodian | | | | |
| 20 | April 16 and 19, 2013 Videos from Defendant's Security System | | | | |
| 21 | April 28, 2013 Videos from Defendant's Security System | | | | |
| 22 | Video Clip from Defendant's Security system (April 16, 2013) | | | | |
| 23 | Sill Shots from Defendant's Security System | | | | |
| 24 | Demonstrative Exhibit (PowerPoint Containing Photos from Security Video and Screen Shots of E-mails to QPS) | | | | |
| 25 | Excerpts from Celebrite Report | | | | |
| 26 | Images from Defendant's Phone | | | | |
| 27 | Ladd Curricula Vitae | | | | |
| 28 | Beebe Curricula Vitae | | | | |
| 29 | Two Videos from Defendant's iPhone | | | | |

| No. | Description | I.D. | Off. | Adm. | Deposition or Witness |
|---|---|---|---|---|---|
| 30 | Fingerprint Documents (Image Containing Adult Hand and Inked Fingerprint Card) | | | | |
| 31 | Demonstrative Exhibit (Fingerprint Comparison Chart) | | | | |
| 32 | Fingerprint Examiner Curricula Vitae | | | | |
| 33 | Demonstrative Exhibit (Chart of Time Difference Between Topeka, Kansas and Brisbane, Queensland, Australia | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |