# ATTACHMENT A

# WITNESS LIST
## *United States v. Kearn*

Case No:  **13-40057-DDC**                              Government Witnesses

1. Stuart Butler, Queensland Australia, Police

2. Cassidy Casner, Special Agent, Homeland Security Investigations

3. Patrick Ladd, Detective, Topeka Police Department

4. Brian Jones, Fingerprint Specialist, United States Secret Service, Forensic Services Division/Fingerprint Operations Branch

5. Craig Beebe, Special Agent, Homeland Security Investigations

6. Shawn Gibson, Special Agent, Homeland Security Investigations