IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
(Topeka Docket)

| | |
|---|---|
| UNITED STATES OF AMERICA,    ) | |
|                              ) | |
| Plaintiff,    ) | |
|                              ) | Case No. 13-40057-DDC |
| v.                           ) | |
|                              ) | |
| JONATHAN KEARN,              ) | |
|                              ) | |
| Defendant.   ) | |
| _____ ) | |

**AMENDED NOTICE OF INTENT TO USE**
**FEDERAL RULES OF EVIDENCE 902 CERTIFICATIONS**

The United States of America, by and through Barry R. Grissom, United States Attorney for the District of Kansas, and Christine E. Kenney, Assistant United States Attorney for said District, hereby provides notice of its intent to offer evidence of Certified Domestic Records of Regularly Conducted Activity under Federal Rules of Evidence 803(6) accompanied by written declarations of records custodians, in a manner complying with 28 United States Code § 1746, an Act of Congress, pursuant to Federal Rules of Evidence 902(11).  These certifications, and the exhibits to which they pertain, will be made available to the defense on or before January 27, 2015.  The certifications pertain to the admission of the following business records:

1

1)   April 30, 2013 production from Yahoo! Inc., containing the Yahoo! User Profile and IP address for "cheyenneandliberty@yahoo.com" and login data pertaining to the defendant;

2)   June 17, 2013 production from Yahoo! Inc., containing the Yahoo! User Profile, IP address, Messenger friends list, a snapshot of e-mail contents, and the Address Book Contents for "cheyenneandliberty@yahoo.com" pertaining to the defendant; and

3)   May 3, 2013 production from AT&T containing records and IP address for user name "foxysiepen@att.net," and customer name Kearne Heating pertaining to the defendant.

4)   October 11, 2013 production from AT&T containing records for IP addresses

                                        Respectfully submitted,

                                        BARRY R. GRISSOM
                                        United States Attorney

                                        /s/ Christine E. Kenney
                                        Christine E. Kenney, #13542
                                        Assistant U.S. Attorney
                                        444 SE Quincy, Room 290
                                        Topeka, KS   66683
                                        (785) 295-2850
                                        christine.kenney@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 15th day of January, 2015, I electronically filed the foregoing Notice with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

s/ Christine E. Kenney
Christine E. Kenney, #13542
Assistant United States Attorney
444 S.E. Quincy, Suite 290
Topeka, KS 66683
(785) 295-2850
christine.kenney@usdoj.gov
