IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

UNITED STATES OF AMERICA,   )
   )
       Plaintiff,   )
   )   Case No. 13-40057-DDC
v.   )
   )
JONATHAN KEARN,   )
   )
       Defendant.   )
_____ )

**GOVERNMENT'S PROPOSED JURY INSTRUCTIONS**

The United States of America, by and through Barry R. Grissom, United States Attorney for the District of Kansas, and Christine E. Kenney, Assistant United States Attorney for said District, submits "Attachment A," the government's proposed instructions. These proposed instructions exclude any instructions considered "boilerplate" instructions in the Tenth Circuit.

Respectfully submitted,

BARRY R. GRISSOM
United States Attorney

/s/ Christine E. Kenney
Christine E. Kenney, #13542
Assistant U.S. Attorney
444 SE Quincy, Room 290
Topeka, KS   66683
(785) 295-2850
christine.kenney@usdoj.gov

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 15th day of January, 2015, I electronically filed

the foregoing and attachment with the clerk of the court by using the CM/ECF

system, which will send a notice of electronic filing to all counsel of record.

<u>s/ Christine E. Kenney</u>
Christine E. Kenney, #13542
Assistant United States Attorney
444 S.E. Quincy, Suite 290
Topeka, KS 66683
(785) 295-2850
christine.kenney@usdoj.gov