Michael E. Francis
434 SW Topeka Avenue
Topeka, Kansas 66603
Phone: 785/235-3415
Fax:    785/235-8089

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
(TOPEKA DOCKET)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| Vs.  ) | Case No. 13-CR-40057-DDC |
| ) | |
| JONATHAN KEARN ) | |
| ) | |
| Defendant. ) | |

**DEFENDANT'S THIRD MOTION TO CONTINUE TRIAL**

Comes now the Defendant, Jonathan Kearn, by and through his counsel, Michael E. Francis, and moves the Court to continue the trial of this matter, now set to commence January 27, 2015, and in support hereof, shows the Court:

**Procedural History:** Defendant was charged by Complaint on May 10, 2013, and was subsequently indicted on May 29, 2013. He made his initial appearance on the Indictment on June 6, 2013, and is not in custody.

On June 25, 2013, Defendant filed a Motion to Toll Speedy Trial and that motion was granted on June 26, 2013. A Joint Motion to extend

speedy trial was filed on July 11, 2013, which motion was granted on July 17, 2013. Defendant filed another Motion to Toll Speedy Trial on September 5, 2013, which motion was granted on September 13, 2013. Defendant filed a motion to continue trial on April 10, 2014, as the undersigned had been retained to represent the Defendant the day before.

A second motion was filed to continue the case for the reason that, due to the substantial amount of discovery, counsel was unable to sufficiently prepare for trial. The matter was set for trial in December, 2014, and then was moved to January 27, 2015

**Additional Time Required:** On January 15, 2015, the Government provided Defendant's counsel with a report prepared by Stuart Butler, an investigator with the Queensland, Australia, Police Service, who allegedly received an e-mail from the Defendant which lead to his indictment for the offenses for which he faces at trial.

In that report, Mr. Butler states he received an e-mail from a user identified as cheyenneandlliberty@yahoo.com from an Internet Protocol number (IPN) 166.147.97.232. He conducted a search of that number through IMGRSC.RU (a Russian account allowing the storage of photographs, many of which constitute child pornography) and discovered that the only user of that protocol was "tsears" and "tsears123" using the

mailing identifiers of tsears102966@yahoo.com and 123123123@yahoo.com. , which account was registered on May 26, 2011.

Additionally, he discovered that "tsears" held an account titled tsears1029@hushmail.com.

Two other IPNs were associated, allegedly, with the Defendant: 166.147.97.64 and 166.147.96.143. IPN 166.147.97.64 was traced back to a "target" on IMGSRC.RU using the name lilgirlfucker using the e-mail address of vaginalover535@yahoo.com.

Defendant's counsel forwarded a copy of Mr. Butler's report to Dreux Doty, who is conducting a forensic investigation of the Defendant's computer and iPhone, on January 16, 2015. Counsel and Mr. Doty met on Saturday, January 17, 2015, and on that date, Mr. Doty sent counsel the following E-mail:

> Mike,
>
> On Friday, January 16, 2015, I received the forwarded "QPS Report" forwarded to you on Thursday, January 15, 2015 by Christine Kenney. This report specifies many interesting details that have been previously unknown. Specifically, one of the alleged Internet Protocol (hereafter, IP) addresses relevant to the Kearn matter 166.147.97.232 which has not been presented prior to now.  Also of considerable concern, I feel as though the following quote from this QPS Report

> requires us to perform due diligence and significant further investigation:
>
> "*historical data & identified user 'tsears' [tsears1029@hushmail.com] & 'tsears123' [tsears102966@yahoo.com] as the only users using this IPN*"

To wit, it is my professional opinion that subpoenas should be submitted in the hopes of procuring any and all Electronically Stored Information (hereafter, ESI) relative to the abovementioned email accounts. Of equal, if not more concern regarding the QPS Report citing IP address 166.147.97.64. This IP Address, as you know, is provided by the Yahoo "Request for information pertaining to User Account" document dated April 30, 2013. I have very serious concerns regarding this. As per the QPS Report sent January 15, 2015: "*166.147.97.64 – conducted search on this IP through IMGSRC.RU historical data & identified user 'lilgirlf\*cker' as the only user of this IPN…IMGSRC TARGET PREVIOUSLY USING IPN 166.147.97.64 back on 28 May 2012: lilgirlf\*cker / vaginalover535@yahoo.com*"  It is imperative that we need to perform due diligence regarding this email address in addition to the two listed above.

Kindest regards,

Dreux Doty

**Additional Time is Justified Under the Speedy Trial Act:**

The United States Attorney received the Butler report on Thursday, January 15, 2015, and immediately forwarded it to the undersigned.

Defendant's counsel was in court all day Thursday and opened the mail Friday and immediately forwarded it to Mr. Doty to determine what, if any, effect this information would bear on the upcoming trial. Mr. Doty's response came on Saturday and this is Defendant's first opportunity to address the matter.

From Mr. Butler's report, it would appear that others had access to the IPN's associated with Defendant. Defendant has and continues to deny he was trafficking in child pornography.

Due to the information received in Mr. Butler's report, and the timing of the report, it is in the best interest of the accused, the Government and the public to continue this case for trial in order that the issues may be fully and fairly addressed and litigated. Failure to grant such a continuance in a case would deny counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, it is respectfully submitted. See 18 U.S.C. §3161(h)(7)(B)(iv).

Defendant would propose to issue a business records subpoena on Yahoo for the name, address, local and/or long distance telephone number, connection records or records of session times, duration, length of service (including start date) and types of service utilized, telephone or instrument number or other subscriber number or identity, including any temporary

assigned network address, means of source of payment for such service, etc., for the accounts identified in Mr. Butler's report.

**Proposed Schedule:** Defendant proposes the following for final disposition of this case:

Trial to be extended and additional 60 days.

Consolidated pretrial deadlines due 14 days prior to trial.

Estimated trial time is five (5) to seven (7) days.

Respectfully submitted,

/s/Michael E. Francis
Michael E. Francis, KS No. 8783
434 SW Topeka Avenue
Topeka, Kansas 66603
Phone: 785/235-3415
Fax:    785/235-8089
Email: mfrancis26@cox.net

CERTIFICATE OF SERVICE

I, Michael E. Francis, do hereby certify that on January 19, 2015, I electronically filed the foregoing document with the clerk of the court by using the CM/ECF system which will send a notice of the electronic mailing to the following: Christine E. Kenney.

/s/Michael E. Francis
MICHAEL E. FRANCIS