IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
(Topeka Docket)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 13-40057-DDC |
| v. ) | |
| ) | |
| JONATHAN KEARN, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**GOVERNMENT RESPONSE IN OPPOSITION TO DEFENDANT'S
THIRD MOTION TO CONTINUE TRIAL**

The United States of America, by and through Barry R. Grissom, United States Attorney for the District of Kansas, and Christine E. Kenney, Assistant United States Attorney for said District, hereby submits this response in opposition to the Defendant's Third Motion to Continue Trial. ([Doc. 77](#).)  In support of its objection, the government submits the following:

**Background**

On April 16, 2013, and individual using the email address "cheyenneandliberty@yahoo.com," sent a message to Stuart Butler, an investigator with the Queensland, Australia Police Service.  The email header information

included the IP address, 166.147.97.232.  During subsequent exchanges with user

"cheyenneandliberty@yahoo.com," Investigator Butler captured the following

additional IP addresses:

| | |
|---|---|
| 166.147.97.232 | April 16, 2013; 00:56:28 |
| 166.147.97.64 | April 18, 2013; 07:12:11 |
| 166.147.96.143 | April 18, 2013; 21:39:29 |
| 166.147.96.143 | April 18, 2013; 21:42:00 |
| 166.147.96.143 | April 18, 2013; 21:43:44 |
| 166.147.96.143 | April 18, 2013; 21:44:06 |
| 108.92.13.21 | April 28, 2013; 00:35:54 |
| 108.92.13.21 | April 28, 2013; 00:36:18 |
| 108.92.13.21 | April 28, 2013; 00:37:13 |
| 108.92.13.21 | April 28, 2013; 0038:34 |
| 108.200.162.253 | April 28, 2013; 10:27:22 |
| 166.147.99.60 | April 28, 2013; 12:27:52 |
| 166.147.96.182 | April 28, 2013; 16:58:33 |

(Attachment A.)

The last email on April 28, 2013, from "cheyenneandliberty@yahoo.com," using IP address 166.147.96.182 included an image of a young female leaning over the back seat of a vehicle.  From the clothing, including the distinctive pink boots, along with evidence from the defendant's home surveillance system, this image is of the defendant's youngest daughter, and she was with the defendant at the time this image was taken.  Further, another email sent from "cheyenneandliberty@yahoo.com," on April 28, 2018, using IP address 108.92.13.21 included an image of an adult male's hand pulling aside a diaper to

expose the genital area of a prepubescent female.  A fingerprint specialist has matched the defendant's inked fingerprints to the finger of the adult male in this image.

In May, 2013, investigators with the Department of Homeland Security issued a subpoena to Yahoo! Inc., for records pertaining to "cheyenneandliberty@yahoo.com."  As part of the response, Yahoo! included the following IP addresses associated to "cheyenneandliberty@yahoo.com," for the relevant dates April 16, 2013 through April 29, 2013:

>     166.147.97.64      April 18, 2013 (5 times)
>     166.147.96.143     April 19, 2013 (3 times)
>     108.92.13.21       April 28, 2013 (2 times)
>     166.147.96.182     April 28, 2013 (1 time)

(Attachment B.)

In September, 2013, investigators with the Department of Homeland Security issued a subpoena to AT&T for information pertaining to IP address 166.147.96.182 and 108.92.13.21.  On October 11, 2013, investigators received a response from AT&T showing that on April 27 and April 28, 2013, IP address 108.92.13.21 was assigned to an account in the name of "Kearne Heating" on Taylor St. in Topeka, Kansas.  This was the address of the defendant's residence

until May 7, 2013.  The response further described the internet service as DSL Dynamic IP.  The response also included the notation that:

> IP address 166.147.96.182 . . . is allocated to AT&T Mobility LLC, AT&T Global Network Services, and/or Service Provider Corporation in conjunction with AT&T Wireless.  These blocks of IPs are used by AT&T Wireless for internet access and web-based applications for wireless devices (such as web-enabled cell phones and aircards). . . . the requested wireless IP assignment records are not created or retained in the normal course of business and AT&T is unable to isolate or identify any individual account or device . . . .  No AT&T entity has records responsive.

(Attachment C.)

On Thursday, January 15, 2015, the government received a copy of Investigator Butler's typed notes.  (Attachment D.)  In these notes, Investigator Butler memorializes his investigation, including his attempt to follow-up with user information pertaining to the IP addresses listed above, in order to refer that information to the appropriate investigative agency.  Investigator Butler conducted a search of the IMGSRC.RU[1] historical data, and found that IP address 166.147.97.232 had been connected to an IMGSRC.RU user in May 2011; 166.147.97.64 had been connected to an IMGSRC.RU user in May 2012.

---

[1] The web site "www.imgsrc.ru" is a free Internet hosting website located in Russia.  The web site is accessible via the Internet, and allows individuals to create a user account, without cost, through which users can create photo albums and upload images to such photo albums. http://imgsrc.ru/.

**Discussion**

The defendant has filed a motion to continue the jury trial in order to perform due diligence and issue subpoenas "*in the hopes of procuring*" any Electronically Stored Information relative to the above referenced IMGSRC.RU users.  By the defendant's own account, the usefulness of the information sought is speculative.  Further, the defendant has been in possession of the IP addresses associated with the "cheyenneandliberty@yahoo.com," emails sent to Investigator Butler since July 14, 2014, when the government produced redacted screen prints of those emails.

More importantly, any such subpoenas are unlikely to produce any subscriber information, much less any information that is pertinent to the government's case, or any defense the defendant might put forth.  First, the information was two years and one year old at the time of the offense conduct in the instant case, and now is almost four and three years old.  Second, AT&T, the company to which these IP addresses are assigned, has already stated that records for those blocks of IP addresses is not available.  Third, AT&T records link a separate IP address 108.92.13.21, associated with "cheyenneandliberty@yahoo.com," to the address of the defendant's residence at the time of the offense conduct.  Fourth, the image showing an adult male hand

5

identified as the defendant's was sent from 108.92.13.21, the IP address linked to the defendant's residence on the date that the image was emailed to Investigator Butler.  Finally, the Yahoo! records link the two questioned IP addresses to "cheyenneandliberty@yahoo.com," on the dates relevant to the Indictment.

The defendant would not be materially prejudiced should the Court refuse to grant this motion to continue.  *See*, *United States v. McKneely*, 69 F.3d 1067 (10th Cir. 1995) ("Court of Appeals reviews denial of motion to continue for abuse of discretion, assigning error only if district court's decision was arbitrary or unreasonable and materially prejudiced defendant"); *United States v. Simpson*, 152 F.3d 1241 (10th Cir. 1998).

## Conclusion

For the reasons outlined above, the government requests that the Court overrule and deny Defendant's Third Motion to Continue Trial.

Respectfully submitted,

BARRY R. GRISSOM
United States Attorney

/s/ Christine E. Kenney
Christine E. Kenney, #13542
Assistant U.S. Attorney
444 SE Quincy, Room 290
Topeka, KS   66683
(785) 295-2850
christine.kenney@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on the 20th day of January, 2015, I electronically filed the foregoing response with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

s/ Christine E. Kenney
Christine E. Kenney, #13542
Assistant United States Attorney
444 S.E. Quincy, Suite 290
Topeka, KS 66683
(785) 295-2850
christine.kenney@usdoj.gov
