# Attachment A

Delivered-To: mue69girl@gmail.com
Received: by 10.60.60.201 with SMTP id t4csp8601com;
          Tue, 16 Apr 2013 00:56:28 -0700 (PDT)
Received: by 10.224.17.138 with SMTP id q10mr46954329ck.69.1366089888140;
          Tue, 16 Apr 2013 00:56:28 -0700 (PDT)
Return-Path: <cheyenneandliberty@yahoo.com>
Received: from nm1-vm1.bullet.mail.bf1.yahoo.com (nm1-vm1.bullet.mail.bf1.yahoo.com. [98.139.213.136])
          by mx.google.com with SMTP id d15si5719017vdv.54.2013.04.16.00.56.26;
          Tue, 16 Apr 2013 00:56:28 -0700 (PDT)
Received-SPF: pass (google.com: best guess record for domain of cheyenneandliberty@yahoo.com designates 98.139.213.136 as permitted sender) client-ip=98.139.213.136;
Authentication-Results: mx.google.com;
          dkim=pass header.i=@yahoo.com;
          spf=pass (google.com: best guess record for domain of cheyenneandliberty@yahoo.com designates 98.139.213.136 as permitted sender) smtp.mail=cheyenneandliberty@yahoo.com
Received: from [98.139.212.153] by nm1.bullet.mail.bf1.yahoo.com with NNFMP; 16 Apr 2013 07:56:26 -0000
Received: from [127.0.0.1] by tm10.bullet.mail.bf1.yahoo.com with NNFMP; 16 Apr 2013 07:56:26 -0000
Received: from [98.136.87.3] by tm10.bullet.mail.acd.yahoo.com with NNFMP; 16 Apr 2013 07:56:26 -0000
X-Yahoo-Newman-Property: ymail-3
X-YMail-OSG: xqNixyoWVn1O.zQydwmaiaNQLC12mmhX9C_H8EbyvSCgTW
...
X-Yahoo-SMTP: Q.TOiLOGJJrYS_yBVEKC.GQbpjwBJ73RspPZXO
hoo-SMTP: Q0M1Hcqmhhahqc_SfcVRO2RH.pDyapvV._B.UdUdBw-
cket-Received: from [10.80.41.3] (cheyenneandliberty@166.147.97.232 with xymcookie)
          by smtp126-mob.biz.mail.ne1.yahoo.com with SMTP; 16 Apr 2013 00:56:26 -0700 PDT
; C <cheyenneandliberty@yahoo.com>
ent-Type: multipart/mixed;
          boundary=Apple-Mail-199F90BE-7C24-492B-90DC-95CCF8AEDDA0
iler: iPhone Mail (9B206)
age-id: <75DDC5D0A-3C14-435D-9E70-A54FB2C950DCfyahoo.com>
, Tue, 16 Apr 2013 07:55:12 -0600
'mue69girl@gmail.com' <mue69girl@gmail.com>
ent-Transfer-Encoding: 7bit
-Version: 1.0 (1.0)

ple-Mail-199F90BE-7C24-492B-90DC-95CCF8AEDDA0
ent-Transfer-Encoding: quoted-printable
ent-Type: text/plain;
          charset=us-ascii

of course, found you in lingers. Be fun to talk, swap, or whatnot. :-) -Jeff

ple-Mail-199F90BE-7C24-492B-90DC-95CCF8AEDDA0
ent-Disposition: inline;
          filename=image.png
ent-Type: image/png;
          name=image.png
ent-Transfer-Encoding: base64

Delivered-To: man69girl@gmail.com
Received: by 10.60.90.201 with SMTP id bx9csp14637oex;
        Thu, 18 Apr 2013 07:12:11 -0700 (PDT)
X-Received: by 10.220.64.201 with SMTP id f9mr5901795vci.32.1366294331140;
        Thu, 18 Apr 2013 07:12:11 -0700 (PDT)
Return-Path: <cheyenneandliberty@yahoo.com>
Received: from nm5.bullet.mail.bf1.yahoo.com (nm5.bullet.mail.bf1.yahoo.com. [98.139.212.164])
        by mx.google.com with SMTP id qr6si6671625vdc.79.2013.04.18.07.12.10;
        Thu, 18 Apr 2013 07:12:11 -0700 (PDT)
Received-SPF: pass (google.com: best guess record for domain of cheyenneandliberty@yahoo.com designates 98.139.212.164 as permitted sender) client-ip=98.139.212.164;
Authentication-Results: mx.google.com;
        spf=pass (google.com: best guess record for domain of cheyenneandliberty@yahoo.com designates 98.139.212.164 as permitted sender) smtp.mail=cheyenneandliberty@yahoo.com;
        dkim=pass header.i=@yahoo.com
Received: from [98.139.212.149] by nm5.bullet.mail.bf1.yahoo.com with NNFMP; 18 Apr 2013 14:12:10 -0000
Received: from [98.139.212.210] by tm8.bullet.mail.bf1.yahoo.com with NNFMP; 18 Apr 2013 14:12:10 -0000
Received: from [127.0.0.1] by smtp119-mob.biz.mail.bf1.yahoo.com with NNFMP; 18 Apr 2013 14:12:10 -0000
DKIM-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed; d=yahoo.com; s=s1024; t=1366294330; bh=xXj4q519d0dezh+Syd0UaBrobhXFRnK=; h=X-Yahoo-Newman-Id:X-Yahoo-Newman-Property:X-YMail-OSG:X-Yahoo-SMTP:X-Rocket-Received:Subject:
X-Yahoo-Newman-Id: 67723.21065.bm@smtp119-mob.biz.mail.bf1.yahoo.com
X-Yahoo-Newman-Property: ymail-3
X-YMail-OSG: tpSZqyVVlllrhMaSppu5td2j02sGlih2B5qmxvk2fpu5U
 Anf9mQ_kaDzcxLlk2d2zsRKn4xQvemkO_bdKuGmb3qPw91brd13nYoUyOJc
 jnhUDXSfoP1yuPUPd_MHROl1tS5DU4zv5S0Qfl3Lf9o.REq3T14eo1vY4UT=
 Cdyssj4PFskrdstTp_IHWdUoYWCp_ikhsuCsHGoCwUKbD6Fast1PcCZR
 OcSNx2ihlnl0HJQ8hvp0vY3.YkWl.8FaAbyisAkKGavRDvUtZ_S0HQEHPG
 I03zqqVxKqvUgjOeYoxqWXN4vtqryv2fibqsFoznhdnwiS9mGH3nZr1lv=n
 gmll3sHricAxdGkKGoghdBS2LSMKfZnckfCRqg2CgLnhiEmocirulSLCHVNC
 DW2mgk.vMsgyT44nWw_qqwgWaXzPaovho_pGhs8ETYuqqoSPU2N
X-Yahoo-SMTP: OMznlwgwshhago_ScvR02zhM.oDyapvV_3oDbD5Dm=--
X-Rocket-Received: from [10.196.70.75] (cheyenneandliberty@166.147.97.64 with xymcookie)
        by smtp119-mob.biz.mail.bf1.yahoo.com with SMTP; 18 Apr 2013 07:12:10 -0700 PDT
Subject: Re:
References: <7D3D090A-0C34-47BD-99A9-A54F22CA50DC@yahoo.com> <CAWRlHxdsrj7cDO8e14vY2sy440USaKxEOXxfCwnrPcoIIzh3k5@mail.gmail.com>
From: C <cheyenneandliberty@yahoo.com>
Content-Type: multipart/alternative;
        boundary="Apple-Mail-C6951605-A75B-4598-99A9-A54F22CA50DC"
X-Mailer: iPhone Mail (9B206)
In-Reply-To: <CAWRlHxdsrj7cDO8e14vY2sy440USaKxEOXxfCwnrPcoIIzh3k5@mail.gmail.com>
Message-Id: <662EB857-5E49-475B-8A0F-94F1CD332IEF5@yahoo.com>
Date: Thu, 18 Apr 2013 09:11:52 -0500
To: Neve Nightshade <man69girl@gmail.com>
Content-Transfer-Encoding: 7bit
Mime-Version: 1.0 (1.0)

