# Attachment B

04-30-13;03:31PM;                                              ;408-349-2256           # 4/ 7

# YAHOO! ACCOUNT MANAGEMENT TOOL

| | |
|---|---|
| Login Name: | cheyenneandliberty |
| GUID: | RVNQBREG54EXD7SISYNYNWM7BQ |
| Properties Used: | Flickr<br>Mail |
| Yahoo Mail Name: | cheyenneandliberty@yahoo.com |
| Registration IP address: | 99.18.221.137 |
| Account Created (reg): | Thu Dec 27 10:40:37 2012 GMT |
| Other Identities: | cheyenneandliberty (Yahoo! Mail) |
| Full Name | Chey Cheychey |
| Address1: | |
| Address2: | |
| City: | |
| State, territory or province: | |
| Country: | United States |
| Zip/Postal Code: | 66606 |
| Phone: | |
| Time Zone: | pt |
| Business Name: | |
| Business Address: | |
| Business City: | |
| Business State: | |
| Business Country: | us |
| Business Zip: | |
| Business Phone: | |
| Business Email: | |
| Account Status: | Active |

| Search for | cheyenneandliberty |
|---|---|
| Date Range | 2012-05-01 / 2013-04-29 |
| Time zone | (GMT) Greenwich Mean Time : London |
| Total Results | 109 |

| Yahoo ID | IP Address | Port | Login Time |
|---|---|---|---|
| cheyenneandliberty | 108.200.163.50 | | Mon 17:56:07 (GMT) 29-Apr-2013 |
| cheyenneandliberty | 166.147.96.8 | | Mon 12:43:50 (GMT) 29-Apr-2013 |
| cheyenneandliberty | 166.147.96.8 | | Mon 11:18:45 (GMT) 29-Apr-2013 |
| cheyenneandliberty | 166.147.97.8 | | Mon 07:58:11 (GMT) 29-Apr-2013 |
| cheyenneandliberty | 166.147.97.8 | | Mon 07:34:55 (GMT) 29-Apr-2013 |
| cheyenneandliberty | 166.147.96.182 | | Sun 23:56:52 (GMT) 28-Apr-2013 |
| cheyenneandliberty | 108.92.13.21 | | Sun 07:15:48 (GMT) 28-Apr-2013 |
| cheyenneandliberty | 108.92.13.21 | | Sun 07:15:47 (GMT) 28-Apr-2013 |
| cheyenneandliberty | 166.147.96.143 | | Fri 04:35:32 (GMT) 19-Apr-2013 |
| cheyenneandliberty | 166.147.96.143 | | Fri 04:35:31 (GMT) 19-Apr-2013 |
| cheyenneandliberty | 166.147.96.143 | | Fri 04:28:42 (GMT) 19-Apr-2013 |
| cheyenneandliberty | 166.147.97.64 | | Thu 14:27:58 (GMT) 18-Apr-2013 |
| cheyenneandliberty | 166.147.97.64 | | Thu 14:27:57 (GMT) 18-Apr-2013 |
| cheyenneandliberty | 166.147.97.64 | | Thu 14:09:38 (GMT) 18-Apr-2013 |
| cheyenneandliberty | 166.147.97.64 | | Thu 14:09:34 (GMT) 18-Apr-2013 |
| cheyenneandliberty | 166.147.97.64 | | Thu 01:30:26 (GMT) 18-Apr-2013 |
| cheyenneandliberty | 166.147.97.64 | | Wed 23:41:46 (GMT) 17-Apr-2013 |
| cheyenneandliberty | 166.147.97.64 | | Wed 23:24:17 (GMT) 17-Apr-2013 |
| cheyenneandliberty | 166.147.97.64 | | Wed 23:23:36 (GMT) 17-Apr-2013 |
| cheyenneandliberty | 166.147.97.64 | | Wed 23:20:48 (GMT) 17-Apr-2013 |
| cheyenneandliberty | 166.147.97.64 | | Wed 23:20:47 (GMT) 17-Apr-2013 |
| cheyenneandliberty | 166.147.97.64 | | Wed 23:20:31 (GMT) 17-Apr-2013 |
| cheyenneandliberty | 166.147.97.64 | | Wed 23:20:30 (GMT) 17-Apr-2013 |
| cheyenneandliberty | 166.147.97.64 | | Wed 22:48:45 (GMT) 17-Apr-2013 |
| cheyenneandliberty | 166.147.97.87 | | Wed 19:51:30 (GMT) 17-Apr-2013 |
| cheyenneandliberty | 166.147.99.88 | | Wed 17:27:16 (GMT) 17-Apr-2013 |
| cheyenneandliberty | 166.147.99.88 | | Wed 17:27:14 (GMT) 17-Apr-2013 |
| cheyenneandliberty | 166.147.99.88 | | Wed 13:29:10 (GMT) 17-Apr-2013 |
| cheyenneandliberty | 166.147.99.88 | | Wed 13:29:09 (GMT) 17-Apr-2013 |
| cheyenneandliberty | 166.147.99.147 | | Wed 03:33:08 (GMT) 17-Apr-2013 |
| cheyenneandliberty | 166.147.99.147 | | Wed 03:33:08 (GMT) 17-Apr-2013 |
| cheyenneandliberty | 166.147.99.133 | | Tue 17:53:53 (GMT) 16-Apr-2013 |
| cheyenneandliberty | 166.147.99.40 | | Tue 04:31:50 (GMT) 16-Apr-2013 |
| cheyenneandliberty | 166.147.99.40 | | Tue 02:00:46 (GMT) 16-Apr-2013 |
| cheyenneandliberty | 166.147.99.40 | | Tue 02:00:43 (GMT) 16-Apr-2013 |
| cheyenneandliberty | 166.147.99.40 | | Mon 21:41:23 (GMT) 15-Apr-2013 |
| cheyenneandliberty | 166.147.99.40 | | Mon 21:35:09 (GMT) 15-Apr-2013 |
| cheyenneandliberty | 166.147.99.40 | | Mon 21:35:08 (GMT) 15-Apr-2013 |
| cheyenneandliberty | 108.200.163.220 | | Mon 15:26:09 (GMT) 15-Apr-2013 |
| cheyenneandliberty | 108.200.163.220 | | Mon 15:26:09 (GMT) 15-Apr-2013 |

