# Attachment C



TO:        Cassidy_Cassner
Company:
Fax:       8165841976
Phone:

FROM:      BADER, CHRIS
Fax:
Phone:

NOTES:

AT&T Internet Services Case #100213070. Please reference the attached contact information for our new fax number and address.

Number of pages including cover: 10
Date and time of transmission: Friday, October 11, 2013 10:39:06 AM

© 2009 AT&T Intellectual Property. All rights reserved. AT&T, the AT&T logo and all other AT&T marks contained herein are trademarks of AT&T Intellectual Property and/or AT&T affiliated companies.

Please reference the following documents in response to your legal request. AT&T has provided records based on its interpretation of the search criteria sought by your legal request. Any recipient should verify AT&T's interpretation and results match the intended search criteria of the legal request before taking any additional actions on this case. If you have any questions, please contact me directly and reference AT&T Internet Services Case #**100213070**. Thank you.

## IP Assignment Details

| Date & Time (GMT/UTC) | Record | Username | Assigned IP |
|---|---|---|---|
| 04/28/2013 14:43:47 | Stop | foxysiepen@att.net | 108.92.13.21 |
| 04/27/2013 21:36:13 | Start | foxysiepen@att.net | 108.92.13.21 |

## Customer Account Details

Customer Name: KEARNE HEATING
Account Number: 42169449

The Member IDs listed on this screen have been reclaimed by another Account.

foxsiepen   att.net   Active   AT&T Yahoo   09/26/2011

Customer Name: KEARNE HEATING
Account Number: 42169449

Account Status: Inactive    Reason Code:
Prev Account:               Region: SWBELL        BUS/RES: Bus
Billing Start Date: 09/22/2011   Billing End Date:   Bill Round: 22
Tax Exemption:              Tax ID:                Exem Exp:

Get Eligible Discounts

⊙ BTN    BTN: (785) 235-2585   Cust Code: 000
○ Credit Card
     Credit Card Type:              Card Number's Last Four Digits:
     Expiration Month:              Card Expiration Year:

○ Invoice

Change Payment Details

*Description: Company

09/15/201   Edit

| Installed Service ID | Description | Customer | Name |
|---|---|---|---|
| 181132133 | DSL Dynamic IP | KEARNE HEATING | JOHN KEARN |

| | | | |
|---|---|---|---|
| Customer: | KEARNE HEATING | Address | |
| Member ID: | foxysiepen | Status: | Inactive |
| Domain: | att.net | WTN: | (785) 235-2665 |
| Order ID: | 139917841 | | |
| Account Number: | 42169449 | Account Status: | Inactive |

| | | | |
|---|---|---|---|
| Product ID: | GEC_DSL_BASIC    DSL Dynamic IP | | |
| Order Taken Date: | 09/19/2011 | Service Activation Date: | 09/22/2011 12:00:00AM |
| | | Service Deactivation Date: | 05/30/2013 12:00:00AM |
| | | Date Registered: | 09/26/2011 |

**Service Address**

| | |
|---|---|
| First Name: | Last Name: |
| Company: | KEARNE HEATING |
| Address 1: | 429 SW TAYLOR |
| Address 2: | |
| Address 3: | |
| City: | TOPEKA |
| State: | KS    Kansas    Zip: 66603 |

## AT&T is unable to process a portion of your legal request for the following reason(s):

**X** No Records Responsive
- Request was processed by the correct AT&T Compliance Organization; however requested records are not created or retained in the normal course of business
- Records do not exist

___ Other

**Important Comments (please read carefully):**

IP address 166.147.96.182 as provided is allocated to AT&T Mobility LLC, AT&T Global Network Services, and/or Service Provider Corporation in conjunction with AT&T Wireless. These blocks of IPs are used by AT&T Wireless for internet access and web-based applications for wireless devices (such as web-enabled cell phones and aircards).

Your request has been processed by the correct AT&T compliance organization, however the requested wireless IP assignment records are not created or retained in the normal course of business and AT&T is unable to isolate or identify any individual account or device.

