# Attachment D

HOW & WHEN TARGET IDENTIFIED ON IMGSRC
On 16 April 2013, target emailed undercover email account
'man69girl@gmail.com' stating; 'Dad of four, found you in imgsru.
Be fun to talk, swap, or whatnot. :-) ~Jeff' He sent 1 x pic of a
girl on playground equipment. Non CEM.

Email communication then continued. See bottom of page.

CURRENT & PREVIOUS USER/EMAIL NAMES:
EMAIL NAMES BEING USED BY TARGET:
       cheyenneandliberty@yahoo.com / 'C' / 'Jeff'

Identified IPN's from email messages: 166.147.97.232 - Conducted
search on this IP through IMGSRC.RU historical data & identified
user ██████████████████' as the only users using this IPN.
                             166.147.96.143 (from email
titled TENS & 4.5yr old & Mine)
                             166.147.97.64 - conducted
search on this IP through IMGSRC.RU historical data & identified
user ███████████ as the only user of this IPN.

IMGSRC TARGETS PREVIOUSLY USING IPN 166.147.97.232:
████████ / ███████████████ / ██████████████
       registered: 26 May 2011
█████ / ████████████████████ / ████████████
       registered: 30 June 2008

IMGSRC TARGET PREVIOUSLY USING IPN 166.147.97.64 back on 28 May
2012:
██████████ / ████████████
       registered: 21 January 2012 banned: 14 July 2012 for
indecent comments (VERY EXPLICITLY SEXUALISED & VIOLENT TOWARDS
CHILDREN).

Performed IPNET INFO search & identified that IP's resolved back
to: mobile...mycingular.net

DETAILS OF IMGSRC ALBUMS/PICTURES POSTED:
█████ & ████████ do not have any albums.

EXIF OR GPS DATA:
There is exif data within image 'Mine' that has been emailed of 4
girls. No GPS info, but it does state that pic was created &
modified with an Apple Iphone 4S on 1 April 2013.

DESCRIPTION OF PICTURES AND COMMENTS TO OTHER USERS ALBUMS:
Nil comments posted under ████████ & ███████████', although
extensive access dates on the website.

RESULTS OF OPEN SOURCE INTERNET CHECKS:
Nil Facebook or PIPL for cheyenneandliberty@yahoo.com
Nil Facebook on others, but there is a PIPL result on ██████████

1

████████ - see open source internet checks.

FURTHER INFO RE EMAIL COMMUNICATION WITH TARGET:
Since emailing the target back on 22 April 13, he said he is a
father of 4 kids and has sent me candid pics of his supposed
daughters, 3 x child exploitation videos which were linked to a
dropbox & 3 x supposed self taken shots of his daughters vagina &
genital region whilst wearing a diaper. One of these pics shows a
male's hand pulling back the underwear of a baby girl exposing
her vagina.The targets email to me stating 'just taken a couple'
coincides with the exif data on the pics which indicate they were
taken with an Apple iphone a few minutes earlier to his email.

Based on the above information it is considered that this target
could be offending against his own children and action is
requested to identify & locate him to save those children from
further harm.

2