**CLERK'S COURTROOM MINUTE SHEET – CRIMINAL**

UNITED STATES OF AMERICA

        Plaintiff,

v.                                              Case No:  13-40057-01-DDC

JONATHAN KEARN (01)

        Defendant.

**Attorney for Plaintiff: Christine E. Kenney**
**Attorney for Defendants: Michael E. Francis**

| JUDGE: | Daniel D. Crabtree | DATE: | 1/21/2015 |
|---|---|---|---|
| **CLERK:** | Megan Garrett | **TAPE/REPORTER:** | Sherry Harris |
| **INTERPRETER:** |  | **PROBATION:** |  |

# MOTION HEARING

The case comes before the Court on a motion hearing.  Defendant appears by and through counsel.

The following motion is before the Court:

    Doc. 77 – Defendant's Third Motion to Continue Trial – **GRANTED as set forth in full on the record.  The Court will enter a written Order.**

Pursuant to the specific findings set forth in full on the record, the Court finds that the ends of justice served by allowing the defendant the additional time requested outweigh the best interest of the public and the defendant in a speedy trial and that the continuance shall be granted.

**The Court sets the case for trial on May 5, 2015 at 9:00 a.m.**

The Court will enter an updated Pretrial Order No. 2.

It is ordered by the Court that the period of delay resulting from the additional time granted pursuant to the Court's order, **January 19, 2015 until May 5, 2015**, shall be deemed excludable time as provided for in 18 U.S.C. § 3161(h)(7)(A), in that the ends of justice served by the granting of an extension outweigh the best interest of the public and the defendant in a speedy trial.

**Defendant remains on release.**