**EXHIBIT SHEET**

**Case No: 13-40057-01-DDC**                                    **Government's Exhibits**

| No. | Description | I.D. | OFFERED | ADMITTED | DEPOSITON OR WITNESS |
|---|---|---|---|---|---|
| 1 | Compliance Guide | x | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |