### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>　　　　Plaintiff,<br><br>vs.<br><br>**JONATHAN KEARN (01),**<br><br>　　　　Defendant. | Case No. 13-40057-01-DDC |

## AMENDED PRETRIAL ORDER NO. 2

The Court conducted a hearing in this action on January 21, 2015.  The defendant asked that this case be set for trial and, therefore, the Court therefore sets the following deadlines in this case:

**IT IS THEREFORE ORDERED BY THE COURT** that the parties shall file witness and exhibit lists no later than **April 23, 2015**.

**IT IS FURTHER ORDERED** that the government shall provide notice pursuant to Rule 404(b) no later than **April 23, 2015.**

**IT IS FURTHER ORDERED** that the parties shall make expert disclosures by **April 23, 2015.**

**IT IS FURTHER ORDERED** that motions in limine shall be filed by **April 27, 2015,** and responses thereto shall be filed by **April 30, 2015.**  The limine conference is hereby set for **May 1, 2015 at 2:30 p.m.**

**IT IS FURTHER ORDERED** that the parties shall submit proposed jury instructions by **April 30, 2015.**

**IT IS FURTHER ORDERED** that this case is set for trial to a jury on **Tuesday, May 5, 2015 at 9:00 a.m.** in Courtroom #401 Frank Carlson Federal Building, 444 S.E. Quincy, Topeka, Kansas 66683.

**IT IS SO ORDERED.**

**Dated this 3rd day of April, 2015, in Topeka, Kansas.**

<u>s/ Daniel D. Crabtree</u><br>
**Daniel D. Crabtree**<br>
**United States District Judge**