Michael E. Francis
434 SW Topeka Avenue
Topeka, Kansas 66603
Phone: 785/235-3415
Fax:    785/235-8089

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
(TOPEKA DOCKET)

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>    )<br>        Plaintiff,        )<br>    )<br>    Vs.            )<br>    )<br>JONATHAN KEARN        )<br>    )<br>        Defendant.    ) | Case No. 13-40057-JAR |

### DEFENDANT'S WITNESS LIST

The Defendant, through counsel, Michael E. Francis, submits Attachment A, the Defendant's Witness List.

Respectfully submitted,

_____
Michael E. Francis, KS No. 8783
434 SW Topeka Avenue
Topeka, Kansas 66603
Phone: 785/235-3415
Fax:    785/235-8089
Email: mfrancis26@cox.net

CERTIFICATE OF SERVICE

I, Michael E. Francis, do hereby certify that on April 23, 2015, I electronically filed the foregoing document with the clerk of the court by using the CM/ECF system which will send a notice of the electronic mailing to the following: Christine E. Kenney.

/s/Michael E. Francis
MICHAEL E. FRANCIS
