## ATTACHMENT A

## WITNESS LIST

### *UNITED STATES v. KEARN*

**Case No. 13-40057-DDC**

1. Defendant may testify
2. Ed Kearn, Defendant's father
3. Bradley Rhodd, Defendant's attorney
4. Deputy Andy Mergen, Shawnee County Sheriff's Office
5. Andreux Doty, Private Digital Investigators, LLC