Michael E. Francis
434 SW Topeka Avenue
Topeka, Kansas 66603
Phone: 785/235-3415
Fax:    785/235-8089

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
(TOPEKA DOCKET)

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff,            )<br>)<br>Vs.                      )<br>)<br>JONATHAN KEARN          )<br>)<br>Defendant.          ) | Case No. 13-40057-JAR |

**DEFENDANT'S EXHIBIT LIST**

The Defendant, through counsel, Michael E. Francis, submits Attachment A, the Defendant's Exhibit List.

Respectfully submitted,

_____
Michael E. Francis, KS No. 8783
434 SW Topeka Avenue
Topeka, Kansas 66603
Phone: 785/235-3415
Fax:    785/235-8089
Email: mfrancis26@cox.net

CERTIFICATE OF SERVICE

I, Michael E. Francis, do hereby certify that on April 23, 2015, I electronically filed the foregoing document with the clerk of the court by using the CM/ECF system which will send a notice of the electronic mailing to the following: Christine E. Kenney.

<u>/s/Michael E. Francis</u>
MICHAEL E. FRANCIS