# DEFENDANT'S EXHIBIT SHEET

Case No: 13-40057-JAR                                  Defendant Exhibits

| No. | Description | I.D. | Off. | Adm. | Deposition or Witness |
|-----|-------------|------|------|------|-----------------------|
| 501 | cheyenneandliberty message 12/27/12 | | | | |
| 502 | Cellebrite entry 184, page 1235 | | | | |
| 503 | Shawnee County Sheriff's report No. 12-02446 | | | | |
| 504 | PDI Digital Forensics Examination Report dated April 22, 2015 | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |