IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 13-40057-DDC |
| v. | ) |
| | ) |
| JONATHAN KEARN, | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

**GOVERNMENT'S AMENDED EXHIBIT LIST**

The United States of America, by and through Barry R. Grissom, United States Attorney for the District of Kansas, and Christine E. Kenney, Assistant United States Attorney for said District, submits "Attachment A," the government's proposed amended list of exhibits.  The government will immediately notify counsel and the Court of any additions or changes to this exhibit list.

Respectfully submitted,

BARRY R. GRISSOM
United States Attorney

/s/ Christine E. Kenney
Christine E. Kenney, #13542
Assistant U.S. Attorney
444 SE Quincy, Room 290
Topeka, KS   66683
(785) 295-2850
christine.kenney@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on the 23rd day of April, 2015, I electronically filed the foregoing and attachment with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

s/ Christine E. Kenney
Christine E. Kenney, #13542
Assistant United States Attorney
444 S.E. Quincy, Suite 290
Topeka, KS 66683
(785) 295-2850
christine.kenney@usdoj.gov