# EXHIBIT SHEET
## Updated 4/23/15
### *United States v. Kearn*

Case No: **13-40057-DDC**                                    Government Exhibits

| No. | Description | I.D. | Off. | Adm. | Deposition or Witness |
|---|---|---|---|---|---|
| 1 | E-mail string between Defendant and Queensland Police Service (QPS) Investigator (April 16 to 28 2013) | | | | |
| 1-1 | E-mail from Defendant to Queensland Police Service (April 18, 2013) | | | | |
| 1-2 | 2nd E-mail Defendant to Queensland Police Service (April 18, 2013) | | | | |
| 1-3 | 3rd E-mail from Defendant to Queensland Police Service (April 18, 2013) | | | | |
| | | | | | |
| 1-4 | E-mail from Defendant to Queensland Police Service (April 28, 2013) | | | | |
| 1-5 | 2nd E-mail from Defendant to Queensland Police Service (April 28, 2013) | | | | |
| 1-6 | 3rd E-mail from Defendant to Queensland Police Service (April 28, 2013) | | | | |
| 1-7 | 4th E-mail from Defendant to Queensland Police Service (April 28, 2013) ("just took a couple") | | | | |
| 1-8 | 5th E-mail from Defendant to Queensland Police Service (April 28, 2013) (Family Picture) | | | | |
| 1-9 | 6th E-mail from Defendant to Queensland Police Service (April 28, 2013) (Children on Porch) | | | | |
| 1-10 | 7th E-mail from Defendant to Queensland Police Service (April 28, 2013) (CK bent over backseat of vehicle) | | | | |
| | | | | | |
| 2 | April 30, 2013 production from Yahoo! Inc., containing the Yahoo! User Profile and IP address for "cheyenneandliberty@yahoo.com" and login data | | | | |

| No. | Description | I.D. | Off. | Adm. | Deposition or Witness |
|---|---|---|---|---|---|
| 3 | Rule 902 Certification for Yahoo! Custodian | | | | |
| 4 | May 3, 2013 production from AT&T containing records and IP address for user name "foxysiepen@att.net," and customer name Kearne Heating | | | | |
| 5 | Rule 902 Certification for AT&T Custodian | | | | |
| 6 | October 11, 2013 production from AT&T containing records for IP addresses | | | | |
| 7 | Rule 902 Certification for AT&T Custodian | | | | |
| 8 | Residential Search Warrant Executed May 7, 2013 | | | | |
| 9 | Search Warrant Photos | | | | |
| | Physical Evidence from Search of House | | | | |
| 10 | Blanket | | | | |
| 11 | Comforter | | | | |
| 12 | Dress | | | | |
| 13 | Pull-up | | | | |
| 14 | Acer Computer | | | | |
| 15 | Apple iPhone 4S | | | | |
| | | | | | |
| 17 | DVR Recovered from Residential Search | | | | |
| 18 | Video Clip from Defendant's Security system (April 16, 2013) | | | | |
| 19 | Sill Shots from Defendant's Security System | | | | |
| 20 | PowerPoint Demonstrative Aid (Video Clip and Still photos from Security Video and E-mails to QPS) | | | | |
| 21 | Pages from Celebrite Report | | | | |
| 22 | Ladd Curricula Vitae | | | | |
| 23 | Pages from Encase Report | | | | |

| No. | Description | I.D. | Off. | Adm. | Deposition or Witness |
|---|---|---|---|---|---|
| 24 | Beebe Curricula Vitae | | | | |
| 25 | Videos from iPhone | | | | |
| 26 | Fingerprint Documents (Image Containing Adult Hand and Inked Fingerprint Card) | | | | |
| 27 | Fingerprint Comparison Chart | | | | |
| 28 | Fingerprint Examiner Curricula Vitae | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |