DIGITAL FORENSCS SUMMARY REPORT    USA vs. Jonathan Kearn

COMPUTER FORENSICS

INVESTIGATIVE SERVICES

ADVISORY SERVICES
ELECTRONIC DISCOVERY

EXPERT WITNESS TESTIMONY



**Private Digital Investigators, LLC**

634 S. Kansas Ave, Suite C
Topeka, KS 66603

785.379.6199

info@PDInvestigators.com

11/13/2014

Digit
Exan

In the ma
JONATH
Private D gital Inve
Defendar , Jonatha
forensic    examina
Informati
to the nat
and onsit
Regional
matter.

DIGITAL FORENSCS SUMMARY REPORT    USA vs. Jonathan Kearn

DIGITAL FORENSCS SUMMARY REPORT     USA vs. Jonathan Kearn

Private Digital Investigators, LLC
Digital Forensics Summary Report
Michael Francis, Atty at Law - RE: USA vs. Jonathan Kearn
Case No. 13-CR-40057-DDC
April 12, 2015 Page 2 of 11

INTRODUCTION AND QUALIFICATIONS

On August 13th, 2014, the Law Office of Michael Francis contacted Private Digital Investigators, LLC [hereafter, "PDI"] on behalf of Defendant, Jonathan Kearn, to investigate the Electronically Stored Information provided by the Plaintiff in the matter of USA vs. Jonathan Kearn. Andreux "Dreux" Doty is the lead forensic examiner assigned to this matter.

Dreux Doty has been in the Information Technology industry for over 20 years. Throughout his career, Dreux has provided exceptional service in the capacities of corporate Tech Support, Management of Tech Support, and Director of Information Technology. Dreux now serves several small-medium sized NE Kansas businesses as sole proprietor of a Professional IT Consultative Services [D&S Solutions]. Dreux is also part owner of Private Digital Investigators, LLC which is a Topeka-area firm specializing in Digital Forensic Investigations. Dreux is proficient with the Paraben Forensics Suite of tools, SANS Investigative Forensic Toolkit Suite and various other Digital Forensic-specific programs/ technologies. Dreux has attended training at Paraben's Forensic Innovations Conference and has been retained on several cases as an Expert Witness for cases in Douglas, Leavenworth, Jackson, Johnson, Saline, and Shawnee counties [Kansas]

INVESTIGATIVE AND DIGITAL FORENSICS OBJECTIVE

On August 13th, 2014, Private Digital Investigators, LLC [PDI] was contacted by Michael Francis regarding the matter of USA vs. Jonathan Kearn. PDI accepted all case materials received to date and agreed to examine all Discovery Data provided by the Plaintiff. The purpose of this examination is to find any and all inculpatory and/or exculpatory ESI therein retained. Several digitally formatted files were provided as well as paper copies of case materials that were scanned in entirety and include:

   i.   KearnAffidavitSupportCrimCase08262014.pdf    ii.   KearnDHSSummaryJune201308262014.pdf   iii.   KearnCaseChargesDHS08262014.pdf    iv.   KearnDiscovery08262014.pdf
   v.   KearnCaseMWorksCorres08262014.pdf    vi.   KearnEdCorrespondence08262014.pdf   vii.   KearnCaseReportDHS08262014.pdf    viii.   KearnIPandEmailSummary08262014.pdf   ix.   KearnCassidyFSG08262014.pdf   x.   KearnLibertyFSG08262014.pdf   xi.   KearnCemiyaFSG08262014.pdf   xii.   KearnLoehrsSummary08262014.pdf

DIGITAL FORENSCS SUMMARY REPORT     USA vs. Jonathan Kearn

DIGITAL FORENSCS SUMMARY REPORT       USA vs. Jonathan Kearn

xiii.   KearnCheyenneFSG08262014.pdf      xiv.   KearnTPDSupplReport08262014.pdf  xv.   KearnConditionOfRelease08262014.pdf  xvi.   KearnWitList08262014.pdf  xvii.   KearnCrimComplaint08312014.pdf   xviii.   KearnYahooRecords08262014.pdf  xix.   KearnDHSInvReportOct201308262014.pdf   xx.   KearnCellebriteSummary.pdf   xxi.   cheyenneandliberty_YMF_2012.12.29-   xxii.   cheyenneandliberty_YMF_2012.12.292013.04.28.41175.txt.gz  2013.05.21.46650.txt.gz  xxiii.  Kearn (AT&T docs).pdf  xxiv. 4_28_2013 Original – header data.pdf

SUMMARY OF DIGITAL FORENSIC EXAMINATION

PDI was instructed to examine all ESI listed above and to offer qualified professional summary of said examination. Between August 13th, 2014 and April 20th, 2015, PDI's Lead Forensic Examiner, Dreux Doty examined the ESI listed above and has provided the following Digital Forensic Summary Report found on the following page.

