**CLERK'S COURTROOM MINUTE SHEET – CRIMINAL**

UNITED STATES OF AMERICA

       Plaintiff,

v.                                    Case No:  13-40057-01-DDC

JONATHAN KEARN (01)

       Defendant.

**Attorney for Plaintiff: Christine E. Kenney**
**Attorney for Defendants: Michael E. Francis**

| JUDGE: | Daniel D. Crabtree | DATE: | 5/1/2015 |
|---|---|---|---|
| CLERK: | Megan Garrett | TAPE/REPORTER: | Sherry Harris |
| INTERPRETER: | | PROBATION: | |

# IN LIMINE CONFERENCE

Defendant appears in person with counsel.

The Court discusses trial logistics with the parties.

**Defendant remains on release.**