IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 13-40057-01-DDC |
| vs. ) | |
| ) | |
| JONATHAN KEARN (01), ) | |
| Defendant, ) | |

## ORDER

For administrative purposes, the term of service for the jurors who sat in this matter, including alternate jurors, is hereby extended 90 days or for 6 counseling session, whichever occurs first.

SO ORDERED this 8th day of May, 2015.

s/ Daniel D. Crabtree
DANIEL D. CRABTREE
U.S. District Court Judge