CLERK'S COURTROOM MINUTE SHEET – **CRIMINAL JURY TRIAL**

UNITED STATES OF AMERICA,

        Plaintiff,

v.                              Case No:  13-40057-01-DDC

JONATHAN KEARN (01),

        Defendant.

**Atty for Govt: Christine E. Kenney**
**Atty for Defts: Michael E. Francis**

| JUDGE: | Daniel. D. Crabtree |
|---|---|
| CLERK: | Megan Garrett |
| COURT REPORTER: | Sherry Harris |

| DATE: | 05/05/15 | 05/06/15 | 05/07/15 | 05/08/15 |
|---|---|---|---|---|
| Start time: | 8:45 AM | 9:05 AM | 9:05 AM | 11:07 AM |
| End time: | 4:45 PM | 2:55 PM | 4:20 PM | 11:18 PM |

JURY IMPANELED:  05/05/2015        At: Topeka, Kansas
JURY SWORN:  05/05/2015

| | | | | |
|---|---|---|---|---|
| **1** | 100651924, 01-0025 | | **7** | 100658173, 01-0045 |
| **2** | 100646102, 01-0050 | | **8** | 100661204, 01-0068 |
| **3** | 100662898, 01-0010 | | **9** | 100663141, 01-0076 |
| **4** | 100646303, 01-0070 | | **10** | 100656359, 01-0056 |
| **5** | 100670800, 01-0049 | | **11** | 100653189, 01-0014 |
| **6** | 100672911, 01-0083 | | **12** | 100646514, 01-0063 |
| **1a** | 100660918, 01-0086 | | **2a** | 100670550, 01-0064 |

<u>TRIAL PROCEEDINGS</u>

<u>Tuesday, May 5, 2015</u>

Jury selection and voir dire held.

Jury selected.

Opening statements by the parties.

Government presents evidence.

<u>Wednesday, May 6, 2015</u>

Continuation of government's evidence.

Government rests.

<u>Thursday, May 7, 2015</u>

Defendant presents evidence.

Defendant rests.

Doc. 86 – Motion in Limine – FOUND AS MOOT as set forth in full on the record.

The Court conducts jury instruction conference outside presence of the jury.

Instructions read to jury.

Closing arguments by the parties.

Jury retires to deliberate.

<u>Friday, May 8, 2015</u>

Jury continues deliberations.

Jury returns with a verdict of guilty for defendant.

Verdict is accepted by Judge Crabtree.

☒ Judgment deferred     ☒ PSI ordered  ☐ Bond to continue      ☒ Remand to Custody

The Court sets sentencing for August 10, 2015 at 1:30 p.m.

Exhibits will be returned to counsel.