# CLERK'S COURTROOM MINUTE SHEET - WITNESS LIST

## CASE NO. 13-40057-01-DDC

| WITNESSES FOR Government | | | WITNESSES FOR Defendant | | |
|---|---|---|---|---|---|
| Date | Name | Sworn | Date | Name | Sworn |
| 05/05/15 | Stuart Butler | ( x ) | 05/07/15 | Jonathan Kearn | ( x ) |
| 05/06/15 | Cassidy Casner | ( x ) | 05/07/15 | Edward Kearn | ( x ) |
| 05/06/15 | Patrick Ladd | ( x ) | 05/07/15 | Andrew Doty | ( x ) |
| 05/06/15 | Craig Beebe | ( x ) | 05/07/15 | Andy Mergen | ( x ) |