**EXHIBIT SHEET**

**Case No.   13-40057-01-DDC**                           **Government's     Exhibits**

| NO. | DESCRIPTION | I.D. | OFF. | ADM. | DEPOSITION OR WITNESS |
|---|---|---|---|---|---|
| 1 | E-mail | x | x | x | Stuart Butler |
| 1-1 | E-mail | x | x | x | Stuart Butler |
| 1-2 | E-mail | x | x | x | Stuart Butler |
| 1-3 | E-mail | x | x | x | Stuart Butler |
| 1-4 | E-mail | x | x | x | Stuart Butler |
| 1-5 | E-mail | x | x | x | Stuart Butler |
| 1-6 | E-mail | x | x | x | Stuart Butler |
| 1-7 | E-mail | x | x | x | Stuart Butler |
| 1-8 | E-mail | x | x | x | Stuart Butler |
| 1-9 | E-mail | x | x | x | Stuart Butler |
| 1-10 | E-mail | x | x | x | Stuart Butler |
| 2 | Yahoo! Account Management Tool | x | x | x | Cassidy Casner |
| 4 | IP Assignment Details | x | x | x | Cassidy Casner |
| 6 | IP Assignment Details | x | x | x | Cassidy Casner |
| 8 | Search Warrant | x | x | x | Cassidy Casner |
| 9 | Photos | x | x | x | Cassidy Casner |
| 10 | Bed sheet | x | x | x | Cassidy Casner |
| 11 | Bed comforter | x | x | x | Cassidy Casner |
| 12 | Child's dress | x | x | x | Cassidy Casner |
| 13 | Diaper | x | x | x | Cassidy Casner |
| 14 | Computer tower | x | x | x | Cassidy Casner |
| 15 | Apple iPhone 4S | x | x | x | Cassidy Casner |
| 17 | Digital video recorder to security system | x | x | x | Cassidy Casner |
| 18 | Video clip | x | x | x | Cassidy Casner |
| 19 | Still shots | x | x | x | Cassidy Casner |

| 20 | PowerPoint presentation (for demonstrative purposes, only) | x | | | Cassidy Casner |
|---|---|---|---|---|---|
| 21 | Extraction Report | x | x | x | Patrick Ladd |
| 23 | Examination Report | x | x | x | Craig Beebe |
| 24 | Curriculum Vitae of Craig Beebe | x | x | x | Craig Beebe |
| 25 | CD containing videos | x | x | x | Craig Beebe |
| 26 | Fingerprint documents | x | x | x | Cassidy Casner |
| 26-1 | Report of fingerprint specialist | x | x | x | Cassidy Casner |
| 29 | Yahoo! Production of e-mails | x | x | x | Cassidy Casner |
| 31 | Snapshot of iPhone screen (for demonstrative purposes, only) | x | | | Craig Beebe |
| 32 | Loehrs & Assoc. Report | x | | | |