**EXHIBIT SHEET**

**Case No.   13-40057-01-DDC**                    **Defendant's    Exhibits**

| NO. | DESCRIPTION | I.D. | OFF. | ADM. | DEPOSITION OR WITNESS |
|---|---|---|---|---|---|
| 501 | Message | x | x | x | Edward Kearn |
| 502 | Cellebrite entry | x | x | x | Edward Kearn |
| 503 | Shawnee County Sheriff's report | x | x | x | Andy Mergen |
| 504 | PDI Digital Forensics Examination Report | x | x | x | Andrew Doty |