CAN WE LEAVE IN ABOUT 15min?

HOW EARLY CAN WE BE HERE IN

THE MORNING ?

You can leave now. You can arrive

by 8:30. You can report directly to

your jury room and resume your deliberations

as soon as all 12 of you are present.

Dan Crabtree