IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>JONATHAN KEARN,<br><br>    Defendant. | Case No. 13-40057-DDC |

### Verdict

### Count 1

We, the jury, in the above-entitled cause, duly impaneled and sworn, upon our oaths find the defendant:

JONATHAN KEARN

Question 1:  \_\_\_\_ Not Guilty

               ✓ Guilty

of knowingly permitting a minor to engage in sexually explicit conduct for the purposes of producing a visual depiction of such conduct, in violation of 18 U.S.C. § 2251(b), as charged in Count 1.

## Count 2

We, the jury, in the above-entitled cause, duly impaneled and sworn, upon our oaths find the defendant:

JONATHAN KEARN

**Question 2:** ____ **Not Guilty**

✓ **Guilty**

of knowingly distributing, in interstate or foreign commerce, any visual depiction involving the use of a minor engaging in sexually explicit conduct, in violation of 18 U.S.C. § 2252(a)(2), as charged in Count 2.

## Count 3

We, the jury, in the above-entitled cause, duly impaneled and sworn, upon our oaths find the defendant:

JONATHAN KEARN

**Question 3:** \_\_\_\_ **Not Guilty**

✓ **Guilty**

of knowingly possessing one or more visual depictions of minors engaged in sexually explicit conduct, in violation of 18 U.S.C. § 2252(a)(4)(B), as charged in Count 3.

**Question 4:** Did all 12 jurors agree to each answer given in this Verdict?

✓ Yes \_\_\_\_ No

5-8-2015
Date

[redacted]
Jury Foreperson