Michael E. Francis
434 SW Topeka Avenue
Topeka, Kansas 66603
Phone: 785/235-3415
Fax:    785/235-8089

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
(TOPEKA DOCKET)

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| Vs. | ) Case No. 13-CR-40057-DDC |
| JONATHAN KEARN | ) |
| Defendant. | ) |

**DEFENDANT'S MOTION FOR
A JUDGMENT OF ACQUITTAL**

Comes now the Defendant, Jonathan Kearn, by and through his counsel, Michael E. Francis, pursuant to F. R. Crim. P. Rule 29, and moves the Court for its Order of Acquittal as it relates to Count 1 of the Indictment because the evidence adduced at trial was insufficient to support a guilty verdict on that count. In support hereof, Defendant shows the Court the following:

1.    Count 1 of the Indictment charges the Defendant with knowingly permitting his minor child to engage in sexually explicit conduct for the purpose of producing a visual depiction, knowing or having reason to know

that the visual depiction will be transported or transmitted in interstate or foreign commerce. 18 U.S.C. § 2251(b).

2.      Evidence bearing on that count consisted on an email to Officer Butler in Queensland, Australia, with an attached photograph of Defendant's hand pulling back her diaper to expose her vagina and two brief videos clips of the same daughter jumping on her bed, clad in a shirt or gown without pants or panties.

3.      The photos do not show the child engaged in any sexually explicit conduct; there is not depiction of any sexually touching by either the child, herself, the Defendant or anyone else.

4.      Defendant testified that the photograph was taken to show the area of the child's anatomy in the event she complained of molestation by Defendant's ex-wife's boyfriend. The videos were taken so as not to draw attention to taking the picture, Defendant testified.

5.      Deputy Mergen of the Shawnee County Sheriff's Office testified that he took a report of the alleged molestation from Defendant in April, 2012, a year before the crimes alleged in the indictment were said to have occurred and received a recorded statement of the child regarding the molestation.

**ARGUMENT AND AUTHORITIES**

In a challenge to the sufficiency of the evidence presented, this Court must view the evidence in the light most favorable to the prosecution and determine whether any rational trier of fact could have found the essential elements of the crime beyond a reasonable doubt. *United States v. Doddles*, 539 F. 3rd 1291, 1293 (10th Cir. 2008). It must further resolve any possible conflicts in the evidence in favor of the Government and assume that the jury found the evidence credible. *Doddles*, at 1293-1294.

Here, the photo on its face is not sexually explicit and the same is true of the videos.

When taken as a whole, it is submitted that a reasonable trier of fact could not conclude that Defendant committed the offense set forth in Count 1 of the Indictment.

WHEREFORE, Defendant prays the Court enter its judgment of acquittal on that count.

Respectfully submitted,

/s/Michael E. Francis
Michael E. Francis, KS No. 8783
434 SW Topeka Avenue
Topeka, Kansas 66603
Phone: 785/235-3415
Fax:    785/235-8089
Email: mfrancis26@cox.net

CERTIFICATE OF SERVICE

I, Michael E. Francis, do hereby certify that on May 14, 2015, I electronically filed the foregoing document with the clerk of the court by using the CM/ECF system which will send a notice of the electronic mailing to the following: Christine E. Kenney.

/s/Michael E. Francis
MICHAEL E. FRANCIS