case # 13-40057-JAR

United States District Court
Kansas District Court

United States of America,
     plantiff
  vs.
Jonathan E. Kearn
    defendant


FILED
MAY 1 8 2015
Clerk, U.S. District Court
By: _____ Deputy Clerk

Case # 13-40057-JAR

"Notice of Appeal"

    This is notice of appeal for case # 13-40057-JAR to be reviewed for appeal by the United States Tenth (10th) Circuit Court of Appeals.
    The court reporter is to include the transcripts.

Jonathan E. Kearn

May 13th, 2015