Jonathan Keach #23153-031
% Leavenworth Detention Ctr. "Legal Mail"
100 Highway Terr.
Leavenworth, KS 66048

NOTICE: This Correspondence was mailed from a correctional institution. Its contents are uncensored.

RECEIVED
MAY 18 2015
CLERK U.S. DIST. COURT
TOPEKA, KANSAS

Court Clerk
444 Southeast Quincy
Topeka, KS 66683