APPEAL

# U.S. District Court
# DISTRICT OF KANSAS (Topeka)
# CRIMINAL DOCKET FOR CASE #: 5:13−cr−40057−DDC All Defendants

Case title: USA v. Kearn
Magistrate judge case number: 5:13−mj−05042−KGS

Date Filed: 05/29/2013

Assigned to: District Judge Daniel D. Crabtree

**Defendant (1)**

**Jonathan Kearn**　　　　　　　　　represented by **Michael E. Francis**
*BOND*　　　　　　　　　　　　　　　　　　　　　　 434 SW Topeka Blvd.
　　　　　　　　　　　　　　　　　　　　　　　　　 Topeka, KS 66603
　　　　　　　　　　　　　　　　　　　　　　　　　 785−235−3415
　　　　　　　　　　　　　　　　　　　　　　　　　 Fax: 785−235−8089
　　　　　　　　　　　　　　　　　　　　　　　　　 Email: mfrancis26@cox.net
　　　　　　　　　　　　　　　　　　　　　　　　　 *LEAD ATTORNEY*
　　　　　　　　　　　　　　　　　　　　　　　　　 *ATTORNEY TO BE NOTICED*
　　　　　　　　　　　　　　　　　　　　　　　　　 *Designation: Retained*
　　　　　　　　　　　　　　　　　　　　　　　　　 *Bar Number: 08783*
　　　　　　　　　　　　　　　　　　　　　　　　　 *Bar Status: Active*

　　　　　　　　　　　　　　　　　　　　　　　　　 **Matthew B. Works**
　　　　　　　　　　　　　　　　　　　　　　　　　 Matthew B. Works, PA
　　　　　　　　　　　　　　　　　　　　　　　　　 1900 Medford
　　　　　　　　　　　　　　　　　　　　　　　　　 Topeka, KS 66604
　　　　　　　　　　　　　　　　　　　　　　　　　 785−234−0051
　　　　　　　　　　　　　　　　　　　　　　　　　 Fax: 785−234−9752
　　　　　　　　　　　　　　　　　　　　　　　　　 Email: worksmatthew@aol.com
　　　　　　　　　　　　　　　　　　　　　　　　　 *TERMINATED: 04/10/2014*
　　　　　　　　　　　　　　　　　　　　　　　　　 *Designation: Retained*
　　　　　　　　　　　　　　　　　　　　　　　　　 *Bar Number: 11215*
　　　　　　　　　　　　　　　　　　　　　　　　　 *Bar Status: Active*

　　　　　　　　　　　　　　　　　　　　　　　　　 **Melody J. Evans**
　　　　　　　　　　　　　　　　　　　　　　　　　 Office of Federal Public Defender − Topeka
　　　　　　　　　　　　　　　　　　　　　　　　　 117 SW 6th Avenue, Suite 200
　　　　　　　　　　　　　　　　　　　　　　　　　 Topeka, KS 66603
　　　　　　　　　　　　　　　　　　　　　　　　　 785−232−9828
　　　　　　　　　　　　　　　　　　　　　　　　　 Fax: 785−232−9886
　　　　　　　　　　　　　　　　　　　　　　　　　 Email: Melody_Evans@fd.org
　　　　　　　　　　　　　　　　　　　　　　　　　 *TERMINATED: 12/19/2013*
　　　　　　　　　　　　　　　　　　　　　　　　　 *Designation: Public Defender or Community Defender Appointment*
　　　　　　　　　　　　　　　　　　　　　　　　　 *Bar Number: 17612*

*Bar Status: Active*

| **Pending Counts** | **Disposition** |
|---|---|
| 18:2251(b) Custodial person of a minor, permitting minor to engage in sexually explicit conduct to produce a visual depiction (INDICTMENT FILED 5/29/13) (1) | |
| 18:2252(a)(2) Receive, distribute visual depiction involving sexual exploit of a minor (INDICTMENT FILED 5/29/13) (2) | |
| 18:2252(a)(4)(B) Sexual exploitation/other abuse of children (INDICTMENT FILED 5/29/13) (3) | |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| 18:2251(b) – Knowingly permitted minor to engage in sexually explicit conduct for the purpose of producing a visual depiction that would be transported in interstate or foreign commerce (COMPLAINT FILED 5/10/2013) | |

**Plaintiff**

| | | |
|---|---|---|
| **USA** | represented by | **Christine E. Kenney** |
| | | Office of United States Attorney – Topeka |
| | | 290 U.S. Courthouse |
| | | 444 S.E. Quincy |

Topeka, KS 66683−3592  
785−295−2850  
Fax: 785−295−2853  
Email: christine.kenney@usdoj.gov  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*  
*Designation: Retained*  
*Bar Number: 13542*  
*Bar Status: Active*

