# IN THE UNITED STATES  DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

UNITED STATES OF AMERICA

Plaintiff,

V.                                                      CASE NO.  13-40057-01-DDC

JONATHAN KEARN

Defendant.

## RECEIPT

Receipt is hereby acknowledged of _____Government_____
for _exhibits_____ in the above entitled case.

All trial exhibits.

Dated at _Topeka_____ this _14__ day of ____May____ , _2015_.

Attorney for Plaintiff