Michael E. Francis
434 SW Topeka Avenue
Topeka, Kansas 66603
Phone: 785/235-3415
Fax:    785/235-8089

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
(TOPEKA DOCKET)

| | |
|---|---|
| UNITED STATES OF AMERICA,    ) | |
| ) | |
| Plaintiff,    ) | |
| ) | |
| Vs.    ) | Case No. 13-CR-40057-DDC |
| ) | |
| JONATHAN KEARN    ) | |
| ) | |
| Defendant.    ) | |

**DEFENDANT'S MOTION TO
CONTINUE SENTENCING**

Comes now the Defendant, Jonathan Kearn, by and through his counsel, Michael E. Francis, and moves the Court for its Order continuing the sentencing herein, currently set for August 10, 2015, at 1:30 p.m.

In support hereof, counsel shows the Court that he was out of his office all of the week of July 27 and returned on August 4.

Upon return, counsel had court appearances on the morning of the fourth, and this afternoon, Government counsel filed a sentencing memorandum (Document 107), to which counsel believes he is obligated to respond.

Due to other matters scheduled the remainder of this week and sentencing is set for Monday, next week, counsel requests an opportunity to prepare a response to that memorandum and contacted Ms. Kenney and was informed that she would not object to a brief continuance of no more than two weeks in order that a response may be filed.

Further, counsel has not had the opportunity to discuss this memorandum with Mr. Kearn, but is scheduled to meet with him, in detention on Friday, August 7, 2015, at 9:00 a.m.

WHEREFORE, Defendant requests sentencing be continued.

Respectfully submitted,

/s/Michael E. Francis
Michael E. Francis, KS No. 8783
434 SW Topeka Avenue
Topeka, Kansas 66603
Phone: 785/235-3415
Fax:    785/235-8089
Email: mfrancis26@cox.net

CERTIFICATE OF SERVICE

I, Michael E. Francis, do hereby certify that on August 5, 2015, I electronically filed the foregoing document with the clerk of the court by using the CM/ECF system which will send a notice of the electronic mailing to the following: Christine E. Kenney.

/s/Michael E. Francis
MICHAEL E. FRANCIS