IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
(TOPEKA DOCKET)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) ) | |
| Plaintiff, ) ) | |
| vs. ) ) | Case No. 13-CR-40057-01-DDC |
| JONATHAN KEARN ) ) | |
| Defendant. ) | |

### ORDER CONTINUING SENTENCING

Now on this 5th day of August, 2015, the above matter comes before the Court upon Defendant's Motion to Continue Sentencing (Doc. 108).

The Court, having been advised in the premises finds that the motion should be sustained.

The sentencing hearing set for August 10, 2015 is continued to August 26, 2015 at 1:30 p.m.

IT IS SO ORDERED.

s/ Daniel D. Crabtree
Daniel D. Crabtree
United States District Judge