Michael E. Francis
434 SW Topeka Avenue
Topeka, Kansas 66603
Phone: 785/235-3415
Fax:    785/235-8089

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
(TOPEKA DOCKET)

UNITED STATES OF AMERICA,   )
                           )
       Plaintiff,       )
                           )
      Vs.           )    Case No. 13-CR-40057-DDC
                           )
JONATHAN KEARN       )
                           )
      Defendant.    )

**DEFENDANT'S SECOND MOTION TO
CONTINUE SENTENCING**

Comes now the Defendant, Jonathan Kearn, by and through his counsel, Michael E. Francis, and moves the Court for its Order continuing the sentencing herein, currently set for August 26, 2015, at 1:30 p.m.

In support hereof, counsel shows the Court that he recently conferred with his client and was informed that Defendant desired to retain a sentencing mitigation specialist to assist in informing the Court with respect to his sentence.

Counsel has contacted such a specialist to determine availability and costs, such specialist having performed such services in the Western

District of Missouri. Counsel has not yet received a response from the specialist.

Counsel contacted Ms. Kenney and was informed that she would object to a brief continuance at this time.

Defendant faces a sentence of thirty years' incarceration and has no prior criminal history.

WHEREFORE, Defendant requests sentencing be continued.

Respectfully submitted,

/s/Michael E. Francis
Michael E. Francis, KS No. 8783
434 SW Topeka Avenue
Topeka, Kansas 66603
Phone: 785/235-3415
Fax:    785/235-8089
Email: mfrancis26@cox.net

CERTIFICATE OF SERVICE

I, Michael E. Francis, do hereby certify that on August 21, 2015, I electronically filed the foregoing document with the clerk of the court by using the CM/ECF system which will send a notice of the electronic mailing to the following: Christine E. Kenney.

/s/Michael E. Francis
MICHAEL E. FRANCIS