IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| Vs. ) | Case No. 13-CR-40057-01-DDC |
| ) | |
| JONATHAN KEARN ) | |
| ) | |
| Defendant. ) | |

## **SECOND ORDER CONTINUING SENTENCING**

Now on this 21st day of August, 2015, the above matter comes before the Court upon Defendant's Second Motion to Continue Sentencing (Document 110).

The Court, having been advised in the premises finds that the motion should be sustained.

This hearing set for August 26, 2015 is continued to October 13, 2015 at 9:00 a.m.  The Curt cautions the parties, however, it does not anticipate granting additional continuances unless exceptional circumstances exist.

   IT IS SO ORDERED.


                              s/ Daniel D. Crabtree
                              Daniel D. Crabtree
                              United States District Judge