FILED
United States Court of Appeals
Tenth Circuit

September 2, 2015

Elisabeth A. Shumaker
Clerk of Court

# UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT

_____

UNITED STATES OF AMERICA,

    Plaintiff - Appellee,

v.

JONATHAN KEARN,

    Defendant - Appellant.

No. 15-3121
(D.C. No. 5:13-CR-40057-DDC-1)
(D. Kan.)

_____

## ORDER
_____

This matter is before the court sua sponte. The parties were ordered to file status reports by August 14, 2015 if the district court had not entered judgment by that time. Neither party did so.

However, the court has reviewed the district court docket and notes that sentencing has been continued until October 13, 2015. Accordingly, this appeal remains abated.

The parties shall file notify this court in writing within 7 days of entry of judgment by the district court. The district clerk shall file a supplemental preliminary record when judgment is entered.

The parties shall file status reports by October 23, 2015 if the district court has not entered judgment by that time.

Entered for the Court<br>
ELISABETH A. SHUMAKER, Clerk<br>
<br>
by: Ellen Rich Reiter<br>
    Jurisdictional Attorney