Michael E. Francis
434 SW Topeka Avenue
Topeka, Kansas 66603
Phone: 785/235-3415
Fax:    785/235-8089

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
(TOPEKA DOCKET)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| Vs. ) | Case No. 13-CR-40057-DDC |
| ) | |
| JONATHAN KEARN ) | |
| ) | |
| Defendant. ) | |

**MOTION TO WITHDRAW AS COUSEL**

Comes now Michael E. Francis, Defendant's counsel, and moves the Court for its Order permitting his withdrawal as counsel. In support hereof, counsel shows the Court that counsel was paid by Defendant's family to represent Defendant; that the family is without funds necessary to continue paying counsel to represent the Defendant; and that the Defendant announced in open court that he was without funds to retain counsel and asked the Court to appoint the undersigned to continue to represent him.

The undersigned has no objection to continuing to representing the Defendant in the event the Court chooses to make such appointment.

        Respectfully submitted,

        /s/Michael E. Francis
        Michael E. Francis, KS No. 8783
        434 SW Topeka Avenue
        Topeka, Kansas 66603
        Phone: 785/235-3415
        Fax:    785/235-8089
        Email: mfrancis26@cox.net

## CERTIFICATE OF SERVICE

I, Michael E. Francis, do hereby certify that on October 13, 2015, I electronically filed the foregoing document with the clerk of the court by using the CM/ECF system which will send a notice of the electronic mailing to the following: Christine E. Kenney.

        /s/Michael E. Francis
        MICHAEL E. FRANCIS