**CLERK'S COURTROOM MINUTE SHEET – CRIMINAL**

UNITED STATES OF AMERICA

        Plaintiff,

v.          Case No:  13-40057-01-DDC

JONATHAN KEARN (01)

        Defendant.

**Attorney for Plaintiff: Christine E. Kenney**
**Attorney for Defendant: Michael E. Francis**

| JUDGE: | Daniel D. Crabtree | DATE: | 10/13/2015 |
|---|---|---|---|
| CLERK: | Megan Garrett | TAPE/REPORTER: | Sherry Harris |
| INTERPRETER: | | PROBATION: | John Deters |

# DOCKET CALL

Defendant appears in custody with counsel.

The Court hears from counsel.

**The Court continues the sentencing hearing to November 16, 2015 at 1:30 p.m. upon the defendant's request.**

**Defendant remanded to custody.**