**CLERK'S COURTROOM MINUTE SHEET – CRIMINAL**

UNITED STATES OF AMERICA

    Plaintiff,

v.    Case No: 13-40057-01-DDC

JONATHAN KEARN (01)

    Defendant.

**Attorney for Plaintiff: Christine E. Kenney**
**Attorney for Defendant: Michael E. Francis**

| JUDGE: | Daniel D. Crabtree | DATE: | 10/21/2015 |
|---|---|---|---|
| CLERK: | Megan Garrett | TAPE/REPORTER: | Sherry Harris |
| INTERPRETER: | | PROBATION: | |

# MOTION HEARING

The case comes before the Court on a motion hearing. Defendant appears in custody with counsel.

The following motion is before the Court:

    Doc. 114 – Motion to Withdraw as Counsel – **DENIED as set forth in full on the record.**

The Court hears from defendant's counsel on the motion.

The Court will ask the Federal Public Defender's office to communicate with defendant's counsel to see whether any consultation or resources are available to defendant via the Federal Public Defender or under the CJA.

**Defendant remanded to custody.**