CLERK'S COURTROOM MINUTE SHEET – CRIMINAL

SENTENCING

**UNITED STATES OF AMERICA,**

      Plaintiff,

v.                            Case No:   13-40057-01-DDC

**JONATHAN KEARN (01),**

      Defendant.

                                                  Atty for Govt: Christine E. Kenney
                                                  Atty for Deft: Michael E. Francis

| JUDGE: | Daniel D. Crabtree | DATE: | 11/16/2015 |
|---|---|---|---|
| CLERK: | Megan Garrett | TAPE/REPORTER: | Sherry Harris |
| INTERPRETER: |  | PRETRIAL/PROBATION: | John Deters |

☒ For Details of Sentence See Judgment and Commitment Order

☐ Restitution Ordered under 18:3663      $ _____ on count(s)
                                                       $ _____ on count(s)

☐ **Total Restitution:**                    $ _____

☐ Defendant Fined                       $ _____ on count(s)
                                                       $ _____ on count(s)

☐ **Total Fine:**                            $ _____

☒ Defendant Assessed under 18:3013   $   100.00   on count(s) 1
                                                             $   100.00   on count(s) 2
                                                             $   100.00   on count(s) 3
                                                              $ _____ on count(s)

☒ **Total Assessment:**             $  **300.00**

☐ Count(s) of Indictment dismissed by the Court on the motion of the United States.
☒ Government  ☒ Defendant    - Advised of right to appeal
☐ Defendant to voluntarily surrender
☒ Defendant remanded to custody
☐ Stay of Execution   ☐ Granted   ☐ Denied
☒ Notes:  The defendant is sentenced to the custody of the Bureau of Prisons for a term of 292 months on Count 1; 240 months on Count 2 and 120 months on Count 3 to run concurrently with 5 years of supervised release on each of the three counts to run concurrently.  The Court recommends that the defendant be designated to the facility at Englewood, Colorado.