*(Revised 5/93)*       **CLERK'S COURTROOM MINUTE SHEET - WITNESS LIST**

**CASE NO: 13-40057-01-DDC**

| WITNESSES FOR Plaintiff | | | WITNESSES FOR Defendant | | |
|---|---|---|---|---|---|
| Date | Name | Sworn | Date | Name | Sworn |
| 11/16/15 | Cassidy Casner | ( x ) | 11/16/15 | Sue Ann Seel | ( x ) |
| | | ( ) | 11/16/15 | Bruce Robinson | ( x ) |
| | | ( ) | 11/16/15 | Kathy Markham | ( x ) |
| | | ( ) | 11/16/15 | Terry Barker | ( x ) |