IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
(TOPEKA DOCKET)

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>)<br>Plaintiff,  )<br>)<br>Vs.  )<br>)<br>JONATHAN KEARN  )<br>)<br>Defendant.  ) | Case No. 13-CR-40057-DDC |

## NOTICE OF APPEAL

Notice is hereby given that Jonathan Kearn, defendant in the above case, hereby appeals to the United States Court of Appeals for the Tenth Circuit from the verdict entered May 8, 2015, and from the judgement of sentence entered on November 16, 2015.

Dated November 30, 2015.

Respectfully submitted,

/s/Michael E. Francis
Michael E. Francis, KS No. 8783
434 SW Topeka Avenue
Topeka, Kansas 66603
Phone: 785/235-3415
Fax:    785/235-8089
Email: mfrancis26@cox.net

CERTIFICATE OF SERVICE

I, Michael E. Francis, do hereby certify that on November 30, 2015, I electronically filed the foregoing document with the clerk of the court by using the CM/ECF system which will send a notice of the electronic mailing to the following: Christine E. Kenney.

<u>/s/Michael E. Francis</u>
MICHAEL E. FRANCIS