IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
(TOPEKA DOCKET)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> Vs. ) <br> ) <br> JONATHAN KEARN ) <br> ) <br> Defendant. ) | Case No. 13-CR-40057-DDC |

**MOTION TO DETERMINE FINANCIAL
ELIGIBILITY FOR APPOINTMENT OF COUNSEL**

The Defendant, through his counsel moves for a determination by the court, based on the Affidavit of Financial Status (document 118), that Defendant is eligible for the appointment of counsel to assist him in the prosecution of the appeal of this case.

Respectfully submitted,

/s/Michael E. Francis
Michael E. Francis, KS No. 8783
434 SW Topeka Avenue
Topeka, Kansas 66603
Phone: 785/235-3415
Fax:    785/235-8089
Email: mfrancis26@cox.net

CERTIFICATE OF SERVICE

I, Michael E. Francis, do hereby certify that on November 30, 2015, I electronically filed the foregoing document with the clerk of the court by using the CM/ECF system which will send a notice of the electronic mailing to the following: Christine E. Kenney.

<u>/s/Michael E. Francis</u>
MICHAEL E. FRANCIS