CLOSED,APPEAL

# U.S. District Court
# DISTRICT OF KANSAS (Topeka)
# CRIMINAL DOCKET FOR CASE #: 5:13−cr−40057−DDC−1

Case title: USA v. Kearn
Magistrate judge case number:  5:13−mj−05042−KGS

Date Filed: 05/29/2013
Date Terminated: 11/20/2015

Assigned to: District Judge Daniel
D. Crabtree

Appeals court case number:
15−3121 10CCA

**Defendant (1)**

| | | |
|---|---|---|
| **Jonathan Kearn** | represented by | **Michael E. Francis** |
| *BOND* | | 434 SW Topeka Blvd. |
| *TERMINATED: 11/20/2015* | | Topeka, KS 66603 |

**Jonathan Kearn**          represented by     **Michael E. Francis**
*BOND*                                        434 SW Topeka Blvd.
*TERMINATED: 11/20/2015*                      Topeka, KS 66603
                                              785−235−3415
                                              Fax: 785−235−8089
                                              Email: mfrancis26@cox.net
                                              *LEAD ATTORNEY*
                                              *ATTORNEY TO BE NOTICED*
                                              *Designation: Retained*
                                              *Bar Number: 08783*
                                              *Bar Status: Active*

                                              **Matthew B. Works**
                                              Matthew B. Works, PA
                                              1900 Medford
                                              Topeka, KS 66604
                                              785−234−0051
                                              Fax: 785−234−9752
                                              Email: worksmatthew@aol.com
                                              *TERMINATED: 04/10/2014*
                                              *Designation: Retained*
                                              *Bar Number: 11215*
                                              *Bar Status: Active*

                                              **Melody Brannon**
                                              Office of Federal Public Defender − Topeka
                                              117 SW 6th Avenue, Suite 200
                                              Topeka, KS 66603
                                              785−232−9828
                                              Fax: 785−232−9886
                                              Email: Melody_Brannon@fd.org

1

*TERMINATED: 12/19/2013*
*Designation: Public Defender or Community*
*Defender Appointment*
*Bar Number: 17612*
*Bar Status: Active*

| **Pending Counts** | **Disposition** |
| --- | --- |
| 18:2251(b) Custodial person of a minor, permitting minor to engage in sexually explicit conduct to produce a visual depiction (INDICTMENT FILED 5/29/13) (1) | Sentenced to 292 months imprisonment, to be served concurrently to counts 2 & 3; 5 years supervised release, to be served to counts 2 & 3; $300 total assessment |
| 18:2252(a)(2) Receive, distribute visual depiction involving sexual exploit of a minor (INDICTMENT FILED 5/29/13) (2) | Sentenced to 240 months imprisonment, to be served concurrently to counts 1 & 3; 5 years supervised release, to be served to counts 1 & 3; $300 total assessment |
| 18:2252(a)(4)(B) Sexual exploitation/other abuse of children (INDICTMENT FILED 5/29/13) (3) | Sentenced to 120 months imprisonment, to be served concurrently to counts 1 & 2; 5 years supervised release, to be served to counts 1 & 2; $300 total assessment |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
| --- | --- |
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
| --- | --- |
| 18:2251(b) – Knowingly permitted minor to engage in sexually explicit conduct for the purpose of producing a visual depiction that would be transported in interstate or foreign commerce (COMPLAINT FILED 5/10/2013) | |

**Plaintiff**

**USA**                                      represented by  **Christine E. Kenney**
                                                              Office of United States Attorney – Topeka
                                                              290 U.S. Courthouse
                                                              444 S.E. Quincy
                                                              Topeka, KS 66683–3592
                                                              785–295–2850
                                                              Fax: 785–295–2853
                                                              Email: christine.kenney@usdoj.gov
                                                              *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*
                                                              *Designation: Retained*
                                                              *Bar Number: 13542*
                                                              *Bar Status: Active*

Email All Attorneys
Email All Attorneys and Additional Recipients

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 05/10/2013 | 1 | | SEALED COMPLAINT filed as to Jonathan Kearn. (Sealed User MS) [5:13–mj–05042–KGS] (Entered: 05/10/2013) |
| 05/10/2013 | 2 | | AFFIDAVIT in Support of 1 Complaint (Sealed) by USA as to Jonathan Kearn. (Sealed User MS) [5:13–mj–05042–KGS] (Entered: 05/10/2013) |
| 05/10/2013 | 3 | | MOTION to Seal by USA as to Jonathan Kearn. (Sealed User MS) [5:13–mj–05042–KGS] (Entered: 05/10/2013) |
| 05/10/2013 | 4 | | ORDER granting 3 Motion to Seal as to Jonathan Kearn. Signed by Magistrate Judge K. Gary Sebelius on 5/10/2013. (Sealed User MS) [5:13–mj–05042–KGS] (Entered: 05/10/2013) |
| 05/13/2013 | 5 | | NOTICE OF HEARING as to Defendant Jonathan Kearn  THIS IS AN OFFICIAL NOTICE FOR THIS HEARING (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) Initial Appearance set for 5/13/2013 at 10:30 AM in Courtroom 470 (KGS) before Magistrate Judge K. Gary Sebelius. (sg) [5:13–mj–05042–KGS] (Entered: 05/13/2013) |
| 05/13/2013 | 6 | | MOTION to Unseal by USA as to Jonathan Kearn. (ms) [5:13–mj–05042–KGS] (Entered: 05/13/2013) |
| 05/13/2013 | 7 | | ORDER granting 6 Motion to Unseal as to Jonathan Kearn. Signed by Magistrate Judge K. Gary Sebelius on 5/13/2013. (ms) [5:13–mj–05042–KGS] (Entered: 05/13/2013) |
| 05/13/2013 | 8 | | ENTRY OF APPEARANCE: by attorney Melody J. Evans appearing for Jonathan Kearn (Evans, Melody) [5:13–mj–05042–KGS] (Entered: 05/13/2013) |
| 05/13/2013 | 9 | | NOTICE OF HEARING as to Defendant Jonathan Kearn  THIS IS AN OFFICIAL NOTICE FOR THIS HEARING (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) Detention Hearing set for 5/16/2013 at 10:30 AM in Courtroom 470 (KGS) before Magistrate Judge K. Gary Sebelius. Preliminary Hearing set for 5/16/2013 at 10:30 AM in Courtroom 470 (KGS) before Magistrate Judge K. Gary Sebelius. (sg) [5:13–mj–05042–KGS] (Entered: 05/13/2013) |

