# TRANSCRIPT ORDER FORM - DIRECTIONS ON THE REVERSE SIDE

## PART I - To be completed by appellant within fourteen days of filing the notice of appeal

Short Title: __US v. Jonathan Kearn__   District: __Kansas__
District Court Number: __13-CR-40057-DDC__   Circuit Court Number: __15-3121__
Name of Attorney: __Michael E. Francis__
    Name of Law Firm: ____
    Address of Firm: __434 SW Topeka Avenue, Topeka, KS 66603__
    Telephone of Firm: __785/235-3415__   Attorneys for: __Defendant__
Name of Court Reporter: __Sherry Harris__   Telephone of Reporter: __785/338-5341__

## PART II - COMPLETE SECTION A OR SECTION B
### SECTION A - I HAVE NOT ORDERED A TRANSCRIPT BECAUSE
[ ] A transcript is not necessary for this appeal, or
[ ] The necessary transcript is already on file in District Court
[ ] The necessary transcript was ordered previously in appeal number ____

### SECTION B - I HEREBY ORDER THE FOLLOWING TRANSCRIPT:
(Specify the date and proceeding in the space below)

Voir dire: ____ ; Opening Statements: ____ ;
Trial proceedings: __May 5-7, 2015__ ; Instruction Cnf: ____ ;
Jury Instructions: __May 7, 2015__ ; Closing Arguments: __May 7, 2015__ ;
Post Trial Motions: ____ ; Other Proceedings: __Sentencing November 16, 2015__ .

(Attach additional pages if necessary)

[X] Appellant will pay the cost of the transcript.
My signature on this form is my agreement to pay for the transcript ordered on this form.

[ ] This case is proceeding under the Criminal Justice Act.
NOTE: Leave to proceed in forma pauperis does not entitle appellant to a free transcript. An order of the district court allowing payment for the transcript at government expense must be obtained. See 28 U.S.C. §753(f).

### CERTIFICATE OF COMPLIANCE
I certify that I have read the instructions on the reverse of this form and that copies of this transcript order form have been served on the court reporter (if transcript ordered), the Clerk of U.S. District Court, all counsel of record or pro se parties, and the Clerk of the U.S. Court of Appeals for the Tenth Circuit. I further certify that satisfactory arrangements for payment for any transcript ordered have been made with the court reporter(s).

Signature of Attorney/Pro Se: _[signature]_   Date: __12/4/15__

## PART III - TO BE COMPLETED BY THE COURT REPORTER

Upon completion, please file one copy with the Clerk of the U.S. Court of Appeals and one copy with the Clerk of the U.S. District Court.

Date arrangements for payment completed: ____
Estimated completion date: ____
Estimated number of pages: ____
I certify that I have read the instructions on the reverse side and that adequate arrangements for payment have been made.

Signature of Court Reporter: ____   Date: ____

A-8 Revised 12/09 Transcript Order Form