**UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT
OFFICE OF THE CLERK**

Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

| | | |
|---|---|---|
| Elisabeth A. Shumaker<br>Clerk of Court | December 3, 2015 | Chris Wolpert<br>Chief Deputy Clerk |

Mr. Timothy M. O'Brien
United States District Court for the District of Kansas
Office of the Clerk
444 Southeast Quincy, Room 490
U.S. Courthouse
Topeka, KS 66683

**RE:**     **15-3121, United States v. Kearn**
            Dist/Ag docket: 5:13-CR-40057-DDC-1

Dear Clerk:

After review of the preliminary record sent to us on December 1, 2015, we have determined that it should be treated as an amended notice of appeal, and have docketed as such. We will not open a new appeal. Please note accordingly on your docket.

Please contact this office if you have questions.

                                                                   Sincerely,

                                                                   Elisabeth A. Shumaker
                                                                    Clerk of the Court

cc:      Michael Erle Francis
            Christine E. Kenney

EAS/sls