IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
(TOPEKA DOCKET)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| Vs. ) | Case No. 13-CR-40057-DDC |
| ) | |
| JONATHAN KEARN ) | |
| ) | |
| Defendant. ) | |

**MOTION TO WITHDRAW
MOTION TO DETERMINE FINANCIAL
ELIGIBILITY FOR APPOINTMENT OF COUNSEL**

The Defendant, moves to withdraw his Motion to Determine Financial Eligibility for Appointment of Counsel (document 126) for the reason that this court granted Defendant's Motion for Permission to Appeal In Forma Pauperis (document 130) and Defendant will raise the issue of his eligibility for appointment of counsel with the Court of Appeals.

Respectfully submitted,

/s/Michael E. Francis
Michael E. Francis, KS No. 8783
434 SW Topeka Avenue
Topeka, Kansas 66603
Phone: 785/235-3415
Fax:     785/235-8089
Email: mfrancis26@cox.net

CERTIFICATE OF SERVICE

I, Michael E. Francis, do hereby certify that on December 8, 2015, I electronically filed the foregoing document with the clerk of the court by using the CM/ECF system which will send a notice of the electronic mailing to the following: Christine E. Kenney.

/s/Michael E. Francis  
MICHAEL E. FRANCIS