**FILED**
**United States Court of Appeals**
**Tenth Circuit**

**January 13, 2016**

**Elisabeth A. Shumaker**
**Clerk of Court**

## UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT

_____

UNITED STATES OF AMERICA,

    Plaintiff - Appellee,

v.

JONATHAN KEARN,

    Defendant - Appellant.

No. 15-3121
(D.C. No. 5:13-CR-40057-DDC-1)
(D. Kan.)

_____

## ORDER
_____

This matter comes on for consideration of the letter received from the court reporter indicating that defense counsel has not paid for or made arrangements for payment of the transcripts. Michael E. Francis, counsel for the appellant, is responsible for proceeding with this appeal, including properly ordering transcripts, until he is relieved from that obligation by this court. *See* 10th Cir. 46.3(A). The motion to withdraw filed by Mr. Francis on December 17, 2015 was denied for failure to comply with this court's rules, specifically 10th Cir. R. 46.4.

Within 14 days of the date of this order, Mr. Francis shall either: 1) file a proper motion to withdraw which complies with Rule 46.4; or 2) make proper arrangements with the court reporter for payment of the ordered transcripts.

>Entered for the Court
>ELISABETH A. SHUMAKER, Clerk
>
>by: Ellen Rich Reiter
>    Jurisdictional Attorney