AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

_____ District of Kansas _____

**APPEARANCE**

UNITED STATES OF AMERICA,
        Plaintiff,

    vs.                                             Case No. 5:13-CR-40057-DDC-1

JONATHAN KEARN,
        Defendant.

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for

        Jonathan Kearn, defendant.

    I certify that I am admitted to practice in this court.

| | |
|---|---|
| <u>March 1, 2016</u> | <u>s/ Daniel T. Hansmeier</u> |
| Date | Signature |
| | |
| | <u>DANIEL T. HAMSMEIER</u>      <u>#IL6288086</u> |
| | Print Name      Bar Number |
| | Assistant Federal Public Defender |
| | Federal Public Defender Office |
| | |
| | <u>500 State Avenue, Suite 201</u> |
| | Address |
| | |
| | <u>Kansas City, Kansas</u>      <u>66101</u> |
| | City,    State    Zip Code |
| | |
| | <u>(913) 551-6712</u>      <u>(913) 551-6562</u> |
| | Phone Number      Fax Number |