# UNITED STATES DISTRICT COURT

UNITED STATES OF AMERICA,

    Plaintiff-Appell ee,

  v.

Jonathan Kearn

    Defendant-Appell ant.

District Court No. 5:13-cr-40057-1-DDC

Court of Appeals No.

15-3121

(if known)

**NOTE: THIS DESIGNATION FORM MUST BE COMPLETED AND FILED IN ACCORDANCE WITH THE INSTRUCTIONS ON THE REVERSE SIDE OF THE FORM.**

    Those original papers which have been designated by circling their respective docket numbers (or dates of entry) on the attached copy of the district court's docket sheets should be included in the record on appeal prepared by the clerk of the district court and transmitted to the clerk of the court of appeals.  (If the district court clerk so elects, original papers may be retained in the district court and copies thereof may be included in the record on appeal.)

    The following items should also be included in the record on appeal.  (Portions of transcripts should be designated by hearing dates and page numbers.)

1. See Attached
2. 
3. 
4. 
5. 

(Attach additional sheets if necessary)

Signature: s/ Daniel T. Hansmeier

Counsel for: Jonathan Kern

I hereby certify that a copy of this designation, with docket sheets attached, was served on opposing counsel and filed with the clerk of the court of appeals on 03/01/2016

Signature: s/ Daniel T. Hansmeier

**A-9**  Designation of Record Form 12/09

# **INSTRUCTIONS**

If appellant is represented by court-appointed counsel, or is represented by retained counsel, but a co-defendant who appeals is represented by court-appointed counsel, appellant's counsel must designate the record on appeal by completing and filing this form with the clerk of the district court within 14 days after filing the notice of appeal.  Copies must be served on all parties to the appeal and a copy must be filed with the clerk of the court of appeals.  Within 14 days after service of appellant's designation, appellee may file and serve an additional designation.  Copies of the district court docket sheets must be attached to every copy of the designation filed or served.

Although nonessential parts of the district court record should not be designated for inclusion in the record on appeal, it is counsel's responsibility to see that the record on appeal is sufficient for consideration and determination of the issues on appeal, and the court is under no obligation to remedy any failure of counsel to fulfill that responsibility.

**Every record on appeal must contain:** 1) the last amended complaint and answer, or the indictment or information and any superseding indictment or information;  2) the final pretrial order (if any);  3) the district court's (and bankruptcy court's or magistrate's) pertinent findings and conclusions, opinions, or orders, and, if the findings and conclusions were stated orally, a copy of the transcript pages where they appear;  4) the final judgment or order from which the appeal is taken;  5) all jury instructions when an instruction is an issue on appeal, along with proposed instructions which were refused;  6) the notice of appeal; and  7) the district court docket sheets.

The following additional items should be included in the record on appeal under the circumstances indicated: 1) when an appeal is based upon a challenge to the admission or exclusion of evidence, the giving or failure to give a jury instruction, or any other ruling or order, a copy of the pages of reporter's transcript at which the evidence, offer of proof, instruction, ruling, or order and any necessary objection are reproduced;  2) copies of key trial exhibits if the appeal requires an analysis of those exhibits (exhibits withdrawn from the district court should not be designated, but may be included in an addendum to the party's appellate brief);  3) relevant portions of briefs, memoranda, affidavits and depositions filed in support of, or in opposition to, a substantive motion--such as a motion for summary judgment, motion to dismiss, or jurisdictional motion, when the appeal is from an order granting or denying the motion;  4) other items, including excerpts of transcripts, if expressly referred to in the  brief and relevant to an issue raised on appeal.

United States v. Jonathan Kearn

Case No. 15-3121 / 5:13-cr-40057-1-DDC

## DESIGNATION FORM (cont)

Transcript of 10/20/2014 Status Conference

Transcript of 11/17/2014 Motion Hearing

Transcript of 01/21/2015 Motion Hearing

Transcript of 05/01/2015 In Limine Conference

Transcript of 05/05/2015 Voir Dire, Opening Statements, Jury Trial

Transcript of 05/06/2015 Jury Trial

Transcript of 05/07/2016 Jury Trial, Instruction Conference, Jury Instructions, Closing Arguments

Transcript of 05/08/2016 Jury Verdict

Transcript of 10/13/2015 Docket Call Hearing

Transcript of 10/21/2015 Motion Hearing

Transcript of 11/16/2015 Sentencing Hearing

Query    Reports    Utilities    Help    Log Out

CLOSED,APPEAL

# U.S. District Court
## DISTRICT OF KANSAS (Topeka)
## CRIMINAL DOCKET FOR CASE #: 5:13-cr-40057-DDC-1

Case title: USA v. Kearn  
Magistrate judge case number: 5:13-mj-05042-KGS

Date Filed: 05/29/2013  
Date Terminated: 11/20/2015

Assigned to: District Judge Daniel D. Crabtree

Appeals court case number: 15-3121 10CCA

### Defendant (1)

**Jonathan Kearn**  
*BOND*  
*TERMINATED: 11/20/2015*

represented by **Matthew B. Works**  
Matthew B. Works, PA  
1900 Medford  
Topeka, KS 66604  
785-234-0051  
Fax: 785-234-9752  
Email: worksmatthew@aol.com  
*TERMINATED: 04/10/2014*  
*LEAD ATTORNEY*  
*Designation: Retained*

**Melody Brannon**  
Office of Federal Public Defender - Topeka  
117 SW 6th Avenue, Suite 200  
Topeka, KS 66603  
785-232-9828  
Fax: 785-232-9886  
Email: Melody_Brannon@fd.org  
*TERMINATED: 12/19/2013*  
*LEAD ATTORNEY*  
*Designation: Public Defender or Community Defender Appointment*

