IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
TOPEKA, KANSAS

UNITED STATES OF AMERICA,   )   *ORIGINAL*
------------------ Plaintiff,)
                            )   Case No.
     vs.                    )   13-40057-DDC
                            )
JONATHAN KEARN,             )   App. No.
------------------ Defendant.)  15-3121

TRANSCRIPT OF JURY TRIAL
(VOLUME 4)

PROCEEDINGS had before the Honorable Daniel D. Crabtree, United States District Court Judge, for the District of Kansas, Topeka, Kansas, and a jury of 12, on the 8th day of May 2015.

APPEARANCES:

For the Plaintiff:   Christine E. Kenney
                     Office of the U.S. Attorney
                     290 U.S. Courthouse
                     444 S.E. Quincy Street
                     Topeka, KS  66683

For the Defendant:   Michael E. Francis
                     Attorney at Law
                     434 S.W. Topeka Boulevard
                     Topeka, KS  66603

                     Jonathan Kearn
                     Defendant

Court Reporter:      Sherry A. Harris, C.S.R.

|  |  |
|---|---|
| 1 | PROCEEDINGS |
| 2 | (THEREUPON, the following |
| 3 | proceedings were had in the presence and |
| 4 | hearing of the defendant). |
| 5 | THE COURT: Good morning, everyone. |
| 6 | Please be seated. All right. We're here on |
| 7 | the United States of America against Jonathan |
| 8 | Kearn, case number 13-40057. The record |
| 9 | should reflect that the defendant and his |
| 10 | counsel are present in court as are the |
| 11 | representatives of the United States. The |
| 12 | jury has announced that they are ready to |
| 13 | return a verdict, and so I'd ask the deputy |
| 14 | clerk to please bring in the jury. |
| 15 | (THEREUPON, the following |
| 16 | proceedings were had in the presence and |
| 17 | hearing of the jury and the defendant). |
| 18 | THE COURT: Members of the jury, |
| 19 | please. Who speaks as the foreperson of the |
| 20 | jury? Juror 4? |
| 21 | THE JURY FOREPERSON: Yes. |
| 22 | THE COURT: Has the jury unanimously |
| 23 | agreed on a verdict on all questions on the |
| 24 | verdict form? |
| 25 | THE JURY FOREPERSON: Yes, we have, |

708

```
1        Your Honor.
2                   THE COURT:  I would ask you to
3        deliver that verdict to the deputy clerk at
4        this time.
5                   And I will now inspect the verdict
6        form.
7                   All right.  I would ask the deputy
8        clerk to please read the jury's verdict.
9                   And, members of the jury, I would
10       ask you to pay close attention as the deputy
11       clerk reads the verdict because after it is
12       read I may be asked to individually question
13       you to determine whether that is your
14       verdict.
15                  So, Ms. Garrett, please publish the
16       verdict.
17                       (THEREUPON, the verdict was
18       published in open court).
19                  THE COURT:  Thank you, Ms. Garrett.
20                  Mr. Francis, does the defendant
21       desire for the jury to be polled
22       individually?
23                  MR. FRANCIS:  Yes, we do, Judge.
24                  THE COURT:  Very well.
25                  Members of the jury, I will now ask
```

1          each of you whether the verdict that the
2          deputy clerk has just read constitutes your
3          verdict.
4                    So I will begin with you, Juror 1.
5          Does the verdict that the deputy clerk just
6          read here in open court constitute your
7          verdict in all respects?
8                    JUROR 1:  Yes, it does.
9                    THE COURT:  Juror 2, does the
10         verdict the deputy clerk just read in open
11         court--
12                   JUROR 2:  It does.
13                   THE COURT:  --does it represent your
14         verdict in all respects?
15                   JUROR 2:  Yes, it does, Your Honor.
16                   THE COURT:  Juror 3, does the
17         verdict just read by the deputy clerk does it
18         constitute your verdict in all respects?
19                   JUROR 3:  Yes, sir.
20                   THE COURT:  Juror 4, does the
21         verdict as read by the deputy clerk
22         constitute your verdict in all respects?
23                   JUROR 4:  Yes, Your Honor.
24                   THE COURT:  Juror 5, does the
25         verdict as read by the deputy clerk

1        constitute your verdict in all respects?
2                    JUROR 5:  Yes, Your Honor.
3                    THE COURT:  Juror 6, does the
4        verdict that the deputy clerk just read
5        constitute your verdict in this case in all
6        respects?
7                    JUROR 6:  Yes, it does.
8                    THE COURT:  Juror 7, does the
9        verdict as read by the deputy clerk
10       constitute your verdict in this case in all
11       respects?
12                   JUROR 7:  Yes, Your Honor.
13                   THE COURT:  Juror 8, does the
14       verdict as read by the deputy clerk in open
15       court this morning constitute your verdict in
16       all respects?
17                   JUROR 8:  Yes, Your Honor.
18                   THE COURT:  Juror 9, does the
19       verdict read by the deputy clerk constitute
20       your verdict in all respects?
21                   JUROR 9:  Yes.
22                   THE COURT:  Juror 10, does the
23       verdict read by the deputy clerk here in open
24       court this morning constitute your verdict in
25       this case in all respects?

