# UNITED STATES DISTRICT COURT

OFFICE OF THE CLERK
DISTRICT OF KANSAS
www.ksd.uscourts.gov

TIMOTHY M. O'BRIEN
CLERK OF COURT

INGRID A. CAMPBELL
CHIEF DEPUTY CLERK

259 U.S. COURTHOUSE
500 STATE AVENUE
KANSAS CITY, KANSAS
66101
(913) 735-2200

Topeka

June 17, 2016

204 U.S. COURTHOUSE
401 N. MARKET
WICHITA, KSANSAS  67202
(316) 315-4200

490 U.S. COURTHOUSE
444 S.E. QUINCY
TOPEKA, KANSAS  66683
(785) 338-5400

Clerk, U.S. Court of Appeals
 for the Tenth Circuit

**RECORD ON APPEAL**

District Court Case No.:  13-40057-DDC

Circuit Appeal No:  15-3121

The Record on Appeal is being transmitted via e-mail this date.  The following sets out the contents of each volume.

| | |
|---|---|
| Volume I | Docket Sheet, Individual Pleadings: 1, 15, 18, 20-22, 27, 28, 30, 32, 33, 60, 62-65, 67-70, 72-76, 82-88, 91-100, 103-105, 107, 113, 121-123, 125, 136, 137 Clerk's Certificate |
| Volume II | Abridged Docket Sheet, Sealed Transcripts: 139-149, Clerk's Certificate |
| Volume III | Abridged Docket Sheet, Sealed Pleadings: 106, 124, Clerk's Cerficate |

Sincerely,

TIMOTHY M. O'BRIEN
CLERK OF COURT

By:  s/ Heather Tildes

Deputy Clerk

cc:  Counsel of Record  **(SEE NOTICE OF ELECTRONIC FILING)**