FILED
United States Court of Appeals
Tenth Circuit

September 28, 2016

Elisabeth A. Shumaker
Clerk of Court

# UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT

_____

UNITED STATES OF AMERICA,

    Plaintiff - Appellee,

v.

JONATHAN KEARN,

    Defendant - Appellant.

No. 15-3121
(D.C. No. 5:13-CR-40057-DDC-1)
(D. Kan.)

_____

## ORDER
_____

    This matter is before the court on the appellant's unopposed *Motion for Leave to Supplement the Record on Appeal.* Upon consideration, the motion is GRANTED.

    The district court docket reveals, and the court has confirmed, that all exhibits introduced during Mr. Kearn's trial have been returned to counsel. Consequently, the parties will be responsible for forwarding the supplemental materials to this court.

    Using the trial exhibit lists attached to district court docket entry 94 (dated 5/8/2015) as a guide, the appellant shall forward to this court defense exhibits 501, 502, 503 and 504. As it appears all of those exhibits may be transmitted electronically, the appellant shall transmit them in that form. If, as is noted in the motion to supplement, the exhibits need to be filed under seal, counsel shall file them using the sealed ECF option.

In addition, any electronic filing must include a pleading cover page which notes specifically which exhibits are included and identifies those exhibits. The case number for this appeal should also be included in the cover page.

The United States, in turn, shall provide government's exhibits 1, 1-1 through 1-10, 2, 4, 6, 8, 9, 10, 11, 12, 13, 14, 15, 17, 18, 19, 20, 21, 23, 24, 25, 26, 26-1, 29, 31, and 32. A review of the exhibit list suggests some of those exhibits may be submitted electronically, and if the materials are susceptible to electronic submission the government shall file them in that form. Like the defense exhibits, if the materials need to be sealed the ECF option for submitting sealed materials may be used. Any demonstrative exhibits not susceptible to electronic transmission may be forwarded separately to the clerk's office.

All transmissions from the United States, whether electronic or via mail or commercial carrier, shall include a pleading cover page which identifies the exhibits included. The case number for this appeal shall also be included on the cover page. In addition, the government should note on its cover page how each exhibit is being transmitted (that is, the trial exhibits should be listed and a notation made regarding whether the exhibit is being transmitted electronically, in hard copy or demonstrative form, or in a separate secure form).

Any government exhibits containing images of child pornography shall be transmitted separately and in a secure form. The government should contact the office of the clerk to coordinate submission of those materials.

Finally, the supplemental materials, whether filed electronically or submitted in other forms, are due in this court on or before October 14, 2016. The appellant's opening brief remains due September 30, 2016.

        Entered for the Court

        *Elisabeth A. Shumaker*

        ELISABETH A. SHUMAKER, Clerk