FILED  
United States Court of Appeals  
Tenth Circuit

July 21, 2017

Elisabeth A. Shumaker  
Clerk of Court

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**

———————————————

UNITED STATES OF AMERICA,

   Plaintiff - Appellee,

v.

JONATHAN KEARN,

   Defendant - Appellant.

No. 15-3121  
(D.C. No. 5:13-CR-40057-DDC-1)  
(D. Kan.)

———————————————

**JUDGMENT**

———————————————

Before **TYMKOVICH**, Chief Judge, **MATHESON** and **MORITZ**, Circuit Judges.

———————————————

   This case originated in the District of Kansas and was argued by counsel.

   The judgment and sentence of that court is affirmed and Kearn's claim of ineffective assistance of counsel is dismissed without prejudice.

   If defendant, Jonathan Kearn, was released pending appeal, the court orders that, within 30 days of this court's mandate being filed in District Court, the defendant shall surrender to the United States Marshal for the District of Kansas. The District Court may, however, in its discretion, permit the defendant to surrender directly to a designated Bureau of Prisons institution for service of sentence.

                                              Entered for the Court

                                              *Elisabeth A. Shumaker*

                                              ELISABETH A. SHUMAKER, Clerk