**UNITED STATES COURT OF APPEALS**
**FOR THE TENTH CIRCUIT**
**OFFICE OF THE CLERK**

Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

Elisabeth A. Shumaker
Clerk of Court

October 10, 2017

Chris Wolpert
Chief Deputy Clerk

Mr. Timothy M. O'Brien (KStp)
United States District Court for the District of Kansas
Office of the Clerk
444 Southeast Quincy
Room 490
Topeka, KS 66683-0000

**RE:**   **15-3121, United States v. Kearn**
Dist/Ag docket: 5:13-CR-40057-DDC-1

Dear Clerk:

Please be advised that the mandate for this case has issued today. Please file accordingly in the records of your court or agency.

Please contact this office if you have questions.

Sincerely,

Elisabeth A. Shumaker
Clerk of the Court

cc:   Melody Brannon
      Daniel T. Hansmeier
      Christine E. Kenney

EAS/mlb