# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

December 28, 2017

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Tenth
Circuit
Byron White Courthouse
1823 Stout Street
Denver, CO  80257

    Re:  Jonathan Kearn
          v. United States
          No. 17-7210
          (Your No. 15-3121)

Dear Clerk:

      The petition for a writ of certiorari in the above entitled case was filed on December 21, 2017 and placed on the docket December 28, 2017 as No. 17-7210.

Sincerely,

**Scott S. Harris**, Clerk

by

Lisa Nesbitt
Case Analyst