IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
(Topeka Docket)

FILED
FEB 26 2018
Clerk, U.S. District Court
By:_____ Deputy Clerk

UNITED STATES OF AMERICA,         )
                                  )
Plaintiff,                        )
                                  )
                                  )
                                  )
v.                                )   Case No. 13-40057-DDC
                                  )
                                  )
                                  )
JONATHAN KEARN                    )
                                  )
Defendant.                        )
_____ )

## Motion For Release of Non-Evidentiary Property

The Defendant, Jonathan Kearn, having property interest in the following non-evidentiary property, asks the court for its return to either one, or both, of his parents, Edward M. or Connie K. Kearn, of 1631 S.W. MacVicar Ave., Topeka, Kansas, 66604.

The requested property is listed by number as seen on attached Department of Homeland Security, U.S. Immigration and Customs Enforcement, **Inventory Log**, dated 5-7-13:

```
#1  - Black Photo Album
#12 - 19 DVD disks
#14 - 3 DVD disks
#19 - Sony Memory Stick Pro
#20 - 5 CD-R's
#21 - San Disk Cruzer thumbdrive
#22 - Pictures w/cable
#23 - VA10 Harddrive (purple)
#24 - Black Thumbdrive (black)
#26 - Dell Tablet (black)
#27 - CD -R (1)
```

Property requested above contains no illegal content and was not used as evidence against me.

Wherefore, Jonathan Kearn, prays this court grant this **Motion For Release of Non-Evidentiary Property,** for the reasons stated above.

Respectfully,

*(signature)*

Jonathan Kearn
23150-031
Marion USP
Dated: 2-16-2018
pro se



# DEPARTMENT OF HOMELAND SECURITY
## U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT

### INVENTORY LOG

Date: 5-7-13   Location: 429 SW Taylor St, Topeka, KS   Page 1 of 1

| Item # | Item Description | Location Discovered | Time | Discovering Agent |
|---|---|---|---|---|
| 1 | Black photo album | brick outbuilding | 17:15 | Thomas |
| 2 | Bed sheet (white/pink) | Master bedroom (Room D) (MB) | 17:15 | Kixmiller |
| 3 | Bed comforter (green) | Master bedroom (Room D) | 17:15 | Kixmiller |
| 4 | Dell laptop SN# 1DDW9L1 | Ceniya bedroom H | 18:05 | Burgess |
| 5 | Digital video recorder | Room J | 18:10 | Beebe |
| 6 | ✓ Apple I-phone (Black) | Master bedroom D | 18:17 | Kanatzar |
| 7 | Pull-up (Diaper) | Room D (MB) | 18:14 | Casner |
| 8 | Child's dress | Room D (MB) | 18:22 | Casner |
| 9 | ✓ (Black) Apple I-phone (Damaged screen) | Room D (MB) | 18:25 | Kanatzar |
| 10 | ✓ Apple I-phone (black) | Room D (MB) | 18:25 | Kanatzar |
| 11 | Sony Handycam | Room D (MB) | 18:35 | Jones |
| 12 | 19 DVD disks | Room D (MB) | 18:36 | Kanatzar |
| 13 | Toshiba Laptop SN# 89510986Q | Room M (Basement) | 18:43 | Burgess |
| 14 | 3 DVD disks | Room D (MB) | 18:49 | Kanatzar |
| 15 | Emachines Desktop | Room F (Basement) | 18:43 | Burgess |
| 16 | Dell 4300 SN# BLNC411 | Room M (Basement) | 18:43 | Burgess |
| 17 | Dell 2350 SN# B7Y1W21 | Room M (Basement) | 18:43 | Burgess |
| 18 | IBM SN# KCVW60C | Room M (Basement) | 18:43 | Burgess |
| 19 | Sony Memory stick pro | Room D (MB) | 19:08 | Casner |
| 20 | 5 CD-R's | Room D (MB) | 19:08 | Kanatzar |
| 21 | SanDisk Cruzer thumbdrive | Room D (MB) | 19:08 | Kanatzar |
| 22 | Pictures w/cable | Room D (MB) | 19:05 | Howard |
| 23 | VAIO harddrive (purple) | Room D (MB) | 19:19 | Howard |
| 24 | Black thumbdrive (black) | Room D (MB) | 19:24 | Howard |
| 25 | Kyocera Virgin Mobile phone | Room P (Bathroom) | 19:28 | Lindsly |
| 26 | Dell tablet (Black) | Room H | 19:30 | Lindsly |
| 27 | CD-R (1) | Room D (MB) | 19:29 | Kanatzar |
| 28 | ACER Aspire AX1300 harddrive | Room D (MB) | 19:35 | Beebe |
| 29 | 1 DVD-R | Room B | 19:40 | Lindsly |

Warrant Number: 13-MJ-5033-KGS   Completed By: SA Rosalinda Estrada-Dallis

**Assistant Special Agent in Charge, 4100 N. Mulberry, Suite 225, Kansas City, MO 64116**

Jonathan E. Kearn
#23150-031
United States Penitentiary
PO Box 1000
Marion, IL 62959-7500

⇔23150-031⇔
U S District Court
444 SE Quincy ST
Federal Bldg/ Court House
Topeka, KS 66683
United States

RECEIVED
FEB 26 2018
CLERK U.S. DIST. COURT
TOPEKA KANSAS

SAINT LOUIS MO 630
22 FEB 2018 PM 3 L