# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

May 21, 2018

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Tenth Circuit
Byron White Courthouse
1823 Stout Street
Denver, CO  80257

Re: Jonathan Kearn
    v. United States
    No. 17-7210
    (Your No. 15-3121)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

*[signature]*

**Scott S. Harris**, Clerk