

APR 25 2019
Clerk, U.S. District Court
By: _____ Deputy Clerk

MOTION UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY

| United States District Court | District of Kansas |
|---|---|
| Name (under which you were convicted): Jonathan Kearn | Docket or Case No.: |
| Place of Confinement: United States Penitentiary Marion | Prisoner No.: 23150-031 |
| United States of America  v. | Movant (include name under which you were convicted) Jonathan Kearn |

## MOTION

1. (a) Name and location of court that entered the judgment of conviction you are challenging: _____

    United States District Court
    District of Kansas       444 SE Quincy, Topeka, KS 66683

    (b) Criminal docket or case number (if you know): 5:13-cr-40057-01-DDC

2. (a) Date of the judgment of conviction (if you know): May 8th, 2013

    (b) Date of sentencing: November 16th, 2013

3. Length of sentence: 292 months (23 1/3 years)

4. Nature of crime (all counts): 18 U.S.C. §2251(b) and 18 U.S.C. §2251(e) Production of Child Pornography by a Parent or Legal Guardian.

    18 U.S.C. §2252(a)(2) and 18 U.S.C. §2252(b)(1) Distribution of Child Pornography; and, 18 U.S.C. §2252(a)(4)(B) and 18 U.S.C. §2252(b)(2) Production of Child Pornography

5. (a) What was your plea? (Check one)

    (1) Not guilty ☒   (2) Guilty ☐   (3) Nolo contendere (no contest) ☐

    (b) If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, what did you plead guilty to and what did you plead not guilty to? _____

6. If you went to trial, what kind of trial did you have? (Check one)   Jury ☒   Judge only ☐

7. Did you testify at a pretrial hearing, trial, or post-trial hearing?   Yes ☒   No ☐
8. Did you appeal from the judgment of conviction?   Yes ☒   No ☐
9. If you did appeal, answer the following:
   (a) Name of court: United States District Court for the District of Kansas
   (b) Docket or case number (if you know): 15-3121
   (c) Result: Judgment and sentence affirmed
   (d) Date of result (if you know): July 21, 2017
   (e) Citation to the case (if you know): 863 F.3d 1299; 2017 U.S. App. LEXIS 13132
   (f) Grounds raised: (1.) Did the district court commit plain error when it allowed the government to elicit hearsay testimony of a non-testifying expert, in violation of Mr. Kearn's Sixth Amendment Confrontation Clause rights and Federal Rule of Evidence 802? (2.) Did the district court commit plain error when it allowed the government, through its witnesses and exhibits, to opine on the dispositive issues in the case, in violation of Rules of Evidence 701 and 702?
   * see attached page 3.1 for Ground 3 through 7 *
   (g) Did you file a petition for certiorari in the United States Supreme Court?   Yes ☒   No ☐
   If "Yes," answer the following:
   (1) Docket or case number (if you know): 17-7210
   (2) Result: denied

   (3) Date of result (if you know): May 21, 2019
   (4) Citation to the case (if you know): ____
   (5) Grounds raised: (1.) The Circuits are divided over whether the government's intentional decision not to invoke plain error review amounts to a waiver of that standard of review. (2.) The Tenth Circuit's decision is incorrect. (3.) The question presented is critically important to the administration of Federal appeals. (4.) This case is an ideal vehicle to resolve the conflict.

10. Other than the direct appeals listed above, have you previously filed any other motions, petitions, or applications concerning this judgment of conviction in any court?
    Yes ☐   No ☒
11. If your answer to Question 10 was "Yes," give the following information:
    (a) (1) Name of court: ____
        (2) Docket or case number (if you know): ____
        (3) Date of filing (if you know): ____

Adding to Page 3, question 9.(f) Grounds raised:

3.) Did the district court commit plain error when it instructed the jury on reasonable doubt because the instruction minimized the government's burden of proof, in violation of the Fifth and Sixth Amendments?

4.) Did the district court commit plain error in allowing the introduction of Rule 404(b) evidence without first articulating the precise reason for the evidence and without giving a unanimity instruction in light of the admission of this evidence?

5.) Did the district court's plain trial errors cumulatively deny Mr. Kearn his constitutional right to a fair trial?

6.) As an alternative remedy, should this case be remanded to the district court for an evidentiary hearing to explore trial counsel's obvious deficiencies before this Court rules on whether Mr. Kearn has satisfied plain, reversible error?

7.) Did the district court abuse its discretion in imposing a no-contact provision as a special condition of supervised release?

