April 23rd, 2019

Dear Court Clerk,

    Due to circumstances beyond my control, I am filing this Motion to Vacate, Set Aside, or Correct a Sentence By a Person in Federal Custody, today. In an abundance of caution I present this Motion in a somewhat rough and unedited form as I do not want to risk missing my one year deadline of May 21st, 2019. It is likely this institution will be going on a "lock-down" status and I wished not to take any chances of not getting the following filed. I plan to amend my Motion under the Federal Rule of Civil Procedure 15(a), if time and opportunity allows.

    Thank you for your understanding and consideration in this matter.

With gratitude,

Dated: April 23, 2019

Jonathan Kearn #23150-031