Jonathan E. Kearn
#23150-031
United States Penitentiary
PO Box 1000
Marion, IL 62959



**RECEIVED**

APR 25 2019

CLERK U.S. DIST. COURT
TOPEKA, KANSAS

⇔23150-031⇔
U S District Court
444 SE Quincy ST
Federal Bldg/ Court Clerk
Topeka, KS 66683
United States

