IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS



FILED
MAY 06 2019
Clerk, U.S. District Court
By: _____ Deputy Clerk

JONATHAN KEARN,
    Petitioner/Defendant,

v.

UNITED STATES OF AMERICA,
    Respondent/Plaintiff.

Case No.: 13-40057-DDC-1

## MOTION TO AMEND

Comes now Petitioner, Jonathan Kearn, pro-se, and asks the Court to Amend his Motion under 28 U.S.C. §2255, filed April 23rd, 2019 with this Court, per the Federal Rule of Civil Procedure 15(a).

The First Amended Motion to Vacate, Set Aside, or Correct a Sentence By a Person in Federal Custody Under 28 U.S.C. § 2255, is included in it's entirety with this motion.

Originally, Petitioner filed a "rough" § 2255 in an abundance of caution due to circumstances beyond his control. At this juncture, he has obtained again a typewriter and been able to create a better and cleaner appeal, which he requests be allowed under this Motion to Amend. Wherefore, Petitioner prays this request be granted.

### DECLARATION

I declare, under the penalty of perjury, that the foregoing statements are true and correct to the best of my knowledge and recollection.

Dated: May 3rd, 2019     /s/ _____
                                           Jonathan Kearn, #23150-031, pro-se

SCANNED