United States Penitentiary
PO Box 1000
Marion, IL 62959



9.7
02

**RECEIVED**

MAY 06 2019

CLERK U.S. DIST. COURT
TOPEKA, KANSAS

Legal Mail

⇔23150-031⇔
U S District Court
444 SE Quincy ST
Federal Bldg/ Court Clerk
Topeka, KS 66683
United States