## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| **Respondent/Plaintiff,** | |
| **v.** | **Case No. 13-40057-DDC** |
| | **19-cv-4032-DDC** |
| **JONATHAN KEARN,** | |
| **Movant/Defendant.** | |

## MOTION FOR EXTENSION OF TIME
## TO FILE APPELLEE'S BRIEF

The United States of America, by and through Stephen R. McAllister, United States Attorney for the District of Kansas, and Christine E. Kenney, Assistant United States Attorney for said District, respectfully requests a 30-day extension of time in which to respond to Movant/Defendant's Motion Under § 2255.

In support of this request, the plaintiff states as follows:

1.      Movant's filed his motion on April 25, 2019; the government's response is due on May 28, 2019.

2.      This is the government's first request for an extension of time to file its response.

1

3.    The government requests a 30-day extension of time to file its response to the motion.  The additional time is necessary because the response raises seven grounds for relief, including numerous sub-grounds, and is taking longer than expected.

4.    To that end, the government will not be able to complete the response by the due date.

5.    Movant is currently in the custody of the Bureau of Prisons.

6.    Movant is pro se and cannot be reached for his position on the request.

7.    This application is made in good faith and is not intended to unnecessarily delay or frustrate these proceedings.

WHEREFORE, the undersigned respectfully moves that the government be granted an additional 30 days to file its opening brief in this matter, or until June 28, 2019.

Respectfully submitted,

STEPHEN R. MCALLISTER
UNITED STATES ATTORNEY

/s/ Christine E. Kenney
Christine E. Kenney, #13542
Assistant U.S. Attorney
444 SE Quincy, Room 290
Topeka, KS   66683
(785) 295-2850
christine.kenney@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on May 21, 2019, the foregoing was electronically filed

with the clerk of the court by using the CM/ECF system, which will send a copy of

the foregoing to the defendant's last attorney of record, and a copy via first-class

U.S. Mail to the following:

Jonathan Kearn
23150-031
MARION - USP
U.S. Penitentiary
Inmate Mail/Parcels
PO Box 1000
Marion, IL 62959

s/ *Christine E. Kenney*
CHRISTINE E. KENNEY