IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff/Respondent, | ) <br> ) <br> ) |
| vs. | ) Case No. 5:13-cr-40057-DDC <br> ) |
| JONATHAN KEARN (01), <br> Defendant/Movant. | ) <br> ) <br> ) |

### *** MOTION TO CORRECT ***

Jonathan Kearn appears pro se and moves the Honorable Court to correct an unintended error. Mr. Kearn apologizes for this error, as it is his inexperience which caused it, and understands that the Court's time is a resource highly valued. At bottom, Mr. Kearn wishes to clarify that it was his intention to keep all his exhibits filed with his first 2255 (Doc. 157-1 through 157-7), and make them available, fully incorporated, into his amended 2255 (Doc. 161-1). In support of this motion to correct, Movant Kearn states as follows:

1. In late April and early May 2019, Kearn filed two motions concerning his 2255: a Motion to Seal (Doc. 160), and a Motion to Amend (Doc. 161).

2. On the 24th of May, 2019, the Court ruled on both motions. Doc. 164 (Granting Motion to Amend), and Doc. 166 (Granting in part and denying in part his Motion to Seal).

3.   Kearn's concern cropped up at the moment he read the following: "[Doc. 157, the original 2255] is now moot and the materials attached to it will not form the basis for the court's decision on Mr. Kearn's motion." (Doc. 166: Order on Motion to Seal at 1-2.) And "[t]he public thus has limited interest in access to materials that do not influence the court's decisions in the matter." Id. (Emphasis added.)

4.   Kearn interprets this to mean that due to his clumsy way of asking, his motion to amend and motion to seal ended up somehow creating an unintended motion to strike his exhibits. This cannot be. Mr. Kearn's intention was simply to protect personally identifiable information from misuse by the public for his witness's sake, and that of his minor children.

5.   It took Mr. Kearn hundreds of hours of his own time as well time from the witnesses involved to amass the collection of evidence presented in the raw 2255 (Doc. 157). The main thrust of Mr. Kearn's amendment was type-setting and clerical improvements for the sake of the Court and opposing counsel's reading efforts. It appears to have been undone by his efforts at protecting his minor children's names from the public (being connected with a sex-offense case), and as already mentioned, the witness's privacy concerns.

6.   Since his motivation was an abundance of caution, and kindness extended to the readers of his 2255, and because the consequences appear to have severed the fact-pleading of the first 2255, then it stands to reason that a motion to correct should be granted.

Wherefore, for all of the reasons cited above, Mr. Kearn prays the Court will correct any actual or perceived exclusion of his 2255 exhibits (Doc. 157-1 through 157-7), and fully incorporate them into his amended 2255 (Doc. 161-1) as if set forth there.

Further, and only to the extent that it is practical, he requests that any seal be lifted for the Court and for the United States Attorney, but not for the public at large on PACER. If this is not practical, then Kearn requests the seal be unsealed in an effort to meet the ends of justice and the due administration of this case.

In any event, it is Kearn's intention that all his exhibits and the amended 2255 be read together as one document, a union without confusion, and that it form the basis for the court's decision on Mr. Kearn's 2255.

05/31/2019
Date Executed
Under penalty of perjury pursuant to
28 U.S.C. § 1746, I hereby swear and verify that
the foregoing is true and correct as an affidavit;
Further, that under Prison Mailbox Rule, it has been
deposited this day in the institution's internal mail system
designed for legal mail, United States Postal
Service, first-class postage prepaid.

/s/ Jonathan Kearn, pro se
USM # 23150-031
P.O. Box 1000
Marion, IL 62959

### Certificate of Service

I hereby certify that at true copy of the foregoing was mailed this day via United States Postal Service, first-class postage prepaid upon the following:

Christine E. Kenney
Assistant U.S. Attorney
444 SE Quincy, Room 290
Topeka, KS 66683
(785) 295-2850

3