Jonathan Kearn  #23150-031
United States Penitentiary
PO Box 1000
Marion, IL 62959

SAINT LOUIS MO 630

31 MAY 2019 PM 5 1

RECEIVED

JUN 03 2019

CLERK U.S. DIST. COURT
TOPEKA, KANSAS

◇23150-031◇
U S District Court
444 SE Quincy ST
Federal Bldg/ Court Clerk
Topeka, KS 66683
United States

66683-351015