IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

UNITED STATES OF AMERICA,           )
    Plaintiff/Respondent,       )
                                )
vs.                                 )      Case No. 5:13-cr-40057-DDC
                                )
JONATHAN KEARN (01),                )
    Defendant/Movant.           )

## MOTION TO EXTEND TIME TO FILE A REPLY

Jonathan Kearn appears pro se and moves the Honorable Court to grant an extension of time to reply to the Government's Response. In support of this Motion To Extend Time To File A Reply, Movant Kearn states as follows:

1. On June 27th, 2019, I received notice through a 3rd party that some kind of Response was filed by the government on June 14th, 2019;

2. It being now almost two weeks since then, and because I have not received any service copy in the mail, I move for an extension of time to Reply, to July 31st, 2019;

3. and, That the Clerk forward a copy of whatever was filed to me as soon as possible.

Wherefore, Movant Kearn requests an extension of time to file a Reply to the Government's Response by July 31st, 2019.

_June 28th, 2019_
Date Executed
Under penalty of perjury pursuant to
28 U.S.C. § 1746, I hereby swear and
verify that the foregoing is true and
correct as an affidavit; Further, that
under Prison Mailbox Rule, it has been
deposited this day in the institution's
internal mail system designed for legal
mail, United States Postal Service,
Certified Mail and first-class postage
prepaid.

/s/ _Jonathan Kearn_
Jonathan Kearn, pro se
USM # 23150-031
P.O. Box 1000
Marion, IL  62959

## Certificate of Service

I hereby certify that a true copy of the foregoing was mailed this

day via United States Postal Service, first-class postage prepaid

upon the following:

Christine E. Kenney
Assistant U.S. Attorney
444 SE Quincy, Room 290
Topeka, KS  66683
(785) 295-2850

/s/ _Jonathan Kearn_
Jonathan Kearn