Jonathan E. Kearn #23150-031
United States Penitentiary
PO Box 1000
Marion, IL 62959



CERTIFIED MAIL

7014 1200 0000 6891 6159



RECEIVED

AUG 01 2019

CLERK U.S. DIST. COURT
TOPEKA, KANSAS

⇔23150-031⇔
U S District Court
444 SE Quincy ST
Federal Bldg/ Court Clerk
Topeka, KS 66683
United States