

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

MAY 11 2020

Clerk, U.S. District Court
By: _____ Deputy Clerk

UNITED STATES OF AMERICA,
   Plaintiff,

v.

JONATHAN KEARN,
   Defendant/Movant/Petitioner.

Case No. 5:13-cr-40057-01-DDC

Habeas No. 5:19-cv-4032-DDC

## NOTICE OF INTENT
### Under 28 U.S.C. §2246

    Jonathan Kearn appears pro se and gives notice that pursuant to this Court's order (**Doc 173 at 25, 31**), his former counsel, Michael Francis, may file an affidavit in this matter; and should he do so, Mr. Kearn "shall have the right to propound written interrogatories to the affiants, or to file answering affidavits." 28 U.S.C. §2246

    In light of the Courts indication that an evidentiary hearing is warranted, but due to the current COVID-19 pandemic such a hearing to meet the ends of justice is not possible, Mr. Kearn respectfully requests the following:

1. If Michael Francis files an affidavit, Jonathan Kearn would like a copy formally served so he may know its contents;
2. If Michael Francis files an affidavit, Mr. Kearn will prepare written interrogatories and a counter affidavit and submit these to the Court.

_May 7th_, 2020
Date

/x/ _Jonathan E. Kearn_
Jonathan Kearn
USM# 23150-031
USP Marion
P.O. Box 1000
Marion, IL 62959-7500

Jonathan Kearn #23150-031
United States Penitentiary
PO Box 1000
Marion, IL 62959



RECEIVED

MAY 11 2020

CLERK U.S. DIST. COURT
TOPEKA, KANSAS

⇔23150-031⇔
U S District Court
444 SE Quincy ST
Federal Bldg/ Court Clerk
Topeka, KS 66683
United States