IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS



MAY 14 2020

Clerk, U.S. District Court
By: _____ Deputy Clerk

UNITED STATES OF AMERICA,
    Plaintiff,

V.

JONATHAN KEARN,
    Defendant/Movant/Petitioner.

Case No. 5:13-CR-40057-01-DDC

Habeas No. 5:19-CV-4032-DDC

## MOTION FOR THE APPOINTMENT OF COUNSEL

    Comes now, Jonathan Kearn, pro se Movant and requests this Court appoint counsel to represent him in the above captioned case(s) for the following reason(s):

1. Mr. Kearn is unable to afford counsel;
2. The issues involved in this case are complex;
3. The petitioner is a prisoner, incarcerated in Illinois and segregated under a 'shelter-in-place order' due to COVID-19 and the global health emergency, thus having extremely limited access to the law library;
4. Mr. Kearn has limited knowledge of the law;
5. Mr. Kearn needs assistance of counsel in preparing intended interrogatories, in discovery, and in preparation for an evidentiary hearing.

Knighton V Watkins, 616 F.2d 795, 799 (8th Cir. 1980); Rucks V Boergermann, 57 F.3d 978, 979 (10th Cir. 1995)

    WHEREFORE, this Honorable Court should appoint counsel to represent the petitioner, Jonathan Kearn.

Dated: this 11th day of May, 2020.

Respectfully Submitted,
/s/ Jonathan E. Kearn
Jonathan Kearn USM#23150-031
USP Marion, PO Box 1000
Marion, IL. 62959-7500

Jonathan Kearn #23150-031
United States Penitentiary
PO Box 1000
Marion, IL 62959



⇔23150-031⇔
U S District Court
444 SE Quincy ST
Federal Bldg/ Court Clerk
Topeka, KS 66683
United States