# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Respondent/Plaintiff,<br><br>v.<br><br>JONATHAN KEARN,<br><br>　　　　　　　Movant/Defendant. | Case No. 13-40057-DDC<br>　　　　　19-cv-4032-DDC |

### GOVERNMENT'S SUPPLEMENTAL RESPONSE TO DEFENDANT'S MOTION UNDER § 2255

On April 30, 2020, the Court issued its ruling on the Defendant's First Amended Motion Under 28 U.S.C. § 2255. (Doc. 165.) In the Memorandum and Order, the Court directed the government to file an affidavit from the defendant's former counsel, Michael Francis, on or before June 1, 2020. (Doc. 173.) For the reasons set forth in its response to the motion (Doc. 168), as well as the information contained in Mr. Francis's affidavit (Attachment A), the government requests the Court deny the defendant's motion entirely.

1

Respectfully submitted,

STEPHEN R. MCALLISTER
UNITED STATES ATTORNEY

/s/ Christine E. Kenney
Christine E. Kenney, #13542
Assistant U.S. Attorney
444 SE Quincy, Room 290
Topeka, KS    66683
(785) 295-2850
christine.kenney@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on May 20, 2020, the foregoing was electronically filed with the clerk of the court by using the CM/ECF system, which will send a copy of the foregoing to the defendant's last attorney of record, and a copy via first-class U.S. Mail to the following:

Jonathan Kearn
23150-031
MARION - USP
U.S. Penitentiary
Inmate Mail/Parcels
PO Box 1000
Marion, IL 62959

s/ *Christine E. Kenney*
CHRISTINE E. KENNEY
Christine E. Kenney, #13542
Assistant U.S. Attorney
444 SE Quincy, Room 290
Topeka, KS    66683
(785) 295-2850
christine.kenney@usdoj.gov