## AFFIDAVIT

COMES NOW MICHAEL E. FRANCIS, of lawful age, having first been duly sworn upon his oath and states:

I am a lawyer, licensed in the State of Kansas, and have practiced law in this state since 1975.

I began representing Jonathan Kearn in *United States vs. Kearn*, Case no. 13-4005-01-DDC, on or about April 9, 2014.

During my representation of Mr. Kearn, I was contacted by Assistant United States Attorney Dustin Slinkard, who informed me that the United States would accept a plea of guilty to Count 3 of the indictment which alleged the possessing and accessing with the intent to view at least one (1) matter which contained any visual depiction that had been shipped and transported using any means and facility of interstate and foreign commerce, including by computer, and the production of such visual depiction involved the use of a minor engaging in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256, and such visual depiction is of such conduct, in violation of Title 18, United State Code, Section 2252(a)(4)(B), in exchange for the dismissal of the remaining counts in the indictment.

It was my understanding the remaining counts would be dismissed.

On or about April 23, 2015, I met with my client and discussed the plea offer. I called Mr. Slinkard and advised him that Mr. Kearn rejected the offer. I told him my client said he did not do it (commit the offenses) and that was a problem. By "that was a problem" I meant that he said he did not commit the crimes was his reason for not accepting the plea.

On April 28, 2015, I received and email from Assistant United States Attorney Christine Kenney, which I attach, advising that she had spoken with Mr. Slinkard, stating " . . . I understand that (Mr. Slinkard) conveyed an offer to a c1C to 10 years, which your client has rejected."

Mr. Kearn did reject the offer.

In court, Judge Crabtree made inquiry of Mr. Kearn about the plea offer and asked Mr. Kearn if he could confirm that he was made aware of that plea offer from the government, to which Mr. Kearn replied, "I was last week."

Mr. Kearn has raised the issue that I told him that he could not plead guilty because he would commit perjury by accepting responsibility for illegal activity he has not actually committed. I have never advised a client of that.

My practice, in dealing with clients and plea offers is to tell the client that a the time of the plea, the judge will ask the client to tell the court the facts surrounding the offense, or will ask the client if he has read the affidavits and pleadings alleging the offense and whether the client agrees an offense is stated or will have the prosecutor present facts to the court constituting the offense and then asking the client if he agrees with the prosecutor's statements. I advise the client that the judge will ask if the client is pleading guilty because he is guilty.

FURTHER, AFFIANT SAYS NAUGHT.

MICHAEL E. FRANCIS

STATE OF KANSAS   )
                  ) ss:
COUNTY OF SHAWNEE )

BE IT REMEMBERED, that on this 19th day of May, 2020, before me, a Notary Public in and for the County and State aforesaid, personally appeared Michael E. Francis, personally known to me to be the same person who executed the foregoing instrument and duly acknowledged the execution of the same as and for her own individual act and deed.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed my official seal on the day and year first above written.

Notary Public
My commission expires: 9/6/2022

Christopher Gunn
NOTARY PUBLIC—STATE OF KANSAS
MY APPT EXP: 9/6/2022

4/28/15

Mike,

Duston shared with me your conversation this morning, and I just wanted to follow up with you. I understand that he conveyed an offer of a c1C to 10 years, which your client has rejected. I also understand that you would be willing to stipulate to the testimony of the Australian investigator. I do appreciate your willingness to stipulate, but believe I need to go ahead and bring this witness in for live testimony.

If there's anything else we need to discuss, feel free to give me a call.

Regards,
Chris

# EXHIBIT A