AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Kansas

| United States of America, | ) | | |
|---|---|---|---|
| *Plaintiff* | ) | | |
| v. | ) | Case No. | 13-40057-01-DDC |
| Jonathan Kearn, | ) | | |
| *Defendant* | ) | | |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Jonathan Kearn                                                                                                                    .

Date:   06/01/2020                                                        Kirk Redmond
                                                                                        *Attorney's signature*

                                                                                 Kirk Redmond, #18914
                                                                                *Printed name and bar number*

                                                                               117 SW 6th Ave., Suite 200
                                                                                  Topeka, Kansas 66603

                                                                                              *Address*

                                                                                 kirk_redmond@fd.org
                                                                                      *E-mail address*

                                                                                    (785) 232-9828
                                                                                    *Telephone number*

                                                                                    (785) 232-9886
                                                                                       *FAX number*