AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Kansas

| | | |
|---|---|---|
| United States of America,<br>*Plaintiff* | )<br>) | |
| v. | ) | Case No. 13-40057-01-DDC |
| Jonathan Kearn,<br>*Defendant* | )<br>)<br>) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Jonathan Kearn .

Date: 06/01/2020

Lydia Krebs
*Attorney's signature*

Lydia Krebs, #22673
*Printed name and bar number*

117 SW 6th Ave., Suite 200
Topeka, Kansas 66603

*Address*

lydia_krebs@fd.org
*E-mail address*

(785) 232-9828
*Telephone number*

(785) 232-9886
*FAX number*