**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS**

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

**v.**

**JONATHAN KEARN,**

    **Defendant.**

**Case No. 13-40057-01-DDC**

## ORDER

The court has appointed counsel to represent Mr. Kearn on the lone remaining issue in this action.  Doc. 180.  While it isn't certain, it appears that Mr. Kearn may have mailed the attached "Motion To Propound Interrogatories" (attached to this Order as Exhibit 1), before he learned that the court had appointed counsel to represent him.  But even if that isn't the case, the court recognizes that it has discretion to permit hybrid representation and thus could allow Mr. Kearn to represent himself on some issues.  In this instance, however, the court exercises its discretion and decides not to permit Mr. Kearn to represent himself on the question of the propriety of discovery—the subject implicitly raised by the attachment.  The court thus directs the clerk of the court to provide Mr. Kearn's recent submission to his appointed counsel but not to docket it as a motion.  Naturally, Mr. Kearn and his counsel may proceed as they see fit on the issues raised by the attachment.

    **IT IS SO ORDERED.**

    **Dated this 8th day of June, 2020, at Kansas City, Kansas.**

                                               **s/ Daniel D. Crabtree**
                                               **Daniel D. Crabtree
                                               United States District Judge**