**CLERK'S COURTROOM MINUTE SHEET – CRIMINAL**

UNITED STATES OF AMERICA,

        Plaintiff,

v.

                                                              Case No. 13-40057-01-DDC

JONATHAN KEARN (01),

        Defendant.

                                      **Attorney for Plaintiff: Christine E. Kenney**
                                      **Attorney for Defendant: Kirk C. Redmond**
                                                            **Michael Francis**

| JUDGE: | Daniel D. Crabtree | DATE: | 6/15/2020 |
|---|---|---|---|
| CLERK: | Megan Garrett | TAPE/REPORTER: | Kim Greiner |
| INTERPRETER: | | PROBATION: | |

# TELEPHONE STATUS CONFERENCE

The defendant appears not but through counsel.

Defendant's counsel requests for an evidentiary hearing to be set in October. Government's counsel has no objection.

**The court sets the case for an evidentiary hearing on October 14, 2020 at 9:00 a.m.**

**The court sets the case for a status conference on September 8, 2020 at 9:00 a.m.**

**Defendant is in BOP custody.**