# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| **Plaintiff,** | |
| v. | Case No. 13-40057-DDC |
| **JONATHAN KEARN,** | |
| **Defendant.** | |

## MOTION FOR EXTENSION OF TIME
## TO FILE RESPONSE

The United States of America, by and through Stephen R. McAllister, United States Attorney for the District of Kansas, and Christine E. Kenney, Assistant United States Attorney for said District, respectfully requests a 30-day extension of time in which to respond to Defendant's Motion to Vacate Judgment. (Doc. 179.)

In support of this request, the plaintiff states as follows:

1. On April 30, 2020, the Court issued its Memorandum and Order, denying in part Defendant's Motion under 28 U.S.C. § 2255. (Doc. 173.) The Court then set this matter for a status conference on June 15, 2020.

2. At the status conference, the Court directed the government to file a response to Defendant's Motion to Vacate Judgment on or before July 15, 2020.

The Court also set this case for a hearing on the outstanding issues raised in Defendant's § 2255 motion for October 14, 2020 at 9:00 a.m.

3. The government requests an extension of time to file its response. This is the government's first request for an extension of time to respond to this motion.

4. The government requests a 30-day extension of time to file its response to the motion. The additional time is necessary due to other obligations in pending cases and investigations. To that end, the government will not be able to complete the response by the due date.

5. Movant is currently in the custody of the Bureau of Prisons.

6. At the time of the status conference, counsel for Defendant indicated he would not oppose a continuance of the deadline if the government so needed. Government counsel has confirmed that counsel for Defendant has no objection to this request for extension.

7. Government counsel makes this application in good faith and does not intend to unnecessarily delay or frustrate these proceedings. An extension of 30 days will not interfere with the hearing date currently scheduled.

WHEREFORE, the undersigned respectfully moves that the government be granted an additional 30 days to file its response in this matter, or until August 15, 2020.

Respectfully submitted,

STEPHEN R. MCALLISTER
UNITED STATES ATTORNEY

/s/ Christine E. Kenney
Christine E. Kenney, #13542
Assistant U.S. Attorney
444 SE Quincy, Room 290
Topeka, KS   66683
(785) 295-2850
christine.kenney@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on July 13, 2020, the foregoing was electronically filed with the clerk of the court by using the CM/ECF system, which will send a copy of the foregoing to all counsel of record.

s/ *Christine E. Kenney*
CHRISTINE E. KENNEY