# In the United States District Court
# for the District of Kansas

**United States of America**,
        Plaintiff,

v.                                               Case No.13-40057-DDC

**Jonathan Kearn**,
        Defendant.

## Motion to Extend Deadline

Defendant, Jonathan Kearn, through undersigned counsel, moves this Court to continue the Defendant's reply deadline for 2 weeks for the following reasons:

1. Defendant's reply deadline is August 19, 2020.

2. Defense counsel needs addition time to speak with Defendant in regards to his reply. Defense counsel has had a difficult time discussing the issue because Mr. Kearn was recently moved out of a quarantine pod where he was not free to discuss the particulars of his charge over the phone.

3. The government does not object to this request.

We therefore ask this Court to extend Defendant's reply deadline for two weeks.

Respectfully submitted,

s/Kirk C. Redmond
Kirk C. Redmond #18914
First Assistant Federal Public Defender
117 SW Sixth Avenue, Suite 200
Topeka, KS 66603
Telephone: 785-232-9828
Fax: 785-232-9886
Email: Kirk_Redmond @fd.org
Attorney for Defendant

## **CERTIFICATE OF SERVICE**

I certify that I electronically filed the foregoing with the Clerk of the Court on August 19, 2020, by using the CM/ECF system, which will send a notice of electronic filing to all interested parties.

s/ Kirk C. Redmond
Kirk C. Redmond, #18914

2