**CLERK'S COURTROOM MINUTE SHEET – CRIMINAL**

UNITED STATES OF AMERICA,

        Plaintiff,

v.

                                                                           Case No. 13-40057-01-DDC

JONATHAN KEARN (01),

        Defendant.

                                          **Attorney for Plaintiff: Christine E. Kenney**
                                          **Attorney for Defendant: Kirk C. Redmond**

| JUDGE: | Daniel D. Crabtree | DATE: | 9/8/2020 |
|---|---|---|---|
| CLERK: | Megan Garrett | TAPE/REPORTER: | Kim Greiner |
| INTERPRETER: | | PROBATION: | |

# STATUS CONFERENCE

Defendant appears in custody with counsel.

The court hears from counsel about their plans for the October 14, 2020 evidentiary hearing. Defendant's counsel advises the court that the parties wish to have a post-hearing briefing schedule set.

Doc. 175 – PRO SE Notice of Intent – **REQUEST WITHDRAWN as set forth in full on the record.**

**Defendant remanded to custody.**