# In the United States District Court
# for the District of Kansas

**United States of America**,
        Plaintiff,

v.                                                                Case No.13-40057-DDC

**Jonathan Kearn**,
        Defendant.

## Unopposed Motion to Continue

Defendant, Jonathan Kearn, through undersigned counsel, respectfully requests that the Court continue the evidentiary hearing related to his § 2255 petition for 30 days for the following reasons:

1. Defendant's evidentiary hearing is scheduled for October 14, 2020.

2. Counsel believed (and represented to the Court) that the defense investigation would be concluded in time for the October 14 evidentiary hearing. Since that time, counsel has determined that a separate line of investigation is necessary, and counsel represents that he cannot complete that investigation by the currently scheduled hearing date. A thirty-day continuance would afford counsel sufficient time to complete that investigation, which counsel deems necessary to an effective prosecution of Mr. Kearn's claim.

3. The government does not object to this request.

4. Counsel has personally consulted with Mr. Kearn concerning his line of investigation and the need for a continuance, and Mr. Kearn concurs with counsel's approach.

We therefore ask this Court to continue Defendant's evidentiary hearing for 30 days.

Respectfully submitted,

s/Kirk C. Redmond
Kirk C. Redmond #18914
First Assistant Federal Public Defender
117 SW Sixth Avenue, Suite 200
Topeka, KS 66603
Telephone: 785-232-9828
Fax: 785-232-9886
Email: Kirk_Redmond @fd.org
Attorney for Defendant

## CERTIFICATE OF SERVICE

I certify that I electronically filed the foregoing with the Clerk of the Court on October 9, 2020, by using the CM/ECF system, which will send a notice of electronic filing to all interested parties.

s/ Kirk C. Redmond
Kirk C. Redmond, #18914