**CLERK'S COURTROOM MINUTE SHEET – CRIMINAL**

UNITED STATES OF AMERICA,

        Plaintiff,

v.

                                          Case No. 13-40057-01-DDC

JONATHAN KEARN (01),

        Defendant.

**Attorney for Plaintiff: Christine E. Kenney**
**Attorney for Defendant: Kirk C. Redmond**

| JUDGE: | Daniel D. Crabtree | DATE: | 11/23/2020 |
|---|---|---|---|
| CLERK: | Megan Garrett | TAPE/REPORTER: | Kim Greiner |
| INTERPRETER: | | PROBATION: | |

# TELEPHONE STATUS CONFERENCE

Defendant appears not but through counsel.

The court hears from counsel about their positions on the evidentiary hearing scheduled for December 2, 2020.

Defendant's counsel orally moves for the evidentiary hearing to be continued for approximately 60 days. Government's counsel has no objection.

**The court grants the motion and continues the evidentiary hearing to a date to be determined. The court will contact counsel about an alternative date for the hearing.**

**Defendant remains in custody.**