**CLERK'S COURTROOM MINUTE SHEET – CRIMINAL**

UNITED STATES OF AMERICA,

        Plaintiff,

v.

        Case No. 13-40057-01-DDC

JONATHAN KEARN (01),

        Defendant.

**Attorney for Plaintiff: Christine E. Kenney**
**Attorney for Defendant: Kirk C. Redmond, Lydia Krebs**

| JUDGE: | Daniel D. Crabtree | DATE: | 4/19/2021 |
|---|---|---|---|
| CLERK: | Megan Garrett | TAPE/REPORTER: | Kim Greiner |
| INTERPRETER: | | PROBATION: | |

# EVIDENTIARY HEARING

Defendant appears in custody with counsel.

The following motions are before the court:

    Doc. 165 – First Amended Motion to Vacate – remains pending.

    Doc. 179 – Motion to Vacate – remains pending.

Defendant presents evidence.

The court sets the following post-hearing briefing schedule:

    Defendant must file a post-hearing brief within three weeks of completion of the hearing transcript.

    Government must file a Response within three weeks following.

    Defendant may file a Reply within one week following.

**Defendant remanded to custody**.