*(Revised 5/93)*      **CLERK'S COURTROOM MINUTE SHEET - WITNESS LIST**

**CASE NO. 13-40057-01-DDC**

| WITNESSES FOR Plaintiff | | | WITNESSES FOR Defendant | | |
|---|---|---|---|---|---|
| Date | Name | Sworn | Date | Name | Sworn |
| | | ( ) | 04/19/2021 | Michael Francis | ( x ) |
| | | ( ) | 04/19/2021 | Jonathan Kearn | ( x ) |
| | | ( ) | 04/19/2021 | Branden Bell | ( x ) |