# EXHIBIT SHEET

**Case No. 13-40057-01-DDC**                               **Government's Exhibits**

| No. | Description | I.D. | OFFERED | ADMITTED | WITNESS |
|---|---|---|---|---|---|
| 100 | Voice message from Michael Francis to government's counsel regarding plea offer | x | x | x | |
| 101 | Transcript excerpt containing *Lafler Frye* questions preceding Mr. Kearn's jury trial | x | x | x | |
| 102 | Transcript of change of plea hearing in Case No. 16-40003-01-DDC, *United States v. Francisco Javier Carrillo-Elias*, dated 06/07/2016 | x | x | x | |