# EXHIBIT SHEET

**Case No. 13-40057-01-DDC**                                    **Defendant's Exhibits**

| No. | Description | I.D. | OFFERED | ADMITTED | WITNESS |
|---|---|---|---|---|---|
| 1 | Michael E. Francis Affidavit (Doc. 178-1) | x | x | x | |
| 2 | Sealed Documents | x | x | x | |
| 3 | Petition to Enter Plea of Guilty and Order Entering Plea and Plea Agreement (Doc. 180) in Case No. 09-40008-03-JAR, *United States of America v. Michael R. Wurm* | x | x | x | |
| 4 | Petition to Enter Plea of Guilty and Order Entering Plea and Plea Agreement (Doc. 7) in Case No. 10-40053-01-SAC, *United States of America v. Randall T. Lindsay* | x | x | x | |
| 5 | Sealed Documents | x | x | x | |
| 6 | Petition to Enter Plea of Guilty and Order Entering Plea and Plea Agreement (Doc. 13) in Case No. 11-40087-01-JAR, *United States of America v. Jaryl L. Wilson* | x | x | x | |
| 7 | Petition to Enter Plea of Guilty and Order Entering Plea and Plea Agreement (Doc. 13) in Case No. 11-40102-01-RDR, *United States of America v. Joshua Adam Burch* | x | x | x | |
| 8 | Petition to Enter Plea of Guilty and Order Entering Plea (Doc. 13) in Case No. 13-40130-01-JAR, *United States v. Richard P. Bontrager* | x | x | x | |

| | | | | | |
|---|---|---|---|---|---|
| 9 | Petition to Enter Plea of Guilty and Order Entering Plea (Doc. 14) in Case No. 14-40006-01-EFM, *United States of America v. Marvin Eugene Berroth, II* | x | x | x | |
| 10 | Petition to Enter Plea of Guilty and Order Entering Plea (Doc. 12) in Case No. 14-40090-01-DDC, *United States of America v. Dale T. Hull* | x | x | x | |
| 11 | Transcript of Change of Plea Hearing (Doc. 409) in Case No. 12-20015-01-DDC, *United States of America v. Connie Edwards* | x | x | x | |
| 12 | Transcript of Change of Plea Hearing in Case No. 18-20090-01-DDC, *United States of America v. Moises Martinez-Martinez* | x | x | x | |
| 13 | Transcript of Change of Plea Hearing in Case No. 16-40048-01-DDC, *United States of America v. John McNett* | x | x | x | |
| 14 | District of Kansas Case Search for Michael E. Francis | x | x | x | |