IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>       Plaintiff-Respondent, )<br>)<br>)<br>v. )<br>)<br>JONATHAN KEARN, )<br>       Defendant-Petitioner. )<br>_____) | No.   5:13-cr-40057-DDC |

### **ENTRY OF APPEARANCE**

COMES NOW the Plaintiff, United States of America, by and through undersigned counsel, James A. Brown, who hereby enters his appearance in the above-referenced case.

Respectfully submitted:
DUSTON J. SLINKARD
ACTING UNITED STATES ATTORNEY

/s  James A. Brown
James A. Brown
Assistant United States Attorney
United States Attorney's Office
444 S.E. Quincy Ave., Ste. 290
Topeka, KS  66683
Tel.  785-295-7683
James.Brown2@usdoj.gov

**CERTIFICATE OF SERVICE**

I certify that on the **29th day of April, 2021**, I electronically filed the foregoing pleading with the Clerk of the District Court by using the CM/ECF system, which will transmit a copy to the defendant's last counsel of record.

*s/ James A. Brown*
James A. Brown