FILED<br>
United States Court of Appeals<br>
Tenth Circuit<br><br>
April 25, 2022<br><br>
Christopher M. Wolpert<br>
Clerk of Court

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**

———————————————

UNITED STATES OF AMERICA,

    Plaintiff - Appellant,

v.

JONATHAN KEARN,

    Defendant - Appellee.

No. 22-3068
(D.C. Nos. 5:19-CV-04032-DDC &
5:13-CR-40057-DDC-1)
(D. Kan.)

———————————————

**ORDER**

———————————————

This matter is before the court on receipt and review of: (1) defendant-appellee Jonathan Kearn's *Motion to Dismiss for Lack of Appellate Jurisdiction and Request for Expedited Consideration*; (2) the government's response; (3) Mr. Kearn's reply; and (4) the government's docketing statement. Upon consideration, the court:

1. Refers Mr. Kearn's motion to dismiss and all related briefing to the panel of judges who will be later assigned to consider this appeal on the merits: the court will not make any decision on the motion to dismiss at this time;

2. Denies Mr. Kearn's motion for expedited consideration without prejudice to renewal upon completion of briefing on the merits and reminds the parties that they control how promptly they file compliant briefs and whether they request or waive oral argument, both of which will affect the time needed for the court to decide the merits of the appeal; and

3. Lifts its toll on briefing of the merits of this appeal and directs the government—on or before May 5, 2022—to file a transcript order form or a notice that not transcript is necessary for purposes of this appeal.

        Entered for the Court
        CHRISTOPHER M. WOLPERT, Clerk

        by: Lisa A. Lee
           Counsel to the Clerk