# UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
DISTRICT OF KANSAS

259 ROBERT J. DOLE U.S. COURTHOUSE
500 STATE AVENUE
KANSAS CITY, KS 66101

SKYLER B. O'HARA
CLERK
E-MAIL: Skyler_OHara@ksd.uscourts.gov
(913) 735-2220

KIM LEININGER
CHIEF DEPUTY CLERK
E-MAIL: Kim_Leininger@ksd.uscourts.gov
(913) 735-2205

Topeka, Kansas

April 25, 2022

204 U.S.COURTHOUSE
401 N. MARKET
WICHITA, KS 67202

490 U.S.COURTHOUSE
444 NE QUINCY
TOPEKA, KS 66683

Clerk, U.S. Court of Appeals
  for the Tenth Circuit

District Court Case No.:   13-40057/19-4032

Circuit Appeal No.:   22-3068

Dear Clerk,

Please be advised that the record is complete for the purposes of appeal.

_____ The transcript was filed this date.

_____ A transcript is not necessary for this appeal.

☒ The necessary transcript is already on file in the U.S. District Court.

_____ The necessary transcript was ordered previously in Appeal No. _____.

Sincerely,

SKYLER B. O'HARA, CLERK

By: s/ J. Lolley, Deputy Clerk

Cc: Counsel of Record (**SEE NOTICE OF ELECTRONIC FILING**)