FILED
United States Court of Appeals
Tenth Circuit

December 2, 2022

Christopher M. Wolpert
Clerk of Court

# UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT

_____

UNITED STATES OF AMERICA,

    Plaintiff - Appellant,

v.

JONATHAN KEARN,

    Defendant - Appellee.

No. 22-3068
(D.C. Nos. 5:19-CV-04032-DDC &
5:13-CR-40057-DDC-1)
(D. Kan.)

_____

## JUDGMENT

_____

Before **TYMKOVICH**, **SEYMOUR**, and **PHILLIPS**, Circuit Judges.

_____

This case originated in the United States District Court for the District of Kansas and was submitted on the briefs at the direction of the court.

The appeal is dismissed.

Entered for the Court

CHRISTOPHER M. WOLPERT, Clerk