FILED  
United States Court of Appeals  
Tenth Circuit

# UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT

December 16, 2022

Christopher M. Wolpert  
Clerk of Court

---

UNITED STATES OF AMERICA,

    Plaintiff - Appellant,

v.

JONATHAN KEARN,

    Defendant - Appellee.

No. 22-3068  
(D.C. Nos. 5:19-CV-04032-DDC and  
5:13-CR-40057-DDC-1)  
(D. Kan.)

---

## ORDER

---

Before **TYMKOVICH**, **SEYMOUR**, and **PHILLIPS**, Circuit Judges.

---

This matter is before the court on Appellee Jonathan Kearn's *Motion to Expedite the Mandate*. The court dismissed this appeal for lack of appellate jurisdiction. Accordingly, no mandate will issue, and the motion is denied as unnecessary.

                                            Entered for the Court  
                                            CHRISTOPHER M. WOLPERT, Clerk

                                            By: Olenka M. George  
                                                  Counsel to the Clerk