# CLERK'S COURTROOM MINUTE SHEET – CRIMINAL PRETRIAL PROCEEDINGS

UNITED STATES OF AMERICA,                                    Christine E. Kenney

        Plaintiff,

v.                                                             Case No. 13-40057-01-DDC

JONATHAN KEARN (01),                                         Kirk C. Redmond, Lydia Krebs

        Defendant.

| JUDGE: | Daniel D. Crabtree | DATE: | 1/12/2023 |
|---|---|---|---|
| CLERK: | Megan Garrett | TAPE/REPORTER: | Kim Greiner |
| INTERPRETER: |  | PROBATION: | Stacey Beilman |

## PROCEEDINGS

☐ Arraignment & Plea　　　　☐ Waiver of Indictment　　　☒ Felony
☒ Change of Plea　　　　　　☐ Appearance　　　　　　　☐ Misdemeanor

☐ Interpreter　　　☐ Sworn　　　☐ Previously Sworn

☒ Constitutional Rights Explained
☐ Declines to Waive Indictment　　　☐ Will be presented to next Grand Jury
☐ Signed Waiver of Indictment　　　☐ Amended Information filed
☐ Signed Consent to Transfer (Rule 20)

☒ Waived Reading of:　　　☐ Read to Defendant:
      ☒ Indictment
      ☐ Information
      ☒ Number of Counts: 3

☒ Petition to Enter Plea Filed　　　☒ Rule 11(c)(1)(C) Plea Agreement attached

    ☒ Previous Plea of:
      ☐ Guilty　☒ Not Guilty as to Counts: 1-3 of Indictment

    ☒ Plea of GUILTY as to Counts: 3 of Indictment

☒ Judgment Deferred　☒ PSI Ordered　☒ Sentencing set for January 12, 2023, at 1:30 p.m.
☐ Continued on Present Bail　☒ Remanded to Custody
☐ Counts to be dismissed on Motion of the US at sentencing:
☒ OTHER: The court defers approval of the parties' plea agreement until the time of sentencing.