# CLERK'S COURTROOM MINUTE SHEET – CRIMINAL

## SENTENCING

**UNITED STATES OF AMERICA,**

      Plaintiff,

v.          Case No. 13-40057-01-DDC

**JONATHAN KEARN (01),**

      Defendant.

**Attorney for Government: Christine E. Kenney**
**Attorneys for Defendants: Kirk C. Redmond, Lydia Krebs**

| JUDGE: | Daniel D. Crabtree | DATE: | 1/12/2023 |
|---|---|---|---|
| CLERK: | Megan Garrett | TAPE/REPORTER: | Kim Greiner |
| INTERPRETER: |  | PRETRIAL/PROBATION: | Stacey Beilman |

☒ For Details of Sentence See Judgment and Commitment Order

☐ Restitution Ordered under 18:3663    $ _____ on count(s)
                                                        $ _____ on count(s)

☐ **Total Restitution:**    $ _____

☐ Defendant Fined    $ _____ on count(s)
                           $ _____ on count(s)

☐ **Total Fine:**    $ _____

☒ Defendant Assessed under 18:3013    $ 100.00 on count 3 of Indictment
                                                   $ _____ on count(s)
                                                   $ _____ on count(s)

☒ **Total Assessment:**    **$ 100.00**

☒ Complaint and Counts 1 and 2 of Indictment dismissed by the court on the motion of the United States without objection.
☒ Government ☒ Defendant - Advised of right to appeal
☐ Defendant to voluntarily surrender.
☒ Defendant remanded to custody.
☐ Stay of Execution ☐ Granted ☐ Denied
☒ Notes: Defendant appears in custody with counsel. The defendant is sentenced to the custody of the Bureau of Prisons for a term of 120 months to be followed by 5 years of supervised release. The court vacates the Judgment (Doc. 123) as set forth in full on the record. The court accepts and approves the parties' Rule 11(c)(1)(C) plea agreement. The

court recommends defendant be designated to FCI Englewood at Littleton, Colorado, on defendant's request.  The court directs government's counsel to submit a proposed order (preliminary and final) for the black iPhone 4S.