IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>JONATHAN KEARN (01),<br><br>    Defendant. | Case No. 13-40057-01-DDC |

ORDER MEMORIALIZING ACTIONS TAKEN DURING HEARING
ON JANUARY 12, 2023 (WITH DIRECTIONS TO THE CLERK)

Consistent with the court's earlier Memorandum and Order concluding that the defendant's trial counsel had provided ineffective assistance, *see* Doc. 210, the court conducted a plea hearing and sentencing hearing on January 12, 2023. During that hearing, the defendant Jonathan Kearn pleaded guilty to the charge in Count III of the Indictment. The court thus directs the Clerk of the Court to take the following actions:

1. vacate the Judgment against Mr. Kearn entered on November 20, 2015, on Counts I, II and III, as reflected by Doc. 123;

2. enter the Amended Judgment against Mr. Kearn, as reflected in the Amended Judgment in a Criminal Case docketed as Doc. 236;

3. close the case.

**IT IS SO ORDERED.**

**Dated this 2nd day of February, 2023, at Kansas City, Kansas.**

                                                    **s/ Daniel D. Crabtree**
                                                    **Daniel D. Crabtree**
                                                    **United States District Judge**