IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff-Respondent, ) | |
| ) | |
| v. ) | Case No.    13-cr-40057-01-DDC |
| ) | 19-cv-04032-DDC |
| JONATHAN KEARN, ) | |
| ) | |
| Defendant-Petitioner. ) | |
| _____ ) | |

## GOVERNMENT'S NOTICE OF APPEAL

COMES NOW the United States of America, Plaintiff-Respondent, hereby gives notice of its intent to appeal the district court's orders granting Defendant's motion under 28 U.S.C. § 2255. The government intends to appeal the district court's January 4, 2022 order granting that motion (Doc. 210), as well as its January 27, 2022 order denying reconsideration of that order (Doc. 213), as well as the amended judgment (Doc. 236) docketed on February 2, 2023. This notice is timely under Fed. R. App. P. 4(a)(1)(B)(i).

1

Respectfully submitted,

DUSTON J. SLINKARD
United States Attorney

s/ *James A. Brown*
JAMES A. BROWN
Kan. S. Ct. No. 14254
Assistant United States Attorney
District of Kansas
444 SE Quincy, Room 290
Topeka, KS  66683
Tel.:  (785) 295-2850
FAX: (785) 295-2853
James.Brown2@usdoj.gov

## **CERTIFICATIONS**

I certify that this document was electronically filed on February 17, 2023, with the Clerk of the Court by using the ECF system, which will send a copy of the Notice of Docket to all interested ECF system participants as of the time of the filing, including to counsel of record for Defendant.

s/ *James A. Brown*
Assistant United States Attorney