25 FEB, 2023

Re: case # 13cr150047 DDC
Jonathan Kearn

Court Clerk:

    Please refund the $200.00 excess I have paid in Felony Assessment fees. Two of my three 2015 counts were overturned/dismissed @ a 12 JAN, 2023 hearing. I am currently in BOP custody and shall remain so until 02 NOV, 2023.

Sincerely,
Jonathan E. Kearn

*Please remit payment to:

Federal Bureau of Prisons
Jonathan Kearn #23150-031
PO Box 474701
Des Moines, Iowa 50947-0001

FILED MAR 02 2023 Clerk, U.S. District Court