Jonathan Kearn #23150-031
US Penitentiary Leavenworth
PO Box 1000
Leavenworth, KS 66048

RECEIVED
MAR 02 2023
CLERK U.S. DIST. COURT
TOPEKA, KANSAS

66683-358799

KANSAS CITY 640
28 FEB 2023 PM 1 L

US District Court
Court Clerk
Frank Carlson Federal Building
444 SE Quincy St. #490
Topeka, KS 66683