I'm from Kansas. Get back to you soon :)


On Apr 17, 2013, at 10:27 PM, Neve Nightshade <man69girl@gmail.com> wrote:

> Sure C where u from? Ime from Ottawila.
>
> Send me some pics/vids dude a I'll return the favour?
>

Delivered-To: mn69girl@gmail.com
Received: by 10.60.90.201 with SMTP id bz9cs176085cex;
        Thu, 18 Apr 2013 21:39:29 -0700 (PDT)
X-Received: by 10.58.210.162 with SMTP id mv2mr10549160veo.11.1366546569950;
        Thu, 18 Apr 2013 21:39:29 -0700 (PDT)
Return-Path: <cheyenneandliberty@yahoo.com>
Received: from mm36.bullet.mail.bf1.yahoo.com (mm36.bullet.mail.bf1.yahoo.com. (72.30.239.51])
        by mx.google.com with SMTPS id u18si547485vcp.49.2013.04.18.21.39.28
        (version=TLSv1 cipher=RC4-SHA bits=128/128);
        Thu, 18 Apr 2013 21:39:28 -0700 (PDT)
Received-SPF: pass (google.com: best guess record for domain of cheyenneandliberty@yahoo.com designates 72.30.239.51 as permitted sender) client-ip=72.30.239.51;
Authentication-Results: mx.google.com;
       spf=pass (google.com: best guess record for domain of cheyenneandliberty@yahoo.com designates 72.30.239.51 as permitted sender) smtp.mail=cheyenneandliberty@yahoo.com;
       dkim=pass header.i=@yahoo.com
Received: from [98.139.212.146] by nm36.bullet.mail.bf1.yahoo.com with NNFMP; 19 Apr 2013 04:39:27 -0000
Received: from [98.139.173.160] by tm3.bullet.mail.bf1.yahoo.com with NNFMP; 19 Apr 2013 04:39:27 -0000
Received: from [127.0.0.1] by smtp103-mob.biz.mail.bf1.yahoo.com with NNFMP; 19 Apr 2013 04:39:27 -0000
DKIM-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed; d=yahoo.com; s=s1024; t=1366546667; bh=TrplmfV95U89CalroQ2mC/e9qvBZ2c6MXn2VPS1i8GY=; h=X-Yahoo-Newman-Id:X-Yahoo-Newman-Property:X-YMail-OSG:X-Yahoo-SMTP:X-Rocket-Received:Subject:Ref
X-Yahoo-Newman-Id: 761940.85138.bm@smtp103-mob.biz.mail.bf1.yahoo.com
X-Yahoo-Newman-Property: ymail-3
X-YMail-OSG: zqxiZrwVWilabnozrusSDdCaScoohicy91e8Bdz.qjXXSY
 oooSNV.9h4qD91WV9nCm85j95p1lnj9GNsNHSoVHRzBbuNcVTMMnbMCshV9
 tO_3_tS9bDzmeocomoZubiinsr.alt4G2oLmM2O2qXAsUVrebidKH927Y
 Cd6.6M00cU7PqHl4ezNFRiHMA4Xq.AoXVHC77o2icoSSimhsq7zKVUoZ0e
 VO6nm7oW9ao5opoiscOmD6pdWkRzKMO271iofd2kMri2o.2VWmeWKssnaMTf4T
 WqPskDiGqkY8OlAE-woBduw929U.SPzdlbPZtdrtezV7z42e_PQMA4diS9T7C
 bYCfmgJKV7OiWG91ZsiieIUGYpa2V2zwWyCNu2FOXozzbPlqeZa0GfvR
 IVNDPRwnShNNwoT1ln9553eenUrdM45ioi5GlYpanmH5.IPk4O-
 X-Yahoo-SMTP: CwAH.wqsetkbl.qC_4GvRA2Nw.DDvspVV_1TJuDo3-
X-Rocket-Received: from [10.76.171.120] (cheyenneandliberty@216.47.96.143 with xymcookie)
        by smtp103-mob.biz.mail.bf1.yahoo.com with SMTP; 19 Apr 2013 21:39:27 -0700 PDT
Subject: Re:
References: <755D90A-2034-475D-9E79-A54E2C250DC9@yahoo.com> <CAHRiXds8270b0161evB29y40UE4x8DK40ymFroSCozeBA5@mail.gmail.com> <CASAF36-EE30-4ED7-9C39-6D9B9B6D2758@yahoo.com> <CAMriXds89rDzithm66f2AU3yEtvohhi.scsbQkeY7ACrygOHpA@mail.
        boundary=Apple-Mail-4F3D9C88-941F-457E-824D-DC12EF936A52
Content-Type: multipart/alternative;
X-Mailer: iPhone Mail (9B206)
In-Reply-To: <CAMriXds80z8zitmm66f2AU3yEtvohhi.scsbQkeY7ACrygOHpA@mail.gmail.com>
Message-Id: <D21109B6-0276-4F92-A495-F99675D00798@yahoo.com>
Date: Thu, 18 Apr 2013 23:39:23 -0500
To: Neve Nightshade <mn69girl@gmail.com>
Content-Transfer-Encoding: 7bit
Mime-Version: 1.0 (1.0)

--Apple-Mail-4F3D9C88-941F-457E-824D-DC12EF936A52
Content-Transfer-Encoding: quoted-printable
Content-Type: text/plain;
        charset=us-ascii

I am brand new to this thought process the beauty I see in the pictures on i=
ngram and all that. I wouldn.' mind getting to know you. Are you by chance a=
 photographer? I'm 36, single dad to four girls, 4 1/2, 10yo twins, and 13. =
ell me a little about you and, if you have kids, yours.