| User | IP | Timestamp |
|---|---|---|
| cheyenneandliberty | 166.147.97.185 | Mon 13:13:52 (GMT) 15-Apr-2013 |
| cheyenneandliberty | 166.147.97.185 | Sun 22:12:18 (GMT) 14-Apr-2013 |
| cheyenneandliberty | 166.147.99.122 | Sun 20:28:40 (GMT) 14-Apr-2013 |
| cheyenneandliberty | 166.147.99.122 | Sun 20:28:39 (GMT) 14-Apr-2013 |
| cheyenneandliberty | 166.147.98.47 | Sun 08:12:13 (GMT) 14-Apr-2013 |
| cheyenneandliberty | 166.147.98.47 | Sat 21:26:40 (GMT) 13-Apr-2013 |
| cheyenneandliberty | 166.147.98.47 | Sat 20:52:15 (GMT) 13-Apr-2013 |
| cheyenneandliberty | 166.147.98.120 | Sat 02:30:21 (GMT) 13-Apr-2013 |
| cheyenneandliberty | 166.147.97.82 | Mon 00:49:07 (GMT) 08-Apr-2013 |
| cheyenneandliberty | 166.147.96.187 | Sun 19:31:27 (GMT) 07-Apr-2013 |
| cheyenneandliberty | 166.147.96.194 | Thu 03:18:58 (GMT) 04-Apr-2013 |
| cheyenneandliberty | 166.137.123.169 | Mon 00:26:43 (GMT) 21-Jan-2013 |
| cheyenneandliberty | 198.228.224.160 | Thu 04:25:21 (GMT) 17-Jan-2013 |
| cheyenneandliberty | 198.228.224.160 | Thu 04:25:20 (GMT) 17-Jan-2013 |
| cheyenneandliberty | 166.137.109.233 | Wed 16:31:26 (GMT) 16-Jan-2013 |
| cheyenneandliberty | 166.137.109.233 | Wed 16:31:24 (GMT) 16-Jan-2013 |
| cheyenneandliberty | 99.18.222.41 | Tue 16:22:22 (GMT) 15-Jan-2013 |
| cheyenneandliberty | 99.18.222.41 | Tue 16:22:22 (GMT) 15-Jan-2013 |
| cheyenneandliberty | 99.18.222.11 | Mon 08:55:46 (GMT) 14-Jan-2013 |
| cheyenneandliberty | 99.18.222.75 | Sun 06:51:18 (GMT) 13-Jan-2013 |
| cheyenneandliberty | 99.18.222.75 | Sun 06:51:17 (GMT) 13-Jan-2013 |
| cheyenneandliberty | 166.137.110.223 | Sat 20:59:46 (GMT) 12-Jan-2013 |
| cheyenneandliberty | 166.137.110.223 | Sat 20:59:43 (GMT) 12-Jan-2013 |
| cheyenneandliberty | 166.137.110.223 | Sat 17:34:17 (GMT) 12-Jan-2013 |
| cheyenneandliberty | 166.137.111.181 | Fri 13:42:18 (GMT) 11-Jan-2013 |
| cheyenneandliberty | 166.137.111.181 | Fri 13:42:17 (GMT) 11-Jan-2013 |
| cheyenneandliberty | 108.200.163.168 | Mon 23:16:02 (GMT) 07-Jan-2013 |
| cheyenneandliberty | 108.200.163.168 | Mon 23:16:02 (GMT) 07-Jan-2013 |
| cheyenneandliberty | 166.137.109.58 | Sun 03:21:01 (GMT) 06-Jan-2013 |
| cheyenneandliberty | 166.137.109.58 | Sun 01:15:39 (GMT) 06-Jan-2013 |
| cheyenneandliberty | 166.137.109.58 | Sat 18:43:41 (GMT) 05-Jan-2013 |
| cheyenneandliberty | 166.137.109.58 | Sat 18:43:40 (GMT) 05-Jan-2013 |
| cheyenneandliberty | 166.137.109.58 | Sat 17:51:21 (GMT) 05-Jan-2013 |
| cheyenneandliberty | 166.137.109.58 | Sat 17:51:20 (GMT) 05-Jan-2013 |
| cheyenneandliberty | 166.137.109.58 | Sat 16:52:07 (GMT) 05-Jan-2013 |
| cheyenneandliberty | 166.137.109.58 | Sat 16:52:06 (GMT) 05-Jan-2013 |
| cheyenneandliberty | 99.18.222.241 | Sat 01:03:05 (GMT) 05-Jan-2013 |
| cheyenneandliberty | 108.92.13.137 | Fri 03:20:41 (GMT) 04-Jan-2013 |
| cheyenneandliberty | 108.92.13.137 | Thu 20:00:53 (GMT) 03-Jan-2013 |
| cheyenneandliberty | 99.179.77.226 | Tue 15:13:02 (GMT) 01-Jan-2013 |
| cheyenneandliberty | 99.179.77.226 | Tue 14:57:54 (GMT) 01-Jan-2013 |
| cheyenneandliberty | 99.179.77.226 | Tue 14:57:53 (GMT) 01-Jan-2013 |
| cheyenneandliberty | 99.179.77.226 | Tue 08:13:47 (GMT) 01-Jan-2013 |
| cheyenneandliberty | 99.179.77.226 | Tue 08:13:46 (GMT) 01-Jan-2013 |
| cheyenneandliberty | 166.137.108.133 | Tue 00:29:32 (GMT) 01-Jan-2013 |
| cheyenneandliberty | 166.137.108.133 | Tue 00:29:30 (GMT) 01-Jan-2013 |
| cheyenneandliberty | 108.200.160.111 | Sun 22:33:07 (GMT) 30-Dec-2012 |