No AT&T entity has records responsive.

If you have any questions, please contact me directly at 404-499-5211, prior to any resubmission. Thank you.

## Business Records Certification

I, **Chris Bader**, the undersigned, hereby declare:

1. I am a United States citizen and over eighteen years of age.

2. I am employed by AT&T as Internet Legal Compliance Manager. My job responsibilities include retrieving AT&T Internet Services records responsive to legal process for such records.

3. AT&T was served with legal process for business records described there in. A copy of the legal process is attached.

4. The following are responsive:
    a) Attached hereto is a true copy of the available records described in the legal process.
    b) Attached hereto is a true copy of the results of our search, assembly, and production.

5. I affirm these records:
    a) were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters;
    b) were kept in the course of the regularly conducted activity; and
    c) were made by the regularly conducted activity as a regular practice.

This declaration was made in the State of Georgia and I affirm, under penalty of perjury, that the foregoing is true and correct.

Executed on 10/11/2013

*Chris Bader* (signature)

**Chris Bader**
Manager, Internet Legal Compliance
AT&T Internet Services
575 Morosgo Drive NE, Suite 5D43
Atlanta, GA 30324
404-499-5211

AO 88 (Rev. 7/95) Subpoena In a Criminal Case

# United States District Court
## *District of Kansas*

UNITED STATES OF AMERICA

v.

JONATHAN KEARN

**SUBPOENA IN A CRIMINAL CASE**

CASE NUMBER: 13-40057-01-JAR

TO:
AT&T
ATTN: Legal Department
1010 N. St. Mary's St., RM 315-A2
San Antonio, TX 78215

☑ YOU ARE COMMANDED to appear in the United States District Court at the place, date and time specified below, or any subsequent place, date and time set by the court, to testify in the above referenced case. This subpoena shall remain in effect until you are granted leave to depart by the court or by an officer acting on behalf of the court.

| PLACE | COURTROOM |
|---|---|
| Frank Carlson Federal Building<br>444 S.E. Quincy<br>Topeka, KS 66683 | Room 290 |
| | DATE AND TIME<br>January 7, 2014, at 9:00 AM |

☑ YOU ARE ALSO COMMANDED to bring with you the following document(s) or object(s):

Name, address, local and/or long distance telephone number, connection records or records of session times, duration, length of service (including start date) and types of service utilized; telephone or instrument number or other subscriber number or identity, including an temporary assigned network address; means of source of payment for such service (including any credit card and/or bank account number) for the following:

166.147.96.182 on April 28, 2013 at 23:56:52 GMT
108.92.13.21 on April 28, 2013 at 07:15:48 GMT

PLEASE CONTACT Michelle at the U.S. Attorney's Office at 785-295-2850 or toll free at 1-866-416-0531 a few days before the scheduled date to confirm the date and time of your appearance.

| U.S. MAGISTRATE JUDGE OR CLERK OF COURT<br>Timothy M. O'Brien, Clerk of Court | DATE<br>September 30, 2013 |
|---|---|
| (BY) DEPUTY CLERK<br>s/D. Waylan | |

ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER
Christine E. Kenney, Assistant U.S. Attorney; 444 S.E. Quincy, Rm. 290; Topeka, KS 66683
785-295-2850 or toll free 1-866-416-0531

AO 89 (Rev. 7/95) Subpoena in a Criminal Case (Reverse)

## PROOF OF SERVICE

| | DATE | PLACE |
|---|---|---|
| RECEIVED BY SERVER | 9-30-13 | via email |
| SERVED | 10-2-13 | via fax 707-435-6409 |

**SERVED ON (PRINT NAME):** AT&T Legal Department

**FEES AND MILEAGE TENDERED TO WITNESS:** ☐ YES ☐ NO AMOUNT $_____

**SERVED BY (PRINT NAME):** Cassidy Casner

**TITLE:** Special Agent

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on _____     _____
              Date                  Signature of Server

                                   _____
                                   Address of Server

**ADDITIONAL INFORMATION**