As this matter is entirely based upon Electronic Correspondence (i.e. alleged possession and emailing of child pornography), PDI has several concerns regarding not the data provided but, moreover, the data that was *not* provided. Pursuant to exhaustive examination of all alleged Discovery provided by the Plaintiff, noticeably absent are the following:

- Detailed AT&T Broadband "SBC_DSL_Basic" Service records for account #42169449 [WTN – (785) 235-2665, Installed service ID: 181132133] showing installation at 429 SW Taylor, Topeka, KS 66603 for customer KEARNE HEATING, John Kearn, Member ID: foxysapien
- Detailed AT&T Wireless cellphone records for all five cellular devices on account that includes cellphone number (785) 217-3141. These records should indicate detailed historical data relative to the dates in question. These records would include all phone calls, text messages, activity etc for each cellphone or Wireless Broadband data device on aforementioned account.
- Detailed AT&T Wireless cellphone cell tower records for all five cellular devices on account that includes cellphone number (785) 217-3141
- Cellebrite UFED Extraction report summaries for any of the other 4 known cellphones also on the same account as cellphone number (785) 217-3141
- Any record of seizing or subsequently examining at least two home networking devices including, but not necessarily limited to:
    - One Netgear WGR614v10 router as seen within Search Warrant image "IMG_0063.JPG" designated in this cropped portion of said image:

DIGITAL FORENSCS SUMMARY REPORT       USA vs. Jonathan Kearn

DIGITAL FORENSCS SUMMARY REPORT        USA vs. Jonathan Kearn



- One AT&T Modem (Possibly Netgear 7550 model?) as seen in and cropped from the Search Warrant image "IMG_0063.JPG" designated in this cropped portion of said image:



In lieu of the above mentioned, PDI investigated the entirety of data submitted by the Plaintiff. Private Digital Investigators concludes that SEVERAL elements therein are unable to definitively show viable evidence that the Defendant, Johnathan Kearn, did, in fact send the emails in question. To wit, by examining the "Header Information" *[see following images – 1) cropped from file "Email header.jpg" 2) cropped from file "Email IP Source header.jpg and 3) cropped from file "Header from email.jpg"]* of the email messages submitted by the Plaintiff, the fields denoted as **X-Mailer and Content-type** *[highlighted in yellow in each respective image below]* indicates that an iPhone device with iPhone Operating System

5.1.1            [version            9B206]            sent            the            emails:

DIGITAL FORENSCS SUMMARY REPORT        USA vs. Jonathan Kearn

DIGITAL FORENSCS SUMMARY REPORT          USA vs. Jonathan Kearn

```
X-Yahoo-SMTP: 0MdNiwqswBAb1qc_SCvR02RH.pDyapvV._B.UdD0Ew--
X-Rocket-Received: from [10.196.70.75] (cheyenneandliberty@166.147.97.64 with xymcookie)
        by smtp119-mob.biz.mail.ac4.yahoo.com with SMTP; 18 Apr 2013 07:12:10 -0700 PDT
Subject: Re:
References: <75D3C90A-2C34-475D-9E79-A54FE2C250DC@yahoo.com> <CAMK1HxdSzj7oD08618vBZ9y40UE
From: C <cheyenneandliberty@yahoo.com>
Content-Type: multipart/alternative;
        boundary=Apple-Mail-C6951605-A75B-4595-99A3-15E43054E134
X-Mailer: iPhone Mail (9B206)
In-Reply-To: <CAMK1HxdSzj7oD08618vBZ9y40UE4X8DXfOTymNFFo8OZEeBA5g@mail.gmail.com>
Message-Id: <668E8D57-B889-475B-8A0F-94F1CD332EF5@yahoo.com>
Date: Thu, 18 Apr 2013 09:11:52 -0500
To: Neve Nightshade <man69girl@gmail.com>
Content-Transfer-Encoding: 7bit
Mime-Version: 1.0 (1.0)                    [ cropped from file "Email header.jpg" ]

--Apple-Mail-C6951605-A75B-4595-99A3-15E43054E134
Content-Transfer-Encoding: quoted-printable
Content-Type: text/plain;
        charset=us-ascii

I'm from Kansas. Get back to you soon :)


On Apr 17, 2013, at 10:27 PM, Neve Nightshade <man69girl@gmail.com> wrote:

> Sure C where u from? Ime from Oztralia.
> =20
> Send me some pics/vids dude & I'll return the favour?
> =20
```

```
WqDrkJNGqkY8O1AEvx0Hdus9rjU.SPpDlbF2tfte2V7z42e_E0HkAdZS5V7C
hYCxfmjKY7JWG9jnzLi1qpEiUGYp23Vz2nwJyCNu2PQXoxrnbTEqaZaOT4YR
IwWDPRMrh5hhWx0I31x3539seDLMjdf5foi5JivjanrM5.IFe4Q--
X-Yahoo-SMTP: 0MdNiwqswBAb1qc_SCvR02RH.pDyapvV._B.UdD0Ew--
X-Rocket-Received: from [10.74.77.120] (cheyenneandliberty@166.147.96.143 with xymcookie)
        by smtp103-mob.biz.mail.bf1.yahoo.com with SMTP; 18 Apr 2013 21:39:27 -0700 PDT
Subject: Re:
References: <75D3C90A-2C34-475D-9E79-A54FE2C250DC@yahoo.com> <CAMK1HxdSzj7oD08618vBZ9y40UE
From: C <cheyenneandliberty@yahoo.com>
Content-Type: multipart/alternative;
        boundary=Apple-Mail-4F3D9C88-941F-457E-824D-DC12EF336A52
X-Mailer: iPhone Mail (9B206)
In-Reply-To: <CAMK1HxdeJGrDzLtbm6E6fAUjyETvGhhisC8bQeM7XAcyyq0NpA@mail.gmail.com>
Message-Id: <D2110D86-0276-4FD2-A493-F9867B2D0979@yahoo.com>
Date: Thu, 18 Apr 2013 23:39:23 -0500
To: Neve Nightshade <man69girl@gmail.com>
Content-Transfer-Encoding: 7bit
Mime-Version: 1.0 (1.0)                    [ cropped from file "Header from email.jpg" ]

--Apple-Mail-4F3D9C88-941F-457E-824D-DC12EF336A52
Content-Transfer-Encoding: quoted-printable
Content-Type: text/plain;
        charset=us-ascii

I am brand new to this thought process the beauty I see in the pictures on i=
mgsru and all that. I wouldn't mind getting to know you. Are you by chance a=
 photographer? I'm 38, single dad to four girls, 4 1/2, 10yo twins, and 13. T=
ell me a little about you and, if you have kids, yours.
```