Email All Attorneys  
Email All Attorneys and Additional Recipients

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 05/10/2013 | 1 | | SEALED COMPLAINT filed as to Jonathan Kearn. (Sealed User MS) [5:13−mj−05042−KGS] (Entered: 05/10/2013) |
| 05/10/2013 | 2 | | AFFIDAVIT in Support of 1 Complaint (Sealed) by USA as to Jonathan Kearn. (Sealed User MS) [5:13−mj−05042−KGS] (Entered: 05/10/2013) |
| 05/10/2013 | 3 | | MOTION to Seal by USA as to Jonathan Kearn. (Sealed User MS) [5:13−mj−05042−KGS] (Entered: 05/10/2013) |
| 05/10/2013 | 4 | | ORDER granting 3 Motion to Seal as to Jonathan Kearn. Signed by Magistrate Judge K. Gary Sebelius on 5/10/2013. (Sealed User MS) [5:13−mj−05042−KGS] (Entered: 05/10/2013) |
| 05/13/2013 | 5 | | NOTICE OF HEARING as to Defendant Jonathan Kearn  <span style="color:red">THIS IS AN OFFICIAL NOTICE FOR THIS HEARING</span> (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) Initial Appearance set for 5/13/2013 at 10:30 AM in Courtroom 470 (KGS) before Magistrate Judge K. Gary Sebelius. (sg) [5:13−mj−05042−KGS] (Entered: 05/13/2013) |
| 05/13/2013 | 6 | | MOTION to Unseal by USA as to Jonathan Kearn. (ms) [5:13−mj−05042−KGS] (Entered: 05/13/2013) |
| 05/13/2013 | 7 | | ORDER granting 6 Motion to Unseal as to Jonathan Kearn. Signed by Magistrate Judge K. Gary Sebelius on 5/13/2013. (ms) [5:13−mj−05042−KGS] (Entered: 05/13/2013) |
| 05/13/2013 | 8 | | ENTRY OF APPEARANCE: by attorney Melody J. Evans appearing for Jonathan Kearn (Evans, Melody) [5:13−mj−05042−KGS] (Entered: 05/13/2013) |
| 05/13/2013 | 9 | | NOTICE OF HEARING as to Defendant Jonathan Kearn  <span style="color:red">THIS IS AN OFFICIAL NOTICE FOR THIS HEARING</span> (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) Detention Hearing set for 5/16/2013 at 10:30 AM in Courtroom 470 (KGS) before Magistrate Judge K. Gary Sebelius. Preliminary Hearing set for 5/16/2013 at 10:30 AM in Courtroom 470 (KGS) before Magistrate Judge K. Gary Sebelius. (sg) [5:13−mj−05042−KGS] (Entered: 05/13/2013) |
| 05/13/2013 | | | ARREST of Jonathan Kearn on 5/10/2013. (ms) [5:13−mj−05042−KGS] (Entered: 05/14/2013) |

| 05/13/2013 | 10 | | MINUTE ENTRY for RULE 5 proceedings held 5/13/2013 before Magistrate Judge K. Gary Sebelius as to Jonathan Kearn. Defendant is remanded to the temporary custody of the United States Marshal's Service pending further proceedings in this matter. (Network @11:20 AM) (ms) [5:13–mj–05042–KGS] (Entered: 05/14/2013) |
|---|---|---|---|
| 05/13/2013 | 11 | | FINANCIAL AFFIDAVIT by Jonathan Kearn. (ms) [5:13–mj–05042–KGS] (Entered: 05/14/2013) |
| 05/13/2013 | 12 | | Arrest WARRANT returned executed on 5/10/2013 as to Jonathan Kearn. (ms) [5:13–mj–05042–KGS] (Entered: 05/14/2013) |
| 05/16/2013 | 13 | | MINUTE ENTRY for PRELIMINARY and DETENTION proceedings held 5/16/2013 before Magistrate Judge K. Gary Sebelius as to Jonathan Kearn. The court, after hearing the proffers of the parties and arguments of counsel, finds that the government's motion for pretrial detention is DENIED. (Network @ 11:01 AM) (ms) [5:13–mj–05042–KGS] (Entered: 05/16/2013) |
| 05/16/2013 | 14 | | ORDER SETTING CONDITIONS OF RELEASE as to Jonathan Kearn – Personal Recognizance or Unsecured Bond. Signed by Magistrate Judge K. Gary Sebelius on 5/16/2013. (ms) [5:13–mj–05042–KGS] (Entered: 05/16/2013) |
| 05/29/2013 | 15 | | INDICTMENT filed against defendant Jonathan Kearn (1) as to counts 1–3. Warrant issued. (mb) (Entered: 05/30/2013) |
| 05/31/2013 | 16 | | NOTICE OF HEARING as to Defendant Jonathan Kearn  THIS IS AN OFFICIAL NOTICE FOR THIS HEARING (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.)Initial Appearance and Arraignment set for 6/6/2013 at 09:30 AM in Courtroom 470 (KGS) before Magistrate Judge K. Gary Sebelius. (bt) (Entered: 05/31/2013) |
| 06/06/2013 | 17 | | MINUTE ENTRY of RULE 5/INITIAL APPEARANCE, ARRAIGNMENT & DISCOVERY proceedings held 6/6/13 before Magistrate Judge K. Gary Sebelius as to defendant Jonathan Kearn (1): Attorney Andy McGowan present for Melody Evans. Court enters a not guilty plea as to Counts 1–3 of indictment for defendant (Defendant remains silent). Defendant remains on conditional release. (Tape #NETWORK @ 10:41 a.m.) (mb) (Entered: 06/06/2013) |
| 06/06/2013 | 18 | | PRETRIAL ORDER NO. 1 ENTERED: The deadline for filing a motion to toll speedy trial is 21 days after arraignment. Signed by Magistrate Judge K. Gary Sebelius on 6/6/2013. (mb) (Entered: 06/07/2013) |
| 06/06/2013 | 19 | | ARREST WARRANT returned executed on 6/6/13 as to defendant Jonathan Kearn (mb) (Entered: 06/07/2013) |
| 06/25/2013 | 20 | | Joint Motion to Toll Speedy Trial by Jonathan Kearn. (Evans, Melody) (Entered: 06/25/2013) |
| 06/26/2013 | 21 | | ORDER granting 20 Motion to toll speedy trial as to defendant Jonathan Kearn (1). Signed by District Judge Julie A. Robinson on 6/26/2013. (mb) (Entered: 06/26/2013) |
| 06/26/2013 | 22 | | PRETRIAL ORDER NO. 2 ENTERED: Estimated trial time 5–7 days. Final Pretrial Conference set for 7/26/2013 at 01:00 PM & Jury Trial set for 8/6/2013 |