| 05/13/2013 | | | ARREST of Jonathan Kearn on 5/10/2013. (ms) [5:13–mj–05042–KGS] (Entered: 05/14/2013) |
|---|---|---|---|
| 05/13/2013 | 10 | | MINUTE ENTRY for RULE 5 proceedings held 5/13/2013 before Magistrate Judge K. Gary Sebelius as to Jonathan Kearn. Defendant is remanded to the temporary custody of the United States Marshal's Service pending further proceedings in this matter. (Network @11:20 AM) (ms) [5:13–mj–05042–KGS] (Entered: 05/14/2013) |
| 05/13/2013 | 11 | | FINANCIAL AFFIDAVIT by Jonathan Kearn. (ms) [5:13–mj–05042–KGS] (Entered: 05/14/2013) |
| 05/13/2013 | 12 | | Arrest WARRANT returned executed on 5/10/2013 as to Jonathan Kearn. (ms) [5:13–mj–05042–KGS] (Entered: 05/14/2013) |
| 05/16/2013 | 13 | | MINUTE ENTRY for PRELIMINARY and DETENTION proceedings held 5/16/2013 before Magistrate Judge K. Gary Sebelius as to Jonathan Kearn. The court, after hearing the proffers of the parties and arguments of counsel, finds that the government's motion for pretrial detention is DENIED. (Network @ 11:01 AM) (ms) [5:13–mj–05042–KGS] (Entered: 05/16/2013) |
| 05/16/2013 | 14 | | ORDER SETTING CONDITIONS OF RELEASE as to Jonathan Kearn – Personal Recognizance or Unsecured Bond. Signed by Magistrate Judge K. Gary Sebelius on 5/16/2013. (ms) [5:13–mj–05042–KGS] (Entered: 05/16/2013) |
| 05/29/2013 | 15 | | INDICTMENT filed against defendant Jonathan Kearn (1) as to counts 1–3. Warrant issued. (mb) (Entered: 05/30/2013) |
| 05/31/2013 | 16 | | NOTICE OF HEARING as to Defendant Jonathan Kearn  THIS IS AN OFFICIAL NOTICE FOR THIS HEARING (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.)Initial Appearance and Arraignment set for 6/3/2013 at 09:30 AM in Courtroom 470 (KGS) before Magistrate Judge K. Gary Sebelius. (bt) (Entered: 05/31/2013) |
| 06/06/2013 | 17 | | MINUTE ENTRY of RULE 5/INITIAL APPEARANCE, ARRAIGNMENT & DISCOVERY proceedings held 6/6/13 before Magistrate Judge K. Gary Sebelius as to defendant Jonathan Kearn (1): Attorney Andy McGowan present for Melody Evans. Court enters a not guilty plea as to Counts 1–3 of indictment for defendant (Defendant remains silent). Defendant remains on conditional release. (Tape #NETWORK @ 10:41 a.m.) (mb) (Entered: 06/06/2013) |
| 06/06/2013 | 18 | | PRETRIAL ORDER NO. 1 ENTERED: The deadline for filing a motion to toll speedy trial is 21 days after arraignment. Signed by Magistrate Judge K. Gary Sebelius on 6/6/2013. (mb) (Entered: 06/07/2013) |
| 06/06/2013 | 19 | | ARREST WARRANT returned executed on 6/6/13 as to defendant Jonathan Kearn (mb) (Entered: 06/07/2013) |
| 06/25/2013 | 20 | | Joint Motion to Toll Speedy Trial by Jonathan Kearn. (Evans, Melody) (Entered: 06/25/2013) |
| 06/26/2013 | 21 | | ORDER granting 20 Motion to toll speedy trial as to defendant Jonathan Kearn (1). Signed by District Judge Julie A. Robinson on 6/26/2013. (mb) (Entered: 06/26/2013) |

| | | | |
|---|---|---|---|
| 06/26/2013 | 22 | | PRETRIAL ORDER NO. 2 ENTERED: Estimated trial time 5–7 days. Final Pretrial Conference set for 7/26/2013 at 01:00 PM & Jury Trial set for 8/6/2013 at 09:00 AM all hearings to be held in Courtroom 401 (JAR) before District Judge Julie A. Robinson. Signed by District Judge Julie A. Robinson on 6/26/2013. (mb) (Entered: 06/26/2013) |
| 07/08/2013 | 23 | | MOTION for Extension of Time Pretrial Deadlines by Jonathan Kearn. (Evans, Melody) Corrected motion event on 7/9/2013 (mb). (Entered: 07/08/2013) |
| 07/10/2013 | 24 | | ORDER granting 23 Motion for Extension of pretrial deadlines as to defendant Jonathan Kearn (1): See order for details. Signed by District Judge Julie A. Robinson on 7/9/2013. (mb) (Entered: 07/10/2013) |
| 07/10/2013 | 25 | | NOTICE OF CANCELLED HEARING: Pretrial on 7/26/13 at 1:00 p.m. as to Defendant Jonathan Kearn cancelled. (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (pp) (Entered: 07/10/2013) |
| 07/10/2013 | 26 | | NOTICE OF HEARING as to Defendant Jonathan Kearn  THIS IS AN OFFICIAL NOTICE FOR THIS HEARING (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) Pretrial Conference set for 7/26/2013 at 01:30 PM in Courtroom 401 (JAR) before District Judge Julie A. Robinson. (pp) (Entered: 07/10/2013) |
| 07/11/2013 | 27 | | Second MOTION To Extend Speedy Trial *(Joint)* by Jonathan Kearn. (Evans, Melody) (Entered: 07/11/2013) |
| 07/17/2013 | 28 | | ORDER granting 27 Motion to toll speedy trial as to defendant Jonathan Kearn (1). Final Pretrial Conference set for 1:30 PM on 10/7/13 & Jury trial set for 9:00 AM on 10/21/13 both hearings to be held in Courtroom 401 (JAR) before District Judge Julie A. Robinson. Signed by District Judge Julie A. Robinson on 7/16/2013. (mb) (Entered: 07/17/2013) |
| 07/17/2013 | 29 | | NOTICE OF HEARING as to Defendant Jonathan Kearn  THIS IS AN OFFICIAL NOTICE FOR THIS HEARING (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) Final Pretrial Conference set for 10/7/2013 at 01:30 PM & Jury Trial set for 10/21/2013 at 09:00 AM both hearings to be held in Courtroom 401 (JAR) before District Judge Julie A. Robinson. (mb) (Entered: 07/17/2013) |
| 07/23/2013 | 30 | | AMENDED ORDER as to defendant Jonathan Kearn: Granting 27 Second MOTION To Toll Speedy Trial filed by defendant Jonathan Kearn. Signed by District Judge Julie A. Robinson on 7/23/2013. (mb) (Entered: 07/23/2013) |
| 08/22/2013 | 31 | | NOTICE OF CANCELLED HEARING: Final Pretrial Conference on October 7, 2013 as to Defendant Jonathan Kearn cancelled. (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (Robinson, Julie) (Entered: 08/22/2013) |
| 09/05/2013 | 32 | | Third MOTION To Toll Speedy Trial by Jonathan Kearn. (Evans, Melody) (Entered: 09/05/2013) |
| 09/13/2013 | 33 | | ORDER granting 32 Third MOTION To Toll Speedy Trial filed by Jonathan Kearn as to Jonathan Kearn. Jury Trial set for 1/7/2014 at 09:00 AM in Courtroom 401 (JAR) before District Judge Julie A. Robinson. Signed by District Judge Julie A. Robinson on 9/13/2013. (bt) (Entered: 09/13/2013) |