**Michael E. Francis**  
434 SW Topeka Blvd.  
Topeka, KS 66603  
785-235-3415

Fax: 785-235-8089
Email: mfrancis26@cox.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

| **Pending Counts** | **Disposition** |
|---|---|
| 18:2251(b) Custodial person of a minor, permitting minor to engage in sexually explicit conduct to produce a visual depiction (INDICTMENT FILED 5/29/13) (1) | Sentenced to 292 months imprisonment, to be served concurrently to counts 2 & 3; 5 years supervised release, to be served to counts 2 & 3; $300 total assessment |
| 18:2252(a)(2) Receive, distribute visual depiction involving sexual exploit of a minor (INDICTMENT FILED 5/29/13) (2) | Sentenced to 240 months imprisonment, to be served concurrently to counts 1 & 3; 5 years supervised release, to be served to counts 1 & 3; $300 total assessment |
| 18:2252(a)(4)(B) Sexual exploitation/other abuse of children (INDICTMENT FILED 5/29/13) (3) | Sentenced to 120 months imprisonment, to be served concurrently to counts 1 & 2; 5 years supervised release, to be served to counts 1 & 2; $300 total assessment |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| 18:2251(b) - Knowingly permitted minor to engage in sexually explicit conduct for the purpose of producing a visual depiction that would be transported in interstate or foreign commerce (COMPLAINT FILED 5/10/2013) | |

**Plaintiff**

| | | |
|---|---|---|
| USA | represented by | **Christine E. Kenney**<br>Office of United States Attorney - Topeka<br>290 U.S. Courthouse<br>444 S.E. Quincy<br>Topeka, KS 66683-3592<br>785-295-2850<br>Fax: 785-295-2853<br>Email: christine.kenney@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Retained* |

| Date Filed | # | Docket Text |
|---|---|---|
| 05/10/2013 | 1 | SEALED COMPLAINT filed as to Jonathan Kearn. (Sealed User MS) [5:13-mj-05042-KGS] (Entered: 05/10/2013) |
| 05/10/2013 | 2 | AFFIDAVIT in Support of 1 Complaint (Sealed) by USA as to Jonathan Kearn. (Sealed User MS) [5:13-mj-05042-KGS] (Entered: 05/10/2013) |
| 05/10/2013 | 3 | MOTION to Seal by USA as to Jonathan Kearn. (Sealed User MS) [5:13-mj-05042-KGS] (Entered: 05/10/2013) |
| 05/10/2013 | 4 | ORDER granting 3 Motion to Seal as to Jonathan Kearn. Signed by Magistrate Judge K. Gary Sebelius on 5/10/2013. (Sealed User MS) [5:13-mj-05042-KGS] (Entered: 05/10/2013) |
| 05/13/2013 | 5 | NOTICE OF HEARING as to Defendant Jonathan Kearn **THIS IS AN OFFICIAL NOTICE FOR THIS HEARING** (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) Initial Appearance set for 5/13/2013 at 10:30 AM in Courtroom 470 (KGS) before Magistrate Judge K. Gary Sebelius. (sg) [5:13-mj-05042-KGS] (Entered: 05/13/2013) |
| 05/13/2013 | 6 | MOTION to Unseal by USA as to Jonathan Kearn. (ms) [5:13-mj-05042-KGS] (Entered: 05/13/2013) |
| 05/13/2013 | 7 | ORDER granting 6 Motion to Unseal as to Jonathan Kearn. Signed by Magistrate Judge K. Gary Sebelius on 5/13/2013. (ms) [5:13-mj-05042-KGS] (Entered: 05/13/2013) |
| 05/13/2013 | 8 | ENTRY OF APPEARANCE: by attorney Melody J. Evans appearing for Jonathan Kearn (Evans, Melody) [5:13-mj-05042-KGS] (Entered: 05/13/2013) |
| 05/13/2013 | 9 | NOTICE OF HEARING as to Defendant Jonathan Kearn **THIS IS AN OFFICIAL NOTICE FOR THIS HEARING** (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) Detention Hearing set for 5/16/2013 at 10:30 AM in Courtroom 470 (KGS) before Magistrate Judge K. Gary Sebelius. Preliminary Hearing set for 5/16/2013 at 10:30 AM in Courtroom 470 (KGS) before Magistrate Judge K. Gary Sebelius. (sg) [5:13-mj-05042-KGS] (Entered: 05/13/2013) |
| 05/13/2013 | | |

| | | |
|---|---|---|
| | | ARREST of Jonathan Kearn on 5/10/2013. (ms) [5:13-mj-05042-KGS] (Entered: 05/14/2013) |
| 05/13/2013 | 10 | MINUTE ENTRY for RULE 5 proceedings held 5/13/2013 before Magistrate Judge K. Gary Sebelius as to Jonathan Kearn. Defendant is remanded to the temporary custody of the United States Marshal's Service pending further proceedings in this matter. (Network @11:20 AM) (ms) [5:13-mj-05042-KGS] (Entered: 05/14/2013) |
| 05/13/2013 | 11 | FINANCIAL AFFIDAVIT by Jonathan Kearn. (ms) [5:13-mj-05042-KGS] (Entered: 05/14/2013) |
| 05/13/2013 | 12 | Arrest WARRANT returned executed on 5/10/2013 as to Jonathan Kearn. (ms) [5:13-mj-05042-KGS] (Entered: 05/14/2013) |
| 05/16/2013 | 13 | MINUTE ENTRY for PRELIMINARY and DETENTION proceedings held 5/16/2013 before Magistrate Judge K. Gary Sebelius as to Jonathan Kearn. The court, after hearing the proffers of the parties and arguments of counsel, finds that the government's motion for pretrial detention is DENIED. (Network @ 11:01 AM) (ms) [5:13-mj-05042-KGS] (Entered: 05/16/2013) |
| 05/16/2013 | 14 | ORDER SETTING CONDITIONS OF RELEASE as to Jonathan Kearn - Personal Recognizance or Unsecured Bond. Signed by Magistrate Judge K. Gary Sebelius on 5/16/2013. (ms) [5:13-mj-05042-KGS] (Entered: 05/16/2013) |
| 05/29/2013 | 15 | INDICTMENT filed against defendant Jonathan Kearn (1) as to counts 1-3. Warrant issued. (mb) (Entered: 05/30/2013) |
| 05/31/2013 | 16 | NOTICE OF HEARING as to Defendant Jonathan Kearn THIS IS AN OFFICIAL NOTICE FOR THIS HEARING (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.)Initial Appearance and Arraignment set for 6/6/2013 at 09:30 AM in Courtroom 470 (KGS) before Magistrate Judge K. Gary Sebelius. (bt) (Entered: 05/31/2013) |
| 06/06/2013 | 17 | MINUTE ENTRY of RULE 5/INITIAL APPEARANCE, ARRAIGNMENT & DISCOVERY proceedings held 6/6/13 before Magistrate Judge K. Gary Sebelius as to defendant Jonathan Kearn (1): Attorney Andy McGowan present for Melody Evans. Court enters a not guilty plea as to Counts 1-3 of indictment for defendant (Defendant remains silent). Defendant remains on conditional release. (Tape #NETWORK @ 10:41 a.m.) (mb) (Entered: 06/06/2013) |
| 06/06/2013 | 18 | PRETRIAL ORDER NO. 1 ENTERED: The deadline for filing a motion to toll speedy trial is 21 days after arraignment. Signed by Magistrate Judge K. Gary Sebelius on 6/6/2013. (mb) (Entered: 06/07/2013) |
| 06/06/2013 | 19 | ARREST WARRANT returned executed on 6/6/13 as to defendant Jonathan Kearn (mb) (Entered: 06/07/2013) |
| 06/25/2013 | 20 | Joint Motion to Toll Speedy Trial by Jonathan Kearn. (Evans, Melody) (Entered: 06/25/2013) |
| 06/26/2013 | 21 | ORDER granting 20 Motion to toll speedy trial as to defendant Jonathan Kearn (1). Signed by District Judge Julie A. Robinson on 6/26/2013. (mb) (Entered: 06/26/2013) |