1              JUROR 10:  Yes, Your Honor.
2              THE COURT:  Juror 11, does the
3     verdict as read by the deputy clerk in open
4     court this morning constitute your verdict in
5     all respects?
6              JUROR 11:  Yes.
7              THE COURT:  Juror 12, does the
8     verdict as read by the deputy clerk in open
9     court this morning in this case constitute
10    your verdict?
11             JUROR 12:  Yes, it does.
12             THE COURT:  All right.  Members of
13    the jury, at this time I am going to
14    discharge you from your service and release
15    you from your admonition that has prevented
16    you from talking about this case outside the
17    jury room.
18             I will ask you in just a moment to
19    follow Ms. Garrett to the jury room one last
20    time.  There is some paperwork that you all
21    need to complete before you leave.  I have
22    some business to attend to here and then I
23    will come in.  I'd like to express my thanks
24    personally.  So thank you for your service on
25    behalf of the Court and on behalf of our

1        country.  You are discharged.

2                Ms. Garrett.

3                     (THEREUPON, the following

4        proceedings were had in the presence and

5        hearing of the defendant).

6                THE COURT:  Please be seated.

7        Mr. Francis, I am-- of course, we'll direct

8        the deputy clerk to enter the judgment of

9        court consistent with the jury's verdict.  I

10       am going to ask you to file whatever motions

11       the defendant wishes to file, posttrial

12       motions, to file those within the time

13       prescribed by the rules.  If you require

14       additional time to submit memoranda

15       supporting those motions, please just so

16       request and we'll be free to give them.

17               MR. FRANCIS:  Yes, sir.

18               THE COURT:  I will set a time for

19       the hearing on those motions and I'm going to

20       set that now and make it consistent with the

21       sentencing in this matter which I'm going to

22       set, subject to your calendars, for August

23       10, 2015, at 1:30.  If the motions-- if there

24       are motions and they warrant an adjustment in

25       that calendar, I will notify counsel and make

1  appropriate arrangements for a hearing sooner
2  or at a later time.
3              I will also-- I am also ordering a
4  presentence investigation report to be
5  prepared and a presentence investigation to
6  be conducted.  And as I said, I'm tentatively
7  setting the sentencing for August 10.  Will
8  that date work for counsel.
9              MS. KENNEY:  Yes, Your Honor.
10             MR. FRANCIS:  Yes, sir.
11             THE COURT:  All right.  Very well.
12             Mr. Francis, as you and I discussed
13  briefly yesterday, my conclusion from the
14  governing statutes that Congress has passed
15  based on the crimes of conviction on the
16  verdicts returned by the jury require
17  immediate detention of Mr. Kearn, and so I'm
18  going to direct the United States Marshal
19  Service to take him into custody at this
20  time.
21             MR. FRANCIS:  I discussed that with
22  him, Judge.
23             THE COURT:  Very well.  Is there
24  anything else that we need to take up at this
25  time?

1                    Ms. Kenney?
2                    MS. KENNEY:  No, Your Honor.  Thank
3         you.
4                    THE COURT:  Mr. Francis?
5                    MR. FRANCIS:  Not at this time,
6         Judge.
7                    THE COURT:  All right.  Very well.
8         Then we'll be in recess and we are adjourned.
9                         (THEREUPON, the trial
10        concluded).

715

1  UNITED STATES OF AMERICA  )
                            )    ss:
2  DISTRICT OF KANSAS       )

3

4              C E R T I F I C A T E

5

6      I, Sherry A. Harris, Certified Shorthand

7  Reporter in and for the State of Kansas, do

8  hereby certify that I was present at and

9  reported in machine shorthand the proceedings

10 had the 8th day of May, 2015, in the

11 above-mentioned court; that the foregoing

12 transcript is a true, correct, and complete

13 transcript of the requested proceedings.

14     I further certify that I am not attorney

15 for, nor employed by, nor related to any of

16 the parties or attorneys in this action, nor

17 financially interested in the action.

18     IN WITNESS WHEREOF, I have hereunto set

19 my hand and official seal at Topeka, Kansas,

20 this 26th day of May, 2016.

21

22                         /s/ Sherry A. Harris
                           Certified Shorthand Reporter
23

24

25

SHERRY A. HARRIS
Official Court Reporter