(4) Nature of the proceeding: _____

(5) Grounds raised: _____

_____

_____

_____

_____

_____

_____

_____

(6) Did you receive a hearing where evidence was given on your motion, petition, or application?   Yes ❑   No ❑

(7) Result: _____

(8) Date of result (if you know): _____

(b) If you filed any second motion, petition, or application, give the same information:

(1) Name of court: _____

(2) Docket or case number (if you know): _____

(3) Date of filing (if you know): _____

(4) Nature of the proceeding: _____

(5) Grounds raised: _____

_____

_____

_____

_____

_____

_____

_____

(6) Did you receive a hearing where evidence was given on your motion, petition, or application?   Yes ❑   No ❑

(7) Result: _____

(8) Date of result (if you know): _____

(c) Did you appeal to a federal appellate court having jurisdiction over the action taken on your motion, petition, or application?

   (1)  First petition:      Yes ❑    No ❑

   (2)  Second petition:   Yes ❑    No ❑

(d) If you did not appeal from the action on any motion, petition, or application, explain briefly why you did not: _____

_____

12. For this motion, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the <u>facts</u> supporting each ground.

GROUND ONE: _Counsel Failed to Hold a Competency Hearing. Defendant was Incompetent at Trial._

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

_attached_

(b) **Direct Appeal of Ground One:**

   (1) If you appealed from the judgment of conviction, did you raise this issue?

   Yes ☐   No ☒

   (2) If you did not raise this issue in your direct appeal, explain why: _Ineffective assistance of counsel claims should be brought in collateral proceedings, not on direct appeal._

(c) **Post-Conviction Proceedings:**

   (1) Did you raise this issue in any post-conviction motion, petition, or application?

   Yes ☐   No ☒

   (2) If your answer to Question (c)(1) is "Yes," state:

   Type of motion or petition: _____

   Name and location of the court where the motion or petition was filed: _____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(3) Did you receive a hearing on your motion, petition, or application?

　　Yes ☐　No ☐

(4) Did you appeal from the denial of your motion, petition, or application?

　　Yes ☐　No ☐

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

　　Yes ☐　No ☐

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: _____

_____

_____

_____

_____

GROUND TWO: **Ineffective Assistance of Counsel Failure to Investigate**

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

_____

_____

_____

_____**attached**_____

_____

_____

_____

(b) **Direct Appeal of Ground Two:**

   (1) If you appealed from the judgment of conviction, did you raise this issue?

   Yes ☐   No ☒

   (2) If you did not raise this issue in your direct appeal, explain why: <u>Ineffective assistance of counsel claims should be brought in collateral proceedings, not on direct appeal.</u>

(c) **Post-Conviction Proceedings:**

   (1) Did you raise this issue in any post-conviction motion, petition, or application?

   Yes ☐   No ☒

   (2) If your answer to Question (c)(1) is "Yes," state:

   Type of motion or petition: _____

   Name and location of the court where the motion or petition was filed: _____

   Docket or case number (if you know): _____

   Date of the court's decision: _____

   Result (attach a copy of the court's opinion or order, if available): _____

   (3) Did you receive a hearing on your motion, petition, or application?

   Yes ☐   No ☐

   (4) Did you appeal from the denial of your motion, petition, or application?

   Yes ☐   No ☐

   (5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

   Yes ☐   No ☐

   (6) If your answer to Question (c)(4) is "Yes," state:

   Name and location of the court where the appeal was filed: _____

   Docket or case number (if you know): _____

   Date of the court's decision: _____

   Result (attach a copy of the court's opinion or order, if available): _____

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: _____

GROUND THREE: **Ineffective Assistance of Counsel Failure to Engage in Proper Trial Practice and/or Strategy**

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

**attached**

(b) **Direct Appeal of Ground Three:**

   (1) If you appealed from the judgment of conviction, did you raise this issue?

   Yes ☐   No ☒

   (2) If you did not raise this issue in your direct appeal, explain why: **Ineffective assistance of Counsel claims should be brought in collateral proceedings, not on direct appeal.**

(c) **Post-Conviction Proceedings:**

   (1) Did you raise this issue in any post-conviction motion, petition, or application?

   Yes ☐   No ☒

   (2) If your answer to Question (c)(1) is "Yes," state:

   Type of motion or petition: _____

   Name and location of the court where the motion or petition was filed: _____

   Docket or case number (if you know): _____

   Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(3) Did you receive a hearing on your motion, petition, or application?

    Yes ☐  No ☐

(4) Did you appeal from the denial of your motion, petition, or application?

    Yes ☐  No ☐

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

    Yes ☐  No ☐

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: _____

_____

_____

_____

GROUND FOUR: **Ineffective Assistance of Counsel Maximum Sentence Not Advised and Plea Deal Not Communicated**

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

_____

_____

_____

_____

**attached**

_____

(b) **Direct Appeal of Ground Four:**

    (1) If you appealed from the judgment of conviction, did you raise this issue?