On Apr 18, 2013, at 4:26 PM, Neve Nightshade <mn69girl@gmail.com> wrote:

Delivered-To: mams9girl@gmail.com
Received: by 10.60.180.201 with SMTP id cp9(csp3761420omx;
        Thu, 18 Apr 2013 21:42.00 -0700 (PDT)
Return-Path: <cheyenneandlibertyfyahoo.com>
Received: from mx.google.com (mx25-vmb.bullet.mail.bf1.yahoo.com. [98.139.213.156])
        by mx.google.com with ESMTPS id da54si5051818wds.63.2013.04.18.21.41.57
        for <mams9girl@gmail.com>
        Thu, 18 Apr 2013 21:42.00 -0700 (PDT)
Received-SPF: pass (google.com: best guess record for domain of cheyenneandlibertyfyahoo.com designates 98.139.213.156 as permitted sender) client-ip=98.139.213.156;
Authentication-Results: mx.google.com;
       spf=pass (google.com: best guess record for domain of cheyenneandlibertyfyahoo.com designates 98.139.213.156 as permitted sender) smtp.mail=cheyenneandlibertyfyahoo.com;
Received: from [98.139.213.153] by nm26.bullet.mail.bf1.yahoo.com with NNFMP; 19 Apr 2013 04:41:57 -0000
Received: from [98.139.213.151] by tm10.bullet.mail.bf1.yahoo.com with NNFMP; 19 Apr 2013 04:41:49 -0000
Received: from [127.0.0.1] by smtp116-mob.biz.mail.ac4.yahoo.com with NNFMP; 19 Apr 2013 04:41:49 -0000
X-Signature: ...
...
Received: from [10.74.77.120] (cheyenneandlibertyf98.167.96.143) with XmmcookLe)
        by smtp116-mob.biz.mail.ac4.yahoo.com with SMTP; 18 Apr 2013 21:41:47 -0700 PDT
X-Mobile: ...
Content-Disposition: inline;
        filename=photo.JPG
Content-Type: image/jpeg;
        name=photo.JPG
Content-Transfer-Encoding: base64

Mozilla Firefox

.5yr old – man69girl@gmail.co... | https://mail.g...e209aed81d9d89

https://mail.google.com/mail/?ui=2&ik=f589bbfbe1&view=om&th=13e209aed81d9d89

```
vered-To: man69girl@gmail.com
ived: by 10.60.80.201 with SMTP id t9csp176174oex;
    Thu, 18 Apr 2013 21:43:44 -0700 (PDT)
ceived: by 10.52.66.229 with SMTP id i5mr8845571vdt.131.1366346624485;
    Thu, 18 Apr 2013 21:43:44 -0700 (PDT)
rn-Path: <cheyenneandliberty@yahoo.com>
ived: from nm24.bullet.mail.bf1.yahoo.com (nm24.bullet.mail.bf1.yahoo.com. [98.139.212.183])
    by mx.google.com with ESMTPS id ez9si8480305vdb.146.2013.04.18.21.43.40
    (version=TLSv1 cipher=RC4-SHA bits=128/128);
    Thu, 18 Apr 2013 21:43:44 -0700 (PDT)
ived-SPF: pass (google.com: best guess record for domain of cheyenneandliberty@yahoo.com designates 98.139.212.183 as permitted sender) client-ip=98.139.212.183;
entication-Results: mx.google.com;
   spf=pass (google.com: best guess record for domain of cheyenneandliberty@yahoo.com designates 98.139.212.183 as permitted sender) smtp.mail=cheyenneandliberty@yahoo.com;
   dkim=pass header.i=@yahoo.com
ived: from [98.139.212.149] by nm24.bullet.mail.bf1.yahoo.com with NNFMP; 19 Apr 2013 04:43:40 -0000
ived: from [98.136.86.249] by tm6.bullet.mail.bf1.yahoo.com with NNFMP; 19 Apr 2013 04:43:35 -0000
ived: from [127.0.0.1] by smtp118-mob.biz.mail.ac4.yahoo.com with NNFMP; 19 Apr 2013 04:43:34 -0000
-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed; d=yahoo.com; s=s1024; t=1366346614; bh=Zgtmhr+o/Hcmtottzkw6SJzH09e36uL/DWjWApFmTtk=; h=X-Yahoo-Newman-Id:X-Yahoo-Newman-Property:X-YMail-OSG:X-Yahoo-SMTP:X-Rocket-Received:Subject:From:Content-Type:Message-Id:Date:To:Content-Transfer-Encoding:Mime-Version:X-Mailer; b=SOP-
hoo-Newman-Id: 675676.19095.bm@smtp118-mob.biz.mail.ac4.yahoo.com
hoo-Newman-Property: ymail-3
ail-OSG: FHU0jCIVM1kT.9d8uJMZENq4kucc3y49roJ8umaHIkAds0d
aqkbIVfJixbxTCNsqhNmfmInjo9Tw1P7SzUXqi2keQHkk0E_1bH9YMdJO
qN6MgotgziLkwBvDAOCtkephOD.JgLIycFLLuJd8GqzeiTax6j2AdDFuB
Z_ZNwzG3.2.DBvgu48zG2tDEiM6_W4Qz_0GReTrBf6KwMQ9XGtkH6ia22
MIOLJxIrMzUHyArxGDMy1OrX2UVu2zwAz2u4kKfrp4rQUiBrKB2UM6NB7
5ZzdiByfzzaW.zOoQYBYLejptgI6iH7b11QROY_AmlR721OqdEK1uTCME
hOj_ixZ7yJ.FnP9QyFJK7.G_4RTASByYfSiyShvej6kII66y9FYTbrTIi
CCcMt7tGVAajqSxoo7ZG3Z2j9r_.mME57Q
hoo-SMTP: 0MdNiwqswBAblqc_SCvR02RH.pDyapvV._B.UdD0Ew--
cket-Received: from [10.74.77.120] (cheyenneandliberty@166.147.96.143 with xymcookie)
    by smtp118-mob.biz.mail.ac4.yahoo.com with SMTP; 18 Apr 2013 21:43:34 -0700 PDT
ect: 4.5yr old
: C <cheyenneandliberty@yahoo.com>
ent-Type: multipart/mixed; boundary=Apple-Mail-FD9E03ED-796D-4E55-89BB-486080E51F8C
age-Id: <F08EF26D-FC3B-4048-A1CE-E41C9DE15B8A@yahoo.com>
: Thu, 18 Apr 2013 23:43:04 -0500
Neve Nightshade <man69girl@gmail.com>
ent-Transfer-Encoding: 7bit
-Version: 1.0 (1.0)
iler: iPhone Mail (9B206)

ple-Mail-FD9E03ED-796D-4E55-89BB-486080E51F8C
ent-Transfer-Encoding: 7bit
ent-Type: text/plain;
    charset=us-ascii

ple-Mail-FD9E03ED-796D-4E55-89BB-486080E51F8C
ent-Disposition: inline;
    filename=photo.PNG
ent-Type: image/png;
    name=photo.PNG
ent-Transfer-Encoding: base64
```

```
Rw0KGgoAAAANSUhEUgAAAoAAAAPACAYAAACl4sj7AABAAElEQVR4AVzdbXIlR7AkVnazm2+2
NiLZrEFmMtNq9Bda1DySTcqPewaApwQuqiozMsLDI/Kj614A3/6P//vPf//+++/ffv74+duv
9s3X92+//fZvvh3+zUmOf/7512+///77b9+/f2/d92+pTOlljv/88w/h377Wq/v25Cr8frDx
PTvfdMv597T++9u/9EQ1W79+/frtB5up+Ouvv9r7+8NWefgiD6PrYU1lbUYXPNWbKv4wlEI3
/vl3Vnt+bdUKHdfX8W+4IudBfT99Y+7Kr3+qtz7Bztn6Hv38ab/IKNdG9tu34f799+/F8D3X
sfnr7/Ln/J9/lxe/vsSqsqcv9cMdW/HPOf/YJU9X5UvPZGFRJ96+zkZg5fvx92x/xCP+wHD8
Zulyra31P37OWNZj99/4gCtt/MYNXfIPSfU3utSTLXEDU05g0BfX07FY/vtPMPz4vXqiPv7M
oOvnzz/SEiTs50fU9NoR3sPM9o/oIvAtA0B9x8N61B/qiF5tMF0Z513hfbZrqHGcs/L8t2D9
hKNv35brtRU+jJl0r4/Huz4dS2n7Z+Dbrk6sGkFxzDU3cbTybfFJXbnR7iTXi8fyuf6mQO5U
EZ/v4eOf5JtX7aXvz58/ip+NxaLaq1PdyTmKLz5W30P7FmsuL67/yFfBiyou0vtvYmDMd/w0
9MPXz5+Ztxrj5R2d9NV+8qX6Mvhdr26BQKt/7eHv4TNa6k/ayf+KjIKLjzyI2sV+MWZv8904
seFJqa7ExNF4+SfYfhmTsRt10x9Q8/PNW7GNh+Od3rBCXUo4wZM458QYuDgcV+U18nxoGlv8
nZD9PS/+aFMcG3exSGlb9JgrnKvxw2vKNg6+m8PS95fxnKM8Ks7oF8OzIabtX+0RjRjLcpbK
43D8xW7a5HmBC0kEf4Rb8+Cvv/7+iLm+2pq7ZzPiv7/zmoyNchNZ8RYnPJxPro0Ddd2FJbPI
NcilcVuwO8+ngMfn2e3gfT5ZUyMa6OYolfRHNDp+Zmz8WTlyi55UV57A2sdlqotnHLjS7fWJ
LzbG3MbBxi7D17f5Ef/kjGIMXelYTRzFDpdkrx98naPTtnkrY9s61Ly4nNmcgotp1F/RLlaK
qTvdnK4/xoXBiW/FFeKs8fU1fX/9TceUy+vm5G9ydzYubvTTp7DnHO/s6A6z+fj8+c///M+s
V/gKNx33UQoDXeYmPlCA199//1HbzZVca2ODLD1swC3ufvzjJN/Nu+g3/nFF5eGETf8r7IhD
bMBW/yJYmfhREq9j5G4PUFx06h6btavfv8vxBwwgsZu/R1jltEOARvWPOPvf/tt/q7EaLpkJ
Jh7UCSA6UVLwnF2yz31Jvgl3jtbxgLug7vrpihNdiIMPSRwKpDmCiOgi/6/XIyqsFC8MHEcO
VhTpV+wLZsmO0nIQ/cWWa/3gV1+fXL/+fycB9TOhT29J9Z9ida3ExBaLXP4bogVdEnTzGp0W
cNizuFcYfgRDEuwlW/HNcuU7OOvLJ4/wfUvCNRFwkq/6XSSw1LWPAXscHNYe455Ik/X1K5jV
TdYtStOmjZNbEGDw/fc/fzdKLvmYNn8DZ6Apn7zlPALs1LbwYxEefhsNaS9ekttAcpYj3MUp
HPisx6nN1UkimqJf3e+//9PzvP4e/v7sRM42RPxaHCzM+uDv8pRvv8dP+Savmhvp5cakfHEy
xZ56ZYOdf+uHM7kCm3LxJd5+qWcPR+rg+y9xSMVfzb+0wxN79TEcyaF/QzHuLei/PvqOUzpN
0z8a5qk6W7U9+foQneIxrPztaK+s/3B+1s5/beOA32JpsdumiJ9eNy9UT/CwGqeWE1GoD/+U
0dc4khvabX7OTT17ruujPpFvfhCMTEZYatMJDnfho/rIXZyac9EjvyxCrGuja/pfH9g2N812
1DZ3k/+P//ijGODwKpD8vI3OLaJavsUGXPiW8TB8S152gXLoVzQQTmHnODQ25IM81a+LfzhR
R0pRREmqWhxOpwpy0Cn334fZGqCwp+CQTkrKVZKtvGcOa55FR9eFdpsONuimY13TvziS87FH
```