| Username | IP Address | Port | Timestamp |
|---|---|---|---|
| cheyenneandliberty | 108.200.160.111 | | Sun 22:19:23 (GMT) 30-Dec-2012 |
| cheyenneandliberty | 166.137.92.109 | | Sun 21:50:28 (GMT) 30-Dec-2012 |
| cheyenneandliberty | 166.137.92.109 | | Sun 21:50:26 (GMT) 30-Dec-2012 |
| cheyenneandliberty | 166.137.92.109 | | Sun 09:54:36 (GMT) 30-Dec-2012 |
| cheyenneandliberty | 166.137.92.109 | | Sun 03:26:39 (GMT) 30-Dec-2012 |
| cheyenneandliberty | 166.137.92.109 | | Sun 03:26:38 (GMT) 30-Dec-2012 |
| cheyenneandliberty | 99.179.77.46 | 55652 | Sun 01:51:38 (GMT) 30-Dec-2012 |
| cheyenneandliberty | 166.137.95.76 | | Sat 23:33:09 (GMT) 29-Dec-2012 |
| cheyenneandliberty | 166.137.111.142 | | Sat 18:53:54 (GMT) 29-Dec-2012 |
| cheyenneandliberty | 166.137.111.142 | | Sat 18:53:53 (GMT) 29-Dec-2012 |
| cheyenneandliberty | 99.18.220.64 | 59928 | Sat 07:55:11 (GMT) 29-Dec-2012 |
| cheyenneandliberty | 99.18.220.64 | 56967 | Sat 04:14:17 (GMT) 29-Dec-2012 |
| cheyenneandliberty | 166.137.111.142 | | Sat 01:34:18 (GMT) 29-Dec-2012 |
| cheyenneandliberty | 166.137.111.142 | | Sat 01:34:16 (GMT) 29-Dec-2012 |
| cheyenneandliberty | 166.137.108.250 | | Thu 19:59:06 (GMT) 27-Dec-2012 |
| cheyenneandliberty | 166.137.108.250 | | Thu 19:59:05 (GMT) 27-Dec-2012 |
| cheyenneandliberty | 166.137.108.250 | | Thu 19:35:14 (GMT) 27-Dec-2012 |
| cheyenneandliberty | 166.137.108.250 | | Thu 19:35:09 (GMT) 27-Dec-2012 |
| cheyenneandliberty | 166.137.108.250 | | Thu 19:32:19 (GMT) 27-Dec-2012 |
| cheyenneandliberty | 166.137.108.250 | | Thu 19:32:18 (GMT) 27-Dec-2012 |
| cheyenneandliberty | 166.137.108.250 | | Thu 17:29:21 (GMT) 27-Dec-2012 |
| cheyenneandliberty | 99.18.221.137 | 50270 | Thu 15:25:21 (GMT) 27-Dec-2012 |