DIGITAL FORENSCS SUMMARY REPORT          USA vs. Jonathan Kearn

DIGITAL FORENSCS SUMMARY REPORT     USA vs. Jonathan Kearn

```
X-Yahoo-SMTP: 0MdNiwqswBAb1qc_SCvR02RH.pDyapvV._B.UdD0Ew--
X-Rocket-Received: from [10.80.41.3] (cheyenneandliberty@166.147.97.232 with xymcookie)
        by smtp126-mob.biz.mail.ac4.yahoo.com with SMTP; 16 Apr 2013 00:56:26 -0700 PDT
From: C <cheyenneandliberty@yahoo.com>
Content-Type: multipart/mixed;
        boundary=Apple-Mail-199F90BE-7C24-492B-90DC-95CCF8AEDDA0
X-Mailer: iPhone Mail (9B206)
Message-Id: <75D3C90A-2C34-475D-9E79-A54FE2C250DC@yahoo.com>
Date: Tue, 16 Apr 2013 02:56:17 -0500
To: "man69girl@gmail.com" <man69girl@gmail.com>
Content-Transfer-Encoding: 7bit
Mime-Version: 1.0 (1.0)                    [ cropped from file "Email IP Source.jpg" ]


--Apple-Mail-199F90BE-7C24-492B-90DC-95CCF8AEDDA0
Content-Transfer-Encoding: quoted-printable
Content-Type: text/plain;
        charset=us-ascii

Dad of four, found you in imgsru. Be fun to talk, swap, or whatnot. :-) ~Jef=
f=20


--Apple-Mail-199F90BE-7C24-492B-90DC-95CCF8AEDDA0
Content-Disposition: inline;
        filename=image.png
Content-Type: image/png;
        name=image.png
Content-Transfer-Encoding: base64
```

To wit, the iPhone 4S model number (785) 217-3141 with ICCID 89014104254978941303 that was seized and from which the Cellebrite Unit Identifier UFED S/N 5903390 extracted data shows only five email accounts (actually, only three exclusive accounts designated by UFED extraction, as seen below in the screen capture of Cellebrite "report.pdf" page 1210). None of the "five" email accounts found on the iPhone 4S device are even *remotely* associated with the account *cheyenneandliberty@yahoo.com*

| # | User Account | Entries | Del? |
|---|---|---|---|
|   | **User Accounts (5)** | | |
| 1 | **Service Type**<br>SMTP<br>**Server Address**<br>smtp | | |
| 2 | **Username**<br>sunflowerhvac785@gmail.com<br>**Account Name**<br>Gmail<br>**Service Type**<br>Gmail | | |
| 3 | **Username**<br>sunflowerhvac785@gmail.com<br>**Account Name**<br>Gmail<br>**Service Type**<br>SMTP<br>**Server Address**<br>smtp.gmail.com | | |
| 4 | **Username**<br>kearnwood@att.net<br>**Account Name**<br>iCloud<br>**Service Type**<br>iCloud | | |
| 5 | **Username**<br>sunflowerhvac@att.net<br>**Account Name**<br>Yahoo!<br>**Service Type**<br>Yahoo! | | |