| | | | |
|---|---|---|---|
| | | | at 09:00 AM all hearings to be held in Courtroom 401 (JAR) before District Judge Julie A. Robinson. Signed by District Judge Julie A. Robinson on 6/26/2013. (mb) (Entered: 06/26/2013) |
| 07/08/2013 | 23 | | MOTION for Extension of Time Pretrial Deadlines by Jonathan Kearn. (Evans, Melody) Corrected motion event on 7/9/2013 (mb). (Entered: 07/08/2013) |
| 07/10/2013 | 24 | | ORDER granting 23 Motion for Extension of pretrial deadlines as to defendant Jonathan Kearn (1): See order for details. Signed by District Judge Julie A. Robinson on 7/9/2013. (mb) (Entered: 07/10/2013) |
| 07/10/2013 | 25 | | NOTICE OF CANCELLED HEARING: Pretrial on 7/26/13 at 1:00 p.m. as to Defendant Jonathan Kearn cancelled. (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (pp) (Entered: 07/10/2013) |
| 07/10/2013 | 26 | | NOTICE OF HEARING as to Defendant Jonathan Kearn THIS IS AN OFFICIAL NOTICE FOR THIS HEARING (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) Pretrial Conference set for 7/26/2013 at 01:30 PM in Courtroom 401 (JAR) before District Judge Julie A. Robinson. (pp) (Entered: 07/10/2013) |
| 07/11/2013 | 27 | | Second MOTION To Extend Speedy Trial *(Joint)* by Jonathan Kearn. (Evans, Melody) (Entered: 07/11/2013) |
| 07/17/2013 | 28 | | ORDER granting 27 Motion to toll speedy trial as to defendant Jonathan Kearn (1). Final Pretrial Conference set for 1:30 PM on 10/7/13 & Jury trial set for 9:00 AM on 10/21/13 both hearings to be held in Courtroom 401 (JAR) before District Judge Julie A. Robinson. Signed by District Judge Julie A. Robinson on 7/16/2013. (mb) (Entered: 07/17/2013) |
| 07/17/2013 | 29 | | NOTICE OF HEARING as to Defendant Jonathan Kearn THIS IS AN OFFICIAL NOTICE FOR THIS HEARING (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) Final Pretrial Conference set for 10/7/2013 at 01:30 PM & Jury Trial set for 10/21/2013 at 09:00 AM both hearings to be held in Courtroom 401 (JAR) before District Judge Julie A. Robinson. (mb) (Entered: 07/17/2013) |
| 07/23/2013 | 30 | | AMENDED ORDER as to defendant Jonathan Kearn: Granting 27 Second MOTION To Toll Speedy Trial filed by defendant Jonathan Kearn. Signed by District Judge Julie A. Robinson on 7/23/2013. (mb) (Entered: 07/23/2013) |
| 08/22/2013 | 31 | | NOTICE OF CANCELLED HEARING: Final Pretrial Conference on October 7, 2013 as to Defendant Jonathan Kearn cancelled. (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (Robinson, Julie) (Entered: 08/22/2013) |
| 09/05/2013 | 32 | | Third MOTION To Toll Speedy Trial by Jonathan Kearn. (Evans, Melody) (Entered: 09/05/2013) |
| 09/13/2013 | 33 | | ORDER granting 32 Third MOTION To Toll Speedy Trial filed by Jonathan Kearn as to Jonathan Kearn. Jury Trial set for 1/7/2014 at 09:00 AM in Courtroom 401 (JAR) before District Judge Julie A. Robinson. Signed by District Judge Julie A. Robinson on 9/13/2013. (bt) (Entered: 09/13/2013) |
| 10/29/2013 | 34 | | MOTION To Reschedule Pretrial Deadlines by Jonathan Kearn. (Evans, Melody) (Entered: 10/29/2013) |