| 10/29/2013 | 34 | | MOTION To Reschedule Pretrial Deadlines by Jonathan Kearn. (Evans, Melody) (Entered: 10/29/2013) |
|---|---|---|---|
| 10/29/2013 | 35 | | CONSENT & ORDER Modifying Conditions of Release as to defendant Jonathan Kearn (1). Signed by Magistrate Judge K. Gary Sebelius on 10/29/2013. (mb) (Entered: 10/29/2013) |
| 10/30/2013 | 36 | | ORDER granting 34 Motion to Reschedule Pretrial Deadlines as to Jonathan Kearn (1). See Order for details. Signed by District Judge Julie A. Robinson on 10/30/2013. (bt) (Entered: 10/30/2013) |
| 12/11/2013 | 37 | | NOTICE OF HEARING as to Defendant Jonathan Kearn  THIS IS AN OFFICIAL NOTICE FOR THIS HEARING (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) Status Conference set for 12/16/2013 at 09:00 AM in Courtroom 401 (JAR) before District Judge Julie A. Robinson. (bw) (Entered: 12/11/2013) |
| 12/16/2013 | 38 | | MINUTE ENTRY for proceedings held before District Judge Julie A. Robinson: STATUS CONFERENCE as to Jonathan Kearn held on 12/16/2013. (Court Reporter Harris.) (bw) (Entered: 12/17/2013) |
| 12/17/2013 | 39 | | NOTICE OF HEARING as to Defendant Jonathan Kearn  THIS IS AN OFFICIAL NOTICE FOR THIS HEARING (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) Status Conference set for 12/20/2013 at 09:00 AM in Courtroom 401 (JAR) before District Judge Julie A. Robinson. (bw) (Entered: 12/17/2013) |
| 12/18/2013 | 40 | | ENTRY OF APPEARANCE: by attorney Matthew B. Works appearing for Jonathan Kearn (Works, Matthew) (Entered: 12/18/2013) |
| 12/19/2013 | 41 | | NOTICE OF WITHDRAWAL OF APPEARANCE by attorney Melody Brannon Evans (Evans, Melody) (Entered: 12/19/2013) |
| 12/20/2013 | 42 | | NOTICE OF HEARING as to Defendant Jonathan Kearn  THIS IS AN OFFICIAL NOTICE FOR THIS HEARING (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) Status Conference rescheduled for 12/20/2013 at 01:30 PM (moved from the 9:00 a.m. docket) in Courtroom 401 (JAR) before District Judge Julie A. Robinson. (bw) (Entered: 12/20/2013) |
| 12/20/2013 | 43 | | MINUTE ENTRY for proceedings held before District Judge Julie A. Robinson: STATUS CONFERENCE as to Jonathan Kearn held on 12/20/2013. Status conference scheduled for 1/27/2014. (Court Reporter Harris.) (bw) (Entered: 12/20/2013) |
| 12/31/2013 | 44 | | MOTION to Continue jury trial by Jonathan Kearn. (Works, Matthew) (Entered: 12/31/2013) |
| 01/02/2014 | 45 | | ORDER as to Jonathan Kearn re 44 MOTION to Continue . Status Conference set for 1/27/2014 at 01:30 PM in Courtroom 401 (JAR) before District Judge Julie A. Robinson. Signed by District Judge Julie A. Robinson on 1/2/2014. (bw) (Entered: 01/02/2014) |
| 01/27/2014 | 46 | | MINUTE ENTRY for proceedings held before District Judge Julie A. Robinson: STATUS CONFERENCE as to Jonathan Kearn held on 1/27/2014. Motions due by 3/31/2014. Response deadline 4/14/2014. Jury Trial set for |

| | | | |
|---|---|---|---|
| | | | 6/19/2014 at 09:00 AM in Courtroom 401 (JAR) before District Judge Julie A. Robinson. Motion Hearing set for 4/28/2014 at 09:00 AM in Courtroom 401 (JAR) before District Judge Julie A. Robinson. (Court Reporter Harris.) (bw) (Entered: 01/28/2014) |
| 01/28/2014 | 47 | | GENERAL ORDER OF DISCOVERY & SCHEDULING estimated trial time 4–5 days as to Jonathan Kearn. Motions due by 3/31/2014. Response deadline 4/14/2014 Motion Hearing set for 4/28/2014 at 09:00 AM in Courtroom 401 (JAR) before District Judge Julie A. Robinson. Jury Trial set for 6/19/2014 at 09:00 AM in Courtroom 401 (JAR) before District Judge Julie A. Robinson. Signed by District Judge Julie A. Robinson on 1/28/2014. (bw) (Entered: 01/28/2014) |
| 02/19/2014 | 48 | | MOTION to Modify Conditions of Release by Jonathan Kearn. (Works, Matthew) (Entered: 02/19/2014) |
| 03/31/2014 | 49 | | MINUTE ENTRY as to Jonathan Kearn. STATUS CONFERENCE by telephone held on 3/31/2014 before Magistrate Judge K. Gary Sebelius. Defendant moves to withdraw the 48 Motion to Modify Conditions of Release as to Jonathan Kearn – GRANTED. The Court notes that a modification to Defendant's Conditions of Pretrial Release is not necessary in this instance as Defendant is authorized to have contact with his three older children (C.K., L.K. and C.K.) as long as there is direct supervision of such contact by a responsible adult. (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (sg) (Entered: 03/31/2014) |
| 04/10/2014 | 50 | | WITHDRAWAL OF COUNSEL by Mark Works and ENTRY OF APPEARANCE OF SUBSTITUTED COUNSEL (Francis, Michael) (Entered: 04/10/2014) |
| 04/10/2014 | 51 | | NOTICE OF HEARING as to Defendant Jonathan Kearn  THIS IS AN OFFICIAL NOTICE FOR THIS HEARING (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) Status Conference rescheduled for 4/14/2014 at 09:00 AM in Courtroom 401 (JAR) before District Judge Julie A. Robinson. (bw) (Entered: 04/10/2014) |
| 04/10/2014 | 52 | | MOTION to Continue Jury Trial by Jonathan Kearn. (Francis, Michael) (Entered: 04/10/2014) |
| 04/11/2014 | 53 | | WAIVER of Appearance by Jonathan Kearn (Francis, Michael) (Entered: 04/11/2014) |
| 04/14/2014 | 54 | | MINUTE ENTRY for proceedings held before District Judge Julie A. Robinson: STATUS CONFERENCE as to Jonathan Kearn held on 4/14/2014 granting 52 Motion to Continue. Time excluded from 6/19/2014 until 8/26/2014 as to Jonathan Kearn (1). Motions due by 6/23/2014. Response deadline 6/30/2014. Motion Hearing set for 7/14/2014 at 09:00 AM in Courtroom 401 (JAR) before District Judge Julie A. Robinson. Jury Trial set for 8/26/2014 at 09:00 AM in Courtroom 401 (JAR) before District Judge Julie A. Robinson. (Court Reporter Sherry Harris.) (bw) (Entered: 04/14/2014) |
| 04/24/2014 | 55 | | ORDER for disposal of seized property as to defendant Jonathan Kearn. Signed by District Judge Julie A. Robinson on 4/24/14. (mb) (Entered: 04/24/2014) |