| | | |
|---|---|---|
| 06/26/2013 | 22 | PRETRIAL ORDER NO. 2 ENTERED: Estimated trial time 5-7 days. Final Pretrial Conference set for 7/26/2013 at 01:00 PM & Jury Trial set for 8/6/2013 at 09:00 AM all hearings to be held in Courtroom 401 (JAR) before District Judge Julie A. Robinson. Signed by District Judge Julie A. Robinson on 6/26/2013. (mb) (Entered: 06/26/2013) |
| 07/08/2013 | 23 | MOTION for Extension of Time Pretrial Deadlines by Jonathan Kearn. (Evans, Melody) Corrected motion event on 7/9/2013 (mb). (Entered: 07/08/2013) |
| 07/10/2013 | 24 | ORDER granting 23 Motion for Extension of pretrial deadlines as to defendant Jonathan Kearn (1): See order for details. Signed by District Judge Julie A. Robinson on 7/9/2013. (mb) (Entered: 07/10/2013) |
| 07/10/2013 | 25 | NOTICE OF CANCELLED HEARING: Pretrial on 7/26/13 at 1:00 p.m. as to Defendant Jonathan Kearn cancelled. (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (pp) (Entered: 07/10/2013) |
| 07/10/2013 | 26 | NOTICE OF HEARING as to Defendant Jonathan Kearn THIS IS AN OFFICIAL NOTICE FOR THIS HEARING (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) Pretrial Conference set for 7/26/2013 at 01:30 PM in Courtroom 401 (JAR) before District Judge Julie A. Robinson. (pp) (Entered: 07/10/2013) |
| 07/11/2013 | 27 | Second MOTION To Extend Speedy Trial *(Joint)* by Jonathan Kearn. (Evans, Melody) (Entered: 07/11/2013) |
| 07/17/2013 | 28 | ORDER granting 27 Motion to toll speedy trial as to defendant Jonathan Kearn (1). Final Pretrial Conference set for 1:30 PM on 10/7/13 & Jury trial set for 9:00 AM on 10/21/13 both hearings to be held in Courtroom 401 (JAR) before District Judge Julie A. Robinson. Signed by District Judge Julie A. Robinson on 7/16/2013. (mb) (Entered: 07/17/2013) |
| 07/17/2013 | 29 | NOTICE OF HEARING as to Defendant Jonathan Kearn THIS IS AN OFFICIAL NOTICE FOR THIS HEARING (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) Final Pretrial Conference set for 10/7/2013 at 01:30 PM & Jury Trial set for 10/21/2013 at 09:00 AM both hearings to be held in Courtroom 401 (JAR) before District Judge Julie A. Robinson. (mb) (Entered: 07/17/2013) |
| 07/23/2013 | 30 | AMENDED ORDER as to defendant Jonathan Kearn: Granting 27 Second MOTION To Toll Speedy Trial filed by defendant Jonathan Kearn. Signed by District Judge Julie A. Robinson on 7/23/2013. (mb) (Entered: 07/23/2013) |
| 08/22/2013 | 31 | NOTICE OF CANCELLED HEARING: Final Pretrial Conference on October 7, 2013 as to Defendant Jonathan Kearn cancelled. (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (Robinson, Julie) (Entered: 08/22/2013) |
| 09/05/2013 | 32 | Third MOTION To Toll Speedy Trial by Jonathan Kearn. (Evans, Melody) (Entered: 09/05/2013) |
| 09/13/2013 | 33 | ORDER granting 32 Third MOTION To Toll Speedy Trial filed by Jonathan Kearn as to Jonathan Kearn. Jury Trial set for 1/7/2014 at 09:00 AM in |