        Yes ❏ No ☒

    (2) If you did not raise this issue in your direct appeal, explain why: _Ineffective assistance of counsel claims should be brought in collateral proceedings, not on direct appeal._

(c) **Post-Conviction Proceedings:**

    (1) Did you raise this issue in any post-conviction motion, petition, or application?

        Yes ❏ No ☒

    (2) If your answer to Question (c)(1) is "Yes," state:

    Type of motion or petition: _____

    Name and location of the court where the motion or petition was filed: _____

    Docket or case number (if you know): _____

    Date of the court's decision: _____

    Result (attach a copy of the court's opinion or order, if available): _____

    (3) Did you receive a hearing on your motion, petition, or application?

        Yes ❏ No ❏

    (4) Did you appeal from the denial of your motion, petition, or application?

        Yes ❏ No ❏

    (5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

        Yes ❏ No ❏

    (6) If your answer to Question (c)(4) is "Yes," state:

    Name and location of the court where the appeal was filed: _____

    Docket or case number (if you know): _____

    Date of the court's decision: _____

    Result (attach a copy of the court's opinion or order, if available): _____

Additional Grounds

GROUND FIVE: <u>Brady v. Maryland</u> Claim, Counsel Ineffective for Not Defending Against this Violation.

GROUND SIX: <u>Blockburger v. United States</u> Claim, Counsel Ineffective for Not Defending Against the Violation.

GROUND SEVEN: Trial Counsel's Cumulative Errors Violated the Trial's Fundamental Fairness.

Supporting Facts for Grounds Five, Six, and Seven also attached.

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: _____

_____

_____

_____

_____

13. Is there any ground in this motion that you have not previously presented in some federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them: __All grounds have not been previously presented, ineffective assistance of counsel claims should be brought in collateral proceedings, not on direct appeal, see United States v. Galloway, 56 F.3d 1239 (10th Cir. 1995) (en banc)__

14. Do you have any motion, petition, or appeal now pending (filed and not decided yet) in any court for the judgment you are challenging?   Yes ☐   No ☒

    If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised. _____

    _____

    _____

    _____

    _____

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment you are challenging:
    (a) At preliminary hearing: __Melody Evans (Brannon), Federal Public Defender Office, 117 SW 6th Ave Su. 200, Topeka, KS 66603__
    (b) At arraignment and plea: __Melody Evans (Brannon), Federal Public Defender Office, 117 SW 6th Ave Su. 200, Topeka, KS 66603__
    (c) At trial: __Michael Francis, 434 SW Topeka Blvd., Topeka, Kansas 66603__
    (d) At sentencing: __Michael Francis, 434 SW Topeka Blvd., Topeka, Kansas 66603__

Page 12

(e) On appeal: __Daniel T. Hansmeier, Kansas Federal Public Defender, 500 State Ave. Room 201, Kansas City, KS. 66101__

(f) In any post-conviction proceeding: _____

(g) On appeal from any ruling against you in a post-conviction proceeding: _____

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at the same time?    Yes ☒ No ☐

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?    Yes ☐ No ☒

    (a) If so, give name and location of court that imposed the other sentence you will serve in the future: _____

    (b) Give the date the other sentence was imposed: _____

    (c) Give the length of the other sentence: _____

    (d) Have you filed, or do you plan to file, any motion, petition, or application that challenges the judgment or sentence to be served in the future?   Yes ☐  No ☐

18. TIMELINESS OF MOTION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2255 does not bar your motion.*_____

_____

---

\* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2255, paragraph 6, provides in part that:
    A one-year period of limitation shall apply to a motion under this section. The limitation period shall run from the latest of —
        (1) the date on which the judgment of conviction became final;
        (2) the date on which the impediment to making a motion created by governmental action in violation of the Constitution or laws of the United States is removed, if the movant was prevented from making such a motion by such governmental action;
        (3) the date on which the right asserted was initially recognized by the Supreme Court, if that right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or
        (4) the date on which the facts supporting the claim or claims presented could have been discovered through the exercise of due diligence.

Therefore, movant asks that the Court grant the following relief: ~~to~~ vacate ~~so~~ the judgment, appoint counsel,

or any other relief to which movant may be entitled.

_____
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Motion under 28 U.S.C. § 2255 was placed in the prison mailing system on April 23rd, 2019 (month, date, year).

Executed (signed) on April 23, 2019 (date).

_Jonathan E. Learn_
Signature of Movant

If the person signing is not movant, state relationship to movant and explain why movant is not signing this motion. _____

IN FORMA PAUPERIS DECLARATION

District of Kansas

[Insert appropriate court]

\* \* \* \* \*

Motion Attached