ived-To: man6sgirl@gmail.com
ived by 10.60.80.201 with SMTP id t5csp3761892oow;
        Thu, 18 Apr 2013 21:44:06 -0700 (PDT)
celved by 10.182.17.97 with SMTP id f1mr5785377vdd.72.1366344245670;
        Thu, 18 Apr 2013 21:44:05 -0700 (PDT)
rn-Path: <cheyenneandliberty@yahoo.com>
ived: from mx4-vm3.bullet.mail.bf1.yahoo.com (mx34-vm3.bullet.mail.bf1.yahoo.com. [98.139.212.226])
        by mx.google.com with SMTPS id ex61si8494695vdb.105.2013.04.18.21.44.04
        for <man6sgirl@gmail.com>
        (google.com: best guess record for domain of cheyenneandliberty@yahoo.com designates 98.139.212.226 as permitted sender)
        Thu, 18 Apr 2013 21:44:05 -0700 (PDT)
ived-SPF: pass (google.com: best guess record for domain of cheyenneandliberty@yahoo.com designates 72.30.239.75 as permitted sender) client-ip=72.30.239.75;
ntication-Results: mx.google.com;
       spf=pass (google.com: best guess record for domain of cheyenneandliberty@yahoo.com designates 72.30.239.75 as permitted sender) smtp.mail=cheyenneandliberty@yahoo.com;
       dkim=pass header.i=@yahoo.com
Received: from [98.139.212.149] by nm4.bullet.mail.bf1.yahoo.com with NNFMP; 19 Apr 2013 04:44:04 -0000
Received: from [98.136.187.49] by tm7.bullet.mail.bf1.yahoo.com with NNFMP; 19 Apr 2013 04:44:04 -0000
Received: from [127.0.0.1] by smtp122.mob.bf1.yahoo.com with NNFMP; 19 Apr 2013 04:44:04 -0000
: Thu, 18 Apr 2013 21:44:03 -0500
rom: cheyenneandliberty@yahoo.com>
; C <43081265-3198-4730-A976-E84E8C879F56CC9yahoo.com>
  ; C cheyenneandliberty@yahoo.com>
DKIM-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed; d=yahoo.com; s=s1024; t=1366344644; bh=Xb+HLVTjnUbaiXBun2NPAd2FBiliUb65VH+ADXzXDbg=; h=X-Yahoo-Newman-Property:X-YMail-OSG:X-Yahoo-Newman-Id:Received:Subject:From:Content-Type:Message-Id:Date:To:Content-Transfer-Encoding:Mime-Version:X-Mailer; b=
hbqKsgdoocXXccCCCU2TJLsD0Dh1YPRncwMRA2D2zfMQ1,JrkUUDX._
X-Yahoo-Newman-Property: ymail-3
X-YMail-OSG: P83yU6IVHlllrRpqhabJcNkhbPTpcsmV7LqmtscoQkbjy6al
2MV._3Cl3d9V5sfpTvVhU_oOlzfBjWHAMCzyi6BtLEBgdg0SpxkShL1f0
353bnjKz7GUddjsyovtt2e7uexKDSkJc0TuGT49seHkkyvnmolgiL5ukjyr
1RRCecckaiTUxuFyQRMY6mcJmUGGcd3Tuk5OtPRm54SdxoTg4Sd_
1v1SVXzmDbAJJ76oJ8ikvt1sSOG3YwobAJBWufOYomOkC78J9TlBVuwAi18FZJ
bHI3ONyAo._o7aAPMBYEZJomDONGFPSONl0ql aZ6al ciAhmcKLrPI19
CxhmUqF7WojywocLcHccLkoQl._eeSicSOu--
X-Yahoo-SMTP: bwU3tsQ6Jsb.csWbrDFp9ErgAqv.R.H8bob2w-
cket-Received: from [10.74.77.120] (cheyenneandliberty@116.147.96.143 with xymcookie)
        by smtp122.mob.bf1.mail.ac4.yahoo.com with SMTP; 18 Apr 2013 21:44:03 -0700 PDT
ect: Tens
Nere Hightsade <man6sgirl@gmail.com>
-Version: 1.0
lier: iPhone Mail; (9B206)
ent-Transfer-Encoding: 7bit
ent-Type: text/plain;
        charset=us-ascii