# YAHOO!

## fax message

| | | | |
|---|---|---|---|
| date: | April 30, 2013 | | |
| to: | Intelligence Research Specialist Lauren Morris<br>Immigration and Customs Enforcement | fax: | 703-293-9260 |
| re: | Request for Information Pertaining to User Account | | |
| from: | John P. Hernandez<br>Direct: 408-349-7279 | pages: | 7 (including coversheet) |

**Internal Reference Number: 231879**
**Requester's Reference Number: 490/13**
**Requester's Reference Number: 4302013-cl**

Please note that this message is confidential and only intended for Intelligence Research Specialist Lauren Morris. If you received this message in error, please notify the sender immediately.

## URGENT!

Questions or Comments?
Please contact the Yahoo! Legal Compliance Team using one of the following channels.

Mail: 701 First Avenue
Sunnyvale, CA 94089

Fax: 408-349-7941

Email: compliance-inquiries@yahoo-inc.com

| 1. To (Name, Address, City, State, Zip Code) | DEPARTMENT OF HOMELAND SECURITY |
|---|---|
| YAHOO!, INC.<br>701 FIRST AVE<br>SUNNYVALE CA 94089<br>JOHN P. HERNANDEZ, CUSTODIAN OF RE<br>Phone: (408) 349-3687 FAX: (408) 349-7941 | **SUMMONS**<br>to Appear and/or Produce Records<br>19 U.S.C. § 1509 |

Summons Number 490 / 13    Reference # 4302013-cl

By the service of this subpoena upon you, YOU ARE HEREBY SUMMONED AND REQUIRED TO:

(A) ☐ APPEAR before the U.S. Customs and Border Protection (CBP) Officer or U.S. Immigration and Customs Enforcement (ICE) Special Agent named in Block 2 at the place, date, and time indicated to testify and give information.