DIGITAL FORENSCS SUMMARY REPORT     USA vs. Jonathan Kearn

DIGITAL FORENSCS SUMMARY REPORT    USA vs. Jonathan Kearn

The lack of IMAP account recognition on the iPhone 4S defined above thereby eliminates the device as a viable conduit for transmission of the emails in question. We can also conclude by the **X-Mailer and Content Type** email(s) header information consistent in all three examples submitted by the Plaintiff that the emails were *not* sent via a web browser on any device (computer or mobile) or any means other than a configured email account on an iPhone device with iOS 5.1.1 [version 9B206]. Moreover, there is no trace evidence of a respective iPhone Mail account for *cheyenneandliberty@yahoo.com* that exists on the Defendant's cellphone. Furthermore, there is no relative "Sent" email that was extracted from the device showing the emails were sent using the Defendant's seized and extracted iPhone 4S.

Further alleged evidence submitted are the relative IP (Internet Protocol) Addresses associated with the login information for the account *cheyenneandliberty@yahoo.com.* As provided by Yahoo per the "Request for Information Pertaining to User Account: *cheyenneandliberty@yahoo.com Internal Reference number – 231879"* from the file labeled "Yahoo Return.pdf", the following IP Addresses were provided:

**Key =** *black italic bold with green background– VERIFIED DSL(Home Broadband) SERVICE IP by AT&T for 429 SW Taylor* | Red font – Registered to PA or TX organization | Red font yellow background – IP Addresses Relative to emails sent although registered to PA organization | black font – unverified as to originating source Topeka, KS

| IP Address | Date/Time (GMT) | IP Address Registered Owner Information |
|---|---|---|
| 108.200.163.50 | Mon 17:56:07 (GMT) 29-Apr-2013 | AT&T Internet Services SBCIS-SBIS rback2.tpk2ks [Topeka, KS] |
| 166.147.96.8 | Mon 12:43:50 (GMT) 29-Apr-2013 | Organization: Service Provider Corporation (SPC-10) Doylestown, PA 18901 |
| 166.147.96.8 | Mon 11:18:45 (GMT) 29-Apr-2013 | Organization: Service Provider Corporation (SPC-10) Doylestown, PA 18901 |
| 166.147.97.8 | Mon 07:58:11 (GMT) 29-Apr-2013 | Organization: Service Provider Corporation (SPC-10) Doylestown, PA 18901 |
| 166.147.97.8 | Mon 07:34:55 (GMT) 29-Apr-2013 | Organization: Service Provider Corporation (SPC-10) Doylestown, PA 18901 |
| 166.147.96.182 | Sun 23:56:52 (GMT) 28-Apr-2013 | Organization: Service Provider Corporation (SPC-10) Doylestown, PA 18901 |
| *108.92.13.21* | *Sun 07:15:48 (GMT) 28-Apr-2013* | *AT&T Internet Services SBCIS-SBIS rback2.tpk2ks [Topeka, KS]* |
| *108.92.13.21* | *Sun 07:15:47 (GMT) 28-Apr-2013* | *AT&T Internet Services SBCIS-SBIS rback2.tpk2ks [Topeka, KS]* |
| 166.147.96.143 | Fri 04:35:32 (GMT) 19-Apr-2013 | Organization: Service Provider Corporation (SPC-10) Doylestown, PA 18901 |
| 166.147.96.143 | Fri 04:35:31 (GMT) 19-Apr-2013 | Organization: Service Provider Corporation (SPC-10) Doylestown, PA 18901 |
| 166.147.96.143 | Fri 04:28:42 (GMT) 19-Apr-2013 | Organization: Service Provider Corporation (SPC-10) Doylestown, PA 18901 |
| 166.147.97.64 | Thu 14:27:58 (GMT) 18-Apr-2013 | Organization: Service Provider Corporation (SPC-10) Doylestown, PA 18901 |
| 166.147.97.64 | Thu 14:27:57 (GMT) 18-Apr-2013 | Organization: Service Provider Corporation (SPC-10) Doylestown, PA 18901 |
| 166.147.97.64 | Thu 14:09:38 (GMT) 18-Apr-2013 | Organization: Service Provider Corporation (SPC-10) Doylestown, PA 18901 |
| 166.147.97.64 | Thu 14:09:34 (GMT) 18-Apr-2013 | Organization: Service Provider Corporation (SPC-10) Doylestown, PA 18901 |
| 166.147.97.64 | Thu 01:30:26 (GMT) 18-Apr-2013 | Organization: Service Provider Corporation (SPC-10) Doylestown, PA 18901 |
| 166.147.97.64 | Wed 23:41:46 (GMT) 17-Apr-2013 | Organization: Service Provider Corporation (SPC-10) Doylestown, PA 18901 |
| 166.147.97.64 | Wed 23:24:17 (GMT) 17-Apr-2013 | Organization: Service Provider Corporation (SPC-10) Doylestown, PA 18901 |
| 166.147.97.64 | Wed 23:23:36 (GMT) 17-Apr-2013 | Organization: Service Provider Corporation (SPC-10) Doylestown, PA 18901 |
| 166.147.97.64 | Wed 23:20:48 (GMT) 17-Apr-2013 | Organization: Service Provider Corporation (SPC-10) Doylestown, PA 18901 |
| 166.147.97.64 | Wed 23:20:47 (GMT) 17-Apr-2013 | Organization: Service Provider Corporation (SPC-10) Doylestown, PA 18901 |