| | | | |
|---|---|---|---|
| 10/29/2013 | 35 | | CONSENT & ORDER Modifying Conditions of Release as to defendant Jonathan Kearn (1). Signed by Magistrate Judge K. Gary Sebelius on 10/29/2013. (mb) (Entered: 10/29/2013) |
| 10/30/2013 | 36 | | ORDER granting 34 Motion to Reschedule Pretrial Deadlines as to Jonathan Kearn (1). See Order for details. Signed by District Judge Julie A. Robinson on 10/30/2013. (bt) (Entered: 10/30/2013) |
| 12/11/2013 | 37 | | NOTICE OF HEARING as to Defendant Jonathan Kearn  THIS IS AN OFFICIAL NOTICE FOR THIS HEARING (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) Status Conference set for 12/16/2013 at 09:00 AM in Courtroom 401 (JAR) before District Judge Julie A. Robinson. (bw) (Entered: 12/11/2013) |
| 12/16/2013 | 38 | | MINUTE ENTRY for proceedings held before District Judge Julie A. Robinson: STATUS CONFERENCE as to Jonathan Kearn held on 12/16/2013. (Court Reporter Harris.) (bw) (Entered: 12/17/2013) |
| 12/17/2013 | 39 | | NOTICE OF HEARING as to Defendant Jonathan Kearn  THIS IS AN OFFICIAL NOTICE FOR THIS HEARING (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) Status Conference set for 12/20/2013 at 09:00 AM in Courtroom 401 (JAR) before District Judge Julie A. Robinson. (bw) (Entered: 12/17/2013) |
| 12/18/2013 | 40 | | ENTRY OF APPEARANCE: by attorney Matthew B. Works appearing for Jonathan Kearn (Works, Matthew) (Entered: 12/18/2013) |
| 12/19/2013 | 41 | | NOTICE OF WITHDRAWAL OF APPEARANCE by attorney Melody Brannon Evans (Evans, Melody) (Entered: 12/19/2013) |
| 12/20/2013 | 42 | | NOTICE OF HEARING as to Defendant Jonathan Kearn  THIS IS AN OFFICIAL NOTICE FOR THIS HEARING (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) Status Conference rescheduled for 12/20/2013 at 01:30 PM (moved from the 9:00 a.m. docket) in Courtroom 401 (JAR) before District Judge Julie A. Robinson. (bw) (Entered: 12/20/2013) |
| 12/20/2013 | 43 | | MINUTE ENTRY for proceedings held before District Judge Julie A. Robinson: STATUS CONFERENCE as to Jonathan Kearn held on 12/20/2013. Status conference scheduled for 1/27/2014. (Court Reporter Harris.) (bw) (Entered: 12/20/2013) |
| 12/31/2013 | 44 | | MOTION to Continue jury trial by Jonathan Kearn. (Works, Matthew) (Entered: 12/31/2013) |
| 01/02/2014 | 45 | | ORDER as to Jonathan Kearn re 44 MOTION to Continue . Status Conference set for 1/27/2014 at 01:30 PM in Courtroom 401 (JAR) before District Judge Julie A. Robinson. Signed by District Judge Julie A. Robinson on 1/2/2014. (bw) (Entered: 01/02/2014) |
| 01/27/2014 | 46 | | MINUTE ENTRY for proceedings held before District Judge Julie A. Robinson: STATUS CONFERENCE as to Jonathan Kearn held on 1/27/2014. Motions due by 3/31/2014. Response deadline 4/14/2014. Jury Trial set for 6/19/2014 at 09:00 AM in Courtroom 401 (JAR) before District Judge Julie A. Robinson. Motion Hearing set for 4/28/2014 at 09:00 AM in Courtroom 401 (JAR) before District Judge Julie A. Robinson. (Court Reporter Harris.) (bw) |

| | | | |
|---|---|---|---|
| | | | (Entered: 01/28/2014) |
| 01/28/2014 | 47 | | GENERAL ORDER OF DISCOVERY & SCHEDULING estimated trial time 4–5 days as to Jonathan Kearn. Motions due by 3/31/2014. Response deadline 4/14/2014 Motion Hearing set for 4/28/2014 at 09:00 AM in Courtroom 401 (JAR) before District Judge Julie A. Robinson. Jury Trial set for 6/19/2014 at 09:00 AM in Courtroom 401 (JAR) before District Judge Julie A. Robinson. Signed by District Judge Julie A. Robinson on 1/28/2014. (bw) (Entered: 01/28/2014) |
| 02/19/2014 | 48 | | MOTION to Modify Conditions of Release by Jonathan Kearn. (Works, Matthew) (Entered: 02/19/2014) |
| 03/31/2014 | 49 | | MINUTE ENTRY as to Jonathan Kearn. STATUS CONFERENCE by telephone held on 3/31/2014 before Magistrate Judge K. Gary Sebelius. Defendant moves to withdraw the 48 Motion to Modify Conditions of Release as to Jonathan Kearn – GRANTED. The Court notes that a modification to Defendant's Conditions of Pretrial Release is not necessary in this instance as Defendant is authorized to have contact with his three older children (C.K., L.K. and C.K.) as long as there is direct supervision of such contact by a responsible adult. (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (sg) (Entered: 03/31/2014) |
| 04/10/2014 | 50 | | WITHDRAWAL OF COUNSEL by Mark Works and ENTRY OF APPEARANCE OF SUBSTITUTED COUNSEL (Francis, Michael) (Entered: 04/10/2014) |
| 04/10/2014 | 51 | | NOTICE OF HEARING as to Defendant Jonathan Kearn THIS IS AN OFFICIAL NOTICE FOR THIS HEARING (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) Status Conference rescheduled for 4/14/2014 at 09:00 AM in Courtroom 401 (JAR) before District Judge Julie A. Robinson. (bw) (Entered: 04/10/2014) |
| 04/10/2014 | 52 | | MOTION to Continue Jury Trial by Jonathan Kearn. (Francis, Michael) (Entered: 04/10/2014) |
| 04/11/2014 | 53 | | WAIVER of Appearance by Jonathan Kearn (Francis, Michael) (Entered: 04/11/2014) |
| 04/14/2014 | 54 | | MINUTE ENTRY for proceedings held before District Judge Julie A. Robinson: STATUS CONFERENCE as to Jonathan Kearn held on 4/14/2014 granting 52 Motion to Continue. Time excluded from 6/19/2014 until 8/26/2014 as to Jonathan Kearn (1). Motions due by 6/23/2014. Response deadline 6/30/2014. Motion Hearing set for 7/14/2014 at 09:00 AM in Courtroom 401 (JAR) before District Judge Julie A. Robinson. Jury Trial set for 8/26/2014 at 09:00 AM in Courtroom 401 (JAR) before District Judge Julie A. Robinson. (Court Reporter Sherry Harris.) (bw) (Entered: 04/14/2014) |
| 04/24/2014 | 55 | | ORDER for disposal of seized property as to defendant Jonathan Kearn. Signed by District Judge Julie A. Robinson on 4/24/14. (mb) (Entered: 04/24/2014) |
| 05/15/2014 | 56 | | MINUTE ORDER REASSIGNING CASE: Case reassigned to District Judge Daniel D. Crabtree for all further proceedings. District Judge Julie A. Robinson no longer assigned to case Signed by deputy clerk on 5/15/14. (This is a TEXT |