| 05/15/2014 | 56 | | MINUTE ORDER REASSIGNING CASE: Case reassigned to District Judge Daniel D. Crabtree for all further proceedings. District Judge Julie A. Robinson no longer assigned to case Signed by deputy clerk on 5/15/14. (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (daw) (Entered: 05/15/2014) |
| 06/19/2014 | 57 | | Second MOTION to Continue Jury Trial by Jonathan Kearn. (Francis, Michael) (Entered: 06/19/2014) |
| 07/09/2014 | 58 | | ORDER as to Jonathan Kearn – The Motion Hearing set for 7/14/2014 is CONTINUED TO 7/15/2014 at 01:30 PM in Courtroom 401 (DDC) before District Judge Daniel D. Crabtree. The 57 Second MOTION to Continue Jury Trial filed by Jonathan Kearn will be heard at the 7/15/2014 motion hearing. Signed by District Judge Daniel D. Crabtree on 07/09/2014. (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (mig) (Entered: 07/09/2014) |
| 07/15/2014 | 59 | | MINUTE ENTRY for proceedings held before District Judge Daniel D. Crabtree: Motion hearing held on 7/15/2014. Defendant's Second Motion to Continue 57 is granted. Motions due by 10/10/2014. Response deadline 10/17/2014. Motion Hearing set for 11/17/2014 at 01:30 PM in Courtroom 401 (DDC) before District Judge Daniel D. Crabtree. Jury Trial set for 12/9/2014 at 09:00 AM in Courtroom 401 (DDC) before District Judge Daniel D. Crabtree. Excludable time designated from 07/15/2014 until 12/09/2014 as to Jonathan Kearn. The defendant remains on bond. (Court Reporter Sherry Harris.) (mig) (Entered: 07/15/2014) |
| 10/09/2014 | 60 | | MOTION to Inspect *Computers and other Property Seized* by Jonathan Kearn. (Francis, Michael) (Entered: 10/09/2014) |
| 10/14/2014 | 61 | | NOTICE OF HEARING ON MOTION as to Jonathan Kearn.  THIS IS AN OFFICIAL NOTICE FOR THIS HEARING 60 MOTION to Inspect *Computers and other Property Seized* : Motion Hearing set for 10/20/2014 at 01:30 PM in Courtroom 401 (DDC) before District Judge Daniel D. Crabtree. (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.)(mig) (Entered: 10/14/2014) |
| 10/14/2014 | 62 | | NOTICE of Government's Expert Witnesses and Request for Defense Expert Witness Disclosure by USA as to Jonathan Kearn (Kenney, Christine) (Entered: 10/14/2014) |
| 10/16/2014 | 63 | | RESPONSE TO MOTION by USA as to Jonathan Kearn re 60 MOTION to Inspect *Computers and other Property Seized* (Kenney, Christine) (Entered: 10/16/2014) |
| 10/20/2014 | 64 | | MINUTE ENTRY for proceedings held before District Judge Daniel D. Crabtree: STATUS CONFERENCE as to Jonathan Kearn held on 10/20/2014. (Court Reporter Sherry Harris.) (mig) (Entered: 10/20/2014) |
| 11/05/2014 | 65 | | RULE 404(b) NOTICE by USA as to Jonathan Kearn (Kenney, Christine) (Entered: 11/05/2014) |
| 11/12/2014 | 66 | | ORDER as to defendant Jonathan Kearn: Motions In Limine due 12/1/14; Response due 12/4/14; In Limine Conference set for 12/5/2014 at 02:30 PM and Jury Trial set for 12/9/2014 at 09:00 AM in Courtroom 401 (DDC) before |

| | | | |
|---|---|---|---|
| | | | District Judge Daniel D. Crabtree. See order for further deadlines. Signed by District Judge Daniel D. Crabtree on 11/12/14. (msb) (Entered: 11/12/2014) |
| 11/17/2014 | 67 | | MINUTE ENTRY for proceedings held before District Judge Daniel D. Crabtree: MOTION HEARING as to Jonathan Kearn held on 11/17/2014. Status Conference set for 12/15/2014 at 09:00 AM in Courtroom 401 (DDC) before District Judge Daniel D. Crabtree. (Court Reporter Sherry Harris.) (mig) (Entered: 11/17/2014) |
| 12/15/2014 | 68 | | MINUTE ENTRY for proceedings held before District Judge Daniel D. Crabtree: STATUS CONFERENCE as to Jonathan Kearn held on 12/15/2014. Jury Trial set for 1/27/2015 at 09:00 AM in Courtroom 401 (DDC) before District Judge Daniel D. Crabtree. Designated time, 12/15/2014 until 1/27/2015, excludable as to Jonathan Kearn. (Court Reporter Sherry Harris.) (mig) (Entered: 12/15/2014) |
| 12/18/2014 | 69 | | AMENDED DOCUMENT re 62 Notice (Other) by USA as to Jonathan Kearn (Kenney, Christine) (Entered: 12/18/2014) |
| 01/06/2015 | 70 | | PRETRIAL ORDER NO. 2 ENTERED: Estimated trial time 4 days. Limine conference set for 1/23/2015 at 2:30 PM and Jury Trial set for 1/27/2015 at 09:00 AM in Courtroom 401 (DDC) before District Judge Daniel D. Crabtree. See Order for further deadlines. Signed by District Judge Daniel D. Crabtree on 1/6/15. (msb) (Entered: 01/06/2015) |
| 01/07/2015 | 71 | | NOTICE OF HEARING as to Defendant Jonathan Kearn  THIS IS AN OFFICIAL NOTICE FOR THIS HEARING In Limine Conference set for 1/23/2015 at 02:30 PM in Courtroom 401 (DDC) before District Judge Daniel D. Crabtree. (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.)(mig) (Entered: 01/07/2015) |
| 01/08/2015 | 72 | | NOTICE of Intent to Use Federal Rules of Evidence 902 Certifications by USA as to Jonathan Kearn (Kenney, Christine) (Entered: 01/08/2015) |
| 01/15/2015 | 73 | | EXHIBIT LIST by USA as to Jonathan Kearn (Attachments: # 1 Attachment A)(Kenney, Christine) (Entered: 01/15/2015) |
| 01/15/2015 | 74 | | WITNESS LIST by USA as to Jonathan Kearn (Attachments: # 1 Attachment A)(Kenney, Christine) (Entered: 01/15/2015) |
| 01/15/2015 | 75 | | Amended NOTICE of Intent to Use Federal Rules of Evidence 902 Certifications by USA as to Jonathan Kearn (Kenney, Christine) (Entered: 01/15/2015) |
| 01/15/2015 | 76 | | PROPOSED JURY INSTRUCTIONS by USA as to Jonathan Kearn (Attachments: # 1 Attachment A)(Kenney, Christine) (Entered: 01/15/2015) |
| 01/19/2015 | 77 | | Third MOTION to Continue Jury Trial by Jonathan Kearn. (Francis, Michael) (Entered: 01/19/2015) |
| 01/20/2015 | 78 | | NOTICE OF HEARING ON MOTION as to Jonathan Kearn.  THIS IS AN OFFICIAL NOTICE FOR THIS HEARING 77 Third MOTION to Continue Jury Trial : Motion Hearing set for 1/21/2015 at 10:00 AM in Courtroom 401 (DDC) before District Judge Daniel D. Crabtree. (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.)(mig) (Entered: 01/20/2015) |