| | | |
|---|---|---|
| | | Courtroom 401 (JAR) before District Judge Julie A. Robinson. Signed by District Judge Julie A. Robinson on 9/13/2013. (bt) (Entered: 09/13/2013) |
| 10/29/2013 | 34 | MOTION To Reschedule Pretrial Deadlines by Jonathan Kearn. (Evans, Melody) (Entered: 10/29/2013) |
| 10/29/2013 | 35 | CONSENT & ORDER Modifying Conditions of Release as to defendant Jonathan Kearn (1). Signed by Magistrate Judge K. Gary Sebelius on 10/29/2013. (mb) (Entered: 10/29/2013) |
| 10/30/2013 | 36 | ORDER granting 34 Motion to Reschedule Pretrial Deadlines as to Jonathan Kearn (1). See Order for details. Signed by District Judge Julie A. Robinson on 10/30/2013. (bt) (Entered: 10/30/2013) |
| 12/11/2013 | 37 | NOTICE OF HEARING as to Defendant Jonathan Kearn THIS IS AN OFFICIAL NOTICE FOR THIS HEARING (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) Status Conference set for 12/16/2013 at 09:00 AM in Courtroom 401 (JAR) before District Judge Julie A. Robinson. (bw) (Entered: 12/11/2013) |
| 12/16/2013 | 38 | MINUTE ENTRY for proceedings held before District Judge Julie A. Robinson: STATUS CONFERENCE as to Jonathan Kearn held on 12/16/2013. (Court Reporter Harris.) (bw) (Entered: 12/17/2013) |
| 12/17/2013 | 39 | NOTICE OF HEARING as to Defendant Jonathan Kearn THIS IS AN OFFICIAL NOTICE FOR THIS HEARING (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) Status Conference set for 12/20/2013 at 09:00 AM in Courtroom 401 (JAR) before District Judge Julie A. Robinson. (bw) (Entered: 12/17/2013) |
| 12/18/2013 | 40 | ENTRY OF APPEARANCE: by attorney Matthew B. Works appearing for Jonathan Kearn (Works, Matthew) (Entered: 12/18/2013) |
| 12/19/2013 | 41 | NOTICE OF WITHDRAWAL OF APPEARANCE by attorney Melody Brannon Evans (Evans, Melody) (Entered: 12/19/2013) |
| 12/20/2013 | 42 | NOTICE OF HEARING as to Defendant Jonathan Kearn THIS IS AN OFFICIAL NOTICE FOR THIS HEARING (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) Status Conference rescheduled for 12/20/2013 at 01:30 PM (moved from the 9:00 a.m. docket) in Courtroom 401 (JAR) before District Judge Julie A. Robinson. (bw) (Entered: 12/20/2013) |
| 12/20/2013 | 43 | MINUTE ENTRY for proceedings held before District Judge Julie A. Robinson: STATUS CONFERENCE as to Jonathan Kearn held on 12/20/2013. Status conference scheduled for 1/27/2014. (Court Reporter Harris.) (bw) (Entered: 12/20/2013) |
| 12/31/2013 | 44 | MOTION to Continue jury trial by Jonathan Kearn. (Works, Matthew) (Entered: 12/31/2013) |
| 01/02/2014 | 45 | ORDER as to Jonathan Kearn re 44 MOTION to Continue . Status Conference set for 1/27/2014 at 01:30 PM in Courtroom 401 (JAR) before District Judge |

| | | |
|---|---|---|
| | | Julie A. Robinson. Signed by District Judge Julie A. Robinson on 1/2/2014. (bw) (Entered: 01/02/2014) |
| 01/27/2014 | 46 | MINUTE ENTRY for proceedings held before District Judge Julie A. Robinson: STATUS CONFERENCE as to Jonathan Kearn held on 1/27/2014. Motions due by 3/31/2014. Response deadline 4/14/2014. Jury Trial set for 6/19/2014 at 09:00 AM in Courtroom 401 (JAR) before District Judge Julie A. Robinson. Motion Hearing set for 4/28/2014 at 09:00 AM in Courtroom 401 (JAR) before District Judge Julie A. Robinson. (Court Reporter Harris.) (bw) (Entered: 01/28/2014) |
| 01/28/2014 | 47 | GENERAL ORDER OF DISCOVERY & SCHEDULING estimated trial time 4-5 days as to Jonathan Kearn. Motions due by 3/31/2014. Response deadline 4/14/2014 Motion Hearing set for 4/28/2014 at 09:00 AM in Courtroom 401 (JAR) before District Judge Julie A. Robinson. Jury Trial set for 6/19/2014 at 09:00 AM in Courtroom 401 (JAR) before District Judge Julie A. Robinson. Signed by District Judge Julie A. Robinson on 1/28/2014. (bw) (Entered: 01/28/2014) |
| 02/19/2014 | 48 | MOTION to Modify Conditions of Release by Jonathan Kearn. (Works, Matthew) (Entered: 02/19/2014) |
| 03/31/2014 | 49 | MINUTE ENTRY as to Jonathan Kearn. STATUS CONFERENCE by telephone held on 3/31/2014 before Magistrate Judge K. Gary Sebelius. Defendant moves to withdraw the 48 Motion to Modify Conditions of Release as to Jonathan Kearn - GRANTED. The Court notes that a modification to Defendant's Conditions of Pretrial Release is not necessary in this instance as Defendant is authorized to have contact with his three older children (C.K., L.K. and C.K.) as long as there is direct supervision of such contact by a responsible adult. (This is a TEXT ENTRY ONLY. There is no .pdf document associated with this entry.) (sg) (Entered: 03/31/2014) |
| 04/10/2014 | 50 | WITHDRAWAL OF COUNSEL by Mark Works and ENTRY OF APPEARANCE OF SUBSTITUTED COUNSEL (Francis, Michael) (Entered: 04/10/2014) |
| 04/10/2014 | 51 | NOTICE OF HEARING as to Defendant Jonathan Kearn **THIS IS AN OFFICIAL NOTICE FOR THIS HEARING** (This is a TEXT ENTRY ONLY. There is no .pdf document associated with this entry.) Status Conference rescheduled for 4/14/2014 at 09:00 AM in Courtroom 401 (JAR) before District Judge Julie A. Robinson. (bw) (Entered: 04/10/2014) |
| 04/10/2014 | 52 | MOTION to Continue Jury Trial by Jonathan Kearn. (Francis, Michael) (Entered: 04/10/2014) |
| 04/11/2014 | 53 | WAIVER of Appearance by Jonathan Kearn (Francis, Michael) (Entered: 04/11/2014) |
| 04/14/2014 | 54 | MINUTE ENTRY for proceedings held before District Judge Julie A. Robinson: STATUS CONFERENCE as to Jonathan Kearn held on 4/14/2014 granting 52 Motion to Continue. Time excluded from 6/19/2014 until 8/26/2014 as to Jonathan Kearn (1). Motions due by 6/23/2014. Response deadline 6/30/2014. Motion Hearing set for 7/14/2014 at 09:00 AM in |