ple-Mail-8532D6D-477A-490C-A469-303FB32BD97D
ent-Transfer-Encoding: 7bit
ent-Type: image/jpeg
         name=photo.JPG
ent-Transfer-Encoding: base64

/9j/XXXgARXXTYJAXgAAgAAXXXXXXXXXXXXXXXXXXXXXXAXgXgXAXXgAXXgAXXXXXXXXXXXXXXXXXX
AXAAAAAAAAAAAAIAAAAAAABAAAAAAAAAAXgAAXgAAAAAAAAAAAAAAAAAAAAAAAAAAADAAAAAAAXgAAXgAANAN
AbygvwAAAAAOAAICchgGOvDGDaAAAAAAAAAXXVADAAAAAAXXAOAAAXXOCDWgsGFAJAAAAAA
DxXXgXAAAAAT/YsP/XXsAXXSAXgXAXX/9XXTAPAXVLIXXXXOAUAAXXAOXIIAXAAAXXQbAeyry7v
0qyGHgvbOpkXooKXmiLhIwnLCNDpWXONXgIAXmbXlXXaAXeAACgTLTISADAAAAAAAAAAA
CxgGHgpkVCoxXXLwxXcDcoXmGggHi3TkXzoDnwHOTThPgArAAVcCx-XGXtRebBeXayXy7
DwalCvwlCvwlCvwlCvwlCvwlCvwl0wDn/dAAPOAqAAbAXA1AAlLTKHDMW_
AABAAAPXlXXAXAXAAXAnwnkgAAODOPXuDXVIwK/C/XGXIOXBlxwXMOCDwMFBOXPXAXXPXXGOORE
XGGCEBCCKsdoooKJKLX4rwuQvDOOkUhooXXksdttxSvSn61DwXLBXMJXLHLMUnLEOGaDP5XPxFWgXgYG
BDXUWTPRoCXXVvvJoEJoXSorDAAaSlEOyXWgTYdDXFX3fsbFC/ZnYy-z2UH
iqG8JOGpobqXOqJWXJXJIKXSTALIWXhUooXXMm1Xoo3nAqQJJXXOMcpyXO1PdEyOoo5-J
x3+xxJGUYLHKTKXpPlLb02oXSorrXXsoCQMoo1EOJPp3tK81XOXoX-J
KXhbFXXVTXXXXkHr+JXQGJWWGHOTMXlt6JoXkOoXSMOQDOvKHOkBsnRDXPTXXKXGJ8Fbbn
JFRBIV4K5XXBRRnn-vYJXYLF4FBeaXaXoooAM3JOLHbyrmlHR1mzX5XXRAgNKIDOKLonBYLIwXXYMaXMk
KXLkRXpo2oVPHEoToGsMXkaLoPAXnrXjFPyoHMXDXTXKcKlzGFXXXFXXOoHXLsPLqGXNXMXk
9DVUlLOXoAAoXJOlpDonxGRKL9VFXSRlDUKsbomLGvuTNLKGDLtvoDNXBoGy
XiJOXXGeJOGHLk11i0LzXogcBDOHLoTXIyFX1QXEoPLeXUkGX/XrotPKXXX
H7s1Xa4XmnNTYdXlSMIYWalk80+GFPOoOowXXXCAl0rPPHUXXWOoooVnTLXnoeaL1LXHPoOXJU
iSlIPXHjlXrhbMHGYUPBYNTiXoGTRHXcccI/AJEXw4avocovJLSPnLqtbnSjXqU+L4sSPmtPrFcR

Received-To: mms6girl@gmail.com
Received: by 10.60.146.132 with SMTP id tcd.sp20911.oobn;
    Sun, 28 Apr 2013 00:35:54 -0700 (PDT)
Return-Path: <cheyenneandlibertyy@yahoo.com>
Received: from mx4.bullet.mail1.bf1.yahoo.com. [98.139.212.163])
    by mx.google.com with SMTP id m5h1115848552qna.100.2013.04.28.00.35.52
    for <mms6girl@gmail.com>;
    Sun, 28 Apr 2013 00:35:54 -0700 (PDT)
Received-SPF: pass (google.com: best guess record for domain of cheyenneandlibertyy@yahoo.com designates 98.139.212.163 as permitted sender) client-ip=98.139.212.163;
Authentication-Results: mx.google.com;
    spf=pass (google.com: best guess record for domain of cheyenneandlibertyy@yahoo.com designates 98.139.212.163 as permitted sender) smtp.mail=cheyenneandlibertyy@yahoo.com;
    dkim=pass header.i=@yahoo.com
Received: from [98.139.212.151] by nm4.bullet.mail.bf1.yahoo.com with NNFMP; 28 Apr 2013 07:35:52 -0000
Received: from [98.136.87.3] by tm8.bullet.mail.bf1.yahoo.com with NNFMP; 28 Apr 2013 07:35:51 -0000
Received: from [127.0.0.1] by smtp126-mob.bin.mail.ne4.yahoo.com with NNFMP; 28 Apr 2013 07:35:51 -0000
X-Yahoo-SMTP: ...
Message-Id: <1367134551.bh-yYX-jZEuHeoCmAhZ...@yahoo.com>
X-YMail-OSG: ...
X-Yahoo-Newman-Property: ymail-3
X-Yahoo-Newman-Id: ...@smtp126.mail.bf1.yahoo.com
X-Mailer: iPhone Mail (9B206)
Received: from [108.92.113.21] (cheyenneandlibertyy@108.92.113.21 with xymcookie)
    by smtp126-mob.biz.mail.ne4.yahoo.com with SMTP; 28 Apr 2013 00:35:51 -0700 PDT
From: <cheyenneandlibertyy@yahoo.com>
Content-Type: multipart/mixed; boundary=Apple-Mail-D96E1ED9-26D9-4BD4-8B02-83D1EED71046
Content-Transfer-Encoding: 7bit
Subject: ...
Date: Sun, 28 Apr 2013 03:35:39 -0500
Message-Id: <7FB3121C-6901-441C-99B7-DE3D3E40A56B@yahoo.com>
To: mms6girl@gmail.com
Mime-Version: 1.0 (1.0)
X-Mailer: iPhone Mail (9B206)