(B) ☒ PRODUCE the records (including statements, declarations, and other documents) indicated in Block 3 before the CBP Officer or ICE Special Agent named in Block 2 at the place, date, and time indicated.

Your testimony and/or production of the indicated records is required in connection with an investigation or inquiry to ascertain the correctness of entries, to determine the liability for duties, taxes, fines, penalties, or forfeitures, and/or to ensure compliance with the laws or regulations administered by CBP and ICE.

Failure to comply with this summons will render you liable to proceedings in a U.S. District Court to enforce compliance with this summons as well as other sanctions.

2. (A) CBP Officer or ICE Special Agent before whom you are required to appear

Name: **LAUREN MORRIS**
Title: **INTELLIGENCE RESEARCH SPECIALIST**
Address: 11320 RANDOM HILLS RD, SUITE 400
FAIRFAX, VA 20598 (USPS) or 22030 (non-USPS)
Telephone Number: 703-293-8005   Fax: 703-293-9260

(B) Date 5/14/2013
(C) Time ☐ a.m. ☐ p.m.

3. Records required to be produced for inspection

Pursuant to an investigation being conducted by the Department of Homeland Security, your office is requested to provide the name, address, local and/or long distance telephone number, connection records or records of session times, duration, length of service (including start date) and types of service utilized; telephone or instrument number or other subscriber number or identity, including any temporary assigned network address; means of source of payment for such service (including any credit card and/or bank account number), as per HR.3162 effective 10/26/2001.
Email Address: **cheyenneandliberty@yahoo.com**

You are requested not to disclose the existence of this summons for an indefinite period of time. Any such disclosure will impede this investigation and thereby interfere with the enforcement of federal law.

Issued under authority of section 509, Tariff Act of 1930, as amended by Public law 95-410 (19 U.S.C. § 1509); 44 F.R. 2217; Homeland Security Act of 2002

4. Name of person authorized to serve this summons or any other CBP Officer or ICE Special Agent
LAUREN MORRIS
INTELLIGENCE RESEARCH SPECIALIST

5. Date of issue 4/30/2013
By _____ (Signature)

6. Name, title, address, and telephone number of person issuing this summons
Name: Ian M. Quinn
Title: Deputy Assistant Director
Address: ICE Homeland Security Investigations
Washington, D.C. 20536
For any questions please contact:
Special Assistant Elizabeth Soto
at 703-293-9845 or Elizabeth.Soto@ice.dhs.gov

If you have any questions regarding this summons, contact the CBP Officer or ICE Special Agent identified in Block 2.

DHS Form 3115 (6/09)

## BUSINESS RECORDS DECLARATION

| | |
|---|---|
| Request for information regarding:<br>cheyenneandliberty@yahoo.com ) | DECLARATION OF<br>JOHN P. HERNANDEZ |

I, John P. Hernandez, declare:

1. I am a Custodian of Records for Yahoo! Inc. ("Yahoo!"), located in Sunnyvale, California. I am authorized to submit this declaration on behalf of Yahoo!. I make this declaration pursuant to the Federal Rules of Evidence Rule 902(11) and the California Code of Evidence section 1561 and in response to a subpoena dated April 30, 2013 ("the request"). I have personal knowledge of the following facts, except as noted, and could testify competently thereto if called as a witness.

2. Attached hereto are 4 pages that contain true and correct copies of the following data pertaining to the user account identified in the request: (1) the user profile, as produced by the Yahoo! Account Management Tool and (2) the dates, times, and Internet protocol addresses for logins, as produced by the Login Tracker Tool. Yahoo!'s servers record this data automatically at the time, or reasonably soon after, it is entered or transmitted, and this data is kept in the course of this regularly conducted activity and was made by regularly conducted activity as a regular practice. Yahoo! may not require or verify user information because it offers many of its services to users for free.

3. To the extent any document attached hereto contained information that exceeded the scope of the request, is protected from disclosure, or is otherwise not subject to production, such information has been redacted or otherwise removed.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

DATED: ___April 30, 2013___

_/s/ John P. Hernandez_
John P. Hernandez, Custodian of Records

Ex 9