DIGITAL FORENSCS SUMMARY REPORT    USA vs. Jonathan Kearn

DIGITAL FORENSCS SUMMARY REPORT    USA vs. Jonathan Kearn

| IP Address | Date/Time (GMT) | IP Address Registered Owner Information |
|---|---|---|
| 166.147.97.64 | Wed 23:20:31 (GMT) 17-Apr-2013 | Organization: Service Provider Corporation (SPC-10) Doylestown, PA 18901 |
| 166.147.97.64 | Wed 23:20:30 (GMT) 17-Apr-2013 | Organization: Service Provider Corporation (SPC-10) Doylestown, PA 18901 |
| 166.147.97.64 | Wed 22:48:45 (GMT) 17-Apr-2013 | Organization: Service Provider Corporation (SPC-10) Doylestown, PA 18901 |

166.147.97.87 Wed 19:51:30 (GMT) 17-Apr-2013 Organization: Service Provider Corporation (SPC-10) Doylestown, PA 18901 166.147.99.88 Wed 17:27:16 (GMT) 17-Apr-2013 Organization: Service Provider Corporation (SPC-10) Doylestown, PA 18901 166.147.99.88 Wed 17:27:14 (GMT) 17-Apr-2013 Organization: Service Provider Corporation (SPC-10) Doylestown, PA 18901 166.147.99.88 Wed 13:29:10 (GMT) 17-Apr-2013 Organization: Service Provider Corporation (SPC-10) Doylestown, PA 18901 166.147.99.88 Wed 13:29:09 (GMT) 17-Apr-2013 Organization: Service Provider Corporation (SPC-10) Doylestown, PA 18901

166.147.99.147 Wed 03:33:08 (GMT) 17-Apr-2013 Organization: Service Provider Corporation (SPC-10) Doylestown, PA 18901 166.147.99.147 Wed 03:33:08 (GMT) 17-Apr-2013 Organization: Service Provider Corporation (SPC-10) Doylestown, PA 18901 166.147.99.133 Tue 17:53:53 (GMT) 16-Apr-2013 Organization: Service Provider Corporation (SPC-10) Doylestown, PA 18901

166.147.99.40 Tue 04:31:50 (GMT) 16-Apr-2013 Organization: Service Provider Corporation (SPC-10) Doylestown, PA 18901 166.147.99.40 Tue 02:00:46 (GMT) 16-Apr-2013 Organization: Service Provider Corporation (SPC-10) Doylestown, PA 18901 166.147.99.40 Tue 02:00:43 (GMT) 16-Apr-2013 Organization: Service Provider Corporation (SPC-10) Doylestown, PA 18901 166.147.99.40 Mon 21:41:23 (GMT) 15-Apr-2013 Organization: Service Provider Corporation (SPC-10) Doylestown, PA 18901 166.147.99.40 Mon 21:35:09 (GMT) 15-Apr-2013 Organization: Service Provider Corporation (SPC-10) Doylestown, PA 18901 166.147.99.40 Mon 21:35:08 (GMT) 15-Apr-2013 Organization: Service Provider Corporation (SPC-10) Doylestown, PA 18901 IP Address        Date/Time (GMT)      IP Address Registered Owner Information

| 108.200.163.220 | Mon 15:26:09 (GMT) 15-Apr-2013 | AT&T Internet Services SBCIS-SBIS rback2.tpk2ks [Topeka, KS] |
| 108.200.163.220 | Mon 15:26:09 (GMT) 15-Apr-2013 | AT&T Internet Services SBCIS-SBIS rback2.tpk2ks [Topeka, KS] |

166.147.97.185 Mon 13:13:52 (GMT) 15-Apr-2013 Organization: Service Provider Corporation (SPC-10) Doylestown, PA 18901 166.147.97.185 Sun 22:12:18 (GMT) 14-Apr-2013 Organization: Service Provider Corporation (SPC-10) Doylestown, PA 18901 166.147.99.122 Sun 20:28:40 (GMT) 14-Apr-2013 Organization: Service Provider Corporation (SPC-10) Doylestown, PA 18901 166.147.99.122 Sun 20:28:39 (GMT) 14-Apr-2013 Organization: Service Provider Corporation (SPC-10) Doylestown, PA 18901