| | | | |
|---|---|---|---|
| | | | ENTRY ONLY. There is no.pdf document associated with this entry.) (daw) (Entered: 05/15/2014) |
| 06/19/2014 | 57 | | Second MOTION to Continue Jury Trial by Jonathan Kearn. (Francis, Michael) (Entered: 06/19/2014) |
| 07/09/2014 | 58 | | ORDER as to Jonathan Kearn – The Motion Hearing set for 7/14/2014 is CONTINUED TO 7/15/2014 at 01:30 PM in Courtroom 401 (DDC) before District Judge Daniel D. Crabtree. The 57 Second MOTION to Continue Jury Trial filed by Jonathan Kearn will be heard at the 7/15/2014 motion hearing. Signed by District Judge Daniel D. Crabtree on 07/09/2014. (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (mig) (Entered: 07/09/2014) |
| 07/15/2014 | 59 | | MINUTE ENTRY for proceedings held before District Judge Daniel D. Crabtree: Motion hearing held on 7/15/2014. Defendant's Second Motion to Continue 57 is granted. Motions due by 10/10/2014. Response deadline 10/17/2014. Motion Hearing set for 11/17/2014 at 01:30 PM in Courtroom 401 (DDC) before District Judge Daniel D. Crabtree. Jury Trial set for 12/9/2014 at 09:00 AM in Courtroom 401 (DDC) before District Judge Daniel D. Crabtree. Excludable time designated from 07/15/2014 until 12/09/2014 as to Jonathan Kearn. The defendant remains on bond. (Court Reporter Sherry Harris.) (mig) (Entered: 07/15/2014) |
| 10/09/2014 | 60 | | MOTION to Inspect *Computers and other Property Seized* by Jonathan Kearn. (Francis, Michael) (Entered: 10/09/2014) |
| 10/14/2014 | 61 | | NOTICE OF HEARING ON MOTION as to Jonathan Kearn. THIS IS AN OFFICIAL NOTICE FOR THIS HEARING 60 MOTION to Inspect *Computers and other Property Seized* : Motion Hearing set for 10/20/2014 at 01:30 PM in Courtroom 401 (DDC) before District Judge Daniel D. Crabtree. (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.)(mig) (Entered: 10/14/2014) |
| 10/14/2014 | 62 | | NOTICE of Government's Expert Witnesses and Request for Defense Expert Witness Disclosure by USA as to Jonathan Kearn (Kenney, Christine) (Entered: 10/14/2014) |
| 10/16/2014 | 63 | | RESPONSE TO MOTION by USA as to Jonathan Kearn re 60 MOTION to Inspect *Computers and other Property Seized* (Kenney, Christine) (Entered: 10/16/2014) |
| 10/20/2014 | 64 | | MINUTE ENTRY for proceedings held before District Judge Daniel D. Crabtree: STATUS CONFERENCE as to Jonathan Kearn held on 10/20/2014. (Court Reporter Sherry Harris.) (mig) (Entered: 10/20/2014) |
| 11/05/2014 | 65 | | RULE 404(b) NOTICE by USA as to Jonathan Kearn (Kenney, Christine) (Entered: 11/05/2014) |
| 11/12/2014 | 66 | | ORDER as to defendant Jonathan Kearn: Motions In Limine due 12/1/14; Response due 12/4/14; In Limine Conference set for 12/5/2014 at 02:30 PM and Jury Trial set for 12/9/2014 at 09:00 AM in Courtroom 401 (DDC) before District Judge Daniel D. Crabtree. See order for further deadlines. Signed by District Judge Daniel D. Crabtree on 11/12/14. (msb) (Entered: 11/12/2014) |
| 11/17/2014 | 67 | | |