| | | | |
|---|---|---|---|
| 01/20/2015 | 79 | | RESPONSE IN OPPOSITION by USA as to Jonathan Kearn re 77 Third MOTION to Continue Jury Trial (Attachments: # 1 Attachment A, # 2 Attachment B, # 3 Attachment C, # 4 Attachment D)(Kenney, Christine) (Entered: 01/20/2015) |
| 01/21/2015 | 80 | | MINUTE ENTRY for proceedings held before District Judge Daniel D. Crabtree: MOTION HEARING as to Jonathan Kearn held on 1/21/2015. Jury Trial continued and reset for 5/5/2015 at 09:00 AM in Courtroom 401 (DDC) before District Judge Daniel D. Crabtree. Designated time, 1/19/2015 until 5/5/2015, excludable as to Jonathan Kearn. Defendant remains on release. (Court Reporter Sherry Harris.) (Attachments: # 1 Exhibit Sheet) (mig) Modified on 1/21/2015 (mig). (Entered: 01/21/2015) |
| 01/22/2015 | 81 | | ORDER granting 77 Defendant's Third Motion to Continue Trial as to Jonathan Kearn (1). Signed by District Judge Daniel D. Crabtree on 1/22/2015. (mig) (Entered: 01/22/2015) |
| 04/03/2015 | 82 | | AMENDED PRETRIAL ORDER NO. 2 ENTERED: Estimated trial time 4 days. In Limine Conference set for 5/1/2015 at 02:30 PM in Courtroom 401 (DDC) and Jury Trial set for 5/5/2015 at 09:00 AM in Courtroom 401 (DDC) before District Judge Daniel D. Crabtree. Signed by District Judge Daniel D. Crabtree on 4/3/15. (msb) (Entered: 04/03/2015) |
| 04/23/2015 | 83 | | WITNESS LIST by Jonathan Kearn (Attachments: # 1 Witness Sheet)(Francis, Michael) (Entered: 04/23/2015) |
| 04/23/2015 | 84 | | EXHIBIT LIST by Jonathan Kearn (Attachments: # 1 Exhibit Sheet)(Francis, Michael) (Entered: 04/23/2015) |
| 04/23/2015 | 85 | | EXHIBIT LIST by USA as to Jonathan Kearn (Attachments: # 1 Attachment A)(Kenney, Christine) (Entered: 04/23/2015) |
| 04/27/2015 | 86 | | MOTION in Limine *To Restrict Opinion Testimony of Defense Computer Examiner* by USA as to Jonathan Kearn. (Attachments: # 1 Attachment A)(Kenney, Christine) (Entered: 04/27/2015) |
| 05/01/2015 | 87 | | MINUTE ENTRY for proceedings held before District Judge Daniel D. Crabtree: IN LIMINE CONFERENCE as to Jonathan Kearn held on 5/1/2015. (Court Reporter Sherry Harris.) (mig) (Entered: 05/01/2015) |
| 05/04/2015 | 88 | | EXHIBIT LIST by USA as to Jonathan Kearn (Attachments: # 1 Attachment A)(Kenney, Christine) (Entered: 05/04/2015) |
| 05/05/2015 | 89 | | MINUTE ENTRY for proceedings held before District Judge Daniel D. Crabtree: JURY TRIAL as to Jonathan Kearn held on 5/5/2015. Voir Dire and jury selection held. Plaintiff begins presentation of evidence. Trial to resume on 5/6/2015 at 9:00 a.m. (Court Reporter Sherry Harris.) (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (mig) (Entered: 05/05/2015) |
| 05/06/2015 | 90 | | MINUTE ENTRY for proceedings held before District Judge Daniel D. Crabtree: JURY TRIAL as to Jonathan Kearn held on 5/6/2015. Plaintiff continues presentation of evidence. Plaintiff rests. Trial to resume on 5/7/2015. (Court Reporter Sherry Harris.) (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (mig) (Entered: 05/06/2015) |

| 05/07/2015 | 91 | | COURT'S PROPOSED JURY INSTRUCTIONS FOR USE AT INSTRUCTION CONFERENCE (cmh) (Entered: 05/07/2015) |
|---|---|---|---|
| 05/07/2015 | 92 | | MINUTE ENTRY for proceedings held before District Judge Daniel D. Crabtree: JURY TRIAL as to Jonathan Kearn held on 5/7/2015. Defendant presents evidence. Defendant rests. Instruction conference held. The Court instructs the jury. Closing arguments made. Trial to resume on 5/8/2015. (Court Reporter Sherry Harris.) (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (mig) (Entered: 05/07/2015) |
| 05/08/2015 | 93 | | ORDER as to Jonathan Kearn. Signed by District Judge Daniel D. Crabtree on 05/08/2015. (mig) (Entered: 05/08/2015) |
| 05/08/2015 | 94 | | MINUTE ENTRY for proceedings held before District Judge Daniel D. Crabtree: JURY TRIAL as to Jonathan Kearn held on 5/8/2015. Verdict returned. Sentencing set for 8/10/2015 at 01:30 PM in Courtroom 401 (DDC) before District Judge Daniel D. Crabtree. (Court Reporter Sherry Harris.) (Attachments: # 1 Witness Sheet, # 2 Exhibit List, # 3 Exhibit List) (mig) (Entered: 05/08/2015) |
| 05/08/2015 | 95 | | JURY INSTRUCTIONS as to Jonathan Kearn. (mig) (Entered: 05/08/2015) |
| 05/08/2015 | 96 | | Jury question filed as to Jonathan Kearn. (mig) (Entered: 05/08/2015) |
| 05/08/2015 | 97 | | JURY VERDICT as to Jonathan Kearn (1) Guilty on Count 1,2,3. (mig) (Entered: 05/08/2015) |
| 05/13/2015 | 98 | | RECEIPT – trial exhibits returned to defendant's counsel via regular mail. (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (mig) (Entered: 05/13/2015) |
| 05/14/2015 | 99 | | MOTION for Acquittal by Jonathan Kearn. (Francis, Michael) (Entered: 05/14/2015) |
| 05/18/2015 | 100 | | PRO SE NOTICE OF APPEAL TO 10CCA by defendant Jonathan Kearn (Attachment: # 1 Mailing Envelope)(msb) (Entered: 05/18/2015) |
| 05/18/2015 | | | APPEAL FEE STATUS: Filing fee not paid. Re: Notice of Appeal 100 on behalf of Defendant Jonathan Kearn (THIS IS A TEXT ONLY ENTRY–NO DOCUMENT IS ASSOCIATED WITH THIS TRANSACTION) (msb) (Entered: 05/18/2015) |
| 05/18/2015 | 101 | | PRELIMINARY RECORD ON APPEAL transmitted to 10CCA as to defendant Jonathan Kearn's 100 Notice of Appeal (Attachment: # 1 Preliminary Record on Appeal)(msb) (Entered: 05/18/2015) |
| 05/19/2015 | 102 | | APPEAL DOCKETED in 10CCA on 5/19/15 and assigned Appeal No. 15–3121: Re 100 Notice of Appeal filed by defendant Jonathan Kearn. (msb) (Entered: 05/19/2015) |
| 05/20/2015 | 103 | | RECEIPT – trial exhibits returned to government's counsel. (mig) (Entered: 05/20/2015) |
| 05/27/2015 | 104 | | RESPONSE IN OPPOSITION by USA as to Jonathan Kearn re 99 MOTION for Acquittal (Kenney, Christine) (Entered: 05/27/2015) |
| 06/25/2015 | 105 | | |