| | | |
|---|---|---|
| | | Courtroom 401 (JAR) before District Judge Julie A. Robinson. Jury Trial set for 8/26/2014 at 09:00 AM in Courtroom 401 (JAR) before District Judge Julie A. Robinson. (Court Reporter Sherry Harris.) (bw) (Entered: 04/14/2014) |
| 04/24/2014 | 55 | ORDER for disposal of seized property as to defendant Jonathan Kearn. Signed by District Judge Julie A. Robinson on 4/24/14. (mb) (Entered: 04/24/2014) |
| 05/15/2014 | 56 | MINUTE ORDER REASSIGNING CASE: Case reassigned to District Judge Daniel D. Crabtree for all further proceedings. District Judge Julie A. Robinson no longer assigned to case Signed by deputy clerk on 5/15/14. (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (daw) (Entered: 05/15/2014) |
| 06/19/2014 | 57 | Second MOTION to Continue Jury Trial by Jonathan Kearn. (Francis, Michael) (Entered: 06/19/2014) |
| 07/09/2014 | 58 | ORDER as to Jonathan Kearn - The Motion Hearing set for 7/14/2014 is CONTINUED TO 7/15/2014 at 01:30 PM in Courtroom 401 (DDC) before District Judge Daniel D. Crabtree. The 57 Second MOTION to Continue Jury Trial filed by Jonathan Kearn will be heard at the 7/15/2014 motion hearing. Signed by District Judge Daniel D. Crabtree on 07/09/2014. (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (mig) (Entered: 07/09/2014) |
| 07/15/2014 | 59 | MINUTE ENTRY for proceedings held before District Judge Daniel D. Crabtree: Motion hearing held on 7/15/2014. Defendant's Second Motion to Continue 57 is granted. Motions due by 10/10/2014. Response deadline 10/17/2014. Motion Hearing set for 11/17/2014 at 01:30 PM in Courtroom 401 (DDC) before District Judge Daniel D. Crabtree. Jury Trial set for 12/9/2014 at 09:00 AM in Courtroom 401 (DDC) before District Judge Daniel D. Crabtree. Excludable time designated from 07/15/2014 until 12/09/2014 as to Jonathan Kearn. The defendant remains on bond. (Court Reporter Sherry Harris.) (mig) (Entered: 07/15/2014) |
| 10/09/2014 | 60 | MOTION to Inspect *Computers and other Property Seized* by Jonathan Kearn. (Francis, Michael) (Entered: 10/09/2014) |
| 10/14/2014 | 61 | NOTICE OF HEARING ON MOTION as to Jonathan Kearn. THIS IS AN OFFICIAL NOTICE FOR THIS HEARING 60 MOTION to Inspect *Computers and other Property Seized* : Motion Hearing set for 10/20/2014 at 01:30 PM in Courtroom 401 (DDC) before District Judge Daniel D. Crabtree. (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.)(mig) (Entered: 10/14/2014) |
| 10/14/2014 | 62 | NOTICE of Government's Expert Witnesses and Request for Defense Expert Witness Disclosure by USA as to Jonathan Kearn (Kenney, Christine) (Entered: 10/14/2014) |
| 10/16/2014 | 63 | RESPONSE TO MOTION by USA as to Jonathan Kearn re 60 MOTION to Inspect *Computers and other Property Seized* (Kenney, Christine) (Entered: 10/16/2014) |
| 10/20/2014 | 64 | |

| | | |
|---|---|---|
| | | MINUTE ENTRY for proceedings held before District Judge Daniel D. Crabtree: STATUS CONFERENCE as to Jonathan Kearn held on 10/20/2014. (Court Reporter Sherry Harris.) (mig) (Entered: 10/20/2014) |
| 11/05/2014 | 65 | RULE 404(b) NOTICE by USA as to Jonathan Kearn (Kenney, Christine) (Entered: 11/05/2014) |
| 11/12/2014 | 66 | ORDER as to defendant Jonathan Kearn: Motions In Limine due 12/1/14; Response due 12/4/14; In Limine Conference set for 12/5/2014 at 02:30 PM and Jury Trial set for 12/9/2014 at 09:00 AM in Courtroom 401 (DDC) before District Judge Daniel D. Crabtree. See order for further deadlines. Signed by District Judge Daniel D. Crabtree on 11/12/14. (msb) (Entered: 11/12/2014) |
| 11/17/2014 | 67 | MINUTE ENTRY for proceedings held before District Judge Daniel D. Crabtree: MOTION HEARING as to Jonathan Kearn held on 11/17/2014. Status Conference set for 12/15/2014 at 09:00 AM in Courtroom 401 (DDC) before District Judge Daniel D. Crabtree. (Court Reporter Sherry Harris.) (mig) (Entered: 11/17/2014) |
| 12/15/2014 | 68 | MINUTE ENTRY for proceedings held before District Judge Daniel D. Crabtree: STATUS CONFERENCE as to Jonathan Kearn held on 12/15/2014. Jury Trial set for 1/27/2015 at 09:00 AM in Courtroom 401 (DDC) before District Judge Daniel D. Crabtree. Designated time, 12/15/2014 until 1/27/2015, excludable as to Jonathan Kearn. (Court Reporter Sherry Harris.) (mig) (Entered: 12/15/2014) |
| 12/18/2014 | 69 | AMENDED DOCUMENT re 62 Notice (Other) by USA as to Jonathan Kearn (Kenney, Christine) (Entered: 12/18/2014) |
| 01/06/2015 | 70 | PRETRIAL ORDER NO. 2 ENTERED: Estimated trial time 4 days. Limine conference set for 1/23/2015 at 2:30 PM and Jury Trial set for 1/27/2015 at 09:00 AM in Courtroom 401 (DDC) before District Judge Daniel D. Crabtree. See Order for further deadlines. Signed by District Judge Daniel D. Crabtree on 1/6/15. (msb) (Entered: 01/06/2015) |
| 01/07/2015 | 71 | NOTICE OF HEARING as to Defendant Jonathan Kearn THIS IS AN OFFICIAL NOTICE FOR THIS HEARING In Limine Conference set for 1/23/2015 at 02:30 PM in Courtroom 401 (DDC) before District Judge Daniel D. Crabtree. (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.)(mig) (Entered: 01/07/2015) |
| 01/08/2015 | 72 | NOTICE of Intent to Use Federal Rules of Evidence 902 Certifications by USA as to Jonathan Kearn (Kenney, Christine) (Entered: 01/08/2015) |
| 01/15/2015 | 73 | EXHIBIT LIST by USA as to Jonathan Kearn (Attachments: # 1 Attachment A)(Kenney, Christine) (Entered: 01/15/2015) |
| 01/15/2015 | 74 | WITNESS LIST by USA as to Jonathan Kearn (Attachments: # 1 Attachment A)(Kenney, Christine) (Entered: 01/15/2015) |
| 01/15/2015 | 75 | Amended NOTICE of Intent to Use Federal Rules of Evidence 902 Certifications by USA as to Jonathan Kearn (Kenney, Christine) (Entered: 01/15/2015) |
| | | |