--Apple-Mail-D96E1ED9-26D9-4BD4-8B02-83D1EED71046
Content-Type: text/plain;
    charset=us-ascii

--Apple-Mail-D96E1ED9-26D9-4BD4-8B02-83D1EED71046
Content-Disposition: inline;
    filename=photo.JPG
Content-Type: image/JPG;
    name=photo.JPG
Content-Transfer-Encoding: base64

/9j/4AAQSkZJRgABAQAAAQABAAD...
[base64 image data]

ed-To: man6girl@gmail.com
ived: by 10.60.1.164.132 with SMTP id tcdesp209213oebi;
    Sun, 28 Apr 2013 00:36:18 -0700 (PDT)
rn-Path: <cheyenneandlibertyf@yahoo.com>
ived: from mail9-vm6.bullet.mail.bf1.yahoo.com (mp39-vm6.bullet.mail.bf1.yahoo.com. [72.30.239.150])
    for <man6girl@gmail.com> with ESMTPS id 256i14i10238qgm.21.2013.04.28.00.36.16
    Sun, 28 Apr 2013 00:36:17 -0700 (PDT)
    (version=TLSv1 cipher=RC4-SHA bits=128/128);
    Sun, 28 Apr 2013 00:36:17 -0700 (PDT)
ived-SPF: pass (google.com: best guess record for domain of cheyenneandlibertyf@yahoo.com designates 72.30.239.150 as permitted sender) client-ip=72.30.239.150;
    google.com; best guess record for domain of cheyenneandlibertyf@yahoo.com designates 72.30.239.150 as permitted sender) smtp.mail=cheyenneandlibertyf@yahoo.com;
    dkim=pass header.i=@yahoo.com
    dkim=pass header.i=@yahoo.com
ived: from [98.139.214.32] by nm39.bullet.mail.bf1.yahoo.com with NNFMP; 28 Apr 2013 07:36:15 -0000
ived: from [76.13.13.124] by nm15.bullet.mail.bf1.yahoo.com with NNFMP; 28 Apr 2013 07:36:14 -0000
ived: from [127.0.0.1] by smbi101-mob.biz.mail.bf1.yahoo.com with NNFMP; 28 Apr 2013 07:36:14 -0000
-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed; d=yahoo.com; s=s1024; t=1367134574; bh=eCMBSbHvc07jhSLsPvkth9JPPVeeku1YbWgv3D03o1D=; h=X-Yahoo-Newman-Id:X-Yahoo-Newman-Property:X-YMail-OSG:X-Yahoo-SMTP:X-Rocket-Received:From:Content-Type:Message-Id:Date:To:Content-Transfer-Encoding:Mime-Version:X-Mailer; b=iyPC91NOy84...
hoo-Newman-Property: ymail-3
hoo-Newman-Id: 130687.89366.bm@smtp103-mob.biz.mail.bf1.yahoo.com
.11-OSG: 75DCG1YVM11jrrplmkW2hMMO15CIRkgDoQb7B54GENGNAP139
dkim=pass
NWKml11bjrCXKkuWWthvwPm1A1e3RR01AWSpdPhT
feike7CDBSkj1sBLiAA.E12KHFCDn70APvf49PiXNRa81fV16g9SPaaT_pAv
mnhaerCz2VZdOBra1ZEog1_yaIUSUBSG2V2dANh9qa1INKS117u_vhVDdt8
0hAkIVXKfamdMQ.Coqhoof.d_GDQkSKCRX_paFNFt97FMRll9dOLLePcOoh
Y03+1TWQ17ephQGIBs9cEZ1qwomRMOy19Tm4.
hoo-SMTP: 0NkBUkqmWRhl4e_RCVRG2BBj.pDyapvV_B.GWBDBw--
cket-Received: from [10.0.0.3] (cheyenneandliberty@108.92.113.21 with xymcookie)
    by smtp101-mob.biz.mail.ac4.yahoo.com with SMTP; 28 Apr 2013 00:36:14 -0700 PDT
    C <cheyenneandlibertyf@yahoo.com>
ent-Type: multipart/mixed; boundary=Apple-Mail-E07DDP2D-6DB1-4266-B3B7-85D974708781
age-Id: <9D789216-F21F-4AC7-DC4D-F1FD6073F2CC@yahoo.com>
: Sun, 28 Apr 2013 02:35:59 -0500
Steve Nighthawke <man6girl@gmail.com>
ent-Transfer-Encoding: 7bit
-Version: 1.0 (1.0)
iler: iPhone Mail (9B206)

ple-Mail-E07DDP2D-6DB1-4266-B3B7-85D974708781
ent-Disposition: inline
    filename=photo.JPG
ent-Type: image/jpeg
    name=photo.JPG
ent-Transfer-Encoding: base64

ple-Mail-E07DDP2D-6DB1-4266-B3B7-85D974708781
ent-Type: image/jpeg
    name=photo.JPG
ent-Transfer-Encoding: base64
40/4AAQSkZJRgABAQAAAQABAAD/

Delivered-To: mus65girl@gmail.com
Received: by 10.60.146.112 with SMTP id tc6csp20933boehr;
        Sun, 28 Apr 2013 00:37:13 -0700 (PDT)
X-Received: by 10.194.139.4 with SMTP id qb0mr28513241qeb.41.1367113463131125;
        Sun, 28 Apr 2013 00:37:13 -0700 (PDT)
Return-Path: <cheyenneandliberty@yahoo.com>
Received: from nm40-vm5.bullet.mail.bf1.yahoo.com (nm40-vm5.bullet.mail.bf1.yahoo.com. [72.30.239.213])
        by mx.google.com with ESMTPS id 5ds16091317qrt.25.2013.04.28.00.37.09
        for <mus65girl@gmail.com>
        (version=TLSv1 cipher=RC4-SHA bits=128/128);
        Sun, 28 Apr 2013 00:37:12 -0700 (PDT)
Received-SPF: pass (google.com: best guess record for domain of cheyenneandliberty@yahoo.com designates 72.30.239.213 as permitted sender) client-ip=72.30.239.213;
Authentication-Results: mx.google.com;
       spf=pass (google.com: best guess record for domain of cheyenneandliberty@yahoo.com designates 72.30.239.213 as permitted sender) smtp.mail=cheyenneandliberty@yahoo.com;
       dkim=pass header.i=@yahoo.com
Received: from [98.139.212.151] by nm40.bullet.mail.bf1.yahoo.com with NNFMP; 28 Apr 2013 07:37:09 -0000
Received: from [76.13.13.129] by tm8.bullet.mail.bf1.yahoo.com with NNFMP; 28 Apr 2013 07:37:01 -0000
Received: from [127.0.0.1] by smtp107-mob.biz.mail.bf1.yahoo.com with NNFMP; 28 Apr 2013 07:37:01 -0000
X-Yahoo-Newman-Id: 948710.64375.bm@smtp107-mob.biz.mail.bf1.yahoo.com
X-Yahoo-Newman-Property: ymail-3
X-YMail-OSG: dXV9iihVPARwEfR_Q98UBS1zy0p
...
X-Yahoo-SMTP: 0NmBWeeqw6BbLpc_9CVB02BH.gDvgavV_B.DdDUBw--
X-Rocket-Received: from [10.0.0.3] (cheyenneandliberty@108.92.13.21 with xymcookie)
        by smtp107-mob.biz.mail.ac4.yahoo.com with SMTP; 28 Apr 2013 00:37:00 -0700 PDT
X-Mailer: iPhone Mail (9B206)
References: <1.01@gmail.com>
Message-Id: <B...-B8E3-4FC52A034504@gmail.com>
Content-Type: multipart/alternative; boundary=Apple-Mail-1G1A63D7-4733-4EFA-B8E3-4FC52A034504
Date: Sun, 28 Apr 2013 02:36:22 -0500
To: "Newman, Property; X-Mail-OSG:X-Yahoo-Newman-Id:X-Yahoo-Newman-Property:X-YMail-OSG:X-Yahoo-SMTP:X-Rocket-Received:From:Content-Type:Message-Id:Date:To:Content-Transfer-Encoding:Mime-Version:X-Mailer;  b=d/8l73zBlDzg.."
Mime-Version: 1.0 (1.0)