166.147.98.47 Sun 08:12:13 (GMT) 14-Apr-2013 Organization: Service Provider Corporation (SPC-10) Doylestown, PA 18901 166.147.98.47 Sat 21:26:40 (GMT) 13-Apr-2013 Organization: Service Provider Corporation (SPC-10) Doylestown, PA 18901 166.147.98.47 Sat 20:52:15 (GMT) 13-Apr-2013 Organization: Service Provider Corporation (SPC-10) Doylestown, PA 18901

166.147.98.120    Sat 02:30:21 (GMT) 13-Apr-2013    Organization: Service Provider Corporation (SPC-10) Doylestown, PA 18901
166.147.97.82     Mon 00:49:07 (GMT) 08-Apr-2013    Organization: Service Provider Corporation (SPC-10) Doylestown, PA 18901

166.147.96.187 Sun 19:31:27 (GMT) 07-Apr-2013 Organization: Service Provider Corporation (SPC-10) Doylestown, PA 18901 166.147.96.194 Thu 03:18:58 (GMT) 04-Apr-2013 Organization: Service Provider Corporation (SPC-10) Doylestown, PA 18901

166.137.123.169 Mon 00:26:43 (GMT) 21-Jan-2013 Organization: Service Provider Corporation (SPC-10) Doylestown, PA 18901 198.228.224.160 Thu 04:25:21 (GMT) 17-Jan-2013 Organization: Service Provider Corporation (SPC-10) Doylestown, PA 18901 198.228.224.160 Thu 04:25:20 (GMT) 17-Jan-2013 Organization: Service Provider Corporation (SPC-10) Doylestown, PA 18901 166.137.109.233 Wed 16:31:26 (GMT) 16-Jan-2013 Organization: Service Provider Corporation (SPC-10) Doylestown, PA 18901

166.137.109.233    Wed 16:31:24 (GMT) 16-Jan-2013    Organization: Service Provider Corporation (SPC-10) Doylestown, PA 18901

99.18.222.41     Tue 16:22:22 (GMT) 15-Jan-2013     AT&T Internet Services SBCIS-SBIS rback2.tpk2ks [Topeka, KS] 99.18.222.41   Tue 16:22:22 (GMT) 15-Jan-2013     AT&T Internet Services SBCIS-SBIS rback2.tpk2ks [Topeka, KS] 99.18.222.11   Mon 08:55:46 (GMT) 14-Jan-2013   AT&T Internet Services SBCIS-SBIS rback2.tpk2ks [Topeka, KS] 99.18.222.75   Sun 06:51:18 (GMT) 13-Jan-2013     AT&T Internet Services SBCIS-SBIS rback2.tpk2ks [Topeka, KS] 99.18.222.75    Sun 06:51:17 (GMT) 13-Jan-2013     AT&T Internet Services SBCIS-SBIS rback2.tpk2ks [Topeka, KS]

166.137.110.223 Sat 20:59:46 (GMT) 12-Jan-2013 Organization: Service Provider Corporation (SPC-10) Doylestown, PA 18901 166.137.110.223 Sat 20:59:43 (GMT) 12-Jan-2013 Organization: Service Provider Corporation (SPC-10) Doylestown, PA 18901 166.137.110.223 Sat 17:34:17 (GMT) 12-Jan-2013 Organization: Service Provider Corporation (SPC-10) Doylestown, PA 18901

166.137.111.181    Fri 13:42:18 (GMT) 11-Jan-2013    Organization: Service Provider Corporation (SPC-10) Doylestown, PA 18901
166.137.111.181    Fri 13:42:17 (GMT) 11-Jan-2013    Organization: Service Provider Corporation (SPC-10) Doylestown, PA 18901