| | | | |
|---|---|---|---|
| | | | MINUTE ENTRY for proceedings held before District Judge Daniel D. Crabtree: MOTION HEARING as to Jonathan Kearn held on 11/17/2014. Status Conference set for 12/15/2014 at 09:00 AM in Courtroom 401 (DDC) before District Judge Daniel D. Crabtree. (Court Reporter Sherry Harris.) (mig) (Entered: 11/17/2014) |
| 12/15/2014 | 68 | | MINUTE ENTRY for proceedings held before District Judge Daniel D. Crabtree: STATUS CONFERENCE as to Jonathan Kearn held on 12/15/2014. Jury Trial set for 1/27/2015 at 09:00 AM in Courtroom 401 (DDC) before District Judge Daniel D. Crabtree. Designated time, 12/15/2014 until 1/27/2015, excludable as to Jonathan Kearn. (Court Reporter Sherry Harris.) (mig) (Entered: 12/15/2014) |
| 12/18/2014 | 69 | | AMENDED DOCUMENT re 62 Notice (Other) by USA as to Jonathan Kearn (Kenney, Christine) (Entered: 12/18/2014) |
| 01/06/2015 | 70 | | PRETRIAL ORDER NO. 2 ENTERED: Estimated trial time 4 days. Limine conference set for 1/23/2015 at 2:30 PM and Jury Trial set for 1/27/2015 at 09:00 AM in Courtroom 401 (DDC) before District Judge Daniel D. Crabtree. See Order for further deadlines. Signed by District Judge Daniel D. Crabtree on 1/6/15. (msb) (Entered: 01/06/2015) |
| 01/07/2015 | 71 | | NOTICE OF HEARING as to Defendant Jonathan Kearn  THIS IS AN OFFICIAL NOTICE FOR THIS HEARING In Limine Conference set for 1/23/2015 at 02:30 PM in Courtroom 401 (DDC) before District Judge Daniel D. Crabtree. (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.)(mig) (Entered: 01/07/2015) |
| 01/08/2015 | 72 | | NOTICE of Intent to Use Federal Rules of Evidence 902 Certifications by USA as to Jonathan Kearn (Kenney, Christine) (Entered: 01/08/2015) |
| 01/15/2015 | 73 | | EXHIBIT LIST by USA as to Jonathan Kearn (Attachments: # 1 Attachment A)(Kenney, Christine) (Entered: 01/15/2015) |
| 01/15/2015 | 74 | | WITNESS LIST by USA as to Jonathan Kearn (Attachments: # 1 Attachment A)(Kenney, Christine) (Entered: 01/15/2015) |
| 01/15/2015 | 75 | | Amended NOTICE of Intent to Use Federal Rules of Evidence 902 Certifications by USA as to Jonathan Kearn (Kenney, Christine) (Entered: 01/15/2015) |
| 01/15/2015 | 76 | | PROPOSED JURY INSTRUCTIONS by USA as to Jonathan Kearn (Attachments: # 1 Attachment A)(Kenney, Christine) (Entered: 01/15/2015) |
| 01/19/2015 | 77 | | Third MOTION to Continue Jury Trial by Jonathan Kearn. (Francis, Michael) (Entered: 01/19/2015) |
| 01/20/2015 | 78 | | NOTICE OF HEARING ON MOTION as to Jonathan Kearn.  THIS IS AN OFFICIAL NOTICE FOR THIS HEARING 77 Third MOTION to Continue Jury Trial : Motion Hearing set for 1/21/2015 at 10:00 AM in Courtroom 401 (DDC) before District Judge Daniel D. Crabtree. (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.)(mig) (Entered: 01/20/2015) |
| 01/20/2015 | 79 | | RESPONSE IN OPPOSITION by USA as to Jonathan Kearn re 77 Third MOTION to Continue Jury Trial (Attachments: # 1 Attachment A, # 2 |