| | | | |
|---|---|---|---|
| | | | MEMORANDUM AND ORDER denying 99 Motion for Acquittal as to Jonathan Kearn (1). Signed by District Judge Daniel D. Crabtree on 06/25/2015. (mig) (Entered: 06/25/2015) |
| 07/17/2015 | 106 | | PRESENTENCE INVESTIGATION REPORT as to Jonathan Kearn<br><br>**(NOTE: Access to this document is restricted to the USA and this defendant.)**<br><br>(USPO) (Entered: 07/17/2015) |
| 08/04/2015 | 107 | | SENTENCING MEMORANDUM by USA as to Jonathan Kearn (Kenney, Christine) (Entered: 08/04/2015) |
| 08/05/2015 | 108 | | MOTION to Continue Sentencing by Jonathan Kearn. (Francis, Michael) (Entered: 08/05/2015) |
| 08/05/2015 | 109 | | ORDER granting 108 Motion to Continue as to Jonathan Kearn (1.) Sentencing set for 8/10/2015 is CONTINUED to 8/26/2015 at 01:30 PM in Courtroom 401 (DDC) before District Judge Daniel D. Crabtree. Signed by District Judge Daniel D. Crabtree on 08/05/2015. (mig) (Entered: 08/05/2015) |
| 08/21/2015 | 110 | | Second MOTION to Continue Sentencing by Jonathan Kearn. (Francis, Michael) (Entered: 08/21/2015) |
| 08/21/2015 | 111 | | ORDER granting 110 Motion to Continue as to Jonathan Kearn (1). Sentencing set for 8/26/2015 is CONTINUED to 10/13/2015 at 09:00 AM in Courtroom 401 (DDC) before District Judge Daniel D. Crabtree. Signed by District Judge Daniel D. Crabtree on 08/21/2015. (mig) (Entered: 08/21/2015) |
| 09/04/2015 | 112 | | ORDER of 10CCA as to defendant Jonathan Kearn: Abatement of appeal is continued. Re 100 Notice of Appeal (Appeal No. 15–3121) (msb) (Entered: 09/04/2015) |
| 10/08/2015 | 113 | | SENTENCING MEMORANDUM by Jonathan Kearn (Francis, Michael) (Entered: 10/08/2015) |
| 10/13/2015 | 114 | | MOTION to Withdraw Michael E. Francis as Attorney by Jonathan Kearn. (Francis, Michael) (Entered: 10/13/2015) |
| 10/13/2015 | 115 | | MINUTE ENTRY for proceedings held before District Judge Daniel D. Crabtree: DOCKET CALL as to Jonathan Kearn held on 10/13/2015. Defendant remanded to custody. (Court Reporter Sherry Harris.) (mig) (Entered: 10/13/2015) |
| 10/13/2015 | 116 | | NOTICE OF CONTINUED HEARING: Sentencing as to Defendant Jonathan Kearn set for 10/13/2015 is CONTINUED to 11/16/2015 at 1:30 p.m. (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (mig) (Entered: 10/13/2015) |
| 10/13/2015 | 117 | | NOTICE OF HEARING as to Defendant Jonathan Kearn  THIS IS AN OFFICIAL NOTICE FOR THIS HEARING (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) Sentencing set for 11/16/2015 at 01:30 PM in Topeka Courtroom 401 (DDC) before District Judge Daniel D. Crabtree. (mig) (Entered: 10/13/2015) |

| | | | |
|---|---|---|---|
| 10/13/2015 | 118 | | AFFIDAVIT of FINANCIAL STATUS by Jonathan Kearn. (hs) (Entered: 10/13/2015) |
| 10/16/2015 | 119 | | NOTICE OF HEARING ON MOTION as to Jonathan Kearn.  THIS IS AN OFFICIAL NOTICE FOR THIS HEARING 114 MOTION to Withdraw Michael E. Francis as Attorney : (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) Motion Hearing set for 10/21/2015 at 02:30 PM in Topeka Courtroom 401 (DDC) before District Judge Daniel D. Crabtree. (mig) (Entered: 10/16/2015) |
| 10/20/2015 | 120 | | NOTICE of RESET HEARING ON MOTION [NEW TIME] as to Jonathan Kearn re 114 MOTION to Withdraw Michael E. Francis as Attorney . Motion Hearing set for 10/21/2015 at 02:00 PM in Topeka Courtroom 401 (DDC) before District Judge Daniel D. Crabtree. (mig) (Entered: 10/20/2015) |
| 10/21/2015 | 121 | | MINUTE ENTRY for proceedings held before District Judge Daniel D. Crabtree: MOTION HEARING as to Jonathan Kearn held on 10/21/2015. Defendant remanded to custody. (Court Reporter Sherry Harris.) (mig) (Entered: 10/23/2015) |
| 11/16/2015 | 122 | | MINUTE ENTRY for proceedings held before District Judge Daniel D. Crabtree: SENTENCING HEARING held on 11/16/2015 as to defendant Jonathan Kearn. (Court Reporter Sherry Harris.) (Attachments: # 1 Witness Sheet) (mig) (Entered: 11/16/2015) |
| 11/20/2015 | 123 | | JUDGMENT as to defendant Jonathan Kearn (1) – Sentenced to 292 months imprisonment on count 1, 240 months imprisonment on count 2 and 120 months imprisonment on count 3, to be served concurrently to each other; 5 years supervised release on each count, to be served concurrently; $300 total assessment. Signed by District Judge Daniel D. Crabtree on 11/20/15. (msb) (Entered: 11/20/2015) |
| 11/20/2015 | 124 | | STATEMENT OF REASONS as to defendant Jonathan Kearn: Re 123 Judgment<br><br>(NOTE: Access to this document is restricted to the USA and this defendant.)<br><br>(msb) (Entered: 11/20/2015) |
| 11/30/2015 | 125 | | NOTICE OF APPEAL TO 10CCA as to defendant Jonathan Kearn (Francis, Michael) (Entered: 11/30/2015) |
| 11/30/2015 | 126 | | MOTION to Determine Appointment of Counsel by Jonathan Kearn. (Francis, Michael) Modified on 11/30/2015 to reflect proper event (hs). (Entered: 11/30/2015) |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
(TOPEKA DOCKET)

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| Vs. | ) Case No. 13-CR-40057-DDC |
| | ) |
| JONATHAN KEARN | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF APPEAL

Notice is hereby given that Jonathan Kearn, defendant in the above case, hereby appeals to the United States Court of Appeals for the Tenth Circuit from the verdict entered May 8, 2015, and from the judgement of sentence entered on November 16, 2015.