| | | |
|---|---|---|
| 01/15/2015 | 76 | PROPOSED JURY INSTRUCTIONS by USA as to Jonathan Kearn (Attachments: # 1 Attachment A)(Kenney, Christine) (Entered: 01/15/2015) |
| 01/19/2015 | 77 | Third MOTION to Continue Jury Trial by Jonathan Kearn. (Francis, Michael) (Entered: 01/19/2015) |
| 01/20/2015 | 78 | NOTICE OF HEARING ON MOTION as to Jonathan Kearn. THIS IS AN OFFICIAL NOTICE FOR THIS HEARING 77 Third MOTION to Continue Jury Trial : Motion Hearing set for 1/21/2015 at 10:00 AM in Courtroom 401 (DDC) before District Judge Daniel D. Crabtree. (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.)(mig) (Entered: 01/20/2015) |
| 01/20/2015 | 79 | RESPONSE IN OPPOSITION by USA as to Jonathan Kearn re 77 Third MOTION to Continue Jury Trial (Attachments: # 1 Attachment A, # 2 Attachment B, # 3 Attachment C, # 4 Attachment D)(Kenney, Christine) (Entered: 01/20/2015) |
| 01/21/2015 | 80 | MINUTE ENTRY for proceedings held before District Judge Daniel D. Crabtree: MOTION HEARING as to Jonathan Kearn held on 1/21/2015. Jury Trial continued and reset for 5/5/2015 at 09:00 AM in Courtroom 401 (DDC) before District Judge Daniel D. Crabtree. Designated time, 1/19/2015 until 5/5/2015, excludable as to Jonathan Kearn. Defendant remains on release. (Court Reporter Sherry Harris.) (Attachments: # 1 Exhibit Sheet) (mig) Modified on 1/21/2015 (mig). (Entered: 01/21/2015) |
| 01/22/2015 | 81 | ORDER granting 77 Defendant's Third Motion to Continue Trial as to Jonathan Kearn (1). Signed by District Judge Daniel D. Crabtree on 1/22/2015. (mig) (Entered: 01/22/2015) |
| 04/03/2015 | 82 | AMENDED PRETRIAL ORDER NO. 2 ENTERED: Estimated trial time 4 days. In Limine Conference set for 5/1/2015 at 02:30 PM in Courtroom 401 (DDC) and Jury Trial set for 5/5/2015 at 09:00 AM in Courtroom 401 (DDC) before District Judge Daniel D. Crabtree. Signed by District Judge Daniel D. Crabtree on 4/3/15. (msb) (Entered: 04/03/2015) |
| 04/23/2015 | 83 | WITNESS LIST by Jonathan Kearn (Attachments: # 1 Witness Sheet)(Francis, Michael) (Entered: 04/23/2015) |
| 04/23/2015 | 84 | EXHIBIT LIST by Jonathan Kearn (Attachments: # 1 Exhibit Sheet)(Francis, Michael) (Entered: 04/23/2015) |
| 04/23/2015 | 85 | EXHIBIT LIST by USA as to Jonathan Kearn (Attachments: # 1 Attachment A)(Kenney, Christine) (Entered: 04/23/2015) |
| 04/27/2015 | 86 | MOTION in Limine *To Restrict Opinion Testimony of Defense Computer Examiner* by USA as to Jonathan Kearn. (Attachments: # 1 Attachment A)(Kenney, Christine) (Entered: 04/27/2015) |
| 05/01/2015 | 87 | MINUTE ENTRY for proceedings held before District Judge Daniel D. Crabtree: IN LIMINE CONFERENCE as to Jonathan Kearn held on 5/1/2015. (Court Reporter Sherry Harris.) (mig) (Entered: 05/01/2015) |
| 05/04/2015 | 88 | |