--Apple-Mail-1G1A63D7-4733-4EFA-B8E3-4FC52A034504
Content-Disposition: inline;
        filename=photo.JPG
Content-Type: image/jpeg;
        name=photo.JPG
Content-Transfer-Encoding: base64

/9j/4AAQSkZJRgABAQAAAQABAAD/...
[base64 image data]



Mozilla Firefox

o subject) - man69girl@gmail... | https://mail.g...e521d99d0a60d0

https://mail.google.com/mail/?ui=2&ik=f589bbfbe1&view=om&th=13e521d99d0a60d0

vered-To: man69girl@gmail.com
ived: by 10.60.146.132 with SMTP id tc4csp36268oeb;
Sun, 28 Apr 2013 12:27:52 -0700 (PDT)
ceived: by 10.49.127.8 with SMTP id nc8mr58280129qeb.31.1367177271613;
Sun, 28 Apr 2013 12:27:51 -0700 (PDT)
rn-Path: <cheyenneandliberty@yahoo.com>
ived: from nm10-vm0.bullet.mail.bf1.yahoo.com (nm10-vm0.bullet.mail.bf1.yahoo.com. [98.139.213.147])
by mx.google.com with SMTP id go8si15254313qab.5.2013.04.28.12.27.43
for <man69girl@gmail.com>;
Sun, 28 Apr 2013 12:27:51 -0700 (PDT)
ived-SPF: pass (google.com: best guess record for domain of cheyenneandliberty@yahoo.com designates 98.139.213.147 as permitted sender) client-ip=98.139.213.147;
entication-Results: mx.google.com;
spf=pass (google.com: best guess record for domain of cheyenneandliberty@yahoo.com designates 98.139.213.147 as permitted sender) smtp.mail=cheyenneandliberty@yahoo.com;
dkim=pass header.i=@yahoo.com
ived: from [98.139.215.141] by nm10.bullet.mail.bf1.yahoo.com with NNFMP; 28 Apr 2013 19:27:43 -0000
ived: from [98.136.87.73] by tm12.bullet.mail.bf1.yahoo.com with NNFMP; 28 Apr 2013 19:27:35 -0000
ived: from [127.0.0.1] by smtp124-mob.biz.mail.ac4.yahoo.com with NNFMP; 28 Apr 2013 19:27:35 -0000
-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed; d=yahoo.com; s=s1024; t=1367177254; bh=wcKCoHbgyyH2C0r5yXsCLJUuyCkSEvrF2CgyoLL7OAI=; h=X-Yahoo-Newman-Id:X-Yahoo-Newman-Property:X-YMail-OSG:X-Yahoo-SMTP:X-Rocket-Received:From:Content-Type:Message-Id:Date:To:Content-Transfer-Encoding:Mime-Version:X-Mailer; b=J1RArsR5zJZ
hoo-Newman-Id: 479673.42918.bm@smtp124-mob.biz.mail.ac4.yahoo.com
hoo-Newman-Property: ymail-3
ail-OSG: LS812JqVM11L2Y1rTm11NN7odb_miB0w4tJwskz8WUSDb.v
sIhSiXoCgHMWj56KoMp9RBuZ9KxA3niBSzxQ4rx_6lyRrwe6_H5rywz4_
qK5iCHd_9GaRsZXn4ofPgqhCSjix8N_f1HQTcpqUCG2IglLe373w5LiPF
6ThGoH6X6f7R0OGsdTcrGWpThRv_0Ouv9J5St28_9bblBAIZZYJ6odZWd
WifZ19qZ8BPZ2UpAzcpCKvp7mCjNd7hN1HDzqVxkg0eEBlo.g9GbX5AEZ
1.qLa9Dy3oXTB6BICmGM2ofB3TAf5bzt7.Mp1BWF5IL.pFw9RkUce7WGk
JPfQim7YHe_kazydJbeQXlvyROC3xNYV428._BCSBtUcRvWI9TjCR8sCJ
R8nlDemnT4Epc80054XzOGmHfolHiBLprF
hoo-SMTP: OMdNiwqswBAblqc_SCvR02RH.pDyapvV._B.UdD0Ew--
cket-Received: from [10.5.85.43] (cheyenneandliberty@166.147.99.60 with xymcookie)
by smtp124-mob.biz.mail.ac4.yahoo.com with SMTP; 28 Apr 2013 12:27:34 -0700 PDT
: C <cheyenneandliberty@yahoo.com>
ent-Type: multipart/mixed; boundary=Apple-Mail-AFB87879-6989-46E1-BF0F-987DF3D180A5
age-Id: <838F9C60-7596-4A2B-AC78-19519732A769@yahoo.com>
: Sun, 28 Apr 2013 14:26:29 -0500
Neve Nightshade <man69girl@gmail.com>
ent-Transfer-Encoding: 7bit
-Version: 1.0 (1.0)
iler: iPhone Mail (9B206)

ple-Mail-AFB87879-6989-46E1-BF0F-987DF3D180A5
ent-Transfer-Encoding: 7bit
ent-Type: text/plain;
charset=us-ascii

ple-Mail-AFB87879-6989-46E1-BF0F-987DF3D180A5
ent-Disposition: inline;
filename=photo.JPG
ent-Type: image/jpeg;
name=photo.JPG
ent-Transfer-Encoding: base64