DIGITAL FORENSCS SUMMARY REPORT    USA vs. Jonathan Kearn

DIGITAL FORENSCS SUMMARY REPORT     USA vs. Jonathan Kearn

| IP Address | Date/Time (GMT) | IP Address Registered Owner Information |
|---|---|---|
| 108.200.163.168 | Mon 23:16:02 (GMT) 07-Jan-2013 | AT&T Internet Services SBCIS-SBIS rback2.tpk2ks [Topeka, KS] |
| 108.200.163.168 | Mon 23:16:02 (GMT) 07-Jan-2013 | AT&T Internet Services SBCIS-SBIS rback2.tpk2ks [Topeka, KS] |
| 166.137.109.58 | Sun 03:21:01 (GMT) 06-Jan-2013 | Organization: Service Provider Corporation (SPC-10) Doylestown, PA 18901 |
| 166.137.109.58 | Sun 01:15:39 (GMT) 06-Jan-2013 | Organization: Service Provider Corporation (SPC-10) Doylestown, PA 18901 |
| 166.137.109.58 | Sat 18:43:41 (GMT) 05-Jan-2013 | Organization: Service Provider Corporation (SPC-10) Doylestown, PA 18901 |
| 166.137.109.58 | Sat 18:43:40 (GMT) 05-Jan-2013 | Organization: Service Provider Corporation (SPC-10) Doylestown, PA 18901 |
| 166.137.109.58 | Sat 17:51:21 (GMT) 05-Jan-2013 | Organization: Service Provider Corporation (SPC-10) Doylestown, PA 18901 |
| 166.137.109.58 | Sat 17:51:20 (GMT) 05-Jan-2013 | Organization: Service Provider Corporation (SPC-10) Doylestown, PA 18901 |
| 166.137.109.58 | Sat 16:52:07 (GMT) 05-Jan-2013 | Organization: Service Provider Corporation (SPC-10) Doylestown, PA 18901 |
| 166.137.109.58 | Sat 16:52:06 (GMT) 05-Jan-2013 | Organization: Service Provider Corporation (SPC-10) Doylestown, PA 18901 |
| 99.18.222.241 | Sat 01:03:05 (GMT) 05-Jan-2013 | AT&T Internet Services SBCIS-SBIS rback2.tpk2ks [Topeka, KS] |
| 108.92.13.137 | Fri 03:20:41 (GMT) 04-Jan-2013 | AT&T Internet Services SBCIS-SBIS rback2.tpk2ks [Topeka, KS] |
| 108.92.13.137 | Thu 20:00:53 (GMT) 03-Jan-2013 | AT&T Internet Services SBCIS-SBIS rback2.tpk2ks [Topeka, KS] |
| 99.179.77.226 | Tue 15:13:02 (GMT) 01-Jan-2013 | OrgName: AT&T Internet Services [Richardson, TX] |
| 99.179.77.226 | Tue 14:57:54 (GMT) 01-Jan-2013 | OrgName: AT&T Internet Services [Richardson, TX] |
| 99.179.77.226 | Tue 14:57:53 (GMT) 01-Jan-2013 | OrgName: AT&T Internet Services [Richardson, TX] |
| 99.179.77.226 | Tue 08:13:47 (GMT) 01-Jan-2013 | OrgName: AT&T Internet Services [Richardson, TX] |
| 99.179.77.226 | Tue 08:13:46 (GMT) 01-Jan-2013 | OrgName: AT&T Internet Services [Richardson, TX] |
| 166.137.108.133 | Tue 00:29:32 (GMT) 01-Jan-2013 | Organization: Service Provider Corporation (SPC-10) Doylestown, PA 18901 |
| 166.137.108.133 | Tue 00:29:30 (GMT) 01-Jan-2013 | Organization: Service Provider Corporation (SPC-10) Doylestown, PA 18901 |
| 108.200.160.111 | Sun 22:33:07 (GMT) 30-Dec-2012 | AT&T Internet Services SBCIS-SBIS rback2.tpk2ks [Topeka, KS] |
| 108.200.160.111 | Sun 22:19:23 (GMT) 30-Dec-2012 | AT&T Internet Services SBCIS-SBIS rback2.tpk2ks [Topeka, KS] |
| 166.137.92.109 | Sun 21:50:28 (GMT) 30-Dec-2012 | Organization: Service Provider Corporation (SPC-10) Doylestown, PA 18901 |
| 166.137.92.109 | Sun 21:50:26 (GMT) 30-Dec-2012 | Organization: Service Provider Corporation (SPC-10) Doylestown, PA 18901 |
| 166.137.92.109 | Sun 09:54:36 (GMT) 30-Dec-2012 | Organization: Service Provider Corporation (SPC-10) Doylestown, PA 18901 |
| 166.137.92.109 | Sun 03:26:39 (GMT) 30-Dec-2012 | Organization: Service Provider Corporation (SPC-10) Doylestown, PA 18901 |
| 166.137.92.109 | Sun 03:26:38 (GMT) 30-Dec-2012 | Organization: Service Provider Corporation (SPC-10) Doylestown, PA 18901 |
| 99.179.77.46 | Sun 01:51:38 (GMT) 30-Dec-2012 | OrgName: AT&T Internet Services [Richardson, TX] |
| 166.137.95.76 | Sat 23:33:09 (GMT) 29-Dec-2012 | Organization: Service Provider Corporation (SPC-10) Doylestown, PA 18901 |
| 166.137.111.142 | Sat 18:53:54 (GMT) 29-Dec-2012 | Organization: Service Provider Corporation (SPC-10) Doylestown, PA 18901 |
| 166.137.111.142 | Sat 18:53:53 (GMT) 29-Dec-2012 | Organization: Service Provider Corporation (SPC-10) Doylestown, PA 18901 |
| 99.18.220.64 | Sat 07:55:11 (GMT) 29-Dec-2012 | AT&T Internet Services SBCIS-SBIS rback2.tpk2ks [Topeka, KS] |
| 99.18.220.64 | Sat 04:14:17 (GMT) 29-Dec-2012 | AT&T Internet Services SBCIS-SBIS rback2.tpk2ks [Topeka, KS] |
| 166.137.111.142 | Sat 01:34:18 (GMT) 29-Dec-2012 | Organization: Service Provider Corporation (SPC-10) Doylestown, PA 18901 |
| 166.137.111.142 | Sat 01:34:16 (GMT) 29-Dec-2012 | Organization: Service Provider Corporation (SPC-10) Doylestown, PA 18901 |
| 166.137.108.250 | Thu 19:59:06 (GMT) 27-Dec-2012 | Organization: Service Provider Corporation (SPC-10) Doylestown, PA 18901 |
| 166.137.108.250 | Thu 19:59:05 (GMT) 27-Dec-2012 | Organization: Service Provider Corporation (SPC-10) Doylestown, PA 18901 |
| 166.137.108.250 | Thu 19:35:14 (GMT) 27-Dec-2012 | Organization: Service Provider Corporation (SPC-10) Doylestown, PA 18901 |
| 166.137.108.250 | Thu 19:35:09 (GMT) 27-Dec-2012 | Organization: Service Provider Corporation (SPC-10) Doylestown, PA 18901 |
| 166.137.108.250 | Thu 19:32:19 (GMT) 27-Dec-2012 | Organization: Service Provider Corporation (SPC-10) Doylestown, PA 18901 |
| 166.137.108.250 | Thu 19:32:18 (GMT) 27-Dec-2012 | Organization: Service Provider Corporation (SPC-10) Doylestown, PA 18901 |
| 166.137.108.250 | Thu 17:29:21 (GMT) 27-Dec-2012 | Organization: Service Provider Corporation (SPC-10) Doylestown, PA 18901 |
| **99.18.221.137** | **Thu 15:25:21 (GMT) 27-Dec-2012** | **AT&T Internet Services SBCIS-SBIS rback2.tpk2ks [Topeka, KS]** |