| | | | |
|---|---|---|---|
| | | | Attachment B, # 3 Attachment C, # 4 Attachment D)(Kenney, Christine) (Entered: 01/20/2015) |
| 01/21/2015 | 80 | | MINUTE ENTRY for proceedings held before District Judge Daniel D. Crabtree: MOTION HEARING as to Jonathan Kearn held on 1/21/2015. Jury Trial continued and reset for 5/5/2015 at 09:00 AM in Courtroom 401 (DDC) before District Judge Daniel D. Crabtree. Designated time, 1/19/2015 until 5/5/2015, excludable as to Jonathan Kearn. Defendant remains on release. (Court Reporter Sherry Harris.) (Attachments: # 1 Exhibit Sheet) (mig) Modified on 1/21/2015 (mig). (Entered: 01/21/2015) |
| 01/22/2015 | 81 | | ORDER granting 77 Defendant's Third Motion to Continue Trial as to Jonathan Kearn (1). Signed by District Judge Daniel D. Crabtree on 1/22/2015. (mig) (Entered: 01/22/2015) |
| 04/03/2015 | 82 | | AMENDED PRETRIAL ORDER NO. 2 ENTERED: Estimated trial time 4 days. In Limine Conference set for 5/1/2015 at 02:30 PM in Courtroom 401 (DDC) and Jury Trial set for 5/5/2015 at 09:00 AM in Courtroom 401 (DDC) before District Judge Daniel D. Crabtree. Signed by District Judge Daniel D. Crabtree on 4/3/15. (msb) (Entered: 04/03/2015) |
| 04/23/2015 | 83 | | WITNESS LIST by Jonathan Kearn (Attachments: # 1 Witness Sheet)(Francis, Michael) (Entered: 04/23/2015) |
| 04/23/2015 | 84 | | EXHIBIT LIST by Jonathan Kearn (Attachments: # 1 Exhibit Sheet)(Francis, Michael) (Entered: 04/23/2015) |
| 04/23/2015 | 85 | | EXHIBIT LIST by USA as to Jonathan Kearn (Attachments: # 1 Attachment A)(Kenney, Christine) (Entered: 04/23/2015) |
| 04/27/2015 | 86 | | MOTION in Limine *To Restrict Opinion Testimony of Defense Computer Examiner* by USA as to Jonathan Kearn. (Attachments: # 1 Attachment A)(Kenney, Christine) (Entered: 04/27/2015) |
| 05/01/2015 | 87 | | MINUTE ENTRY for proceedings held before District Judge Daniel D. Crabtree: IN LIMINE CONFERENCE as to Jonathan Kearn held on 5/1/2015. (Court Reporter Sherry Harris.) (mig) (Entered: 05/01/2015) |
| 05/04/2015 | 88 | | EXHIBIT LIST by USA as to Jonathan Kearn (Attachments: # 1 Attachment A)(Kenney, Christine) (Entered: 05/04/2015) |
| 05/05/2015 | 89 | | MINUTE ENTRY for proceedings held before District Judge Daniel D. Crabtree: JURY TRIAL as to Jonathan Kearn held on 5/5/2015. Voir Dire and jury selection held. Plaintiff begins presentation of evidence. Trial to resume on 5/6/2015 at 9:00 a.m. (Court Reporter Sherry Harris.) (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (mig) (Entered: 05/05/2015) |
| 05/06/2015 | 90 | | MINUTE ENTRY for proceedings held before District Judge Daniel D. Crabtree: JURY TRIAL as to Jonathan Kearn held on 5/6/2015. Plaintiff continues presentation of evidence. Plaintiff rests. Trial to resume on 5/7/2015. (Court Reporter Sherry Harris.) (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (mig) (Entered: 05/06/2015) |
| 05/07/2015 | 91 | | COURT'S PROPOSED JURY INSTRUCTIONS FOR USE AT INSTRUCTION CONFERENCE (cmh) (Entered: 05/07/2015) |

| | | | |
|---|---|---|---|
| 05/07/2015 | 92 | | MINUTE ENTRY for proceedings held before District Judge Daniel D. Crabtree: JURY TRIAL as to Jonathan Kearn held on 5/7/2015. Defendant presents evidence. Defendant rests. Instruction conference held. The Court instructs the jury. Closing arguments made. Trial to resume on 5/8/2015. (Court Reporter Sherry Harris.) (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (mig) (Entered: 05/07/2015) |
| 05/08/2015 | 93 | | ORDER as to Jonathan Kearn. Signed by District Judge Daniel D. Crabtree on 05/08/2015. (mig) (Entered: 05/08/2015) |
| 05/08/2015 | 94 | | MINUTE ENTRY for proceedings held before District Judge Daniel D. Crabtree: JURY TRIAL as to Jonathan Kearn held on 5/8/2015. Verdict returned. Sentencing set for 8/10/2015 at 01:30 PM in Courtroom 401 (DDC) before District Judge Daniel D. Crabtree. (Court Reporter Sherry Harris.) (Attachments: # 1 Witness Sheet, # 2 Exhibit List, # 3 Exhibit List) (mig) (Entered: 05/08/2015) |
| 05/08/2015 | 95 | | JURY INSTRUCTIONS as to Jonathan Kearn. (mig) (Entered: 05/08/2015) |
| 05/08/2015 | 96 | | Jury question filed as to Jonathan Kearn. (mig) (Entered: 05/08/2015) |
| 05/08/2015 | 97 | 14 | JURY VERDICT as to Jonathan Kearn (1) Guilty on Count 1,2,3. (mig) (Entered: 05/08/2015) |
| 05/13/2015 | 98 | | RECEIPT – trial exhibits returned to defendant's counsel via regular mail. (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (mig) (Entered: 05/13/2015) |
| 05/14/2015 | 99 | 17 | MOTION for Acquittal by Jonathan Kearn. (Francis, Michael) (Entered: 05/14/2015) |
| 05/18/2015 | 100 | 12 | PRO SE NOTICE OF APPEAL TO 10CCA by defendant Jonathan Kearn (Attachment: # 1 Mailing Envelope)(msb) (Entered: 05/18/2015) |
| 05/18/2015 | | | APPEAL FEE STATUS: Filing fee not paid. Re: Notice of Appeal 100 on behalf of Defendant Jonathan Kearn (THIS IS A TEXT ONLY ENTRY–NO DOCUMENT IS ASSOCIATED WITH THIS TRANSACTION) (msb) (Entered: 05/18/2015) |

case # 13-40057-JAR

United States District Court
Kansas District Court

United States of America,
    plantiff
  vs.
Jonathan E. Kearn
    defendant



FILED
MAY 1 8 2015
Clerk, U.S. District Court
By: _____ Deputy Clerk

Case # 13-40057-JAR

"Notice of Appeal"

    This is notice of appeal for case # 13-40057-JAR to be reviewed for appeal by the United States Tenth (10th) Circuit Court of Appeals.
    The court reporter is to include the transcripts.