Dated November 30, 2015.

Respectfully submitted,

/s/Michael E. Francis
Michael E. Francis, KS No. 8783
434 SW Topeka Avenue
Topeka, Kansas 66603
Phone: 785/235-3415
Fax:    785/235-8089
Email: mfrancis26@cox.net

14

## CERTIFICATE OF SERVICE

I, Michael E. Francis, do hereby certify that on November 30, 2015, I electronically filed the foregoing document with the clerk of the court by using the CM/ECF system which will send a notice of the electronic mailing to the following: Christine E. Kenney.

/s/Michael E. Francis
MICHAEL E. FRANCIS

AO 245B    (Rev. 09/11 - D/KS 08/12)  Judgment in a Criminal Case
Sheet 1

# United States District Court
## District of Kansas

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
| v. | |
| Jonathan  Kearn | Case Number:  5:13CR40057 - 001 |
| | USM Number:  23150-031 |
| | Defendant's Attorney:  Michael E. Francis |

## THE DEFENDANT:

☐      pleaded guilty to count(s):

☐      pleaded nolo contendere to count(s) ___ which was accepted by the court.

☒      was found guilty on Counts <u>1, 2 and 3 of a 3-count Indictment</u> after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18 U.S.C. § 2251(b) and 18 U.S.C. § 2251(e) | **Production of Child Pornography by a Parent or Legal Guardian,** a Class B Felony | 04/28/2013 | 1 |
| 18 U.S.C. § 2252(a)(2) and 18 U.S.C. § 2252(b)(1) | **Distribution of Child Pornography,** a Class C Felony | 04/28/2013 | 2 |
| 18 U.S.C. § 2252(a)(4)(B) and 18 U.S.C. § 2252(b)(2) | **Possession of Child Pornography,** a Class C Felony | 05/07/2013 | 3 |

     The defendant is sentenced as provided in pages 1 through 6 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐      The defendant has been found not guilty on count(s) ___.

☐      Count(s) ___ is dismissed on the motion of the United States.

     IT IS ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the Court and United States Attorney of material changes in economic circumstances.

| |
|---|
| 11/16/2015 |
| Date of Imposition of Judgment |
| |
| s/ Daniel D. Crabtree |
| Signature of Judge |
| |
| Honorable Daniel D. Crabtree, U.S. District Judge |
| Name & Title of Judge |
| |
| 11/20/2015 |
| Date |

16

AO 245B    (Rev. 09/11 - D/KS 08/12) Judgment in a Criminal Case
Sheet 2 – Imprisonment

DEFENDANT:        Jonathan  Kearn
CASE NUMBER:    5:13CR40057 - 001

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of <u>292 months</u>.

       Ct. 1:  292 months
       Ct. 2:  240 months
       Ct. 3:  120 months.  All counts to be served concurrently with each other.

☒    The Court makes the following recommendations to the Bureau of Prisons:

The Court recommends designation to FCI Englewood, Colorado to facilitate family visitation.

☒    The defendant is remanded to the custody of the United States Marshal.

☐    The defendant shall surrender to the United States Marshal for this district.

☐ at ___ on ___.

☐ as notified by the United States Marshal.

☐    The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

☐ before ___ on ___.

☐ as notified by the United States Marshal.

☐ as notified by the Probation or Pretrial Services Officer.

# RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on  _____  to  _____

at  _____  , with a certified copy of this judgment.


_____
UNITED STATES MARSHAL


By  _____
Deputy U.S.  Marshal

AO 245B    (Rev. 09/11 - D/KS 08/12) Judgment in a Criminal Case
           Sheet 3 – Supervised Release

DEFENDANT:      Jonathan  Kearn
CASE NUMBER:   5:13CR40057 - 001

# SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of <u>five (5) years</u>.

Counts 1, 2, and 3:  Five (5) years supervised release, each count, to run concurrently

The defendant shall report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state, or local crime.

The defendant shall not unlawfully possess a controlled substance.

The defendant shall refrain from any unlawful use of a controlled substance.  The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the Court.

☐    The above drug testing condition is suspended based on the court's determination that the defendant poses a low risk of future substance abuse.  *(Check if applicable)*

☒    The defendant is prohibited from possessing or purchasing a firearm, ammunition, destructive device, or any other dangerous weapon. *(Check if applicable)*

☒    The defendant shall cooperate in the collection of DNA as directed by the probation officer. *(Check if applicable)*

☒    The defendant shall register as a sex offender, and keep the registration current, in each jurisdiction where the defendant resides, where the defendant is an employee, and where the defendant is a student.  For initial registration purposes only, the defendant shall also register in the jurisdiction in which convicted, if such jurisdiction is different from the jurisdiction of residence.  Registration shall occur not later than 3 business days after being sentenced, if the defendant is not sentenced to a term of imprisonment.  The defendant shall, not later than 3 business days after each change in name, residence, employment, or student status, appear in person at least one jurisdiction in which the defendant is registered and inform that jurisdiction of all changes in the information required.  *(Check if applicable)*

☐    The defendant shall participate in an approved program for domestic violence. *(Check if applicable)*

If this judgment imposes a fine or restitution, it is to be a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

The defendant must comply with the standard conditions that have been adopted by this Court as well as with any additional conditions on the attached page.

# STANDARD CONDITIONS OF SUPERVISION

1)  the defendant shall not leave the judicial district without permission of the court or probation officer;
2)  the defendant shall report to the probation officer in a manner and frequency directed by the court or the probation officer;
3)  the defendant shall answer truthfully all inquiries by the probation officer and follow instructions of the probation officer;
4)  the defendant shall support his or her dependents and meet other family responsibilities;
5)  the defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training or other acceptable reasons;
6)  the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;
7)  the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substances or any paraphernalia related to any controlled substances, except as prescribed by a physician;
8)  the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9)  the defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;
10)  the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;
11)  the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12)  the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;
13)  as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

Judgment – Page **4** of **6**

DEFENDANT:     Jonathan  Kearn
CASE NUMBER:   5:13CR40057 - 001

# SPECIAL CONDITIONS OF SUPERVISION

1.  The defendant shall have no contact with any person under the age of 18 except: (1) in the presence of an adult who is aware of the nature of the defendant's background and offense(s), and who has been approved by the U.S. Probation Office; (2) in the course of normal commercial business; or (3) in other cases of unintentional and incidental contact.