| | | |
|---|---|---|
| | | EXHIBIT LIST by USA as to Jonathan Kearn (Attachments: # 1 Attachment A)(Kenney, Christine) (Entered: 05/04/2015) |
| 05/05/2015 | 89 | MINUTE ENTRY for proceedings held before District Judge Daniel D. Crabtree: JURY TRIAL as to Jonathan Kearn held on 5/5/2015. Voir Dire and jury selection held. Plaintiff begins presentation of evidence. Trial to resume on 5/6/2015 at 9:00 a.m. (Court Reporter Sherry Harris.) (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (mig) (Entered: 05/05/2015) |
| 05/06/2015 | 90 | MINUTE ENTRY for proceedings held before District Judge Daniel D. Crabtree: JURY TRIAL as to Jonathan Kearn held on 5/6/2015. Plaintiff continues presentation of evidence. Plaintiff rests. Trial to resume on 5/7/2015. (Court Reporter Sherry Harris.) (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (mig) (Entered: 05/06/2015) |
| 05/07/2015 | 91 | COURT'S PROPOSED JURY INSTRUCTIONS FOR USE AT INSTRUCTION CONFERENCE (cmh) (Entered: 05/07/2015) |
| 05/07/2015 | 92 | MINUTE ENTRY for proceedings held before District Judge Daniel D. Crabtree: JURY TRIAL as to Jonathan Kearn held on 5/7/2015. Defendant presents evidence. Defendant rests. Instruction conference held. The Court instructs the jury. Closing arguments made. Trial to resume on 5/8/2015. (Court Reporter Sherry Harris.) (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (mig) (Entered: 05/07/2015) |
| 05/08/2015 | 93 | ORDER as to Jonathan Kearn. Signed by District Judge Daniel D. Crabtree on 05/08/2015. (mig) (Entered: 05/08/2015) |
| 05/08/2015 | 94 | MINUTE ENTRY for proceedings held before District Judge Daniel D. Crabtree: JURY TRIAL as to Jonathan Kearn held on 5/8/2015. Verdict returned. Sentencing set for 8/10/2015 at 01:30 PM in Courtroom 401 (DDC) before District Judge Daniel D. Crabtree. (Court Reporter Sherry Harris.) (Attachments: # 1 Witness Sheet, # 2 Exhibit List, # 3 Exhibit List) (mig) (Entered: 05/08/2015) |
| 05/08/2015 | 95 | JURY INSTRUCTIONS as to Jonathan Kearn. (mig) (Entered: 05/08/2015) |
| 05/08/2015 | 96 | Jury question filed as to Jonathan Kearn. (mig) (Entered: 05/08/2015) |
| 05/08/2015 | 97 | JURY VERDICT as to Jonathan Kearn (1) Guilty on Count 1,2,3. (mig) (Entered: 05/08/2015) |
| 05/13/2015 | 98 | RECEIPT - trial exhibits returned to defendant's counsel via regular mail. (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (mig) (Entered: 05/13/2015) |
| 05/14/2015 | 99 | MOTION for Acquittal by Jonathan Kearn. (Francis, Michael) (Entered: 05/14/2015) |
| 05/18/2015 | 100 | PRO SE NOTICE OF APPEAL TO 10CCA by defendant Jonathan Kearn (Attachment: # 1 Mailing Envelope)(msb) (Entered: 05/18/2015) |
| 05/18/2015 | | APPEAL FEE STATUS: Filing fee not paid. Re: Notice of Appeal 100 on behalf of Defendant Jonathan Kearn (THIS IS A TEXT ONLY ENTRY-NO |

| | | |
|---|---|---|
| | | DOCUMENT IS ASSOCIATED WITH THIS TRANSACTION) (msb) (Entered: 05/18/2015) |
| 05/18/2015 | 101 | PRELIMINARY RECORD ON APPEAL transmitted to 10CCA as to defendant Jonathan Kearn's 100 Notice of Appeal (Attachment: # 1 Preliminary Record on Appeal)(msb) (Entered: 05/18/2015) |
| 05/19/2015 | 102 | APPEAL DOCKETED in 10CCA on 5/19/15 and assigned Appeal No. 15-3121: Re 100 Notice of Appeal filed by defendant Jonathan Kearn. (msb) (Entered: 05/19/2015) |
| 05/20/2015 | 103 | RECEIPT - trial exhibits returned to government's counsel. (mig) (Entered: 05/20/2015) |
| 05/27/2015 | 104 | RESPONSE IN OPPOSITION by USA as to Jonathan Kearn re 99 MOTION for Acquittal (Kenney, Christine) (Entered: 05/27/2015) |
| 06/25/2015 | 105 | MEMORANDUM AND ORDER denying 99 Motion for Acquittal as to Jonathan Kearn (1). Signed by District Judge Daniel D. Crabtree on 06/25/2015. (mig) (Entered: 06/25/2015) |
| 07/17/2015 | 106 | PRESENTENCE INVESTIGATION REPORT as to Jonathan Kearn<br><br>**(NOTE: Access to this document is restricted to the USA and this defendant.)**<br><br>(USPO) (Entered: 07/17/2015) |
| 08/04/2015 | 107 | SENTENCING MEMORANDUM by USA as to Jonathan Kearn (Kenney, Christine) (Entered: 08/04/2015) |
| 08/05/2015 | 108 | MOTION to Continue Sentencing by Jonathan Kearn. (Francis, Michael) (Entered: 08/05/2015) |
| 08/05/2015 | 109 | ORDER granting 108 Motion to Continue as to Jonathan Kearn (1.) Sentencing set for 8/10/2015 is CONTINUED to 8/26/2015 at 01:30 PM in Courtroom 401 (DDC) before District Judge Daniel D. Crabtree. Signed by District Judge Daniel D. Crabtree on 08/05/2015. (mig) (Entered: 08/05/2015) |
| 08/21/2015 | 110 | Second MOTION to Continue Sentencing by Jonathan Kearn. (Francis, Michael) (Entered: 08/21/2015) |
| 08/21/2015 | 111 | ORDER granting 110 Motion to Continue as to Jonathan Kearn (1). Sentencing set for 8/26/2015 is CONTINUED to 10/13/2015 at 09:00 AM in Courtroom 401 (DDC) before District Judge Daniel D. Crabtree. Signed by District Judge Daniel D. Crabtree on 08/21/2015. (mig) (Entered: 08/21/2015) |
| 09/04/2015 | 112 | ORDER of 10CCA as to defendant Jonathan Kearn: Abatement of appeal is continued. Re 100 Notice of Appeal (Appeal No. 15-3121) (msb) (Entered: 09/04/2015) |
| 10/08/2015 | 113 | SENTENCING MEMORANDUM by Jonathan Kearn (Francis, Michael) (Entered: 10/08/2015) |
| 10/13/2015 | 114 | |