4S/+RXhpZgAATU0AKgAAAAgACgEPAAIAAAAGAAAAhgEQAAIAAAAKAAAAjAESAAMAAAABAAEA
AAUAAAABAAAAlgEbAAUAAAABAAAAngEoAAMAAAABAAIAAAExAAIAAAAGAAAApgEyAAIAAAAU
rAITAAMAAAABAAEAAIdpAAQAAAABAAAAwAAAAlJBcHBsZQBpUGhvbmUgNFMAAAAASAAAAAEA
AAAAATUuMS4xADIwMTM6MDQ6MjggMTQ6MDE6MDUAABmCmgAFAAAAAQAAAfKCnQAFAAAAAQAA
IgADAAAAAQACAACIJwADAAAAAQBAAACQAAAHAAAABDAyMjCQAwACAAAAFAAAAgKQBAACAAAA
AhaRAQAHAAAABAECAwCSAQAKAAAAAQAAAiqSAgAFAAAAAQAAAjKSAwAKAAAAAQAAAjqSBwAD
AQAFAACSCQADAAAAAQAJAACSCgAFAAAAAQAAAkKSFAADAAAABAAAAkqgAAAHAAAABDAxMDCg
AAAAAQABAACgAgAEAAAAAQAADMCgAwAEAAAAAQAACZCiFwADAAAAAQACAACkAgADAAAAAQAA
AwADAAAAAQAAAACkBQADAAAAAQAjAACkBgADAAAAAQAAAACkCgADAAAAAQAAAAAAAAAAAAAA
AR8AAAAMAAAABTIwMTM6MDQ6MjggMTQ6MDE6MDUAMjAxMzowNDoyOCAxNDowMTowNQAAABfd
7AAAEu0AAAd+AAAOUwAAAfwAAABrAAAACQZfBMcDcONxAAYBAwADAAAAAQAGAAABCgAFAAAA
AqABGwAFAAAAAQAAAqgBKAADAAAAAQACAAACAQAEAAAAAQAAArACAgAEAAAAAQAAJucAAAAA
SAAAAAEAAABIAAAAAf/Y/9sAQwACAQECAQECAgECAgICAgMFAwMDAwMGBAQDBQcGBwcHBgYG
CQcICggGBgkNCQoLCwwMDAcJDQ4NDA4LDAwL/9sAQwECAgIDAgMFAwMFCwgGCAsLCwsLCwsL
CwsLCwsLCwsLCwsLCwsLCwsLCwsLCwsLCwsLCwsLCwsLCwsLCwsLCwsL/8AAEQgAeACgAwEiAAIR
Af/EAB8AAAEFAQEBAQEBAAAAAAAAAAABAgMEBQYHCAkKC//EALUQAAIBAwMCBAMFBQQEAAAD
AwAEEQUSITFBBhNRYQcicRQygZGhCCNCscEVUtHwJDNicoIJChYXGBkaJSYnKCkqNDU2Nzg5
RUZHSElKU1RVVldYWVpjZGVmZ2hpanN0dXZ3eHl6g4SFhoeIiYqSk5SVlpeYmZqio6Slpqeo
s7S1tre4ubrCw8TFxsfIycrS09TV1tfY2drh4uPk5ebn6Onq8fLz9PX29/j5+v/EAB8BAAMD
AQEBAQEAAAAAAAAABAgMEBQYHCAkKC//EALURAAIBAgQEAwQHBQQEAAECdwABAgMRBAUhMQYS
YKETIjKBCBRCkaGxwQkjM1LwFWJy0QoWJDThJfEXGBkaJicoKSolNjc4OTpDREVGR0hJSlNU
WFlaY2RlZmdoaWpzdHV2d3h5eoKDhIWGh4iJipKTlJWWl5iZmqKjpKWmp6ipqrKztLW2t7i5
xMXGx8jJytLT1NXW19jZ2uLj5OXm5+jp6vLz9PX29/j5+v/aAAwDAQACEQMRAD8A+ePDGmy2
qyiKeYYSLOSgPdvev0K/Z5+CPhDxH8MfDXiLVvDumtq9/pMMdxP5ZUy4AG4gHBY4+9jd718I
UsYRf3sjAcd6/Sr4f6MPCnqPSNKgBjTTbSKDAHdUAP6g16viLX51RpPo3ZeVj4vw5pyputWg
8zN8R/smfD/xZpxt9d0CKRfOSYOJpDIrKQQA27IGR06dfWvHPhR/wTXXwD+03/wsXxJ4t112
6dBLa7HtoyThWbeQzYYgtqZznAr6at9TEgI7Bu496ab0Rsu9sfWvzCnUlSTjF6H6hOcqj5pu
ZgBUe/ap7chjhgOtZg1KJJAzyIoz3IFTx65argyXNuAT3kUY/WhJEmrFEoAPANaNiqtIn+el
jTolHmahYoM45nQf1qWLx3pFtKnmarpy/W6j9Prfcr6kbnUoDkHjrVuCNXRe+Setcl8L8StDj
0vIPP+1x/wCNWYfix4eRkBlrS+pyBcoofkaxaRurnVIQpz2H5CtL4GxhPFHiE8cx25c/w

vered-To: muni89girl@gmail.com
ived-from: tcdcspd4059ob;
Sun, 28 Apr 2013 16:58:33
ceived by ib.4.127.191 with SMTP id tc4emp4059ob;
Sun, 28 Apr 2013 16:58:32 -0700 (PDT)
ived by mta4.bullet.mail.bf1.yahoo.com with SMTP id 4f61c777977mpv.35.2013.04.26.16.58.28
for <muni89girl@gmail.com>
Sun, 28 Apr 2013 16:58:32 -0700 (PDT)
(version=TLSv1 cipher=RC4-SHA bits=128/128);
Sun, 28 Apr 2013 16:58:32 -0700 (PDT)
ived-SPF: pass (google.com: best guess record for domain of cheyenneandliberty@yahoo.com designates 98.139.212.183 as permitted sender) client-ip=98.139.212.183;
Authentication-Results: mx.google.com;
spf=pass (google.com: best guess record for domain of cheyenneandliberty@yahoo.com designates 98.139.212.183 as permitted sender) smtp.mail=cheyenneandliberty@yahoo.com
dkim=pass header.i=@yahoo.com
ived: from [98.139.215.143] by nm24.bullet.mail.bf1.yahoo.com with NNFMP; 28 Apr 2013 23:58:27 -0000
ived: from [98.139.212.183] by tm16.bullet.mail.bf1.yahoo.com with NNFMP; 28 Apr 2013 23:58:21 -0000
ived: from [127.0.0.1] by omp1016.mail.bf1.yahoo.com with NNFMP; 28 Apr 2013 23:58:21 -0000
-Signature: v-1; a=rsa-sha256; c=relaxed/relaxed; d=yahoo.com; s=s1024;
hoo-Newman-Id: 34556.72954.bm@omp1016.mail.bf1.mail.ad4.yahoo.com
hoo-Newman-Property: ymail-3
ived-SPF: pass (...)
cker-Received: from [10.153.144.7] (cheyenneandliberty@166.147.96.182 with xymcookie)
: C <cheyenneandliberty@yahoo.com>
by smtp106-mob.biz.mail.bf1.yahoo.com with SMTP; 28 Apr 2013 16:58:20 -0700 PDT
ent-Type: multipart/mixed; boundary=Apple-Mail-A87ACCE6-62C9-4923-BEEC-04FF932A384D
age-Id: <CFDFBA022-661D-4A92-BFe3-D4847F2F9AAB@yahoo.com>
x: Sun, 28 Apr 2013 16:57:55 -0500
hoo-Newman-Id: <cheyenneandliberty@yahoo.com>
ent-Transfer-Encoding: 7bit
-Version: 1.0 (1.0)
iler: iPhone Mail (9B206)

ple-Mail-A87ACCE6-62C9-4923-BEEC-04FF932A384D
ent-Disposition: inline
ent-Transfer-Encoding: 7bit
ent-Type: text/plain;
charset=us-ascii

ple-Mail-A87ACCE6-62C9-4923-BEEC-04FF932A384D
ent-Transfer-Encoding: 7bit
filename=photo.JPG
name=photo.JPG
ent-Type: image/jpeg
ent-Transfer-Encoding: base64