DIGITAL FORENSCS SUMMARY REPORT     USA vs. Jonathan Kearn

DIGITAL FORENSCS SUMMARY REPORT       USA vs. Jonathan Kearn

**Key =** *black italic bold with green background– VERIFIED DSL(Home Broadband) SERVICE IP by AT&T for 429 SW Taylor* | Red font – Registered to PA or TX organization | Red font yellow background – IP Addresses Relative to emails sent although registered to PA organization | black font – unverified as to originating source Topeka, KS

The abovementioned IP Addresses relative to the emails in question are listed with red font and yellow background. Plaintiff request for customer associated with one particular IP Address within those, specifically, IP Address 166.147.96.182, resulted in a "No records responsive" return response from AT&T [see cropped image below taken from file labeled "Kearn (AT&T Docs)(1).pdf"]

X  No Records Responsive
- Request was processed by the correct AT&T Compliance Organization; however requested records are not created or retained in the normal course of business
- Records do not exist

___ Other

**Important Comments (please read carefully):**

IP address 166.147.96.182 as provided is allocated to AT&T Mobility LLC, AT&T Global Network Services, and/or Service Provider Corporation in conjunction with AT&T Wireless. These blocks of IPs are used by AT&T Wireless for internet access and web-based applications for wireless devices (such as web-enabled cell phones and aircards).

Your request has been processed by the correct AT&T compliance organization, however the requested wireless IP assignment records are not created or retained in the normal course of business and AT&T is unable to isolate or identify any individual account or device.

No AT&T entity has records responsive.

With this information, PDI can safely assume that the "No records responsive" response for not only IP Address 166.147.96.182 but for every like-listed IP Address (IP Addresses 166.197.xxx.xxx) labeled in Red Font listed above also fall into "These blocks of IPs <are> used by AT&T Wireless for Internet access and web-based applications for wireless devices (such as web-enabled cell phones and aircards)." Essentially, this means that AT&T cannot trace the originating email IP Addresses in question to the Defendant. We have also discovered that the emails in question are ultimately unable to trace back to any device associated with either his 5line AT&T Wireless/Cellphone account nor to any device connected to his residential highspeed, DSL service. With regards to the IP Addresses that first led DHS to suspect the Defendant, it is common knowledge that all devices which may be connected via his Local Area Network including all devices connected via his DSL "Wi-Fi Hotspot" broadcasts the same "Public IP Address" when connected to the Internet. Any of a host of individuals within range of and with access to the residential DSL Wi-Fi connection could have originated the emails in question.

INVESTIGATIVE AND PROFESSIONAL ESI DIGITAL FORENSICS CONCLUSION

Furthermore, based upon the information provided in this report and without definitive assignment of any of the abovementioned IP Addresses to any specific device either with a

DIGITAL FORENSCS SUMMARY REPORT       USA vs. Jonathan Kearn

specified MAC address (unique network device identifier) or traces of the sent emails found thereupon, PDI can conclude that we are *unable to definitively show viable evidence that the Defendant, Johnathan Kearn, did, in fact, knowingly or unknowingly send the emails in question* in the matter of USA vs. Jonathan Kearn - Case No. 13-CR-40057-DDC.

Respectfully submitted on this Twenty-Second day of April, 2015:

_____

Andreux E. Doty
of Private Digital Investigators, LLC