*Jonathan E. Kearn*
Jonathan E. Kearn

May 13th, 2015

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　Plaintiff,<br><br>v.<br><br>JONATHAN KEARN,<br><br>　　Defendant. | Case No. 13-40057-DDC |

## Verdict

### Count 1

We, the jury, in the above-entitled cause, duly impaneled and sworn, upon our oaths find the defendant:

JONATHAN KEARN

Question 1: \_\_\_\_ Not Guilty

　　　　　　　✓ Guilty

of knowingly permitting a minor to engage in sexually explicit conduct for the purposes of producing a visual depiction of such conduct, in violation of 18 U.S.C. § 2251(b), as charged in Count 1.

## Count 2

We, the jury, in the above-entitled cause, duly impaneled and sworn, upon our oaths find the defendant:

JONATHAN KEARN

**Question 2:**   ____ **Not Guilty**

   √ **Guilty**

of knowingly distributing, in interstate or foreign commerce, any visual depiction involving the use of a minor engaging in sexually explicit conduct, in violation of 18 U.S.C. § 2252(a)(2), as charged in Count 2.

## Count 3

We, the jury, in the above-entitled cause, duly impaneled and sworn, upon our oaths find the defendant:

JONATHAN KEARN

**Question 3:** \_\_\_\_ Not Guilty

✓ Guilty

of knowingly possessing one or more visual depictions of minors engaged in sexually explicit conduct, in violation of 18 U.S.C. § 2252(a)(4)(B), as charged in Count 3.

**Question 4:** Did all 12 jurors agree to each answer given in this Verdict?

✓ Yes      \_\_\_\_ No

5-8-2015
Date

███████████
Jury Foreperson

45

Michael E. Francis
434 SW Topeka Avenue
Topeka, Kansas 66603
Phone: 785/235-3415
Fax:     785/235-8089

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
(TOPEKA DOCKET)

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>  )<br>Plaintiff, )<br>  )<br>Vs. )<br>  )<br>JONATHAN KEARN )<br>  )<br>Defendant. ) | Case No. 13-CR-40057-DDC |

**DEFENDANT'S MOTION FOR
A JUDGMENT OF ACQUITTAL**

Comes now the Defendant, Jonathan Kearn, by and through his counsel, Michael E. Francis, pursuant to F. R. Crim. P. Rule 29, and moves the Court for its Order of Acquittal as it relates to Count 1 of the Indictment because the evidence adduced at trial was insufficient to support a guilty verdict on that count. In support hereof, Defendant shows the Court the following:

1. Count 1 of the Indictment charges the Defendant with knowingly permitting his minor child to engage in sexually explicit conduct for the purpose of producing a visual depiction, knowing or having reason to know

that the visual depiction will be transported or transmitted in interstate or foreign commerce. 18 U.S.C. § 2251(b).

2.     Evidence bearing on that count consisted on an email to Officer Butler in Queensland, Australia, with an attached photograph of Defendant's hand pulling back her diaper to expose her vagina and two brief videos clips of the same daughter jumping on her bed, clad in a shirt or gown without pants or panties.

3.     The photos do not show the child engaged in any sexually explicit conduct; there is not depiction of any sexually touching by either the child, herself, the Defendant or anyone else.

4.     Defendant testified that the photograph was taken to show the area of the child's anatomy in the event she complained of molestation by Defendant's ex-wife's boyfriend. The videos were taken so as not to draw attention to taking the picture, Defendant testified.

5.     Deputy Mergen of the Shawnee County Sheriff's Office testified that he took a report of the alleged molestation from Defendant in April, 2012, a year before the crimes alleged in the indictment were said to have occurred and received a recorded statement of the child regarding the molestation.

**ARGUMENT AND AUTHORITIES**

In a challenge to the sufficiency of the evidence presented, this Court must view the evidence in the light most favorable to the prosecution and determine whether any rational trier of fact could have found the essential elements of the crime beyond a reasonable doubt. *United States v. Doddles*, 539 F. 3rd 1291, 1293 (10th Cir. 2008). It must further resolve any possible conflicts in the evidence in favor of the Government and assume that the jury found the evidence credible. *Doddles*, at 1293-1294.

Here, the photo on its face is not sexually explicit and the same is true of the videos.

When taken as a whole, it is submitted that a reasonable trier of fact could not conclude that Defendant committed the offense set forth in Count 1 of the Indictment.

WHEREFORE, Defendant prays the Court enter its judgment of acquittal on that count.

Respectfully submitted,


/s/Michael E. Francis
Michael E. Francis, KS No. 8783
434 SW Topeka Avenue
Topeka, Kansas 66603
Phone: 785/235-3415
Fax:    785/235-8089
Email: mfrancis26@cox.net


CERTIFICATE OF SERVICE

I, Michael E. Francis, do hereby certify that on May 14, 2015, I electronically filed the foregoing document with the clerk of the court by using the CM/ECF system which will send a notice of the electronic mailing to the following: Christine E. Kenney.

/s/Michael E. Francis
MICHAEL E. FRANCIS