2.  Submit to a sex offender assessment, and follow the recommendations of such assessment.

3.  No contact with the victim of the offense.

4.  The defendant shall neither possess nor have under his/her control any material that depicts sexually explicit conduct involving adults or minor[s], child pornography, or visual depictions of minor[s] engaged in sexually explicit conduct, all as defined in 18 U.S.C. 2256.

5.  As directed by the U.S. Probation Officer, the defendant shall cooperate with and abide by the policies of the United States Probation Office's Computer and Internet Monitoring Program which includes restrictions related to: computer and Internet usage, possession and use of electronic, cellular, gaming, and Internet appliance devices; possession and use of computer hardware and software, encryption hardware or software, and accessing certain types of web sites to include: social networking, chat rooms, and those depicting sexually explicit conduct or pornographic material. The defendant will also be subject to computer monitoring, and will provide the United States Probation Office with a complete inventory of all electronic and Internet capable devices, user account information as well as password(s).

6.  The defendant shall submit his/her person, house, residence, vehicle(s), papers, business or place of employment and any property under the defendant's control to a search, conducted by the United States Probation Officer at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of release. Failure to submit to a search may be grounds for revocation. The defendant shall warn any other residents that the premises may be subject to searches pursuant to this condition.

7.  The defendant is prohibited from possessing or purchasing a firearm, ammunition, destructive device, or any other dangerous weapon.

Case 5:13-cr-40057-DDC  Document 127-1  Filed 11/20/15  Page 20 of 24
Case 5:13-cr-40057-DDC  Document 123  Filed 11/20/15  Page 20 of 6

DEFENDANT:      Jonathan  Kearn
CASE NUMBER:   5:13CR40057 - 001

# CRIMINAL MONETARY PENALTIES

The defendant shall pay the total criminal monetary penalties under the Schedule of Payments set forth in this Judgment.

|        | Assessment | Fine | Restitution |
|--------|-----------|------|-------------|
| Totals: | $300      | None | None        |

Counts 1, 2, and 3:
$100 CVF assessment, each count, for a total of $300

☐      The determination of restitution is deferred until ___. An *Amended Judgment in a Criminal Case (AO 245C)* will be entered after such determination.

☐      The defendant shall make restitution (including community restitution) to the following payees in the amounts listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below.  However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| Name of Payee | Total Loss* | Restitution Ordered | Priority or Percentage |
|---------------|-------------|---------------------|------------------------|
| **Totals:**   | $           | $                   |                        |

☐      Restitution amount ordered pursuant to plea agreement $ ___ .

☐      The defendant shall pay interest on any fine or restitution of more than $2,500, unless the fine or restitution is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f).  All of the payment options set forth in this Judgment may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐      The court determined that the defendant does not have the ability to pay interest, and it is ordered that:

☐ the interest requirement is waived for the ☐ fine and/or ☐ restitution.

☐ the interest requirement for the ☐ fine and/or ☐ restitution is modified as follows:

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

AO 245B    (Rev. 09/11 - D/KS 08/12)  Judgment in a Criminal Case
        Sheet 6 – Schedule of Payments

DEFENDANT:    Jonathan  Kearn
CASE NUMBER:   5:13CR40057 - 001

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties are due as follows:

A    ☐    Lump sum payment of $___ due immediately, balance due
        ☐  not later than ___, or
        ☐  in accordance with ☐ C, ☐ D, ☐ E, or ☐ F below; or

B    ☒    Payment to begin immediately (may be combined with ☐ C, ☐ D, or ☒ F below); or

C    ☐    Payment in monthly installments of not less than 5% of the defendant's monthly gross household income over a period
of ___ years to commence ___ days after the date of this judgment; or

D    ☐    Payment of not less than 10%  of the funds deposited each month into the inmate's trust fund account and monthly
installments of not less than 5% of the defendant's monthly gross household income over a period of ____ years, to
commence ___ days after release from imprisonment to a term of supervision;  or

E    ☐    Payment during the term of supervised release will commence within ____ (e.g., 30 or 60 days) after release from
imprisonment.  The court will set the payment plan based on an assessment of the defendant's ability to pay at that
time; or

F    ☒    Special instructions regarding the payment of criminal monetary penalties:

If restitution is ordered, the Clerk, U.S. District Court, may hold and accumulate restitution payments, without distribution, until the
amount accumulated is such that the minimum distribution to any restitution victim will not be less than $25.

Payments should be made to Clerk, U.S. District Court, U.S. Courthouse - Room 259, 500 State Avenue, Kansas City, Kansas 66101.

Unless the Court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is
due during imprisonment.  All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons'
Inmate Financial Responsibility Program, are made to the Clerk of the Court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐    Joint and Several

Defendant and Co-Defendant Names and Case Numbers (including defendant number), Total Amount Joint and Several Amount and
corresponding payee, if appropriate.

| Case Number (Including Defendant Number) | Defendant Name | Joint and Several Amount |
|---|---|---|

☐    The defendant shall pay the cost of prosecution.

☐    The defendant shall pay the following court cost(s):

☐    The defendant shall forfeit the defendant's interest in the following property to the United States.  Payments against any
money judgment ordered as part of a forfeiture order should be made payable to the United States of America, c/o
United States Attorney, Attn: Asset Forfeiture Unit, 1200 Epic Center, 301 N. Main, Wichita, Kansas 67202.

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal,
(5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and court costs.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

UNITED STATES OF AMERICA,

      Plaintiff,

v.

JONATHAN KEARN,

      Defendant.

Case No. 13-40057-DDC

### Verdict

### Count 1

We, the jury, in the above-entitled cause, duly impaneled and sworn, upon our oaths find the defendant:

JONATHAN KEARN

**Question 1:**    ____  **Not Guilty**

      ✓  **Guilty**

of knowingly permitting a minor to engage in sexually explicit conduct for the purposes of producing a visual depiction of such conduct, in violation of 18 U.S.C. § 2251(b), as charged in Count 1.

43

### Count 2

We, the jury, in the above-entitled cause, duly impaneled and sworn, upon our oaths find the defendant:

JONATHAN KEARN

**Question 2:** _____ **Not Guilty**

_✓_ **Guilty**

of knowingly distributing, in interstate or foreign commerce, any visual depiction involving the use of a minor engaging in sexually explicit conduct, in violation of 18 U.S.C. § 2252(a)(2), as charged in Count 2.

44

## Count 3

We, the jury, in the above-entitled cause, duly impaneled and sworn, upon our oaths find the defendant:

JONATHAN KEARN

**Question 3:** _____ **Not Guilty**

_✓_ **Guilty**

of knowingly possessing one or more visual depictions of minors engaged in sexually explicit conduct, in violation of 18 U.S.C. § 2252(a)(4)(B), as charged in Count 3.

**Question 4:** Did all 12 jurors agree to each answer given in this Verdict?

_✓_ Yes _____ No

5-8-2015
——————————
Date



Jury Foreperson

45