| | | |
|---|---|---|
| | | MOTION to Withdraw Michael E. Francis as Attorney by Jonathan Kearn. (Francis, Michael) (Entered: 10/13/2015) |
| 10/13/2015 | 115 | MINUTE ENTRY for proceedings held before District Judge Daniel D. Crabtree: DOCKET CALL as to Jonathan Kearn held on 10/13/2015. Defendant remanded to custody. (Court Reporter Sherry Harris.) (mig) (Entered: 10/13/2015) |
| 10/13/2015 | 116 | NOTICE OF CONTINUED HEARING: Sentencing as to Defendant Jonathan Kearn set for 10/13/2015 is CONTINUED to 11/16/2015 at 1:30 p.m. (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (mig) (Entered: 10/13/2015) |
| 10/13/2015 | 117 | NOTICE OF HEARING as to Defendant Jonathan Kearn THIS IS AN OFFICIAL NOTICE FOR THIS HEARING (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) Sentencing set for 11/16/2015 at 01:30 PM in Topeka Courtroom 401 (DDC) before District Judge Daniel D. Crabtree. (mig) (Entered: 10/13/2015) |
| 10/13/2015 | 118 | AFFIDAVIT of FINANCIAL STATUS by Jonathan Kearn. (hs) (Entered: 10/13/2015) |
| 10/16/2015 | 119 | NOTICE OF HEARING ON MOTION as to Jonathan Kearn. THIS IS AN OFFICIAL NOTICE FOR THIS HEARING 114 MOTION to Withdraw Michael E. Francis as Attorney : (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) Motion Hearing set for 10/21/2015 at 02:30 PM in Topeka Courtroom 401 (DDC) before District Judge Daniel D. Crabtree. (mig) (Entered: 10/16/2015) |
| 10/20/2015 | 120 | NOTICE of RESET HEARING ON MOTION [NEW TIME] as to Jonathan Kearn re 114 MOTION to Withdraw Michael E. Francis as Attorney . Motion Hearing set for 10/21/2015 at 02:00 PM in Topeka Courtroom 401 (DDC) before District Judge Daniel D. Crabtree. (mig) (Entered: 10/20/2015) |
| 10/21/2015 | 121 | MINUTE ENTRY for proceedings held before District Judge Daniel D. Crabtree: MOTION HEARING as to Jonathan Kearn held on 10/21/2015. Defendant remanded to custody. (Court Reporter Sherry Harris.) (mig) (Entered: 10/23/2015) |
| 11/16/2015 | 122 | MINUTE ENTRY for proceedings held before District Judge Daniel D. Crabtree: SENTENCING HEARING held on 11/16/2015 as to defendant Jonathan Kearn. (Court Reporter Sherry Harris.) (Attachments: # 1 Witness Sheet) (mig) (Entered: 11/16/2015) |
| 11/20/2015 | 123 | JUDGMENT as to defendant Jonathan Kearn (1) - Sentenced to 292 months imprisonment on count 1, 240 months imprisonment on count 2 and 120 months imprisonment on count 3, to be served concurrently to each other; 5 years supervised release on each count, to be served concurrently; $300 total assessment. Signed by District Judge Daniel D. Crabtree on 11/20/15. (msb) (Entered: 11/20/2015) |
| 11/20/2015 | 124 | STATEMENT OF REASONS as to defendant Jonathan Kearn: Re 123 Judgment |

| | | |
|---|---|---|
| | | **(NOTE: Access to this document is restricted to the USA and this defendant.)** |
| | | (msb) (Entered: 11/20/2015) |
| 11/30/2015 | 125 | NOTICE OF APPEAL TO 10CCA as to defendant Jonathan Kearn (Francis, Michael) (Entered: 11/30/2015) |
| 11/30/2015 | 126 | MOTION to Determine Appointment of Counsel by Jonathan Kearn. (Francis, Michael) Modified on 11/30/2015 to reflect proper event (hs). (Entered: 11/30/2015) |
| 12/01/2015 | 127 | PRELIMINARY RECORD ON APPEAL transmitted to 10CCA as to Jonathan Kearn re 125 Notice of Appeal - Final Judgment (Attachments: # 1 Preliminary Packet) (hs) (Entered: 12/01/2015) |
| 12/01/2015 | 128 | TRANSCRIPT ORDER FORM: Transcript Requested Trial (May 5-7,2015) and Sentencing (November 16, 2015) re 125 Notice of Appeal - Final Judgment filed by Jonathan Kearn (Francis, Michael) Modified on 12/3/2015, Original document filed was the incorrect document. (Additional attachment added on 12/3/2015: # 1 Transcript Order Form) (hs). (Entered: 12/01/2015) |
| 12/03/2015 | 129 | **(NOTE: Access to document is restricted pursuant to the courts privacy policy.)**<br><br>MOTION for Leave to Appeal In Forma Pauperis by Jonathan Kearn. (Attachments: # 1 Affidavit in Support of Motion to Appeal In Forma Pauperis)(Francis, Michael) (Entered: 12/03/2015) |
| 12/03/2015 | 130 | ORDER granting 129 Motion for Leave to Appeal In Forma Pauperis as to Jonathan Kearn (1). Signed by District Judge Daniel D. Crabtree on 12/03/2015. (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (mig) (Entered: 12/03/2015) |
| 12/03/2015 | 131 | LETTER FROM 10CCA stating 125 Notice of Appeal shall be treated as an Amended Notice of Appeal in 10CCA case 15-3121. (hs) (Entered: 12/03/2015) |
| 12/08/2015 | 132 | MOTION to Withdraw Document 126 by Jonathan Kearn. (Francis, Michael) (Entered: 12/08/2015) |
| 12/08/2015 | 133 | ORDER granting 132 Motion to Withdraw Document as to Jonathan Kearn (1). Signed by District Judge Daniel D. Crabtree on 12/08/2015. (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (mig) (Entered: 12/08/2015) |

| | | | |
|---|---|---|---|
| | **PACER Service Center** | | |
| | **Transaction Receipt** | | |
| | 02/11/2016 11:22:27 | | |
| **PACER Login:** | fd0422 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 5:13-cr-40057-DDC |

| **Billable Pages:** | 11 | **Cost:** | 1.10 |
|---|---|---|---|
| **Exempt flag:** | Exempt | **Exempt reason:** | Always |